UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHANDA HUGHES, et al.,

    Plaintiffs,

    v.                                  Case No. 8:12-cv-568-T-23MAP

GRADY JUDD, et al.,

    Defendants.
_____/

## ORDER

As discussed during the May 4, 2012, status conference, it is hereby

ORDERED:

1. The motion to expedite discovery (doc. 11) is DENIED as moot. The motion for leave to reply to the Defendant's response to the Plaintiff's motion for expedited discovery (doc. 33) is also DENIED as moot.

2. The following rulings were made as to the objections to the Plaintiffs' first request for production of documents to Defendant Grady Judd (doc. 11-1):

    Request Four:  the objections were denied without prejudice

    Request Eleven:  the objections were overruled as to request eleven to the extent that the Defendant is directed to produce any summaries of rule violations and disciplinary infractions committed by children during the last 90 days or another relevant reporting period at Polk County Jail.

    Request Twelve: the objections were overruled as moot

       Request Fifteen: the objections were denied

       Request Sixteen: the objections were denied without prejudice

3. The following ruling was made with regard to Plaintiffs' request for entry onto land (doc. 11-2):

       Item Ten: Defendant is directed to inquire and report to Plaintiffs about what documents Polk County Jail has in its possession containing the requested information.

4. Defendant is directed to provide a list of possible dates for Court to visit jail facility.

5. This Court will convene a preliminary pretrial conference on June 28, 2012, at 1:30 p.m. in courtroom 11B, Sam Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

DONE AND ORDERED in chambers on May 8, 2012.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE