UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Lisa Jobe, as guardian and on behalf of K.J., a minor; Amy Gage, as guardian and on behalf of B.G., a minor; Crystal Cuyler, as guardian and on behalf of D.M., a minor; Chanda Hughes, as guardian and on behalf of J.B., a minor; Brenda Sheffield, as guardian and on behalf of J.D., a minor; Violene Jean-Pierre, as guardian and on behalf of F.J.P., a minor; and Michelle minor, as guardian and on behalf of J.P.; a minor; on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

Case No. 8:12-cv-00568-SDM-MAP

GRADY JUDD, Polk County Sheriff, in his official capacity; KIM MARCUM, Captain, in her official capacity; and MICHAEL ALLEN, Major, in his official capacity,

    Defendants.
_____/

### VOLUNTARY PRELIMINARY RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS ATTACHED TO THEIR MOTION FOR EXPEDITED DISCOVERY

Defendants, by and through the undersigned attorneys, provide the following Voluntary Preliminary Response to Plaintiffs' Request for Production of Documents attached to their Motion for Expedited Discovery:

    1.    All Polk County Sheriff's documents relating to Plaintiffs will be produced on an expedited basis. Defendants are also requesting or seeking to obtain additional documents from third parties relating to Plaintiffs, including some of Plaintiffs' medical

{00149819-1 }

and mental health records, educational records, juvenile justice records, and juvenile court records.

2. As to Sheriff's personnel working with juveniles, roster and personnel information will be produced on an expedited basis.

3. To the extent such a chart or something similar exists, it will be produced on an expedited basis.

4. Objection – the sought after information is privileged, confidential, is not necessary for this expedited production, and is not subject to lead to discoverable evidence.

5. The sought after documents will be produced on an expedited basis.

6. The sought after documents will be produced on an expedited basis.

7. The sought after reports will be produced as they relate to Plaintiffs on an expedited basis, although substantial redaction will be necessary. Other similar reports relating to non-Plaintiff juveniles will likewise be produced, but even more substantial redaction will be necessary.

8. Objection – the sought after information is privileged, confidential, is not necessary for this expedited production, and is not subject to lead to discoverable evidence.

9. The documents will be produced in the ordinary course of discovery.

10. The sought after documents will be produced on an expedited basis.

11. Objection – the sought after information is privileged, confidential, is not necessary for this expedited production, and is not subject to lead to discoverable evidence.

12. Objection – the sought after information is privileged, confidential, not necessary for this expedited production, and is not subject to lead to discoverable evidence.

13. The documents will be produced on an expedited basis.

14. The documents will be produced on an expedited basis.

15. Objection, irrelevant, and not subject to lead to discoverable evidence.

16. Objection – the sought after information is privileged, confidential, is not necessary for this expedited production, and is not subject to lead to discoverable evidence.

17. The documents will be produced on an expedited basis.

18. The documents will be produced, on an expedited basis subject to redaction and excluding polygraph and medical information.

19. The documents will be produced in the normal course of discovery.

The documents to be produced, whether pursuant to expedited discovery or in the normal course of discovery, at times will require substantial redaction due to privacy and confidentiality issues relating to juveniles, medical and mental healthcare, educational records, law enforcement personnel information, etc. As such, the production of some of the documents will be delayed pending that redaction.

Additionally, the parties are attempting to negotiate a confidentiality agreement to submit for the Court's consideration as to how to deal with certain privileged and confidential matters produced or discovered, and how to handle the evidentiary and filing under seal issues associated with same.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was furnished via e-mail and U.S. Mail this 30th day of April, 2012, to: TANIA GALLONI, ESQUIRE and MIRIAM HASKELL, ESQUIRE, Southern Poverty Law Center, Post Office Box 370037, Miami, FL 33137; SHEILA A. BEDI, ESQUIRE, Southern Poverty Law Center, 4431 Canal Street, New Orleans, LA 70911 and DONALD J. HAYDEN, ESQUIRE, ANGELA VIGIL, ESQUIRE, JOSE A. AVILA, ESQUIRE and JOSEPH A. MAMOUNAS, ESQUIRE, Baker & McKenzie, P.A., Sabadell Financial Center, 1111 Brickell Avenue, Suite 1700, Miami, FL 33131.

                                        VALENTI CAMPBELL TROHN
                                        TAMAYO & ARANDA, P.A.

BY: _/s/ Hank B. Campbell_
HANK B. CAMPBELL
Florida Bar No. 434515
h.campbell@vcttalawyers.com
JONATHAN B. TROHN
Florida Bar No. 880558
j.trohn@vcttalawyers.com
ROBERT J. ARANDA
Florida Bar No. 988324
r.aranda@vcttalawyers.com
WILLIAM T. McKINLEY
Florida Bar No. 51115
b.mckinley@vcttalawyers.com
Post Office Box 2369
Lakeland, Florida 33806-2369
(863) 686-0043
(863) 616-1445 Fax
Attorneys for Defendants