UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHANDA HUGHES, et al.,

    Plaintiffs,

v.                                    CASE NO.: 8:12-cv-568-T-23MAP

GRADY JUDD,

    Defendant.
_____/

**ORDER**

In accord with the plaintiffs' motion (Doc. 34), which is **GRANTED IN PART**, the plaintiffs may submit a second amended complaint that adds K.G. and A.H. as plaintiffs, adds Corizon as a defendant, and adds a claim.  By **May 30, 2012**, the plaintiffs may submit a second amended complaint *nunc pro tunc* to April 23, 2012.  The defendant's time to answer begins when the second amended complaint is submitted.

The motion (Doc. 35) for certification of a sub-class is **REFERRED** to Magistrate Judge Pizzo for a report and recommendation.  Judge Pizzo may, of course, require the plaintiffs to consolidate the motions for class certification.

ORDERED in Tampa, Florida, on May 17, 2012.

*Steven D. Merryday*
_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE