UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHANDA HUGHES, et al.,

    Plaintiffs,

    v.                                   Case No. 8:12-cv-568-T-23MAP

GRADY JUDD, et al.,

    Defendants.
_____/

## ORDER

BEFORE THE COURT is Plaintiffs' Motion to Enforce and Compel and supplement (docs. 49 and 50) and Defendants' opposition thereto (doc. 54). After conducting a telephone conference and otherwise considering counsel's arguments, it is hereby

ORDERED:

1. Plaintiffs' motion to enforce and compel (doc. 49) is GRANTED to the extent that the Plaintiffs' expert may inspect the Polk County Jail for a two-day period on May 22-23, 2012. Plaintiffs' expert will not be privy to confidential health information protected by HIPPA, or any confidential information pertaining to any juvenile who is not a Plaintiff. The inspection should take only as long as is necessary to satisfy the expert's needs. Plaintiffs' expert may conduct interviews during the hours that juveniles may ordinarily be available to his or her counsel.[1] The expert's inspection shall not be limited to a formal tour, instead the expert should be permitted to examine, observe, and inspect the premises during its normal operations; nonetheless, the expert

---

[1] These juveniles are limited to those who are Plaintiffs and those whom the expert presents the appropriate consents for interviews.

and Plaintiffs' counsel shall take steps to minimize disruption. Photographs may be taken during the expert inspection, and Plaintiffs are directed to provide copies of all photos taken to Defendants. Before filing any photos as exhibits, copies are to be provided to Defendants for review.[2]

    2.   To the extent that the Plaintiffs' motion seeks production of documents, the Defendants indicate that they intend to produce documents requested and the motion is MOOT in this regard.

    DONE AND ORDERED in chambers on May 21, 2012.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

---

[2] These photos may be subject to a future protective order. *See* Fed.R.Civ.P. 26(c).