**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHANDA HUGHES, as guardian
and on behalf of J.B., a minor;
BRENDA SHEFFIELD, as guardian      **Case No.: 8:12-cv-00568-SDM-MAP**
and on behalf of J.D., a minor;
VIOLENE JEAN-PIERRE,
as guardian and on behalf of F.J.P.,
a minor; MICHELLE MINOR, as guardian
and on behalf of J.P., a minor; LISA JOBE, as
guardian and on behalf of K.J., a minor;
AMY GAGE, as guardian and on behalf of
B.G., a minor; CRYSTAL CUYLER, as
guardian and on behalf of D.M., a minor;
NIKETA MATTHEWS, as guardian and on
behalf of K.G.; and ANITA NAVA, as
guardian and on behalf of A.H., a minor; on
behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

GRADY JUDD, Polk County Sheriff, in his
official capacity, and CORIZON HEALTH, INC.,

    Defendants.
_____/

**DEFENDANTS, CORIZON HEALTH, INC.'S,**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(c), I certify that the instant action:

☒    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

Plaintiffs are or have been pre-trial detainees at the Polk County Jail. They were juveniles at the time of their arrest and Corizon Health, Inc. does not have access to the criminal cases which are pending resolution before State court. Plaintiffs are in a better position to disclose that information.

☐      IS NOT    Related to any pending or closed civil case filed with this Court, or any other Federal or state court, or administrative agency.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail 27th day of June, 2012 to: Tania Galloni, Esquire, Southern Poverty Law Center, P.O. Box 370037, Miami, FL  33137; Miriam Haskell, Esquire, Southern Poverty Law Center, P.O. Box 370037, Miami, FL  33137; David J. Hayden, Esquire, Baker & McKenzie, LLC, Sabadell Financial Center 1111 Brickell Ave Ste 1700, Miami, FL  33131; Joseph J. Mamounas, Esquire, Baker & McKenzie, LLC, Sabadell Financial Center 1111 Brickell Ave Ste 1700, Miami, FL  33131; Angela Vigil, Esquire, Baker & McKenzie, LLC, Sabadell Financial Center 1111 Brickell Ave Ste 1700, Miami, FL  33131; Hank B. Campbell, Esquire, Valenti, Campbell, Trohn, Tamayo & Aranda, P.O. Box 2369, Lakeland, FL 33806-2369.

/s/ Jeanelle G. Bronson
JEANELLE G. BRONSON
Florida Bar No. 266337
PATRICK H. TELAN
Florida Bar No. 973874
RAMON VAZQUEZ
Florida Bar No.196274
Grower, Ketcham, Rutherford, Bronson

-3-

                                                    Eide & Telan, P.A.  
                                                    PO Box 538065  
                                                    Orlando, FL  32853-8065  
                                                    Phone: 407-423-9545  
                                                    Fax: 407-425-7104  
                                                    Attorneys for Defendant, CORIZON HEALTH, INC.  
                                                    E-Mail: jgbronson@growerketcham.com  
                                                              phtelan@growerketcham.com  
                                                              rvazquez@growerketcham.com