**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| CHANDA HUGHES, as guardian and on behalf of J.B., a minor; BRENDA SHEFFIELD, as guardian and on behalf of J.D., a minor; FRANKY JEAN-PIERRE; MICHELLE MINOR, as guardian and on behalf of J.P., a minor; LISA JOBE, as guardian and on behalf of K.J., a minor; AMY GAGE, as guardian and on behalf of B.G., a minor; CRYSTAL CUYLER, as guardian and on behalf of D.M., a minor; NIKEYTA MATTHEWS, as guardian and on behalf of K.G., a minor; and ANITA NAVA, as guardian and on behalf of A.H., a minor; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GRADY JUDD, Polk County Sheriff, in his official capacity; and CORIZON HEALTH, INC., <br><br> Defendants. | Case No. 8:12-cv-00568-SDM-MAP |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY**

Plaintiffs, by and through undersigned counsel, and pursuant to Local Rules 3.01(c) and (d), hereby file this Motion for Leave to File a Reply Brief, no longer than five pages, to address two matters raised in Defendant's opposition to their Motion to Compel the Deposition of Sheriff Grady Judd. In support thereof, Plaintiffs respectfully state as follows:

1. On July 5, 2012, Plaintiffs filed their Motion to Compel the Deposition of Sheriff Judd.

2. On July 23, 2012, Defendant filed its response to Plaintiffs' Motion to Compel the Deposition of Sheriff Judd.

3. Plaintiffs respectfully request leave of Court to file a brief Reply in order to address Defendant's citation to McMillian v. Johnson, 88 F.3d 1573 (11th Cir. 1996), and McMillian v. Monroe County, 520 U.S. 781 (1997). As Plaintiffs would show in their Reply, these cases are inapplicable because they are based on Alabama law, which differs substantially from Florida law regarding the role, definition and functions of sheriffs. See McMillan v. Monroe County, 520 U.S. at 786 ("[O]ur inquiry is dependent on analysis of state law."); Abusaid v. Hillsborough Cty. Bd. of Cty. Commissioners, 405 F.3d 1298 at 1305 (11th Cir. 2005) ("Our close review of Florida's statutes and case law yields the conclusion that Florida defines sheriffs and their functions very differently than Alabama or Georgia."). Plaintiffs would show that contrary to the Defendant's response, the Abusaid court held that "[t]he relevant Florida law remains essentially unaltered" and "conclude[d] that a Florida sheriff, when acting to enforce a county ordinance, is not an arm of the state." Id. at 1305.

4. Plaintiffs would further show that Defendant cites eight cases in support of its position without any description of the facts of the cases. The facts of these cases are all distinguishable from the present matter for numerous reasons, including Sheriff Judd's participation in the operation of the jail and lack of a declaration or affidavit stating otherwise.

5. For example, Defendant cites to McMahon v. Presidential Airways, Inc., 2006 U.S. Dist. LEXIS 4909 (M.D. Fla. January 18, 2006), which sets out the relevant rule as

follows: "A protective order precluding the deposition of a high-ranking executive officer will be granted where the officer possess no unique knowledge regarding the underlying facts of the action and files a declaration stating his or her lack of knowledge."  Despite citing to this case, Defendant has not provided a declaration or affidavit from Sheriff Judd stating that he has no personal knowledge of the operations of the jail and lacks involvement in the day-to-day operations of the jail.  Without such an affidavit or declaration, Defendant cannot support its assertions regarding Sheriff Judd's knowledge and duties.

6.	Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Defendant's counsel regarding the relief sought herein.  On July 30, 2012, opposing counsel stated that he opposes the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting them leave to file, no later than fourteen days after the grant of this motion, a Reply brief in further support of its Motion to Compel the Deposition of Sheriff Judd, no longer than five pages in length, along with such other and further relief as the Court deems just and proper.

Dated: July 31, 2012

>	Respectfully submitted,
>
>	BAKER & McKENZIE LLP
>
>	/s/ Donald J. Hayden
>	Donald J. Hayden
>	Florida Bar No. 097136
>	donald.hayden@bakermckenzie.com
>	Sabadell Financial Center
>	1111 Brickell Avenue, Suite 1700
>	Miami, Florida 33131
>	Telephone: (305) 789-8900
>	Facsimile:  (305) 789-8953

Joseph J. Mamounas
Florida Bar No. 041517
joseph.mamounas@bakermckenzie.com
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile:  (305) 789-8953

Steven Chasin (admitted *pro hac vice*)
815 Connecticut Ave., N.W.
Washington, DC 20006
Telephone: +1 202 835 6132
Facsimile: +1 202 416 7132
steven.chasin@bakermckenzie.com

Joseph P. Rindone (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Telephone: +1 212 626 4941
Facsimile: +1 212 310 1723
joseph.rindone@bakermckenzie.com

SOUTHERN POVERTY LAW CENTER
Tania Galloni
Florida Bar No. 619221
tania.galloni@ splcenter.org
Miriam Haskell
Florida Bar No. 69033
miriam.haskell@splcenter.org
P.O. Box 370037
Miami, Florida 33137
Telephone: (786) 347-2056
Facsimile:  (786) 237-2949

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2012, the foregoing document was served on all counsel of record identified on the below Service List via CM/ECF.

By: /s/ Donald J. Hayden
Donald J. Hayden

**SERVICE LIST**

**CASE No. 8:12-cv-00568-SDM-MAP**

Henry B. "Hank" Campbell
Jonathan B. Trohn
Robert J. Aranda
William Thompson McKinley
VALENTI CAMPBELL TROHN TOMAYO & ARANDA
1701 South Florida Avenue
Lakeland, FL 33803
Tel: (863) 686-0043
Fax: (863) 616-1445

*Attorneys for Defendant, GRADY JUDD*
*Polk County Sheriff, in his official capacity*

Ramon Vazquez
Jeanelle G. Bronson
Patrick H. Telan
GROWER, KETCHAM, RUTHERFORD, BRONSON
EIDE & TELAN, P.A.
P.O. Box 538065
Orlando, FL. 32853-8065
Tel.: 407-423-9545
Fax: 407-425-7104

*Attorneys for Defendant, CORIZON HEALTH, INC.*