# EXHIBIT 1
# (2 of 3)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 3

Facility: Central County Jail

| Inmate's Name: ██████████ | | Booking #: ██████ | Cell: C2G |
|---|---|---|---|
| Date of Incident: 12/25/2011 | | Time of Incident: 2025 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: D/D Cranor #7206, D/D Bell # 6232, D/D Goheen #4108, Sgt. K. McGraw #3966, Lt. D. Palmer #3639,

Narrative: On the above date and time, I was working the floors in Building 2 South with D/D Bell #6232. The juveniles in Golf Dorm were in cell #4, and we could hear them banging on the glass. D/D Bell walked inside Golf Dorm and told them to stop banging on the glass. The juveniles continued banging on the glass, so I entered Golf Dorm and told the juveniles that if they continued banging on the glass they would be moved to separate cells and locked down the rest of the night. As I walked away from the cell, I heard them start banging on the glass again. I walked back to the cell and informed them they were going to separate cells. I told Inmate ██████████ to return to her cell and I told Inmate ██████████ to gather her belongings and move to cell 1. She told me she was not moving. I told her again to gather her things and move to cell 1 and she still refused. After instructing her to move five times, I informed Inmate ██████ that she was going to be sprayed if she did not exit the cell. She told me to do what I had to do, but she was not leaving the cell. At this time, D/D Bell entered and told Inmate ██████ to get her things and move. Inmate ██████ once again refused, so I gathered Inmate ██████ belongings and moved them to cell 1. When I returned to cell 4, D/D Bell was telling Inmate ██████ to leave the cell and Inmate ██████ continued to refuse. D/D Bell asked Inmate ██████ "So you are refusing to leave this cell?" and Inmate ██████ replied, "yes." Inmate ██████ was also present in the cell, and I told her to leave the cell so she did not get sprayed. As Inmate ██L██ was leaving the cell she told Inmate ██████ not to be stupid and do what we told her to do. I ordered Inmate ██████ one last time to leave the cell and she refused. At this time, I pulled out my agency-issued can of Freeze+P 2K3 and sprayed Inmate ██████ in the facial area.   As soon as the Freeze +P 2K3 made contact with Inmate ██████ face, she covered her face with her t-shirt. D/D Bell told Inmate ██████ to exit the cell and Inmate ██████ refused, saying she needed to wash her face off. Inmate ██████ walked to the sink in cell 4 and started trying to rinse her face. D/D Bell told Inmate ██████ one more time to exit the cell and Inmate ██████ did not respond. At this time, D/D Bell placed her right hand on Inmate ██████ back to guide her out of the cell and Inmate ██████ pulled away from D/D Bell. D/D Bell then pulled Inmate ██████

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 03815

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

out of the cell and Inmate ▮▮▮ began resisting by attempting to pull away from D/D Bell. I placed my hands on Inmate ▮▮▮ back and she tried to pull away from me as well. We redirected Inmate ▮▮▮ to the door window of cell 6 and held her, while telling her to stop resisting and to give us her hands. D/D Bell was able to get Inmate ▮▮▮ left hand behind her back and placed one cuff on Inmate ▮▮▮ left hand. After placing the cuff on Inmate ▮▮▮ left hand, D/D Bell called for assistance via radio. Inmate ▮▮▮ continued to resist by trying to pull away from D/D Bell and me. We told her to put her other hand behind her back, but she refused to comply. At that time, I placed her right arm behind her back and placed her hand in a bent wrist to try to get her to comply. Inmate ▮▮▮ pushed back away from the window and turned around facing the dorm door. I applied my thumb to the pressure point behind her left ear, and Inmate ▮▮▮ did not respond. I was fearful that Inmate ▮▮▮ might get away from us and begin swinging her cuffed hand at D/D Bell and me, so I took hold of Inmate ▮▮▮ by her hair and pulled her back towards us. She started to pull away and get out of our grasp again, so I placed my thumb under her nose and pushed her head back in an attempt to get her to comply. D/D Bell and I were able to lay her down on her stomach on top of the dorm dayroom table. D/D Bell still had Inmate ▮▮▮ left arm cuffed and behind her back, and she had Inmate ▮▮▮ right forearm and hand laid out flat on the table. I performed a bent wrist on Inmate ▮▮▮ right hand in an attempt to gain compliance so we could handcuff her right hand, but I was unsuccessful. As Inmate ▮▮▮ was laying on the table she made the statement that she was "about to start swinging." Inmate ▮▮▮ was able to stand up and continued to resist us, so I placed my right arm around her in an attempt to get her to the floor to prevent her from getting her cuffed hand free and hitting D/D Bell with it. I was able to get Inmate ▮▮▮ to the ground at that time. After Inmate ▮▮▮ was on the ground, Sgt. McGraw, Lt. Palmer, and D/D Goheen entered the building. Sgt. McGraw took hold of Inmate ▮▮▮ feet, and I was able to pull Inmate ▮▮▮ right hand behind her back so D/D Bell could handcuff her. Inmate ▮▮▮ was assisted to her feet and escorted by D/D Goheen and me to the nurses' office. MA Kennedy told us to allow Inmate ▮▮▮ to shower first. D/D Goheen and D/D Bell escorted Inmate ▮▮▮ to the shower in Golf dorm and allowed her to shower. She was then returned to the nurses' office. While waiting to be examined, Lt. Palmer told D/D Goheen to apply shackles to Inmate ▮▮▮ ankles. D/D Goheen applied the shackles and Inmate ▮▮▮ was escorted into the nurses' office. MA Kennedy examined Inmate ▮▮▮ and noted no injuries as a result of the protective action. Inmate ▮▮▮ was then escorted to Golf Dorm, Cell 1. Once in the cell, the restraints were removed and Inmate ▮▮▮ was provided with a clean uniform. Inmate ▮▮▮ was issued Disciplinary Reports for Verbal Assaults or Verbal Threats (List 1-3) and Disobeying Verbal or Written Order (List 6-1). Supervisors

## Polk County Sheriff's Office
## Department of Detention
## Incident Report

| Notified. Report written and submitted. | | |
|---|---|---|
| Was DR Authorized? Yes | If Yes, by Whom: Sgt. McGraw | For List #: 1-3, 6-1 |

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D _Cumen_ #7206 _____ #  7206   Date:  12/25/2011

