# EXHIBIT 1
# (3 of 3)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 2

Facility: Central CountyJail

| Inmate's Name: ███████ | Booking #: ███████ | Cell: C2H |
|---|---|---|
| Date of Incident: 01/16/2012 | Time of Incident: 2049 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: Sgt. K. McGraw #3966, D/D J. Cranor #7206, D/D A. Bell #6232, Lt. D. Palmer #3639

Narrative: On the above date and time, D/D Cranor requested that I respond to Building 2 South. When I arrived, I entered Hotel Dorm and saw D/D Cranor and D/D Bell standing in front of Juvenile ███████ ███████ who was sitting on her bunk wearing a suicide smock. D/D Cranor told me Juvenile ███ had walked up the dorm stairs and was acting as though she was going to jump off the stairs. D/D Cranor told me she wanted to shackle Juvenile ███ to the bunk to prevent her from climbing the stairs and possibly injuring herself. I told Juvenile ███ that she was to remain on her bunk and if she left her bunk, she would be shackled to the bunk. Juvenile ███ responded, "Leave me the fuck alone." I again told Juvenile ███ that she was to remain on her bunk. Juvenile ███ then responded, "I'll slap you fuckers in the face if you touch me." Juvenile ███ continued to threaten the staff members present by saying she would slap anyone who attempted to touch her. I told Juvenile ███ that as long as she remained on her bunk, nobody would have to touch her. Juvenile ███ then responded, "Leave me the fuck alone." Since Juvenile ███ was sitting on her bunk and complying, we left the dorm and went to the common area. I then saw Juvenile ███ stand up next to her bunk and begin to communicate with the juveniles in India Dorm. It appeared as though the juveniles in India Dorm were influencing Juvenile ███ behavior, so D/D Cranor entered India Dorm and told the juveniles to return to their cells. Juvenile ███ then walked away from her bunk and sat at one of the dayroom tables. D/D Cranor, D/D Bell, Lt. Palmer, and I entered Hotel Dorm. Lt. Palmer told Juvenile ███ to get on her bunk so she could be shackled. Juvenile ███ refused to comply. I then told Juvenile ███ to go to her bunk or she would be "sprayed." Juvenile ███ again refused to comply. I saw D/D Cranor place her hand on Juvenile ███ back, but Juvenile ███ would not move. I then told D/D Cranor to spray Juvenile ███. D/D Cranor attempted to spray Juvenile ███ in the facial area with Freeze +P 2K3. I saw Juvenile ███ attempt to block the chemical agent by raising her arm and turning her face away. D/D Cranor then took a hold of Juvenile ███ suicide smock and sprayed Juvenile ███ in the facial area with Freeze +P 2K3. Juvenile ███ then stood and walked over to her bunk and sat down. D/D Bell applied

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
### Incident Report

shackles to Juvenile � ankles and Juvenile ▀ was escorted to the nurses' station by D/D Cranor. Juvenile ▀ was examined by LPN Henry. LPN Henry noted no injuries as a result of the protective action. A photograph of Juvenile ▀ was taken and is attached to the report. Juvenile ▀ was escorted to the Hotel Dorm showers by D/D Cranor. The shackles were removed and Juvenile ▀ was allowed to shower. After showering, Juvenile ▀ was given a clean suicide smock, mattress, and blanket. Juvenile ▀ was then shackled to the bunk by her left ankle without incident. Inmate ▀ remained shackled to her bunk throughout the remainder of our shift. Juvenile ▀ was allowed to use the restroom. Report written.

| Was DR Authorized? No | If Yes, by Whom: NA | For List #: NA |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

K. McGraw          # 3966     Date: 01/16/2012

Sworn before me this 17th day of January , 20 12

# 3639

Report approved this 17th day of January , 20 12 by D. Palmer     #3639

PCSO FORM 703 (REV 08/31/11)

FROM :                          FAX NO. :6184                    Jan. 31 2012 07:44PM P1

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 12-3639543 | Enter Date/Time Protective Action Occurred (Mil) 01/22/12 @ 1650 | | Department (Click Inside the Cell for Selection): Detention | | | | | |
|---|---|---|---|---|---|---|---|---|
| Offense Description: Fight | | | | District/Sector: CCJ | | | | |
| Location (Address): 2390 Bob Richard Bartow, Fl. 33830 | | | | | | | Excited Delirium a Factor? No | |
| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type N/A | | | | | | | |
| Member Name: Hertel, Andrew | Member # 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Verbal | | Description of Other: N/A | |
| Member Name: Gay, Samuel | Member # 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Chemical | | Description of Other: N/A | |
| Member Name: | Member # | Uniformed: | On Duty: | Member Response: | Supv. Responded: | Injured: | First Rep: | Exposure: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | Description of Other: | |
| Member Name: | Member # | Uniformed: | On Duty: | Member Response: | Supv. Responded: | Injured: | First Rep: | Exposure: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

[X]Verbal [X]Physical [ ]Restraint Chair [X]Chemical [ ]Baton [ ]K9 [ ]ERD [ ]EMD (Taser) [ ]Hand Gun [ ]Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: C | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): ▓▓▓▓ | Booking #: ▓▓▓ | DOB: ▓▓▓ | Race: Black | Sex: M | Subject Resistance: Aggressive | Height: 5'5" | Weight: 129 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.: No | Treatment: No Treatment | Type of Injury: N/A | | If Other "Describe" or Enter "N/A" N.A | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: *Sgt. C. Kemp* | Member # 1163 | Date: 01/22/12 | Complies with F.S. [X]Y [ ]N  Complies with G.O. [X]Y [ ]N |
|---|---|---|---|
| Lieutenant: *signature* | Member # 3127 | Date: 01/22/12 | Complies with F.S. [X]Y [ ]N  Complies with G.O. [X]Y [ ]N |
| Captain/Deputy Director: *Capt. Marcum* | Member # 3984 | Date: 1/26/12 | Complies with F.S. [X]Y [ ]N  Complies with G.O. [X]Y [ ]N |
| Major/Director: *signature* | Member # 3630 | Date: 2/9/12 | Complies with F.S. [ ]Y [ ]N  Complies with G.O. [ ]Y [ ]N |
| Chief/Executive Director: *signature* | Member # 1431 | Date: 2/9/12 | Complies with F.S. [ ]Y [ ]N  Complies with G.O. [ ]Y [ ]N |
| Chief of Staff: *Oleste* | Member # 2(5) | Date: 2/13/12 | Complies with F.S. [ ]Y [ ]N  Complies with G.O. [ ]Y [ ]N  Referred to A.I. [ ]Y [ ]N |
| AIS: *KO* | Member # 7261 | Date: 2/15/12 | PA Incident #: DP12-027 |

COMMENTS:

RECEIVED

FEB 14 2012

Polk County Sheriff's Office
Administrative Investigations
Section

(Pg 1 of 6)

## Polk County Sheriff's Office
## Department of Detention
## Incident Report

Facility: Central County Jail

| Inmate's Name: ███████ | | Booking #: ███████ | Cell: C3C Dayroom |
|---|---|---|---|
| Date of Incident: 1-22-12 | | Time of Incident: 1650 hrs | |
| Nature of Incident: Protective Action | | | |
| Witnesses and Deputies Present: D/D Gay #5175  D/D Hertel # 3512 | | | |

Narrative: On the above date and time, I saw six pre-adjudicated juveniles fighting each other in C3C. The six juveniles involved in the fight were later identified as: ███████████████, P█████, J████ # 12-3643288; and ███████████. D/D Hertel and I entered C3C and we both gave verbal orders for the juveniles to stop fighting and lay on the floor. D/D Hertel attempted to spray the six fighting juveniles with Deep Freeze. Juveniles ██████ and P█ both complied with our orders to lie down however Juvenile ████ clasped his hands together underneath his body. I stood by Juvenile █████ and asked him to show me his hands. He didn't respond. I walked around to Juvenile ████ right side, not knowing whether or not Juvenile █████ was concealing something, I knelt down beside him and placed my left hand on his back to gain a tactical advantage. I ordered him to remove his hands and arms from underneath his body. Juvenile ████ right elbow came out from underneath him quickly and aggressively. I felt threatened by his response and I sprayed Juvenile ████ with Freeze + P 2k3. I then disengaged and moved away. D/D Hertel and I went to cell #4 and identified the four other juveniles that were involved and secured them in the cell. They were: Juveniles ███████, and ███████. D/D Hertel felony handcuffed Juvenile P█████ and I felony handcuffed Juvenile ████. Juveniles: P█████, ████████████████████, and ██████ were all taken to be examined by medical. All juveniles involved were allowed to wash their affected areas and they were all examined by LPN Jennings. LPN Jennings didn't note any injuries on any of the juveniles as a result of the fight or the protective action. All juveniles were issued new uniforms and returned to C3C. Juveniles ██████████████ and ██████ were secured in cell# 4. Juvenile ████ was secured in cell #8. Juvenile P█ was secured in cell # 2. All juveniles involved signed a Waiver of Prosecution. A photograph was taken of each juvenile and attached to their report. Supervisors notified. Report written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_D/D Gay (signature)_          # 5175    Date: 1/22/2012

Sworn before me this  22nd  day of  January , 20 12

_(signature)_                   # 3127

Report approved this  22nd  day of  January , 20 12  by _(signature)_ #3127

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #:<br>11-3634768 | Enter Date/Time Protective Action Occurred (Mil)<br>01/22/12 @ 1650 | Department (Click Inside the Cell for Selection):<br>Detention | | |
|---|---|---|---|---|
| Offense Description: Fight | | | District/Sector: CCJ | |

| Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830 | | | | | | | Excited Delirium a Factor?<br>No | |
|---|---|---|---|---|---|---|---|---|

| Protective Action Type:<br>Subject Resisted | Description of "Other" from Protective Action Type<br>N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Member Name:<br>Hertel, Andrew | Member #<br>3512 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Nonlethal Weapon | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | | Highest Level of P.A. Used:<br>Chemical | | Description of Other:<br>N/A |
| Member Name:<br>Gay, Samuel | Member #<br>5175 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Verbal | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | | Highest Level of P.A. Used:<br>Verbal | | Description of Other:<br>N/A |
| Member Name: | Member # | Uniformed: | On Duty: | Member Response: | Supv.Responded: | Injured: | First Rep: | Description of Other: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | | Highest Level of P.A. Used: | | Description of Other: |
| Member Name: | Member # | Uniformed: | On Duty: | Member Response: | Supv.Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | | Highest Level of P.A. Used: | | Description of Other: |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