Sworn before me this ___25th___ day of __December__ , 20 _11_

_H. D#H_ _____ # _3159_

Report approved this _25th_ day of _DEC_ , 20 _11_ by _H. D#H_ #_3159_

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 11-3607745 | Enter Date/Time Protective Action Occurred (Mil) 12/28/11 @ 1135 | | | Department (Click Inside the Cell for Selection): Detention | | | | |
|---|---|---|---|---|---|---|---|---|
| Offense Description: Fight | | | | | District/Sector: CCJ | | | |
| Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830 | | | | | | | | |

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type: N/A | | | | | | Excited Delirium a Factor? No | |
|---|---|---|---|---|---|---|---|---|
| Member Name: Franklin, Jacques | Member #: 4940 | Uniformed: Yes | On Duty: Yes | Member Response: Physical Control | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Physical Control | | Description of Other: N/A | |
| Member Name: Gay, Samuel | Member #: 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Verbal | | Description of Other: N/A | |
| Member Name: Hertel, Andrew | Member #: 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Verbal | | Description of Other: N/A | |
| Member Name: | Member #: | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒Verbal ☒Physical ☐Restraint Chair ☐Chemical ☐Baton ☐K9 ☐ERD ☐EMD (Taser) ☐Hand Gun ☐Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: B | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): ▓▓▓ | Booking #: ▓▓▓ | DOB: ▓▓▓ | | Race: Black | Sex: M | Subject Resistance: Aggressive | Height: 5'8" | Weight: 130 |
|---|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.: No | Treatment: No Treatment | Type of Injury: N/A | If Other Describe or Enter "N/A" N/A | | | | | | Type Weapon: N/A | |

### SUPERVISOR ASSESSMENT

| Sergeant: _(signature)_ | Member #: 1958 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: _(signature)_ | Member #: 3127 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: _(signature)_ | Member #: 3984 | Date: 1/3/12 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Major/Director: _(signature)_ | Member #: 300 | Date: 1/20/12 | Complies with F.S. ☐Y ☐N / Complies with G.O. ☐Y ☐N |
| Chief/Executive Director: _(signature)_ W. Shumbaugh | Member #: 2206 | Date: 1/24/12 | Complies with F.S. ☐Y ☐N / Complies with G.O. ☐Y ☐N |
| Chief of Staff: _(signature)_ | Member #: 2157 | Date: 1/27/12 | Complies with F.S. ☐Y ☐N / Complies with G.O. ☐Y ☐N / Referred to A.I. |
| AIS: _(signature)_ | Member #: 7261 | Date: 1/31/12 | P.A Incident #: DPI-336 |
| COMMENTS: | | | |

RECEIVED

JAN 31 2012

Polk County Sheriff's Office
Administrative Investigations
Section

Page Numbers of Form 206A Only
Page of 1

Hughes v. Judd
4th Supplemental 03828

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 11-3622387 | Enter Date/Time Protective Action Occurred (Mil) 12/28/11 @ 1135 | Department (Click Inside the Cell for Selection): Detention | |
|---|---|---|---|
| Offense Description: Fight | | | District/Sector: CCJ |

Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type N/A | | | | | | Excited Delirium a Factor? No |
|---|---|---|---|---|---|---|---|

| Member Name: Franklin, Jacques | Member# 4940 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Chemical | | | Description of Other: N/A | |
| Member Name: Gay, Samuel | Member# 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Chemical | | | Description of Other: N/A | |
| Member Name: Hertel, Andrew | Member# 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Verbal | | | Description of Other: N/A | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒Verbal ☒Physical ☐Restraint Chair ☒Chemical ☐Baton ☐K9 ☐ERD ☐EMD (Taser) ☐Hand Gun ☐Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: B | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): ▮▮▮ | Booking #: ▮▮▮ | DOB: ▮▮▮ | Race: Black | Sex: M | Subject Resistance: Aggressive | Height: 5'5" | Weight: 119 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.? No | Treatment: No Treatment | Type of Injury N/A | | If "Other" Describe or Enter "N/A" N/A | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member # 1958 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: | Member # 3127 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: | Member # 3984 | Date: 1/13/12 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Major/Director: | Member # 3650 | Date: 1/20/12 | Complies with F.S. ☐Y ☐N<br>Complies with G.O. ☐Y ☐N |
| Chief/Executive Director: OIC | Member # 2206 | Date: 1/24/12 | Complies with F.S. ☐Y ☐N<br>Complies with G.O. ☐Y ☐N |
| Chief of Staff: | Member # 215 | Date: 1/27/12 | Complies with F.S. ☐Y ☐N<br>Complies with G.O. ☐Y ☐N<br>Referred to A.I. ☐Y ☐N |
| AIS: | Member # 726 | Date: /31/12 | PA Incident #: 11-33 |
| COMMENTS: | | RECEIVED | |

JAN 3 1 2012

Polk County Sheriff's Office Administrative Investigations

Hughes v. Judd
4th Supplemental 03839

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 11-3633931 | Enter Date/Time Protective Action Occurred (Mil) 12/28/11 @ 1135 | Department (Click Inside the Cell for Selection): Detention |
|---|---|---|

| Offense Description: Fight | District/Sector: CCJ |
|---|---|

| Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830 | | |
|---|---|---|
| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type: N/A | Excited Delirium a Factor? No |

| Member Name: Franklin, Jacques | Member #: 4940 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Chemical | | | Description of Other: N/A | |
| Member Name: Gay, Samuel | Member #: 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Verbal | | | Description of Other: N/A | |
| Member Name: Hertel, Andrew | Member #: 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Physical Control | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Physical Control | | | Description of Other: N/A | |
| Member Name: | Member #: | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A": | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

| ☒Verbal ☒Physical ☐Restraint Chair ☒Chemical ☐Baton ☐K9 ☐ERD ☐EMD (Taser) ☐Hand Gun ☐Shoulder Gun |
|---|