[☒] Verbal  [ ] Physical  [ ] Restraint Chair  [☒] Chemical  [ ] Baton  [ ] K9  [ ] ERD  [ ] EMD (Taser)  [ ] Hand Gun  [ ] Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed?<br>No | Fight?<br>Yes | Facility:<br>CCJ | Building:<br>3 | Dorm:<br>C | Cell:<br>Day Room | Describe "Other" or Enter "N/A"<br>N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status:<br>Inmate | Adult or Juvenile:<br>Juvenile | Subject Name (Last, First, M.I.): | Booking #: | DOB: | Race:<br>Black | Sex:<br>M | Subject Resistance:<br>Aggressive | Height:<br>5'9" | Weight:<br>130 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.:<br>No | Treatment:<br>No Treatment | Type of Injury<br>N/A | If Other, Describe or Enter "N/A"<br>N/A | | | | Type Weapon:<br>N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member #<br>JCX63 | Date:<br>01/22/12 | Complies with F.S. [☒]Y [ ]N<br>Complies with G.O. [☒]Y [ ]N |
|---|---|---|---|
| Lieutenant: | Member #<br>3127 | Date:<br>01/22/12 | Complies with F.S. [☒]Y [ ]N<br>Complies with G.O. [☒]Y [ ]N |
| Captain/Deputy Director: | Member #<br>3984 | Date:<br>1/26/12 | Complies with F.S. [☒]Y [ ]N<br>Complies with G.O. [☒]Y [ ]N |
| Major/Director: | Member #<br>3630 | Date:<br>2/9/12 | Complies with F.S. [☒]Y [ ]N<br>Complies with G.O. [☒]Y [ ]N |
| Chief/Executive Director: | Member #<br>1431 | Date:<br>2/9/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [ ]Y [ ]N |
| Chief of Staff: | Member #<br>260 | Date:<br>2/13/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [☒]Y [ ]N<br>Referred to A.I. [ ]Y [ ]N |
| AIS: | Member #<br>7261 | Date:<br>2/15/12 | PA Incident #:DP12-027 |

COMMENTS:

RECEIVED

FEB 14 2012

Polk County Sheriff's Office
Administrative Investigations
Section

PCSO FORM 206A (REV 06/21/11)

Page Numbers of Form 206A Only
Page 1 of 1

(Pg 2 of 6)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility: Central County Jail

| Inmate's Name: | | Booking #: 11-3634768 | Cell: C-Dayroom |
|---|---|---|---|
| Date of Incident: 1/22/12 | | Time of Incident: 1650 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: DDs Hertel and Gay

Narrative: On the above date and approximate time, I saw a fight in Charlie dorm.     ( The juveniles were later identified as: ███████████████████████     ██████████████ ; ██████████████; P█████ , J█ 12-3643288; and ██████████.) DD Gay and I entered the dayroom and ordered all juveniles to stop fighting and to lay on the floor. I sprayed several juveniles with chemical agent Deep Freeze who did not comply with the order to stop fighting (Juveniles: █████████████ Patterson and ████████). After several orders, two juveniles laid prone on the floor and were restrained with mechanical wrist restraints (P█████ █ and █████ The other four ran into cell #4. DD Gay and I entered cell #4 to identify the involved juveniles ██████████████████ and ██████ they were secured in the cell. I placed wrist restraints on Juvenile P█████ █ and DD Gay placed wrist restraints on Juvenile ████ they were secured in the bldg. 3 holding cages. No further Protective Action was used. All above listed juveniles were examined by LPN Jennings who noted no injuries from the fight or the protective action. A photograph was taken of each juvenile and attached to their report. All juveniles were given an opportunity to wash and received clean uniforms. All juveniles were returned to C dorm. Juveniles █████ ███████ and ██████ were locked in cell # 4. Juvenile ██████ was locked down in cell #8. And Juvenile Patterson was locked down in cell #2. A Waiver of Prosecution was signed by each juvenile. Supervisors notified. Reports written and submitted.

| Was DR Authorized? NA | If Yes, by Whom: N/A | | For List #: N/A |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_____     # 3512     Date: 1/22/12

Sworn before me this 22ⁿᵈ day of JAN , 20 12

_____     # 3127

Report approved this 22ⁿᵈ day of JAN , 20 12  by _____ # 3127

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 03951

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 12-3643288 | Enter Date/Time Protective Action Occurred (Mil) 01/22/12 | Department (Click Inside the Cell for Selection): Detention | |
|---|---|---|---|
| Offense Description: Fight | | | District/Sector: CCJ |

Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type N/A | | | | | | | Excited Delirium a Factor? No | |
|---|---|---|---|---|---|---|---|---|---|
| Member Name: Hertel, Andrew | Member #: 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Chemical | | Description of Other: N/A | |
| Member Name: Gay, Samuel | Member #: 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Verbal | | Description of Other: N/A | |
| Member Name: | Member #: | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | | Highest Level of P.A. Used: | | Description of Other: | |
| Member Name: | Member #: | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | | Highest Level of P.A. Used: | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

[X]Verbal [X]Physical [ ]Restraint Chair [X]Chemical [ ]Baton [ ]K9 [ ]ERD [ ]EMD (Taser) [ ]Hand Gun [ ]Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: C | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): P___, J___, J: | Booking #: 12-3643288 | DOB: 01/09/95 | Race: Black | Sex: M | Subject Resistance: Aggressive | Height: 5'11" | Weight: 150 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.? No | Treatment: No Treatment | Type of Injury: N/A | If "Other" Describe or Enter "N/A" N/A | | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: C. Kent | Member #: 2063 | Date: 01/22/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
|---|---|---|---|
| Lieutenant: Gordon | Member #: 3127 | Date: 01/22/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Captain/Deputy Director: Cpl. J. Marcella | Member #: 3984 | Date: 1/26/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Major/Director: Maj. J. All | Member #: 3620 | Date: 2/9/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Chief/Executive Director: | Member #: (431) | Date: 2/a/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [ ]Y [ ]N |
| Chief of Staff: Slester | Member #: 2151 | Date: 2/13/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [ ]Y [ ]N<br>Referred to A.I. [ ]Y [ ]N |
| AIS: K.C. | Member #: 7261 | Date: 2/15/12 | PA Incident #: DP12-027 |

COMMENTS:

RECEIVED

FEB 14 2012

Polk County Sheriff's Office
Administrative Investigation

Page Numbers of Form 206A Only
Page 1 of 1

(Pg 3 of 6)

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 12-3640682 | Enter Date/Time Protective Action Occurred (Mil) 01/22/12 @ 1650 | Department (Click Inside the Cell for Selection): Detention | |
|---|---|---|---|
| Offense Description: Fight | | | District/Sector: CCJ |
| Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830 | | | |

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type N/A | | | | | | Excited Delirium a Factor? No | |
|---|---|---|---|---|---|---|---|---|
| Member Name: Hertel, Andrew | Member #: 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Chemical | Description of Other: N/A |
| Member Name: Gay, Samuel | Member #: 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | | Highest Level of P.A. Used: Verbal | Description of Other: N/A |
| Member Name: | Member #: | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | | Highest Level of P.A. Used: | Description of Other: |
| Member Name: | Member #: | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | | Highest Level of P.A. Used: | Description of Other: |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒ Verbal ☐ Physical ☐ Restraint Chair ☒ Chemical ☐ Baton ☐ K9 ☐ ERD ☐ EMD (Taser) ☐ Hand Gun ☐ Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: C | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): ▓▓▓▓ | Booking #: ▓▓▓▓ | Race: Black | Sex: M | Subject Resistance: Aggressive | Height: 5'3" | Weight: 120 |
|---|---|---|---|---|---|---|---|---|
| Injured by P.A.: No | Treatment: No Treatment | Type of Injury: N/A | If "Other" Describe or Enter "N/A" N/A | | | | Type Weapon: N/A | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member # 2063 | Date: 01/22/12 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: | Member # 3127 | Date: 01/22/12 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: | Member # 3984 | Date: 1/26/12 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Major/Director: | Member # 3620 | Date: 2/9/12 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☒Y ☐N |
| Chief/Executive Director: | Member # 1431 | Date: 2/9/12 | Complies with F.S. ☒Y ☐N / Complies with G.O. ☐Y ☐N |
| Chief of Staff: | Member # 2157 | Date: 2/13/12 | Complies with F.S. ☐Y ☐N / Complies with G.O. ☐Y ☐N / Referred to A.I. ☐Y ☐N |
| AIS: | Member # 2201 | Date: 2/15/12 | PA Incident # DP12-027 |
| COMMENTS: | | RECEIVED | |

FEB 14 2012

Polk County Sheriff Office
Administrative Investigation
Section

PCSO FORM 206A (REV 06/21/11)

(Pg. 4 of 6)