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: B | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): ▮▮▮ | Booking #: ▮▮▮ | DOB: ▮▮▮ | Race: Black | Sex: M | Subject Resistance: Aggressive | Height: 5'7" | Weight: 140 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.: No | Treatment: No Treatment | Type of Injury: N/A | If Over: Describe or Enter "N/A" N/A | | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: _[signature]_ | Member #: 1958 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: _[signature]_ | Member #: 3127 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: Capt. J. Marcum | Member #: 3984 | Date: 1/3/12 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Major/Director: _[signature]_ | Member #: 2430 | Date: 1/20/12 | Complies with F.S. ☐Y ☐N / Complies with G.O. ☐Y ☐N |
| Chief/Executive Director: W. Stanburgh _[signature]_ | Member #: 2206 | Date: 1/24/12 | Complies with F.S. ☐Y ☐N / Complies with G.O. ☐Y ☐N |
| Chief of Staff: C. Lester | Member #: 2157 | Date: 1/27/12 | Complies with F.S. ☐Y ☐N / Complies with G.O. ☐Y ☐N / Referred to A.I. ☐Y ☐N |
| AIS: _[signature]_ | Member #: 2261 | Date: 1/31/12 | P.A. Incident #: DD11-33▮ |

| COMMENTS: | | RECEIVED |
|---|---|---|

JAN 31 2012

PCSO FORM 206A (REV 06/21/11)

Hughes v. Judd
4th Supplemental 03850

Page Numbers of Form 206A Only
Polk County Sheriff Page 1 of 1
Administrative Investigations
Section

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #:<br>11-3633174 | Enter Date/Time Protective Action Occurred (Mil)<br>12/28/11 @ 1135 | Department (Click Inside the Cell for Selection):<br>Detention | | |
|---|---|---|---|---|

| Offense Description:  Fight | | District/Sector:  CCJ |
|---|---|---|

Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830

| Protective Action Type:<br>Subject Resisted | Description of "Other" from Protective Action Type<br>N/A | | | | | Excited Delirium a Factor?<br>No |
|---|---|---|---|---|---|---|

| Member Name:<br>Franklin, Jacques | Member #<br>4940 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Physical Control | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Physical Control | | | Description of Other:<br>N/A | |

| Member Name:<br>Gay, Samuel | Member#<br>5175 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Nonlethal Weapon | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Chemical | | | Description of Other:<br>N/A | |

| Member Name:<br>Hertel, Andrew | Member#<br>3512 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Verbal | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Verbal | | | Description of Other:<br>N/A | |

| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

[X]Verbal [X]Physical [ ]Restraint Chair [X]Chemical [ ]Baton [ ]K9 [ ]ERD [ ]EMD (Taser) [ ]Hand Gun [ ]Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed?<br>No | Fight?<br>Yes | Facility:<br>CCJ | Building:<br>3 | Dorm:<br>B | Cell:<br>Day Room | Describe "Other" or Enter "N/A"<br>N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status:<br>Inmate | Adult or Juvenile:<br>Juvenile | Subject Name (Last, First, M.I.): | Booking #: | DOB: | Race:<br>Black | Sex:<br>M | Subject Resistance:<br>Aggressive | Height:<br>5'6" | Weight:<br>106 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.:<br>No | Treatment:<br>No Treatment | Type of Injury<br>N/A | If Other, Describe or Enter "N/A"<br>N/A | | | | Type Weapon:<br>N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member #<br>1958 | Date:<br>12/28/11 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
|---|---|---|---|
| Lieutenant: | Member #<br>3127 | Date:<br>12/28/11 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Captain/Deputy Director: | Member #<br>3984 | Date:<br>1/3/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Major/Director: | Member #<br>3630 | Date:<br>1/20/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [ ]Y [ ]N |
| Chief/Executive Director:<br>W. Slaybaugh | Member #<br>2206 | Date:<br>1/24/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [ ]Y [ ]N |
| Chief of Staff:<br>Celeste | Member #<br>2157 | Date:<br>1/27/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [ ]Y [ ]N<br>Referred to A.I. [ ]Y [ ]N |
| AIS: | Member #<br> | Date:<br>1/31/12 | PA Incident #: DP11-336 |

COMMENTS:

RECEIVED

JAN 3 1 2012

(Pt. 2 of 2)

Hughes v. Judd
4th Supplemental 03862

# Polk County Sheriff's Office
## Department of Detention
### Incident Report

Page 1 of 1

Facility:  Central CountyJail

| Inmate's Name: ███████ | Booking #: ███████ | Cell: C3B |
|---|---|---|
| Date of Incident: 12/28/11 | Time of Incident:  1135 hrs | |

Nature of Incident:  Protective Action

Witnesses and Deputies Present:  DD Hertel, DD Franklin and DD Gay

Narrative:  On the above date and approximate time, DD Franklin stated that there was a fight in Bravo dorm. ( The juveniles were later identified as: ███████████████████████████, ████████████████████████████; and ████████████) DD Franklin, DD Gay and I entered the dayroom and ordered all juveniles to stop fighting and to lay on the floor. DD's Franklin and Gay sprayed several juveniles with chemical agent Freeze +P2k3 who did not comply with the order to stop fighting. After several orders, all juveniles laid prone on the floor and were restrained with mechanical wrist restraints. No further Protective Action was used. I placed restraints on Juveniles ███ and ███ All juveniles were examined by LPN Jennings who noted no injuries from the fight or the protective action. A photograph was taken of each juvenile and attached to their report. All juveniles were given an opportunity to wash and received clean uniforms. All juveniles were returned to Bravo dorm and placed in separate cells. A Waiver of Prosecution was signed by each juvenile. Supervisors notified. Reports written and submitted.

| Was DR Authorized? NA | If Yes, by Whom: N/A | | For List #: N/A |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_[signature]_ # 3512   Date: 12/28/11

Sworn before me this _28th_ day of _Dec_ , 20 _11_

_[signature]_ # 3127

Report approved this _28th_ day of _Dec_ , 20 _11_  by _[signature]_ # 3127

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #:<br>11-3630493 | Enter Date/Time Protective Action Occurred (Mil)<br>12/28/11 @ 1135 | | | Department (Click Inside the Cell for Selection):<br>Detention | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offense Description: Fight | | | | | | District/Sector: CCJ | | | |
| Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830 | | | | | | | | | |