Hughes v. Judd
4th Supplemental 03970

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #:<br>12-3636808 | Enter Date/Time Protective Action Occurred (Mil)<br>01/22/12 @ 1650 | | | | Department (Click Inside the Cell for Selection):<br>Detention | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offense Description: Fight | | | | | | | District/Sector: CCJ | | |
| Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830 | | | | | | | | | |
| Protective Action Type:<br>Subject Resisted | Description of "Other" from Protective Action Type<br>N/A | | | | | | Excited Delirium a Factor?<br>No | | |
| Member Name:<br>Hertel, Andrew | Member #<br>3512 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Nonlethal Weapon | Supv Responded:<br>No | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Chemical | | | Description of Other:<br>N/A | |
| Member Name:<br>Gay, Samuel | Member#<br>5175 | Uniformed:<br>Yes | On Duty:<br>Yes | Member Response:<br>Verbal | Supv Responded:<br>Yes | Injured:<br>No | First Rep:<br>No | Exposure:<br>No | Exp Report:<br>No |
| Type of Injury:<br>N/A | Describe "Other" or Enter "N/A"<br>N/A | | | Treatment:<br>No Treatment | Highest Level of P.A. Used:<br>Verbal | | | Description of Other:<br>N/A | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep: | Exposure: | |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒ Verbal ☐ Physical ☐ Restraint Chair ☒ Chemical ☐ Baton ☐ K9 ☐ ERD ☐ EMD (Taser) ☐ Hand Gun ☐ Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed?<br>No | Fight?<br>Yes | Facility:<br>CCJ | Building:<br>3 | Dorm:<br>C | Cell:<br>Day Room | Describe "Other" or Enter "N/A"<br>N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status:<br>Inmate | Adult or Juvenile:<br>Juvenile | Subject Name (Last, First, M.I.): | Booking # | DOB: | Race:<br>White | Sex:<br>M | Subject Resistance:<br>Aggressive | Height:<br>5'9" | Weight:<br>160 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.:<br>No | Treatment:<br>No Treatment | Type of Injury:<br>N/A | | If "Other" Describe or Enter "N/A"<br>N/A | | | | Type Weapon:<br>N/A | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member #<br>2063 | Date:<br>01/22/12 | Complies with F.S ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
|---|---|---|---|
| Lieutenant: | Member #<br>3127 | Date:<br>01/22/12 | Complies with F.S ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: | Member #<br>5981 | 1/26/12 | Complies with F.S ☒Y ☐N<br>Complies with G.O. ☒Y ☐N |
| Major/Director: | Member #<br>7670 | Date:<br>2/9/12 | Complies with F.S ☐Y ☐N<br>Complies with G.O. ☐Y ☐N |
| Chief/Executive Director: | Member #<br>1431 | Date:<br>2/9/12 | Complies with F.S ☐Y ☐N<br>Complies with G.O. ☐Y ☐N |
| Chief of Staff: | Member #<br>2157 | Date:<br>2/13/12 | Complies with F.S ☐Y ☐N<br>Complies with G.O. ☐Y ☐N<br>Referred to A.I. ☐Y ☐N |
| AIS: | Member #<br>7261 | Date:<br>2/15/12 | PA Incident #: DP12-027 |

COMMENTS:

RECEIVED

FEB 14 2012

Polk County Sheriff's Office
Administrative Investigations
Section

PCSO FORM 206A (REV 06/21/11)

Page Numbers of Form 206A Only
Page 1 of ___1___

(pg 5 of 6)

Hughes v. Judd
4th Supplemental 03981

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 12-3637295 | Enter Date/Time Protective Action Occurred (Mil) 01/22/12 @ 1650 | | | Department (Click Inside the Cell for Selection): Detention | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offense Description: Fight | | | | | District/Sector: CCJ | | | | |

Location (Address): 2390 Bob Phillips Rd. Bartow, Fl. 33830

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type: N/A | | | | | | | Excited Delirium a Factor? No | |
|---|---|---|---|---|---|---|---|---|---|
| Member Name: Hertel, Andrew | Member # 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Chemical | | | Description of Other: N/A | |
| Member Name: Gay, Samuel | Member# 5175 | Uniformed: Yes | On Duty: Yes | Member Response: Verbal | Supv Responded: Yes | Injured: No | First Rep: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A": N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Verbal | | | Description of Other: N/A | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response | Supv Responded: | Injured: | First Rep | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A": | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response | Supv Responded: | Injured: | First Rep | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A": | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

[X] Verbal  [ ] Physical  [ ] Restraint Chair  [X] Chemical  [ ] Baton  [ ] K9  [ ] ERD  [ ] EMD (Taser)  [ ] Hand Gun  [ ] Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: C | Cell: Day Room | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|
| Deploy #: Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): | Booking # | DOB: | Race: Hispanic | Sex: M | Subject Resistance: Aggressive | Height: 5'5" | Weight: 123 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.: No | Treatment: No Treatment | Type of Injury: N/A | If "Other" Describe or Enter "N/A" NA | | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| Sergeant: | Member # 2063 | Date: 01/22/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
|---|---|---|---|
| Lieutenant: | Member # 3127 | Date: 01/22/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Captain/Deputy Director: | Member # 3344 | Date: 1/26/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Major/Director: | Member # 3670 | Date: 2/9/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Chief/Executive Director: | Member # 1431 | Date: 2/9/12 | Complies with F.S. [X]Y [ ]N<br>Complies with G.O. [X]Y [ ]N |
| Chief of Staff: | Member # 215 | Date: 2/13/12 | Complies with F.S. [ ]Y [ ]N<br>Complies with G.O. [ ]Y [ ]N<br>Referred to A.I. [ ]Y [ ]N |
| AIS: | Member # 2261 | Date: 2/15/12 | PA Incident # PP12-025 |

COMMENTS:

RECEIVED

FEB 14 2012

Polk County Sheriff's Office
Administrative Investigations
Section

(Pg 6 of 6)

Hughes v. Judd
4th Supplemental 03991

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility: Central County Jail

| | | |
|---|---|---|
| Inmate's Name: ███████ | Booking #: ███████ | Cell: N/A |
| Date of Incident: 01/25/2012 | Time of Incident: 1500 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: D/D Davis 6205 & D/D Hawkins 3937

Narrative: On 01/25/2012, I was assigned to Building 2 South, along with D/D Hawkins 3937. At approximately 1500 hours, I responded to a fight in India Dorm. D/D Hawkins and I entered the dorm and observed Juvenile ███████ and Juvenile ███████ fighting. We ordered them to stop fighting and they did not comply. D/D Hawkins took control of Juvenile ███ left arm and the back of her shirt. I took hold of Juvenile ███ upper torso to separate them. Once separated, D/D Hawkins escorted Juvenile ███ out of the dorm and secured her in C2H #3. I escorted Juvenile ███ to Building 2 Medical. Both juveniles were examined by LPN Whisman and she noted no injuries as a result of the fight or the Protective Action. Both juveniles signed Waivers of Prosecution. A photograph was taken and is attached. Supervisors notified. Report written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_signature_   #6205   # 6205   Date: 01/25/2012

Sworn before me this 25th day of January , 20 12

_signature_   # 3127

Report approved this 25th day of Jan , 20 12 by _signature_ # 3127

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Facility: Central County Jail

| Inmate's Name: ▮▮▮▮ | Booking #: ▮▮▮▮ | Cell: C21 |
|---|---|---|
| Date of Incident: 1/25/12 | Time of Incident: 1500 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: D/D K. Hawkins #3937 & D/D T. Davis #6205

Narrative: On 1/25/12 at about 1500 hrs., I called via radio for India Dorm to be opened so that Juvenile ▮▮▮▮ could bring all of her property out of the dorm due to being released. OIC Rials #6137 called me via telephone and told me to have her ready because D/D Nance #5779 was on the way to escort her to the sallyport. After India dorm door was opened, I noticed that Hotel dorm had not been secured. I immediately called via radio for Hotel dorm to be closed. As the door was closing, Juvenile ▮▮▮▮ and Juvenile ▮▮▮▮ stepped out of the dorm. I immediately ordered them to return to the dorm. As I attempted to get Hotel dorm re-opened, so I could secure Juvenile ▮▮▮▮ and Juvenile ▮▮▮▮ took off running into India dorm. I attempted to grab Juvenile ▮▮▮▮ by the back of her shirt as she ran, but I missed her. She continued into India and began punching Juvenile ▮▮▮▮ who was standing near the dorm door. D/D Davis and I entered the dorm. We ordered them to stop fighting. D/D Davis took hold of Juvenile ▮▮▮▮ upper torso and I took hold of Juvenile ▮▮▮▮ left arm and the back of her shirt. Once we separated the two, I escorted Juvenile ▮▮▮▮ out of the dorm and secured her in C2H#3. D/D Davis escorted Juvenile ▮▮▮▮ to Building Two medical. Both juveniles were examined by LPN Whisman and she noted no injuries on either juvenile as a result of the fight or protective action. Both juveniles signed Waivers of Prosecution. A picture was taken and is attached. Supervisor notified. Report written and submitted. There was no protective action on Juvenile ▮▮▮▮.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_K Hawkins_ # 3937 Date: 1/25/12

Sworn before me this 25th day of January , 20 12
_J Borders_ # 3127

Report approved this 25th day of JAN , 20 12 by _Borders_ # 3127

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
### Incident Report

Page 1 of 1

Facility: Central CountyJail

| Inmate's Name: J___, K___ | Booking #: 11-26489 | Cell: C3D |
|---|---|---|
| Date of Incident: 02/2/12 | Time of Incident: 1626 hrs | |

Nature of Incident: Use of Protective Action

Witnesses and Deputies Present: D/D Smith #5706

Narrative: On above date and time, while standing in the Building 3 common area, I observed Juvenile G___, B___ BI # 10-28066 and Juvenile J___ K___ BI# 11-26489 fighting in C3D dorm. I entered C3D dorm and gave both juveniles a direct order to stop fighting. Both juveniles did not comply. I attempted to spray both juveniles, but only sprayed Juvenile J___ with my Freeze +P 2K3 to stop them from fighting. They both stopped fighting. Both juveniles were escorted out of the dorm and placed into separate Building 3 holding cages. Both juveniles were examined by Nurse Bender who noted that Juvenile J___ K___ had no injuries, as a result of the fight or the protective action, '

Juvenile G___, B___. had

There was no Protective Action on Juvenile G___, B___. Both juveniles were issued disciplinary reports for fighting. A photo was taken of each inmate and attached to the report. Both juveniles signed a waiver of prosecution. Both juveniles were given an opportunity to shower and issued a clean uniform. Keep separates were placed in both juvenile's detention screens and locator cards. Supervisor notified. Reports written and submitted.

| Was DR Authorized? Yes | If Yes, by Whom: Lt. Palmer | For List #: 2-4 |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

Johnnie Smith _____ # 5706   Date: 2/2/12

Sworn before me this _15th_ day of __February__ , 20 _12_

_____ # 3639

Report approved this _15th_ day of _Feb._ , 20 _12_ by _____ # 3639

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 04017

**POLK COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF DETENTION**
**INMATE DISCIPLINARY REPORT**

*DOD 6/21/96*

INMATE'S NAME   J___ K_____   BI# 11-26489   HOUSING AREA  C3D

I - CHARGES: DATE OF OFFENSE  2/2/12                                            LIST #  2-4

NATURE OF OFFENSE:  fighting

STATEMENT OF FACTS   On the above date I observed Inmate J___ K___ W/M 11-26489 fighting with Inmate G___ Br___ W/M 10-28066 in the dayroom of Delta dorm.