| Protective Action Type:<br>Subject Resisted | Description of "Other" from Protective Action Type<br>N/A | | | | | | Excited Delirium a Factor?<br>No | | |
|---|---|---|---|---|---|---|---|---|---|
| Member Name:<br>Franklin, Jacques | Member #<br>4940 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Physical Control | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Physical Control | | | Description of Other:<br>N/A | |
| Member Name:<br>Gay, Samuel | Member#<br>5175 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Verbal | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Verbal | | | Description of Other:<br>N/A | |
| Member Name:<br>Hertel, Andrew | Member#<br>3512 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Verbal | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Verbal | | | Description of Other:<br>N/A | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒Verbal ☒Physical ☐Restraint Chair ☐Chemical ☐Baton ☐K9 ☐ERD ☐EMD (Taser) ☐Hand Gun ☐Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed?<br>No | Fight?<br>Yes | Facility:<br>CCJ | Building:<br>3 | Dorm:<br>B | Cell:<br>Day Room | Describe "Other" or Enter "N/A"<br>N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status:<br>Inmate | Adult or Juvenile:<br>Juvenile | Subject Name (Last, First, M.I.): | Booking # | DOB: | Race:<br>Black | Sex:<br>M | Subject Resistance:<br>Aggressive | Height:<br>6'0" | Weight:<br>150 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.:<br>No | Treatment:<br>No Treatment | Type of Injury:<br>N/A | | If "Other" Describe or Enter "N/A"<br>N/A | | | Type Weapon:<br>N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member #<br>1958 | Date:<br>12/28/11 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: | Member #<br>3127 | Date:<br>12/28/11 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: | Member #<br>3984 | Date:<br>1/13/12 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Major/Director: | Member #<br>3030 | Date:<br>1/20/12 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Chief/Executive Director  OIC | Member #<br>2206 | Date:<br>1/24/12 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Chief of Staff: | Member #<br>215 | Date:<br>1/27/12 | Complies with F.S. ☒Y ☐N<br>Complies with G.O. ☒Y ☐N<br>Referred to A.I. ☐Y ☒N |
| AIS: | Member #<br>1261 | Date:<br>1/31/12 | PA Incident #: DP11-336 |
| COMMENTS: | | | |

RECEIVED

JAN 3 1 2012

Polk County Sheriff's Office
Administrative Investigations

Page Numbers of Form 206A Only
Page 1 of 1

Hughes v. Judd
4th Supplemental 03872

**Polk County Sheriff's Office**
**Department of Detention**
**Incident Report**

Page 1 of 1

Facility:  Central County Jail

| Inmate's Name: ▮▮▮▮▮ | | Booking #: ▮▮▮▮ | Cell: C3B |
|---|---|---|---|
| Date of Incident:  12/28/11 | | Time of Incident:  1135 hrs | |

Nature of Incident:  Protective Action

Witnesses and Deputies Present:  D/D Franklin 4940, D/D Gay 5175 , D/D Hertel 3512

Narrative:  On the above date and time, I witnessed Juvenile ▮▮▮▮▮▮ join in a multiple person fight in the dayroom of Bravo dorm involving the following Juveniles: ▮▮▮▮▮▮ ; and ▮▮▮▮▮ . D/D Hertel, D/D Gay and I entered Bravo dorm and ordered all juveniles to stop fighting and to lay on the floor. We made this announcement several times as we approached the fighting juveniles. All juveniles except those listed above returned to their cells and were locked down. D/D Gay and I then moved from fight to fight using chemical agent Freeze +P2K3 on those who continued to fight. I sprayed the following Juveniles: ▮▮▮▮▮ ; and ▮▮▮▮▮ . All juveniles fighting were told to lie prone on the floor of Bravo dorm and to remain there until told to move. All juveniles involved in the fight and in the protective action, were handcuffed and removed from the dorm with no further resistance. They were all taken to the building three medical station where they were examined by Nurse Jennings. She noted no injuries on any juveniles as a result of the fight or the Protective Action. I handcuffed Juveniles ▮▮▮▮▮ and ▮▮▮▮▮ . After all juveniles involved in the fight and protective action were examined, they were returned to Bravo dorm and locked down in separate cells. They were allowed to shower and they received new uniforms. Waivers were signed by all juveniles involved in the fight. Fight reports and protective action reports were generated for each juvenile involved. A photgraph was taken of each juvenile and attached to their report. Supervisor notified. Report written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | | For List #: N/A |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_/s/_____   #  4940   Date:  12/28/11

Sworn before me this   28   day of  December   , 20  11

_/s/_____   #  3127

Report approved this   28   day of  December   , 20  11   by  _/s/_  #: 3127

# Polk County Sheriff's Office
## Department of Detention
### Incident Report

Page 1 of 1

| Inmate's Name: ██████ | | Booking #: ██████ | Cell: C3B |
|---|---|---|---|
| Date of Incident: 12-28-11 | | Time of Incident: 1135 hrs | |
| Nature of Incident: Protective Action | | | |

Witnesses and Deputies Present: D/D Gay #5175; D/D Franklin #4940, D/D Hertel #3512

Narrative: On the above date and time, I saw six pre-adjudicated juveniles fighting each other in C3B. The six juveniles involved in the fight were later identified as: ████████████████████ ████████████████████████████████████████. D/D Hertel, D/D Franklin and I entered C3B and we all gave verbal orders for the juveniles to stop fighting and to lay on the floor. All juveniles that were not involved in the fight returned to their sleeping cells and were locked down. D/D Franklin and I began spraying the juveniles that were still fighting with Freeze+P 2k3 until they complied with our verbal orders. I sprayed the following juveniles: ████ █████ ████████████████████████████. All juveniles were ordered to lie prone on the floor. All juveniles involved were felony handcuffed and removed from the dorm with no further resistance. I did not handcuff any of the involved juveniles. D/D Franklin and D/D Hertel handcuffed the juveniles. All juveniles were allowed to wash their affected areas and they were all examined by LPN Jennings. She didn't note any injuries on any of the juveniles as a result of the fight or the protective action. All juveniles were issued new uniforms and they were placed in separate cells of C3B. All juveniles signed a Waiver of Prosecution. A photograph was taken of each juvenile and attached to their report. Supervisors notified. Report written and submitted.

| Was DR Authorized? NA | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_[signature]_ # 5175   Date: 12/28/11