REPORTEE'S SIGNATURE  _____   # 5796  TITLE  D/D   DATE  2/2/12

II - DELIVERY OF CHARGES: I HEREBY CERTIFY THAT AT  1715  HOURS ON  Feb 2 , 2012  I HAVE SERVED NOTICE ON THE ABOVE LISTED INMATE THAT THEY WILL BE GIVEN HEARING ON THE ABOVE LISTED CHARGES BY PERSONALLY GIVING THEM A WRITTEN COPY OF THIS REPORT.

DELIVERING DETENTION DEPUTY'S SIGNATURE  _____   #5271   RANK  D/D

I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THIS REPORT AND UNDERSTAND THE ABOVE CHARGES AND POSSIBLE ACTIONS THAT CAN RESULT. I UNDERSTAND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

INMATE'S SIGNATURE  _____

IF THE INMATE REFUSES TO SIGN THIS REPORT, HAVE TWO DEPUTIES WHO WITNESSED THE DELIVERY SIGN BELOW.

WITNESSING DETENTION DEPUTY'S SIGNATURE  _____   #   RANK  _____

WITNESSING DETENTION DEPUTY'S SIGNATURE  _____   #   RANK  _____

III - REPORT OF INVESTIGATION:  IV-I   A___  Stated he was fighting over food.

INVESTIGATING DETENTION DEPUTY'S SIGNATURE  _____   # 559  RANK  D/D  DATE  2/2/12

REVIEWING SUPERVISOR'S SIGNATURE  _____   # 369  RANK  2/   DATE  2-2-12

IV - COMMITTEE'S ACTION:  DATE  _____   INMATE'S PLEA  _____

FINDING AND ACTION OF COMMITTEE (EXPLAIN BOTH)  _____

CHAIRPERSON'S SIGNATURE  _____   #   RANK  _____

MEMBER'S SIGNATURE  _____   #   RANK  _____

MEMBER'S SIGNATURE  _____   #   RANK  _____

APPROVED BY  _____   #   RANK  _____   DATE  _____

INSTRUCTIONS:  REPORT WILL BE INITIATED WHEN AUTHORIZED BY A SUPERVISOR. THE REPORTEE WILL COMPLETE SECTION I. THE DELIVERING DETENTION DEPUTY WILL COMPLETE SECTION II. THE REPORTING DETENTION DEPUTY AND THE DELIVERING DETENTION DEPUTY WILL COMPLETE SECTION II. THE REPORTING DETENTION DEPUTY AND THE DELIVERING DETENTION DEPUTY MAY BE THE SAME. THE DELIVERING DETENTION DEPUTY MAY BE A WITNESS TO DELIVERY IF THE INMATE REFUSES TO SIGN. THE INVESTIGATING DETENTION DEPUTY WILL COMPLETE SECTION III. THE DISCIPLINARY REVIEW BOARD WILL COMPLETE SECTION IV.

DISTRIBUTION:   ORIGINAL - INMATE'S RECORD
FIRST COPY - DIVISION'S FILE
SECOND COPY - INMATE AFTER HEARING
THIRD COPY - INMATE PRIOR TO HEARING

CSO FORM 722 (REV 07/12/11)

Feb-27-2012 01:36 PM Polk County Sheriff's Office 863-534-6214                    1/2



### POLK COUNTY SHERIFF'S OFFICE
### DEPARTMENT OF DETENTION
### INMATE DISCIPLINARY REPORT

D.OB 12-13-94

INMATE'S NAME ___O___ B:_____ BW __10-28066____ HOUSING AREA _C3D_

I - CHARGES: DATE OF OFFENSE __2/2/12_____ LIST # __2-4__

NATURE OF OFFENSE: __fighting__

STATEMENT OF FACTS __On the above date I observed Inmate O___ B:___ W/M 10-28066 fighting with Inmate Jr___ Kc___ W/M 11-26489 in the dayroom of__

__Delta dorm.__

REPORTER'S SIGNATURE _____ # _S706_ TITLE _D/D_ DATE _2/2/12_

II - DELIVERY OF CHARGES: I HEREBY CERTIFY THAT AT __1715__ HOURS ON __Feb 2, 2012__ I HAVE SERVED NOTICE ON THE ABOVE LISTED INMATE THAT THEY WILL BE GIVEN HEARING ON THE ABOVE LISTED CHARGES BY PERSONALLY GIVING THEM A WRITTEN COPY OF THIS REPORT.

DELIVERING DETENTION DEPUTY'S SIGNATURE _____ R5271 RANK _D/D_
I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THIS REPORT AND UNDERSTAND THE ABOVE CHARGES AND POSSIBLE ACTIONS THAT CAN RESULT. I UNDERSTAND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

INMATE'S SIGNATURE _____

IF THE INMATE REFUSES TO SIGN THIS REPORT, HAVE TWO DEPUTIES WHO WITNESSED THE DELIVERY SIGN BELOW.

WITNESSING DETENTION DEPUTY'S SIGNATURE _____ # _____ RANK _____
WITNESSING DETENTION DEPUTY'S SIGNATURE _____ # _____ RANK _____

III - REPORT OF INVESTIGATION: __IV-6   B:___ stated he was fighting about food.__

INVESTIGATING DETENTION DEPUTY'S SIGNATURE _____ #5271 RANK _D/D_ DATE _2/2/12_
REVIEWING SUPERVISOR'S SIGNATURE _____ # 7639 RANK _G._ DATE _2-2-12_

IV - COMMITTEE'S ACTION: DATE _2/4/12_   INMATE'S PLEA _____

FINDING AND ACTION OF COMMITTEE (EXPLAIN BOTH) __Dismissed  Not complete__
__in 7 working days.__

CHAIRPERSON'S SIGNATURE _____ 3508 RANK _D/D_
MEMBER'S SIGNATURE _____ # _____ RANK _____
MEMBER'S SIGNATURE _____ # _____ RANK _____
APPROVED BY _____ #3984 RANK _Cpt_ DATE _2/21/12_

INSTRUCTIONS: REPORT WILL BE INITIATED WHEN AUTHORIZED BY A SUPERVISOR. THE REPORTER WILL COMPLETE SECTION I. THE DELIVERING DETENTION DEPUTY WILL COMPLETE SECTION II. THE REPORTING DETENTION DEPUTY AND THE DELIVERING DETENTION DEPUTY WILL COMPLETE SECTION II. THE REPORTING DETENTION DEPUTY AND THE DELIVERING DETENTION DEPUTY MAY BE THE SAME. THE DELIVERING DETENTION DEPUTY MAY BE A WITNESS TO DELIVERY IF THE INMATE REFUSES TO SIGN. THE INVESTIGATING DETENTION DEPUTY WILL COMPLETE SECTION III. THE DISCIPLINARY REVIEW BOARD WILL COMPLETE SECTION IV.

DISTRIBUTION:      ORIGINAL - INMATE'S RECORD
                   FIRST COPY - DIVISION'S FILE
                   SECOND COPY - INMATE AFTER HEARING
                   THIRD COPY - INMATE PRIOR TO HEARING

PCSO FORM 722 (REV 07/12/11)

Hughes v. Judd
4th Supplemental 04019

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 2

Facility: Central County Jail

| Inmate's Name: ███████████ | Booking #: ███████ | Cell: C2H |
|---|---|---|
| Date of Incident: 01/24/2012 | Time of Incident: 2012 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present:  D/D Gomez#6742,  D/D Carlson#7298

Narrative: On the above date and time Juvenile Inmate ███████████ began to act erratic.  She began pacing around Hotel dorm, she hit her fists on the dorm windows several times and punched the cell doors in anger.  D/D Carlson instructed her to sit on her bunk.  Inmate ████ responded by screaming and violently storming off.  Inmate ████ did not calm down and began to walk up the stairs.  I consulted with Sgt Hill via phone about shackling Inmate ████ due to my concern for her safety and previous threats from Inmate ████ to jump off the second tier in the dorm.  Sgt Hill did authorize shackling.  I entered the dorm and asked Inmate ████ to sit on her bunk so that she could be shackled.  Inmate ████ responded by running up the stairs to the second tier and refused to come down.  I informed Inmate ████ that her resistance would not be tolerated and that if she further refused, she would be sprayed.  Inmate ████ did come down the stairs and screamed "well then fucking spray me then because I am not going to be fucking shackled again!"  Inmate ████ then ran out of Hotel dorm and proceeded towards India dorm.  Deputy Carlson placed herself in the path of Inmate ████ to prevent her from walking out further.  Inmate ████ began to go around Deputy Carlson.  I secured the left arm of Inmate ████ and placed her on the floor.  Inmate ████ started yelling furiously and violently kicked and squirmed in an attempt to break free.  I placed myself on top of Inmate ████ and ordered her to stop resisting.  She complied only when she heard  Sgt Hill also order her to comply.  I then helped Inmate ████ up and to her bunk.  Deputy Carlson attempted to shackle Inmate ████ to her bunk and again Inmate ████ forcibly resisted.  I once again placed myself on top of Inmate ████ in an attempt for her to stop resisting.  She ignored all commands to comply.  I sprayed Inmate ████ in the facial area with my agency issued   Freeze + P2K3 chemical agent.  Inmate ████ did at that point comply and allowed herself to be shackled.  Inmate ████ was examined by Corizon Nurse Burnett, who noted no visible injuries.                                                    Inmate ████ was allowed to shower and issued a new suicide gown.  Inmate ████ momentarily sat up on her bunk and angrily verbalized her displeasure about being in jail.  Inmate ████ fell asleep a brief while later.  She remained asleep with out

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 04025

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 2 of 2

| further incident until breakfast hour when she awoke to eat. A picture was taken and is attatched.  Supervisors notified. Report written and submitted. | | |
|---|---|---|
| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_____   #  6742    Date:  01/24/2012

Sworn before me this   24   day of   January   , 20  12

_____   #  408

Report approved this   24   day of   January   , 20  12   by  _____   #  408

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 2

Facility: Central CountyJail

| Inmate's Name: ███████ | | Booking #: ███████ | Cell: C2H |
|---|---|---|---|
| Date of Incident: 01/24/2012 | | Time of Incident: 2012 hrs | |
| Nature of Incident: Protective Action | | | |
| Witnesses and Deputies Present: D/D Carlson #7298, Gomez#6742 | | | |