Sworn before me this 28th day of Dec , 20 11

_[signature]_ # 3127

Report approved this 28th day of Dec , 20 11 by _[signature]_ # 3127

Hughes v. Judd
4th Supplemental 03874

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 11-3633821 | Enter Date/Time Protective Action Occurred (Mil) 12/28/11 @ 1135 | Department (Click Inside the Cell for Selection): Detention |
|---|---|---|

| Offense Description: Fight | | District/Sector: CCJ |
|---|---|---|

Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type: N/A | | | | | | | | | Excited Delirium a Factor? No |
|---|---|---|---|---|---|---|---|---|---|---|

| Member Name: Franklin, Jacques | Member # 4940 ✓ | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon ✓ | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | Treatment: No Treatment | | Highest Level of P.A. Used: Chemical | | | Description of Other: | |

| Member Name: Gay, Samuel | Member # 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal ✓ | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | Treatment: No Treatment | | Highest Level of P.A. Used: Verbal | | | Description of Other: N/A | |

| Member Name: Hertel, Andrew | Member # 3512 ✓ | Uniformed: Yes | On Duty: Yes | Member Response: Physical Control ✓ | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | Treatment: No Treatment | | Highest Level of P.A. Used: Physical Control | | | Description of Other: N/A | |

| Member Name: | Member #: | Uniformed: | On Duty: | Member Response: | Supv.Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
|---|---|---|---|---|---|---|---|---|---|
| Type of Injury: | Describe "Other" or Enter "N/A": | | Treatment: | | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

| ☒Verbal ☒Physical | ☐Restraint Chair | ☒Chemical | ☐Baton | ☐K9 | ☐ERD | ☐EMD (Taser) | ☐Hand Gun | ☐Shoulder Gun |
|---|---|---|---|---|---|---|---|---|

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: B | Cell: Day Room | Describe "Other" or Enter "N/A": N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): | Booking #: | DOB: | Race: Black | Sex: M | Subject Resistance: Aggressive | Height: 5'8" | Weight: 135 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.: No | Treatment: No Treatment | Type of Injury: N/A | If Other Describe or Enter "N/A": N/A | | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member # 1958 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: | Member # 3127 | Date: 12/28/11 | Complies with F.S. ☒Y ☐N Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: | Member # 3981 | Date: 1/13/12 | Complies with F.S. ☒Y ☐N Complies with G.O. ☒Y ☐N |
| Major/Director: | Member # 3620 | Date: 1/20/12 | Complies with F.S. ☒Y ☐N Complies with G.O. ☒Y ☐N |
| Chief/Executive Director: OIC W. Sherman | Member # 2206 | Date: 1/24/12 | Complies with F.S. ☒Y ☐N Complies with G.O. ☒Y ☐N |
| Chief of Staff: | Member # 2157 | Date: 1/27/12 | Complies with F.S. ☐Y ☐N Complies with G.O. ☐Y ☐N Referred to A.I. ☐Y ☐N |
| AIS: | Member # 1261 | Date: 1/31/12 | PA Incident #: 11-11-3576 |

| COMMENTS: | RECEIVED |
|---|---|
| | JAN 31 2012 |

Polk County Sheriff's Office
Administrative Investigation

Hughes v. Judd
4th Supplemental 03883

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central CountyJail

| Inmate's Name: ▓▓▓▓▓▓▓ | Booking #: ▓▓▓ | Cell: C3A |
|---|---|---|
| Date of Incident: 12-23-11 | Time of Incident:  1445 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present:  D/D Choquette 5165

Narrative: On the above date and time I was supervising the juveniles from A Dorm and B Dorm out at recreation. A small group of the juveniles were playing flag football. Among that group were Juveniles ▓▓▓ ▓▓▓ and ▓▓▓▓▓▓▓. Juvenile ▓▓▓ made a comment to Juvenile ▓▓▓ about how another juvenile had outplayed him, saying he had "shanked you". Juvenile ▓▓▓ then made a threat to Juvenile ▓▓▓ that he would "shank him in the mouth" if he kept on. Both juveniles returned to playing flag football and when Juvenile ▓▓▓ received the ball he would not give it back into play but had to be repeatedly asked into releasing it. Juvenile ▓▓▓ then called me from across the recreation yard and requested that I remove Juvenile ▓▓▓ because he continued to cause problems. Juvenile ▓▓▓ then began to insult and threaten Juvenile ▓▓▓. Both juveniles squared up as if to begin fighting and I moved to intervene. Before I could reach the juveniles, blows were exchanged and Juvenile ▓▓▓ received two hits to his face. I intervened by pulling Juvenile ▓▓▓ by the back of his uniform collar away from Juvenile ▓▓▓ and both inmates stopped fighting. There was no protective action on Juvenile ▓▓▓. I then sent Juvenile ▓▓▓ into Building 3 and contacted Building 3 floor officers to receive him and place him in the holding cage. I remained with the rest of the juveniles on the recreation yard until Juvenile ▓▓▓ had been secured. I then ended recreation and brought in the juveniles. Both juveniles were separately taken to the nurses station and examined by LPN Jennings. LPN Jennings noted on ░░░░░░░░░░░ No other injuries were noted on Juvenile ▓▓▓ from the protective action ░░░░░░░░░░. No injuries were noted for Juvenile ▓▓▓ from the fight. No Disciplinary Reports were filed because the two inmates are juveniles. Photographs were taken of both juvenile inmates and are attached to the reports. Both juvenile inmates signed a Waiver of Prosecution. Supervisors were notified. Reports were written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | | For List #: N/A |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_[signature]_    # _5165_    Date: _12-23-11_

Sworn before me this  _23_  day of _December_ , 20 _11_

_[signature]_    # _1958_

Report approved this    _23_    day of _December_ , 20 _11_    by _[signature]_ #_1958_

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
# Department of Detention
# Incident Report

Page 1 of 1

Facility:  Central CountyJail

| Inmate's Name: ▓▓▓▓ | Booking #: ▓▓▓▓ | Cell: C3F |
| --- | --- | --- |
| Date of Incident: 1-6-12 | Time of Incident: 1335 hrs | |