Narrative: On the above date and approximate time Inmate ███████ was playing on the glass of Hotel dorm with her hands. I asked Inmate ████ to stay off the glass because she was pacing around Hotel dorm, punching doors, and banging her fists on the window glass. I was concerned that she may hurt herself. She then started yelling and pacing around the dayroom while doing circles yelling about being in jail and not at home. I then instructed Inmate ████ to sit on her bunk. Inmate ████ started yelling and running around the dayroom again. Inmate ████ then started going up the stairs in Hotel dorm. D/D Gomez told Inmate ████ that if she did not comply she would be sprayed. Inmate ████ came down the stairs and again refused orders to sit on her bunk. Inmate ████ yelled at D/D Gomez and told her to spray her because she was not going to be shackled to the bunk. Inmate ████ then ran out of Hotel dorm toward India dorm. I stepped out in front of her and she tried to go around me. D/D Gomez then took hold of Inmate ████ and placed her on the floor. Inmate ████ again started to scream and began to kick and twist to get away. D/D Gomez leaned on her to hold her down. I took hold of Inmate ████ right arm and held it back while holding her right shoulder down with my left hand. D/D Gomez and I told Inmate ████ to stop resisting. Sgt Hill entered and also told her to stop resisting. Inmate ████ then stopped resisting and D/D Gomez and I helped her to her feet and walked her to her bunk. I attempted to shackle Inmate ████ to her bunk because she threatened to jump from the upper level of Hotel dorm. Again, she began to resist and kick at D/D Gomez and me. D/D Gomez then leaned on top of Inmate ████ because Inmate ████ refused to comply with our orders to stop resisting. D/D Gomez sprayed Inmate ████ in the face using her agency issued Freeze +P2K3 chemical agent. Inmate ████ then complied and allowed me to shackle her to her bunk in the dayroom. Inmate ████ was examined by Nurse Burnett, who noted there were no visible injuries Inmate ████ was allowed to take a shower and was also given a clean suicide gown. Inmate ████ then sat on her bunk and continued to yell angrily about being in jail and wanting to go home. Inmate ████ then fell asleep and stayed asleep until I woke her for breakfast the next morning. A

Hughes v. Judd
4th Supplemental 04027

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 2 of 2

| picture was taken and is attached.  Report written and submitted to supervisor. | | |
|---|---|---|
| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D Gill A. Carlson _____ # 7298  Date: 01/24/2012

Sworn before me this ___24th___ day of ___January___ , 20 _12_

Sgt D. Loftus _____ # 4088

Report approved this ___24th___ day of ___January___ , 20 _12_ by ___Sgt D. Loftus___ # 4088

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 2

Facility:  Central County Jail

| Inmate's Name: ▓▓▓ | Booking #: ▓▓▓ | Cell: C3B |
|---|---|---|
| Date of Incident: 02/03/12 | Time of Incident:  2050 hrs | |

Nature of Incident:  Protective Action

Witnesses and Deputies Present:  D/D Hester #7302, D/D Russell #7306

Narrative:  On the above date and time, I observed Juvenile ▓▓▓ strike Juvenile ▓▓▓ in the face. I announced over my hand-held radio advising there was a fight in Bravo Dorm. I entered Bravo Dorm and told the juveniles to stop fighting. They did not comply. I removed my Freeze+P 2K3 from its holster and began to spray Juvenile ▓▓▓ aiming for his facial area, but Juvenile ▓▓▓ turned away from the stream causing the chemical agent to make contact with the back of his head. The juveniles stopped fighting. I took a hold of Juvenile ▓▓▓ shirt and Juvenile ▓▓▓ shirt to keep the youth separated. D/D Russell arrived and escorted Juvenile ▓▓▓ to one of the Building 3 holding cages and I escorted Juvenile ▓▓▓ to the the other holding cage. Juvenile ▓▓▓ took a shower in Bravo Dorm and was issued a clean uniform. LPN Clark examined Juvenile ▓▓▓ and noted no injuries from the fight or the protective action. Juvenile ▓▓▓ complained of slight burning in his left eye, which is the normal reaction to the chemical agent. Juvenile ▓▓▓ was provided the opportunity to rinse his eyes by LPN Clark, but he refused. Juvenile ▓▓▓ was also given the opportunity to shower, but he refused. Juvenile ▓▓▓ was returned to C3B#6. LPN Clark examined Juvenile ▓▓▓ and noted no injuries from the fight or the protective action, which is the normal reaction to the chemical agent. Juvenile ▓▓▓ was returned to his bunk in the dayroom of Bravo Dorm. Juvenile ▓▓▓ and Juvenile ▓▓▓ signed Waiver of Prosecution forms and stated that they did not wish to press charges. Photographs were taken of Juvenile ▓▓▓ and Juvenile ▓▓▓ and are attached to their report. Supervisors were notified. Report was written and submitted.

| Was DR Authorized? No | If Yes, by Whom: NA | | For List #: NA |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D Hester       ✗───────       #  7302     Date:  02/03/12

Sworn before me this  17th  day of  February  , 20  12

#  3966

PCSO FORM 703 (REV 08/31/11)

**Polk County Sheriff's Office**
**Department of Detention**
**Incident Report**

Page 2 of 2

Report approved this _17th_ day of _February_ , 20 _12_ by _____ # _396 c_

Hughes v. Judd
4th Supplemental 04033

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Facility: Central CountyJail

| | | Cell: C3 Holding Cell |
|---|---|---|
| Inmate's Name: H⬛ , M⬛ | Booking #: 11-23298 | |
| Date of Incident: 25 Feb 2012 | Time of Incident: 1940 hrs | |
| Nature of Incident: Protective Action | | |
| Witnesses and Deputies Present: Lt. Wm. Galloway, 3608; D/D Harrison; D/D J. Brown | | |

Narrative: On 25 Feb 12 at approximately 1922 hours, I received a call from Deputy Harrison concerning 3 direct filed juvenile inmates that stated they were suicidal, but were refusing to dress out. I contacted Capt. Marcum, who was on Staff Duty, and informed her of what was happening. I responded to Bldg. 3 where I saw Inmates ⬛⬛⬛⬛⬛⬛⬛⬛⬛ and ⬛⬛⬛⬛⬛⬛⬛⬛ all sitting in the holding cells in the Bldg. 3 common area. I asked all three (3) inmates if they felt suicidal. I met with negative responses. I again asked, individually, if they felt suicidal. Only Inmate ⬛⬛⬛ stated, "Yes." I explained to all of them that since they were to be placed on suicide watch, they needed to give me their clothes. I explained that Captain Marcum, the facility Commander, was on her way down to speak with them. I further explained that Captain Marcum would be expecting them to give up their clothes and that if they refused , I, along with D/D's Harrison and Brown, would take their clothes and give them a suicide smock. When Captain Marcum arrived, she spoke with Inmates ⬛⬛⬛ and ⬛⬛⬛ who agreed to undress. Captain Marcum then turned her attention to Inmate ⬛⬛⬛ who seemed the more aggressive of the inmates. Once D/D's Harrison, Brown, and I finished dressing out the other 2 inmates, we walked to the other holding cell where Inmate ⬛⬛⬛ was. Captain Marcum stated that Inmate ⬛⬛⬛ agreed to give up his clothes and be placed on suicide watch. I opened the cell door and gave Inmate ⬛⬛⬛ a verbal command to undress. Inmate ⬛⬛⬛ did not move. I gave Inmate ⬛⬛⬛ another verbal command to undress. Again, he did not move. Inmate ⬛⬛⬛ then stood to his feet and crossed his arms. I gave Inmate ⬛⬛⬛ a verbal command to turn and place his hands on the back wall of the cell. He refused and took a step to his right. I gave another verbal command for him to turn and place his hands on the wall. Again, he refused and took another step to his right. I gave a third command for him to undress. Inmate ⬛⬛⬛ did not comply. I then gave the order for D/D Harrison to deploy chemical agent. D/D Harrison stepped into the holding cell and deployed chemical agent Freeze +P 2K3 to the face and upper torso of Inmate ⬛⬛⬛ Inmate ⬛⬛⬛ covered his face with his hands/arms and fell to the floor. I secured his upper torso on the floor while D/D's Harrison and Brown undressed him. After his clothes were taken, we backed out

PCSO FORM 703 (REV 08/31/11)

### Polk County Sheriff's Office
### Department of Detention
### Incident Report

of the cell and gave Inmate ███████ a suicide smock. Inmate H█ ████ was taken to Bldg. 3 Medical where he was examined by LPN Brandenburg who only noted ███████ ██████ hemical agent. Inmate ██████ was allowed to wash the chemical agent off and returned to suicide watch. A picture was taken of Inmate ██████ and is attached. Although Captain Marcum was in the building, she did not witness this protective action due to telling Inmate ███████ she would not observe him changing out. Inmate ██████ also stated he went on suicide watch because he had just been sentenced to 4 years State Prison. Report written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_William C. D____   # 3608   Date: 25 Feb 2012

Sworn before me this __29th__ day of __February__ , 20 __12__

_S____ # 409

Report approved this __1st__ day of __March__ , 20 __12__ by _Capt Marcum_ #3984

Hughes v. Judd
4th Supplemental 04047

# Polk County Sheriff's Office
## Department of Detention
### Incident Report

Page 1 of 2

Facility:  Central County Jail

| Inmate's Name: ██████████ | Booking #: ██████ | Cell: C3F |
|---|---|---|
| Date of Incident: 02/25/12 | Time of Incident: 1940 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present:  Lt. Galloway, #3608; D/D Brown, # 7296   D/D Harrison #7301

Narrative:  On February 25, 2012 at approximately 1922 hours, I called Lt. Galloway about three inmates in the direct filed dorm stating that they wanted to kill themselves, but when put in the holding cell all three refused to dress out in suicide smocks. Lt. Galloway came to building three to ask Inmates, ██████████, and ██████████, if they were suicidal. He received no answer from them. He asked the same question again. Only Inmate ████ said " yes". Lt. Galloway explained that they had to wear special clothing on suicide watch. Lt. Galloway then explained to all three inmates that Captain Marcum was on the way to speak with them. Captain Marcum arrived and spoke to Inmates ████ and ████ who agreed to change into a suicide smock. While Lt. Galloway and D/D Brown dressed out these two inmates, Captain Marcum started talking to Inmate ████. Inmate ████ was in a separate holding cell because he was very aggressive. He agreed to change into a suicide smock. When Lt. Galloway and I entered the holding cell, Lt. Galloway gave very clear verbal commands for him to undress and put on a suicide smock. Inmate ████ ignored this command.  This command was given again with still no response from Inmate ████. Inmate ████ then stood and crossed his arms. Lt. Galloway then gave the command to turn around and face the wall with hands on the wall. He refused and was given the command once again. After the third command was ignored, Lt. Galloway gave the order to deploy chemical agent. I deployed a three second burst of Freeze +P 2K3 chemical agent to the face and upper torso of Inmate ████. Inmate ████ then fell to the floor holding his hands up to his face. Lt. Galloway secured Inmate ████ while D/D Brown and I removed his clothes. We left the cell and handed Inmate ████ a suicide smock to put on. Inmate ████ was examined by LPN Brandenburg who noted ⋅        is a common reaction from chemical agent. Inmate ████ was  allowed to shower and returned to suicide watch. A picture was taken of Inmate ████ and is attached. Captain Marcum did not witness the protective action because she had told Inmate ████ she would not watch him undress. Inmate ████ said he had just been sentenced to prison and that was his reason for wanting suicide watch. Report written and submitted.