Nature of Incident:  Protective Action

Witnesses and Deputies Present: D/D Choquette #5165

Narrative:  On the above date and time, while working in Building 3, D/D Nance brought in two new Direct File Juvenile inmates ▓▓▓▓ and ▓▓▓▓. D/D Nance placed both inmates in the left holding cage and passed on their locator cards to the building OIC. While waiting in the holding cage to be placed into their appropriate dorms, both inmates began fighting. I gave a verbal order to cease fighting. Both inmates continued to exchange blows with clenched fists. I entered the holding cage and sprayed both inmates in the face with my chemical agent Freeze+P 2k3. Both inmates continued to fight. I sprayed both inmates again in the face as best I could and they continued to fight, dropping to the floor. I secured my chemical agent and physically separated both inmates, leaving both inmates prone on the floor. Both inmates then complied and lay prone on the floor attempting to wipe the chemical agent out of their eyes. I felony handcuffed Inmate ▓▓▓▓ and had him stay in place on the floor. I then felony handcuffed Inmate ▓▓▓▓ and escorted him into the other holding cage. Both inmates were allowed to wash off the chemical agent Freeze+P 2k3. Both inmates were issued new uniforms. The Building 3 nurse was notified. Inmate ▓▓▓▓ was examined by LPN Jennings. She noted ▓▓▓▓ and no injuries as a result of the protective action. A photograph of Inmate ▓▓▓▓ face was taken and is attached to his report. Inmate ▓▓▓▓ was then examined by LPN Jennings. She noted no injuries from the fight or the protective action. A photograph of Inmate ▓▓▓▓ face was taken and is attached to his report. Both inmates signed Waivers of Prosecution. A Disciplinary Report was written on both inmates for Fighting, List #2-4. Inmate ▓▓▓▓ had been placed on Direct Observation / SW per Booking and was placed in D dorm on a 1 on 1 watch. Inmate ▓▓▓▓ was placed in F dorm. Reports written and submitted to supervisors.

| Was DR Authorized? Yes | If Yes, by Whom: Lt. Borders | For List #: 2-4 |
| --- | --- | --- |

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_____ # 5165 Date: 1-6-12

Sworn before me this 6TH day of JAN , 20 12

_____ # 3127

Report approved this 6TH day of JAN , 20 12 by _____ # 3127

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central CountyJail

| Inmate's Name: ███████████ | Booking #: ████████ | Cell: C3C |
|---|---|---|
| Date of Incident: 1-3-12 | Time of Incident:  1155 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present:  D/D Franklin #4940, D/D Choquette #5165

Narrative: On the above date and time, while standing at the door of C Dorm, I was a couple of feet away when I observed Juvenile ███████████ punch Juvenile ███████ in the face. I immediately intervened by moving Juvenile ██████ away from Juvenile ████. Juvenile ███████ did not try to return any punches towards Juvenile ████. Juvenile ███ placed his hands over his face and stepped backwards away from Juvenile ████ as instructed without any resistance. There was no protective action on Juvenile ██████. I attempted to escort Juvenile ████ out of the dorm, but he attempted to pull away. I placed Juvenile ████ on the floor of the common area. Juvenile ███ attempted to roll over onto his back. I secured Juvenile ████ arms for handcuffing. D/D Choquette placed handcuffs on Juvenile ███. D/D Choquette ordered Juvenile ████ to stand. He partially complied by sitting on his knees, but refused to stand up. Juvenile ████ said he needed assistance. D/D Choquette took his left upper arm and the back of his shirt and helped him to his feet. Juvenile ██ refused to hold up his body and attempted to go limp. D/D Choquette helped Juvenile ████ stand upright. We then escorted Juvenile ████ by holding him upright and directing him to the nurses station. I then went into C Dorm and escorted Juvenile ████ to the nurses station. LPN Bennett arrived and examined Juvenile ███ LPN Bennett noted ████████████ from the assault. Photos were taken of Juvenile ██████ face and mouth and are attached. Juvenile ██████ signed a Waiver of Prosecution. When she was available, LPN Bennett examined Juvenile ████ and noted . ████████████ a result of the assault. There were no injuries from the protective action. A photograph was taken of Juvenile ██████ and is attached. Juvenile ██████ signed a Waiver of Prosecution. Report written and submitted. Supervisor notified.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_Jam Zfr_   # 4940   Date: 1/03/12

Sworn before me this   3rd   day of   January   , 20  12

_Boelus_   # 3127

Report approved this   3rd   day of   January   , 20  12   by _Boelu_ # 3127

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility: Central CountyJail

| | | |
|---|---|---|
| Inmate's Name: ███████ | Booking #: ██████ | Cell: C3C |

Date of Incident: 01-11-12 | Time of Incident: 1255 hrs

Nature of Incident: Protective Action

Witnesses and Deputies Present: D/D Choquette #5165, D/D Franklin #4940

Narrative: On the above date and time, I noticed two juveniles fighting on the top tier of C Dorm - later identified as ███████ and ████████ I immediately responded to C dorm, entering the dorm and ordering the two juveniles to stop fighting. D/D Franklin entered behind me as backup. Both inmates continued to fight. D/D Franklin and I climbed the stairs to the second tier and I again ordered the two juveniles to stop fighting and lie prone on the floor. Both juveniles continued to fight. I deployed my chemical agent Freeze+P 2k3 and sprayed the two fighting juveniles from a distance of approximately 6 feet. Both juveniles then separated. Juvenile ████ did not comply with orders to lie prone on the floor, but moved past me and was intercepted by D/D Franklin, who sprayed him to make him comply and lie prone on the floor. I approached Juvenile ██████ and he dropped prone to the floor without being sprayed a second time. I felony handcuffed Juvenile ████ and D/D Franklin escorted Juvenile ████ Both juveniles were removed from the dorm and placed into separate holding cages. I allowed Juvenile ████ to shower and change his uniform and placed him into Isolation cell #1 to be seen by the nurse. I then allowed Juvenile ████ to shower and change his uniform and placed him into Isolation cell #2 to be seen by the nurse. LPN Jennings arrived and examined Juvenile ████ She noted no injuries from the fight or the protective action. She then examined Juvenile ████ She noted no injuries from the fight or the protective action. Both juveniles signed Waivers of Prosecution. Both juveniles had a photograph taken of their head and face that are attached to the reports. No DR's were written because both were pre-adjudicated juveniles. Supervisors notified. Reports written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_____ # 5165   Date: 1-11-12

Sworn before me this ___11___ day of ___January___, 20 _12_

_____ # 3127

Report approved this ___11___ day of ___January___, 20 _12_ by _____ # 3127

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility: Central CountyJail

| Inmate's Name: ███████ | | Booking #: ███████ | Cell: C3C |
|---|---|---|---|
| Date of Incident: 01-11-12 | | Time of Incident: 1255 hrs | |
| Nature of Incident: Protective Action | | | |