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 04048

# Polk County Sheriff's Office
## Department of Detention
### Incident Report

Page 2 of 2

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D Harrison    #  7301    Date: 02-25-12

Sworn before me this   29th   day of   February   , 20  12

#  3608

Report approved this   29th   day of   February   , 20  12   by    #3608

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility: Central County Jail

| Inmate's Name: D⸱ , J⸱ | Booking #: 12-3657943 | Cell: C3C#7 |
|---|---|---|
| Date of Incident: 03/05/12 | Time of Incident: 0715 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: Sgt. Mitchell #3234, D/D T. Brown #4892

Narrative: On the above date and time, while in dorm C3C, I, Sgt. Mitchell, ordered Juvenile D⸱ , J⸱ #12-3657943 several times to put on his uniform shirt, while out in the dayroom, and to get ready for class. Juvenile D⸱ refused to put on a shirt, and was then ordered to return to his room C3C#7. While inside the room with Juvenile D⸱ s, D/D Brown and I began to verbally counsel him on his behavior. Juvenile D stated, "fuck you mother fuckin crackers" and began to pace around the room with his fist balled up. I then ordered Juvenile D⸱ to the back of the cell. Juvenile D continued to say "fuck you mother fuckin crackers", and stepped towards me, with his fist balled up. Juvenile D⸱ s was then sprayed with chemical agent Freeze +P 2K3 by D/D T. Brown and ordered to the floor. Juvenile D was then escorted down the stairs and out of the dorm where he was cuffed by D/D Brown. Juvenile D⸱ was then taken to the Bldg. 3 nurse's station to be examined by Nurse Bender who noted the effects of Freeze +P 2K3, ⸱

No injuries were observed as a result of the protective action. Juvenile D⸱ rinsed his face with water and took a shower after being examined by the nurse. A clean uniform was issued to Juvenile D⸱ and he was returned to the dorm after he complied with the dorm rule to wear a uniform shirt when ever he is out of his cell. A picture was taken of Juvenile D⸱ and is attached to the report. Supervisor notified. Report written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | | For List #: N/A |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

Sgt. Mitchell _Completed_    # 3234   Date: 03/05/12

Sworn before me this __5th__ day of __March__ , 20 __12__

_(signature)_ # _3679_

Report approved this __5th__ day of __March__ , 20 __12__ by Lt. Palmer #3639

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 04068

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility: Central CountyJail

| Inmate's Name: D    , J( | Booking #: 3657943 | Cell: C3C#7 |
|---|---|---|
| Date of Incident: 03/05/12 | Time of Incident: 0715 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: D/D T. Brown #4892, Sgt. Mitchell #3234

Narrative: On the above date and time, while in dorm C3C, Sgt. Mitchell ordered Juvenile De      Je      a #
12-3657943 several times to put on his uniform shirt. Juvenile D    refused to put on a shirt, and was then
ordered to his room C3C #7. While inside the room, Sgt. Mitchell and I began to verbally counsel Juvenile
Di     about his behavior. Juvenile Di    stated,"fuck you mother fuckin crackers" and began to pace around the
room with his fist balled up. Sgt. Mitchell ordered Juvenile Di     to the back of the cell, Juvenile D
continued to say,"fuck you mother fuckin crackers". Juvenile D     stepped towards Sgt. Mitchell, with his fist
balled up, and I then sprayed Juvenile Da     in the facial area with chemical agent Freeze +P 2K3. I then
ordered Juvenile Di    to lay on the floor. Juvenile Di     complied and I, D/D Brown, placed him in a shoulder
lock for better control. I then escorted Juvenile D     down the stairs and out of the dorm where I hand cuffed
Juvenile D   . Juvenile Di    was then taken to the Bldg. 3 nurse's station to be examined by Nurse Bender
who noted the effects of Freeze +P 2K3,                              No injuries were observed as
a result of this protective action. Juvenile D∙    rinsed his face with water and took a shower after being
examined by the nurse. A clean uniform was issued to Juvenile D    , and Juvenile D    was returned to the
dorm after he complied with the dorm rule to wear a shirt, when out of the cell. A picture was taken of Juvenile
Di    and is attached to the report. Supervisors notified. Report written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D T. Brown                          #  4892    Date:  03/05/12

Sworn before me this   5th    day of   March      , 20  12

                         #  3234

Report approved this   5th    day of   March      , 20  12    by   Lt. Palmer      #3639

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
### Incident Report

Page 1 of 1

Facility:  Central County Jail

| | | |
|---|---|---|
| Inmate's Name: ███████ | Booking #: ██████ | Cell: C3F |
| Date of Incident: 2/17/12 | Time of Incident: 1435 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present:  DD Hertel and Sanders

Narrative: On the above date and approximate time I was supervising shower and uniform exchange for Fox dorm. Inmate M█ D█ # 11-12351 was assisting me with the laundry exchange. When Fox dorm door opened Juvenile ███████ ran out of the dorm and started hitting Juvenile M█ I ordered Juvenile ████ to stop fighting. He did not comply. I sprayed Juvenile ████ aiming towards his upper body, with chemical agent Freeze+P2K3; Juvenile M█ received some residual spray. DD Sanders arrived at the scene and sprayed chemical agent Freeze +P2K3, aiming at the fighting juveniles. Juvenile ████ would not stop fighting. DD Sanders took control of Juvenile ████ by taking hold of him around the waist and pulling him off of Juvenile M█. DD Sanders felony handcuffed Juvenile ████ and maintained control of him until he could shower. Juvenile M█ complied with my orders and I escorted him to the isolation shower to rinse. Juvenile M█ was examined by LPN Jennings who noted no injuries. Juvenile ████ was also allowed to rinse in the isolation shower. LPN Jennings examined Juvenile ████ and noted no injuries. A photograph was taken of each juvenile. Both juveniles were issued new uniforms. Supervisor was notified. Juvenile M█ was returned to Echo dorm. Juvenile ████ was returned to Fox dorm. A DR was written and served for Unarmed Assault on Juvenile ███████. Both of these Juveniles have been together in the past with no problems. Report written and submitted.

| Was DR Authorized? Yes | If Yes, by Whom: Sgt. Robinson | For List #: 1-2 |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_____   P2K: #███3512   Date:  2/17/12

Sworn before me this  17  day of  FEB , 20  12

_____   # 194

Report approved this  17  day of  FEB , 20  12  by _____  #194

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central County Jail

| Inmate's Name: ▇▇▇▇▇▇▇ | Booking #: ▇▇▇▇▇ | Cell: C3E |
|---|---|---|
| Date of Incident: 2-17-12 | Time of Incident: 1435 hrs | |

Nature of Incident:  Protective Action

Witnesses and Deputies Present:  D/D Sanders and D/D Hertel

Narrative: On the above date and approximate time, I was supervising showers and uniform exchange for Alpha, Bravo, and Charlie dorms. While passing out clean uniforms, I heard a commotion in the Echo dorm area. I went around the rear of the control room and saw Juvenile M▇ De▇ #11-12351 and Juvenile ▇▇▇▇▇▇▇▇▇▇▇▇ fighting. I ordered them both to stop fighting, but neither juvenile complied. I sprayed both juveniles with Freeze+P 2K3 on the upper portion of their bodies. Both juveniles continued fighting. Therefore, I took hold of Juvenile ▇▇▇ around his upper body, pulled him away from the fight, and placed him face down on the floor. Once on the floor, Juvenile ▇▇▇ did not struggle and complied with my orders. I felony handcuffed Juvenile ▇▇▇ and escorted him to Building 3 Isolation area to use the shower. LPN Jennings examined Juvenile M▇ and Juvenile ▇▇▇ No injuries were noted on either juvenile. Photograph was taken of both juveniles. Supervisor was notified. Juvenile M▇ was returned to Echo dorm. Juvenile ▇▇▇ was returned to Fox dorm. Both juveniles were taken to Isolation separately to shower. Both juveniles were issued new uniforms. A D.R. was written and served for Unarmed Assault to Juvenile ▇▇▇ Report written and submitted.

| Was DR Authorized? Yes | If Yes, by Whom: Sgt. Robinson | For List #: 1-2 |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_____   # 5340   Date: 02-17-12

Sworn before me this 17th day of Febuary , 20 12

_____   # 1958

Report approved this /7 day of ▇▇▇▇▇▇▇ 20▇ /2   by _____ # 195V

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
4th Supplemental 04073



i, Di          11-12351          2/17/12

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 11-24006 | Enter Date/Time Protective Action Occurred (Mil) 4/1/2012 @ 1645 | Department (Click Inside the Cell for Selection): Detention | |
|---|---|---|---|
| Offense Description: Refusing to obey verbal orders | | | District/Sector: CCJ |