Witnesses and Deputies Present: D/D Franklin #4940, D/D Choquette

Narrative: On the above date and time, I noticed D/D Choquette moving quickly toward C Dorm. D/D Choquette started ordering two juveniles to stop fighting. The two juveniles were later identified as ███████ and ███████████. I followed D/D Choquette into C dorm. We ordered the two juveniles to stop fighting. Both juveniles continued to fight. D/D Choquette and I climbed the stairs to the second tier and again we ordered the two juveniles to stop fighting. Both juveniles continued to fight. D/D Choquette sprayed the two fighting juveniles. Both juveniles then separated and Juvenile ████ moved past D/D Choquette and I intercepted him and sprayed him with chemical agent Freeze+P 2k3 because he would not comply with orders to lie prone on the floor. Juvenile ████ then complied and dropped to his stomach on the floor. Juvenile ████ dropped prone to the floor as D/D Choquette approached him. D/D Choquette felony cuffed Juvenile ████ and I escorted Juvenile ████. Both juveniles were removed from the dorm and placed into separate holding cages. D/D Choquette allowed Juvenile ████ to shower and change his uniform and placed him into Isolation cell #1 until he could be seen by the nurse. D/D Choquette then allowed Juvenile ████ to shower and change his uniform and placed him into Isolation cell #2 until he could be seen by the nurse. LPN Jennings arrived and examined Juvenile ████. She noted no injuries from the fight or the protective action. She then examined Juvenile ████. She noted no injuries from the fight or the protective action. Both juveniles signed Waivers of Prosecution. Both juveniles had a photograph taken of their head and face that are attached to the reports. No DR's were written because both were pre-adjudicated juveniles. Supervisor notified. Reports written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | | For List #: N/A |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_Signature_                    # 4940    Date: 1/11/12

Sworn before me this  11  day of  January , 20 12
_Signature_                    # 3127

Report approved this  11  day of  January , 20 12  by _Signature_  # 3127

PCSO FORM 703 (REV 08/31/11)

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 12-362-5040 | Enter Date/Time Protective Action Occurred (Mil) 01/16/2012 @ 2049 | Department (Click Inside the Cell for Selection): Detention |
|---|---|---|

| Offense Description: Disobeying Verbal Order | | District/Sector: Central County Jail |
|---|---|---|

| Location (Address): 2390 Bob Phillips Road, Bartow, Florida 33830 | | |
|---|---|---|

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type | | | | | | | Excited Delirium a Factor? No | |
|---|---|---|---|---|---|---|---|---|---|
| Member Name: Cranor, Jessica | Member # 7206 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv. Responded: No | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Chemical | | Description of Other: | |
| Member Name: Bell, Alandrea | Member # 6232 | Uniformed: Yes | On Duty: Yes | Member Response: Physical Control | Supv. Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Physical Control | | Description of Other: | |
| Member Name: McGraw, Kevin | Member # 3966 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv. Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Verbal | | Description of Other: | |
| Member Name: Palmer, Derwent | Member # 3639 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv. Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Verbal | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒ Verbal  ☒ Physical  ☐ Restraint Chair  ☒ Chemical  ☐ Baton  ☐ K9  ☐ ERD  ☐ EMD (Taser)  ☐ Hand Gun  ☐ Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? No | Facility: CCJ | Building: 2-South | Dorm: H | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): | Booking #: | DOB: | Race: White | Sex: F | Subject Resistance: Passive | Height: 5'5" | Weight: 162 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.? No | Treatment: No Treatment | Type of Injury: N/A | If "Other" Describe or Enter "N/A" N/A | | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: K. McGraw | Member # 3966 | Date: 01/16/2012 | Complies with F.S ☒Y ☐N / Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: D. Palmer | Member # 3639 | Date: 01/16/2012 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: | Member # 3984 | Date: 1/17/12 | Complies with F.S ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Major/Director: | Member # 7630 | Date: 1/24/12 | Complies with F.S ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Chief/Executive Director: | Member # 1431 | Date: 1/31/12 | Complies with F.S ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Chief of Staff: | Member # 2157 | Date: 2/3/12 | Complies with F.S ☐Y ☐N / Complies with G.O. ☐Y ☐N / Referred to A.I. ☐Y ☐N |
| AIS: | Member # 2601 | Date: 2/7/12 | PA Incident #: DP12-017 |

COMMENTS: RECEIVED

FEB 06 2012

Polk County Sheriff's Office
Administrative Investigations
Section

PCSO FORM 206A (REV 06/21/11)

Page Numbers of Form 206A Only
Page 1 of 1

Hughes v. Judd
4th Supplemental 03929

**Polk County Sheriff's Office**
**Department of Detention**
**Incident Report**

Page 1 of 2

Facility: Central County Jail

| Inmate's Name: | | Booking #: | Cell: C2H |
|---|---|---|---|
| Date of Incident: 1/16/2012 | | Time of Incident: 2049 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: D/D Cranor #7206, D/D Bell #6232, Sgt. K. McGraw #3966, Lt. D. Palmer #3639

Narrative: On the above date and time, I was assigned to work in Building 2 South with D/D Bell #6232. Juvenile ▇▇▇▇▇▇ requested to be moved to a bunk that was not under the lights in Hotel Dorm so she could sleep. D/D Bell told Juvenile ▇▇▇ that she had to be on the bunk she was on because she is on Direct Observation and the deputies must be able to see her at all times. Juvenile ▇▇▇ responded by saying, "What the fuck?" Juvenile ▇▇▇ then walked over to the telephone area and started scratching the paint from the telephone stand. I told D/D Bell I had to use the restroom and I would be back shortly. I heard D/D Bell call for Hotel Dorm to be opened, so I returned to C2 South where I observed D/D Bell in Hotel Dorm speaking with Juvenile ▇▇▇. While I was walking toward Hotel Dorm, I heard Juvenile ▇▇▇ tell D/D Bell, "Get out of my fucking face stupid bitch." D/D Bell told me that Juvenile ▇▇▇ was standing on the stairs and acting like she was going to jump off of the steps. At that time I called for the supervisors to respond. Sgt. McGraw arrived and we briefed him on the situation. He told Juvenile ▇▇▇ to stay on her bunk, or she would be shackled to the bunk. Juvenile ▇▇▇ responded, "I will slap all of you fuckers in the face." Sgt. McGraw told her that she still was not allowed to move off of her bunk. Lt. Palmer arrived and we walked out to the common area. As we were watching Juvenile ▇▇▇, she stood up off of her bunk with her left leg on the floor and her right leg on the bunk and was attempting to communicate with the juveniles in India Dorm. I went to India Dorm and locked down the juveniles to prevent them from influencing ▇▇▇ behavior. While in the common area, I saw Juvenile ▇▇▇ leave her bunk and sit at the table in the day room of Hotel Dorm. Sgt. McGraw then told us to shackle Juvenile ▇▇▇ to her bunk. When we entered Hotel Dorm, I told Juvenile ▇▇▇ to return to her bunk, but she refused to comply and remained sitting at the table. Lt. Palmer told Juvenile ▇▇▇ to return to her bunk and again, she refused. I handed the shackles to Sgt. McGraw and placed my hand on Juvenile ▇▇▇ back and she pushed back against me. Sgt. McGraw gave me the order to spray Juvenile ▇▇▇. I pulled out my agency issued Freeze +P 2K3 and reached around to spray Juvenile ▇▇▇ in the face. She held up her arm in an effort to prevent me from spraying her in the