Location (Address): 2390 Bob Phillips Road  Bartow, Fl 33830

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type N/A | | | | | | | Excited Delirium a Factor? No |
|---|---|---|---|---|---|---|---|---|
| Member Name: Hertel, Andrew | Member # 3512 ✓ | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Rep No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Chemical | | | Description of Other: N/A |
| Member Name: Sanders, Marcus | Member# 5340 ✓ | Uniformed: Yes | On Duty: Yes | Member Response: Physical Control | Supv Responded: Yes | Injured: No | First Rep No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Physical Control | | | Description of Other: N/A |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Rep | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒ Verbal  ☒ Physical  ☐ Restraint Chair  ☒ Chemical  ☐ Baton  ☐ K9  ☐ ERD  ☐ EMD (Taser)  ☐ Hand Gun  ☐ Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? No | Facility: CCJ | Building: 3 | Dorm: ISO | Cell: 4 | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

### EMD DEPLOYMENT

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

RECEIVED
APR 12 2012
Polk County Sheriff's Office
_____ Section

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): ▮▮▮ | Booking # ▮▮▮ | DOB: ▮▮▮ | Race: Black | Sex: M | Subject Resistance: Active | Height: 5'8" | Weight: 155 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.: No | Treatment: No Treatment | Type of Injury: N/A | If "Other" Describe or Enter "N/A" N/A | | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| | Member # | Date: | | |
|---|---|---|---|---|
| Sergeant: | 1958 | 4/1/12 | Complies with F.S. ☒Y ☐N | Complies with G.O. ☒Y ☐N |
| Lieutenant: | 2063 | 4/1/12 | Complies with F.S. ☒Y ☐N | Complies with G.O. ☒Y ☐N |
| Captain/Deputy Director: | 3981 | 4/6/12 | Complies with F.S. ☒Y ☐N | Complies with G.O. ☒Y ☐N |
| Major/Director: | 3630 | 4/10/12 | Complies with F.S. ☒Y ☐N | Complies with G.O. ☒Y ☐N |
| Chief/Executive Director: | 1431 | 4/10/12 | Complies with F.S. ☒Y ☐N | Complies with G.O. ☒Y ☐N |
| Chief of Staff: | 257 | 4/11/12 | Complies with F.S. ☒Y ☐N | Complies with G.O. ☒Y ☐N | Referred to A.I. ☐Y ☐N |
| AIS: | 7261 | 4/12/12 | PA Incident #: DP12-112 | |

COMMENTS: No video. The incident occurred in ISO per Major Allen

PCSO FORM 206A (REV 06/21/11)

Page Numbers of Form 206A Only
Page 1 of ___1___

Hughes v. Judd
4th Supplemental 04079

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility: Central County Jail

| | | | |
|---|---|---|---|
| Inmate's Name: ▓▓▓▓▓ | | Booking #: ▓▓▓▓ | Cell: C3ISO#4 |
| Date of Incident: 04/01/12 | | Time of Incident: 1645 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present: DDs Hertel and Sanders

Narrative: On the above date and approximate time DD Sanders was removing the food trays from the isolation area. DD Sanders told me that Juvenile ▓▓▓▓▓▓, had flooded his cell and threw his food on the floor in his cell and refused to relinquish his tray and cup. I retrieved the isolation door key from the control room. DD Sanders and I returned to the isolation area. I saw that the cell was flooded and food was all over the floor. I told Juvenile ▓▓▓ to pass the tray and cup through the food flap. Juvenile ▓▓▓ refused several orders to pass his tray out. I ordered Juvenile ▓▓▓ to the rear of the cell and face the wall. I repeated myself several times before he went to the rear of the cell; however, he refused to face the wall. I opened the cell door and ordered him several more times to face the wall. Juvenile ▓▓▓ refused to face the wall. He raised his arms as if to take a fighting stance and at this point I sprayed him in the facial area with chemical agent Freeze+P2K3. Juvenile ▓▓▓ immediately dove to his mattress. DD Sanders took control of Juvenile ▓▓▓ hands and placed wrist restraints on his wrists. Juvenile ▓▓▓ was taken to the shower and was allowed to wash off. Juvenile ▓▓▓ was then taken to the holding cell before medical arrived. Juvenile ▓▓▓ was examined by LPN Bennett who noted no injuries photograph was taken and is attached; he was given a clean uniform and returned to his cell after it had time to air out and be cleaned. Sgt. Robinson was notified. Report was written and submitted.

| Was DR Authorized? NA | If Yes, by Whom: N/A | | For List #: N/A |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_~signature~_        # 3512    Date: 4/1/12

Sworn before me this ___1___ day of _April_ , 20 _12_

_~signature~_        # 195▓

Report approved this ___1___ day of _April_ , 20 _12_ by _~signature~_ #▓▓▓

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central County Jail

| Inmate's Name: ▮▮▮▮ | Booking #: ▮▮▮▮ | Cell: C3ISO#4 |
|---|---|---|
| Date of Incident: 04-01-12 | Time of Incident:  1645 hrs | |
| Nature of Incident:  Protective Action | | |
| Witnesses and Deputies Present: D/D Sanders #5340 and Hertel | | |

**Narrative:** On the above date and approximate time, I was removing food trays out of Building 3 Isolation when Juvenile ▮▮▮▮ refused to give up his tray. I also noticed that Inmate ▮▮▮▮ had covered his floor with water from his sink and toilet. D/D Hertel retrieved the Isolation key. D/D Hertel and I returned to Building 3 Isolation. Juvenile ▮▮▮▮ was told to slide the tray and cup through the food flap. Juvenile ▮▮▮▮ refused to comply. D/D Hertel ordered Juvenile ▮▮▮▮ to the rear of the cell and to face the wall. D/D Hertel repeated the order several times before Juvenile ▮▮▮▮ went to the rear of the cell. Juvenile ▮▮▮▮ refused to face the wall. D/D Hertel opened the cell door and ordered Juvenile ▮▮▮▮ to face the wall. At that time Juvenile ▮▮▮▮ raised his arms quickly like he was preparing to fight. At that time D/D Hertel sprayed Juvenile ▮▮▮▮ with Freeze +P2K3in his facial area. Juvenile ▮▮▮▮ then dropped down to his mattress, attempting to evade the Freeze +P2K3. I immediately secured Juvenile ▮▮▮▮ arms behind his back and handcuffed him. Juvenile ▮▮▮▮ was taken to the shower and allowed to rinse off the chemical agent and placed in the holding cell to wait for medical. Juvenile ▮▮▮▮ was examined by LPN Bennett. LPN Bennett noted no injuries,                            Photograph was taken and is attached. Juvenile ▮▮▮▮ was given a clean uniform and returned to his cell once it was aired out and cleaned. Sgt. Robinson was notified. Report written and submitted.

| Was DR Authorized? NA | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_signature_                    # 5340    Date:  04-01-12

Sworn before me this   1st   day of   April   , 20  12

_signature_                  # 125Y

Report approved this   9   day of  April  , 20  12  by _signature_  # 1258

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central County Jail

| Inmate's Name: ███████ | Booking #: ███████ | Cell: C3A |
|---|---|---|
| Date of Incident: 3-21-12 | Time of Incident: 1700 hrs | |

Nature of Incident: Protective Action

Witnesses and Deputies Present:  D/D Choquette 5165, D/D Hertel 3512

Narrative:  On the above date and time, I observed a fight between Juvenile ██████████ and Juvenile █████████████████ in Alpha Dorm just inside the Dorm door. The fight happened while I was attempting to make inhouse moves of Juveniles that had been to first appearance or had been removed from Direct Observation. I observed Juvenile ███████ strike Juvenile ████████ in the head with a closed fist. Juvenile ██████ responded by fighting back. Both Juveniles grappled with each other and fell onto a portable metal bunk that was placed next to the dorm glass for Direct Observations. I ordered both Juveniles to stop but they continued fighting. I then attempted to pull Juvenile ██████, who was on top of Juvenile ██████ off and away. I pulled Juvenile █████ by the back of his uniform pants, but Juvenile ██████, being nearly six feet tall and over two hundred and fifty pounds was too heavy to move. As both Juveniles grappled with each other the portable steel bunk collapsed and I was afraid that one or both Juveniles would be seriously injured. I deployed my chemical agent Freeze +P 2k3 and sprayed each juvenile in the face with two, one second bursts. Both juveniles stopped fighting and I pulled Juvenile ██████ away from Juvenile ██████ D/D Hertel assisted me by taking hold of Juvenile ██████ and escorting him out of the dorm to the holding cage. I escorted Juvenile ██████ out of the dorm and into Isolation where I allowed him to shower off the chemical agent. He was then taken into the Nurses station and examined by LPN Jennings. LPN Jennings noted no injuries as a result of the fight or the Protective Action. A photograph was taken of the head and face of Juvenile ██████ and is attached to his report. Juvenile ██████ was then taken into the Isolation area and allowed to shower off the chemical agent. Juvenile ██████ was then examined by LPN Jennings who noted no injuries as a result of the fight or the Protective Action. A photograph was taken of the head and face of Juvenile ██████ and is attached to his report. Both Juveniles were exchanged uniforms. A copy of this report was forwarded to Det. Magyarosi to determine if charges will be brought on either Juvenile. Supervisors notified. Report written and submitted.

| Was DR Authorized? No | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

Choquette, Joseph _____ ✗___ # 5165   Date:  03-21-12 _____

Sworn before me this __21__ day of __March__ , 20 _12_ .