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 03930

**Polk County Sheriff's Office**
**Department of Detention**
**Incident Report**

Page 2 of 2

face, so I took a hold of her suicide smock, pulled her back, and continued to spray her in the facial area.

Juvenile ▊▊▊ then went and sat on her bunk and D/D Bell placed shackles on Juvenile ▊▊▊ ankles.

Juvenile ▊▊▊ was escorted to the nurses' station where she was examined by LPN Henry. LPN Henry noted

no injuries to Juvenile ▊▊▊ as a result of the protective action. A photograph was taken of Juvenile ▊▊▊

and is attached to the report. Juvenile ▊▊▊ was escorted back to Hotel Dorm, where I removed the shackles

and allowed her to shower. After she showered, Juvenile ▊▊▊ was given a clean suicide smock, blanket, and

mattress. Juvenile ▊▊▊ returned to her bunk where I shackled her left ankle to the bunk without incident.

Juvenile ▊▊▊ remained shackled throughout shift change. Juvenile ▊▊▊ was allowed up to use the

restroom upon her request.

Supervisors Notified.

Report written and submitted.

| Was DR Authorized? NA | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D Gomez #7206          # 7206   Date: 1/16/2012

Sworn before me this _16th_ day of _January_ , 20 _12_

_____ # _3438_

Report approved this _17th_ day of _Jan._ , 20 _12_ by _____ # 3438

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 03931

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 2

Facility: Central CountyJail

| Inmate's Name: ▮▮▮▮▮▮ | Booking #: ▮▮▮▮▮ | Cell: C2H |
|---|---|---|
| Date of Incident: 01/16/2012 | Time of Incident: 2049 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: D/D Bell #6232, D/D Cranor #7206, Sgt. McGraw #3966, Lt. Palmer #3639

Narrative: On the above date and approximate time while conducting a dorm round in Hotel Dorm, I spoke with Direct Observation Juvenile ▮▮▮▮▮▮▮▮▮ who complained of the light over her bunk being in her eyes. I told Juvenile ▮▮▮ that she was assigned to the bunk she was on because of her direct observation status. Juvenile ▮▮▮ then said she would sleep on the floor under her bunk. I told Juvenile ▮▮▮ that she must lay on top of her bunk, and if she refused to do so she would be shackled to the bunk. Juvenile ▮▮▮ walked towards the phone bank and I exited the dorm. D/D Cranor was standing nearby and informed me that she was going to use the restroom. As I walked back to the desk to sit down, I observed Juvenile ▮▮▮ looking at the other dorms smiling at the other juveniles. Juvenile ▮▮▮ then walked over and stood in front of the dorm steps. Juvenile ▮▮▮ then proceeded to step up on the first step. I then grabbed the shackles from the drawer and placed them on the desk. Once Juvenile ▮▮▮ saw me with the shackles, she ran back to her bunk. As I entered Hotel Dorm to inform her she would be shackled if she did not stay on her bunk, D/D Cranor returned to the building, and observed what was happening, and called for a supervisor to respond. Juvenile ▮▮▮ stated, "Get out of my fucking face you stupid bitch or I'm going to slap you." Sgt. McGraw arrived. D/D Cranor and I informed him of the situation. Sgt. McGraw entered Hotel Dorm and Sgt. McGraw told Juvenile ▮▮▮ that if she moved from her bunk one more time, she would be shackled to the bunk. Juvenile ▮▮▮ remained on her bunk and stated, "I will slap all of you fuckers in the face." We then exited the dorm and observed Juvenile ▮▮▮ from the common area. Lt. Palmer arrived and while we were discussing the situation with him, Juvenile ▮▮▮ stood up with her right knee on the bunk and her left leg extended to the ground. She then walked from her bunk and sat down at a table in the dayroom. Sgt. McGraw then ordered us to shackle her to the bunk. We all reentered Hotel Dorm and Lt. Palmer ordered Juvenile ▮▮▮ to get up from the table and get back on her bunk, but Juvenile ▮▮▮ refused to comply. Sgt. McGraw also told Juvenile ▮▮▮ to get on her bunk, but she refused to comply. D/D Cranor, who was standing behind Juvenile ▮▮▮ placed her hand on Juvenile ▮▮▮ back and Juvenile ▮▮▮ pushed back against D/D

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 03932

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 2 of 2

Cranor's hand. Sgt. McGraw then told D/D Cranor to spray Juvenile ███. D/D Cranor removed her Freeze +P 2K3 from the pouch and sprayed Juvenile ███ in the facial area. Juvenile ███ then stood up from the table and returned to her bunk. I then shackled both of Juvenile ███ ankles and she was escorted by D/D Cranor to the nurses' station. LPN Henry examined Juvenile ███ and noted there were no injuries as a result of the protective action. A picture was taken of Juvenile ███ and is attached to the report. Juvenile ███ was escorted back to Hotel Dorm by D/D Cranor. D/D Cranor removed the shackles from Juvenile ███ ankles and Juvenile ███ was allowed to shower. Juvenile ███ was given a clean suicide smock, mattress, and blanket. After Juvenile ███ showered, she returned to her bunk where she was shackled to the bunk by her left ankle throughout shift change without incident. Juvenile ███ was allowed to use the restroom upon request throughout shift change. Supervisors notified. Report written and submitted.

| Was DR Authorized? NA | If Yes, by Whom: NA | For List #: NA |
| --- | --- | --- |

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D Bell   C. Bell   # 6232   Date: 01/16/2012

Sworn before me this 17th day of January , 20 12

# 3966

Report approved this 17th day of January , 20 12 by # 3966

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 03933