_____ # 18√

Report approved this __21__ day of __March__ , 20 _12_ by _____ # 18√

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 2 of 4

Facility: Central CountyJail

| Inmate's Name: ▓▓▓▓▓ | Booking #: ▓▓▓▓ | Cell: N/A |
|---|---|---|
| Date of Incident: 3/21/12 | Time of Incident: 1700 hrs | |

Nature of Incident: Fight - Protective Action

Witnesses and Deputies Present: DD Hertel and Choquette

Narrative: On the above date and approximate time I was at the ABC desk and DD Choquette was at Alpha dorm door calling for the juveniles to be moved. As he was at the door, two juveniles started fighting. They were identified as ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓ DD Choquette ordered the fighting juveniles to stop fighting. As I entered the dorm, DD Choquette deployed his chemical agent Freeze-P2k3 and sprayed both juveniles in the facial area. Juveniles ▓▓▓ and ▓▓▓ were on the floor between the phone island and the window. Juvenile ▓▓▓ was on top of Juvenile ▓▓▓ punching him. I grabbed the back of Juvenile ▓▓▓ shirt and pulled him off of Juvenile ▓▓▓ I removed Juvenile ▓▓▓ from the dorm and placed him in the holding cell. DD Choquette took Juvenile ▓▓▓ to the Isolation area shower to shower off the chemical agent. He was then examined by LPN Jennings who noted no injuries from the fight or the protective action. Juvenile ▓▓▓ was secured in Alpha dorm. I took Juvenile ▓▓▓ to be examined by LPN Jennings who noted no injuries from the fight or the protective action. I then took him to shower off in the isolation shower. Both juveniles were issued clean uniforms. Photographs were taken of both juveniles and are attached. Supervisors were notified and a copy of the report was forwarded to Det. Magyarosi.

| Was DR Authorized? NA | If Yes, by Whom: N/A | For List #: N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

_[signature]_    # 3512   Date: 3/21/12

Sworn before me this ___ day of _March_, 20 _12_

_[signature]_    # _1808_

Report approved this _21_ day of _March_, 20 _12_ by _[signature]_ #_18-Y_

PCSO FORM 703 (REV 08/31/11)

## POLK COUNTY SHERIFF'S OFFICE PROTECTIVE ACTION REPORT

| Incident #: 12-3666303 | Enter Date/Time Protective Action Occurred (Mil) 3/21/2012 @1700 | Department (Click Inside the Cell for Selection): Detention | | |
|---|---|---|---|---|
| Offense Description: Fight | | | District/Sector: CCJ | |

**Location (Address):** 2390 Bob Phillips Road  Bartow, Fl 33830

| Protective Action Type: Subject Resisted | Description of "Other" from Protective Action Type N/A | | | | | | | Excited Delirium a Factor? No | |
|---|---|---|---|---|---|---|---|---|---|
| Member Name: Choquette, Joseph | Member # 5165 | Uniformed: Yes | On Duty: Yes | Member Response: Nonlethal Weapon | Supv Responded: Yes | Injured: No | First Resp: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Chemical | | | Description of Other: N/A | |
| Member Name: Hertel, Andrew | Member# 3512 | Uniformed: Yes | On Duty: Yes | Member Response: Physical Control | Supv Responded: Yes | Injured: No | First Resp: No | Exposure: No | Exp Report: No |
| Type of Injury: N/A | Describe "Other" or Enter "N/A" N/A | | | Treatment: No Treatment | Highest Level of P.A. Used: Physical Control | | | Description of Other: N/A | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Resp: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |
| Member Name: | Member# | Uniformed: | On Duty: | Member Response: | Supv Responded: | Injured: | First Resp: | Exposure: | Exp Report: |
| Type of Injury: | Describe "Other" or Enter "N/A" | | | Treatment: | Highest Level of P.A. Used: | | | Description of Other: | |

### SUMMARY OF ALL PROTECTIVE ACTION USED ON THIS SUBJECT (Check all that apply)

☒Verbal ☒Physical ☐Restraint Chair ☒Chemical ☐Baton ☐K9 ☐ERD ☐EMD (Taser) ☐Hand Gun ☐Shoulder Gun

### DETENTION ONLY

| Inmate Discipline Report Filed? No | Fight? Yes | Facility: CCJ | Building: 3 | Dorm: A | Cell: N/A | Describe "Other" or Enter "N/A" N/A |
|---|---|---|---|---|---|---|

RECEIVED

### EMD DEPLOYMENT

APR 2 0 2012

| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
|---|---|---|---|---|---|---|---|---|---|
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |
| Deploy #: | Member Deploying | Deploy Type: | Effective: | Reactivated: | Effective Reactivation: | Subject Fleeing: | Apprehended: | Air Cartridge # | Download Date: |

### SUBJECT DATA

| Subject Status: Inmate | Adult or Juvenile: Juvenile | Subject Name (Last, First, M.I.): | Booking #  |  DOB: | Race: White | Sex: M | Subject Resistance: Aggressive | Height: 5'7" | Weight: 140 |
|---|---|---|---|---|---|---|---|---|---|
| Injured by P.A.? No | Treatment: No Treatment | Type of Injury: N/A | If "Other" Describe or Enter "N/A" N/A | | | | Type Weapon: N/A | | |

### SUPERVISOR ASSESSMENT

| | | | | |
|---|---|---|---|---|
| Sergeant: | Member # 1958 | Date: 3/21/12 | Complies with F.S ☒Y ☐N | Complies with G.O. ☒Y ☐N |
| Lieutenant: | Member # 3127 | Date: 3/28/12 | Complies with F.S. ☒Y ☐N | Complies with G.O. ☑Y ☐N |
| Captain/Deputy Director: | Member # 3984 | Date: 4/5/12 | Complies with F.S. ☑Y ☐N | Complies with G.O. ☑Y ☐N |
| Major/Director: | Member # 3173 | Date: 4/9/12 | Complies with F.S. ☑Y ☐N | Complies with G.O. ☑Y ☐N |
| Chief/Executive Director: | Member # 1431 | Date: 4/12/12 | Complies with F.S. ☐Y ☐N | Complies with G.O. ☐Y ☐N |
| Chief of Staff: Lester | Member # 2157 | Date: 4/18/12 | Complies with F.S. ☑Y ☐N | Complies with G.O. ☑Y ☐N  Referred to A.I. ☐Y ☐N |
| AIS: | Member # 2401 | Date: 4/20/12 | PA Incident #: DP12-116 | |

**COMMISSION:** "charged with PCSO Incident # 12-26741)
Video attached due 7:34:25

(Pg 1 of 2)

Page Numbers of Form 206A Only
Page 1 of  1

PCSO FORM 206A (REV 06/21/11)

Hughes v. Judd
4th Supplemental 04096

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central CountyJail

| | | |
|---|---|---|
| Inmate's Name:  N/A | Booking #: N/A | Cell: C3C |
| Date of Incident:  4/15/2012 | Time of Incident:  1952 hrs | |

Nature of Incident:  Information

Witnesses and Deputies Present:  Sgt. K. McGraw #3966

Narrative:  On 4/15/2012 at approximately 1952 hours, after locking-down C3C (see related report), I was standing in the common area of Building 3 and I saw the cell doors in C3C begin to open.  I knew D/D Leblanc was having difficulty opening C3C#7 and had gone to place the doors in manual operation so C3C#7 could be opened.  I saw the juveniles in cells 2, 3, and 4 begin sliding their doors open, so I entered the dorm and told the youth to remain in their cells.  The youth were upset because they were locked-down and continued opening their cell doors.  I again told the youth that they were to remain in their cells and anyone who exited their cell would be "sprayed" (meaning to use my chemical agent).  One youth (unknown name) said, "you can't spray us for no reason."  I informed him and the rest of the dorm that I did not want to spray them, but that they had been given a direct order to remain in their cells and for security purposes they were to remain in their cells.  No incident followed.

| | | |
|---|---|---|
| Was DR Authorized? No | If Yes, by Whom: NA | For List #: NA |

I swear or affirm this report is correct and true to the best of my knowledge and belief.

K. McGraw _____ # 3966   Date: 04/16/2012

Sworn before me this ___16___ day of __April__ , 20 12

_____ # 2663

Report approved this ___16___ day of __April__ , 20 12  by _Lt WD Reimer_ # 2663

PCSO FORM 703 (REV 08/31/11)

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central CountyJail

| Inmate's Name:  N/A | Booking #: N/A | Cell: C3C |
|---|---|---|
| Date of Incident:  4/15/2012 | Time of Incident:  1939 hrs | |

Nature of Incident:  Dorm Lock-Down

Witnesses and Deputies Present:  Sgt. K. McGraw #3966

Narrative:  On 4/15/2012 at approximately 1939 hours, I was informed by Jail Volunteer Theodore Smith that a baggie of candy was removed from his bin while he was in C3C performing church services.  Mr. Smith did not see any of the youth take the candy; however, he stated he was sure the candy was in his bin when he entered the dorm.  I entered the dorm and asked the youth if they knew where the candy was, and to return it.  None of the youth came forward.  D/D Leblanc, D/D Williamson, and I then locked-down the dorm and searched each cell and youth, but were unable to locate the candy.  Because we were unable to locate the candy and due to a past incident involving food brought in by volunteers, I kept the involved youth locked-down for the remainder of the shift.

The only youth that was authorized out of his cell was Juvenile ▓▓▓▓▓▓▓▓ because he was locked-down during the church service because he is 18 years of age.

| Was DR Authorized? No | If Yes, by Whom: NA | | For List #: NA |
|---|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

K. McGraw _____     #  3966     Date:  04/15/2012

Sworn before me this _____ day of  April _____, 20 12

_____  #  2663

Report approved this  16  day of  April _____, 20 12  by _Lt McReimer_  #  2663

PCSO FORM 703 (REV 08/31/11)

Hughes v. Judd
9th Supplemental 04835

# Polk County Sheriff's Office
## Department of Detention
## Incident Report

Page 1 of 1

Facility:  Central County Jail

| Inmate's Name: ██████████ | Booking #: 12-3640682 | Cell: C3C |
|---|---|---|
| Date of Incident:  1/25/12 | Time of Incident:   0800 hrs. | |

Nature of Incident:  Information

Witnesses and Deputies Present:  D/D Gay #5175

Narrative:  On the above date and approximate time, I was pulling Juveniles from dorm C3C for school. When Juvenile ██████████# 12-3640682 made a statement to me, "Why did you come in my room and spray me? I'm going to get paid and this place is going to be closed".  I did not respond to his statement. I continued pulling the juveniles for school.  Supervisor notified. Report submitted.

| Was DR Authorized? N/A | If Yes, by Whom: N/A | For List #:N/A |
|---|---|---|

I swear or affirm this report is correct and true to the best of my knowledge and belief.

D/D _~~~~~~_   # _5175_   Date: _1/25/12_

Sworn before me this _25th_ day of _January_ , 20 _12_

_~~~~~~_   # _3127_

Report approved this _25th_ day of _January_ , 20 _12_  by _~~~~~~_ #3127

PCSO FORM 703 (REV 08/31/11)