EXHIBIT 2

Statement by M.  A.

1 of 3   My name is M___ A___, and

MA   I am 17 years old. I was incarcerated

in the Polk County Jail during the

Fall of 2011.

In October or November 2011, I

was maced by guards. A lot of us

were fighting in the day room. The guards

were outside. They knew a fight

was going to go down because they

saw kids getting ready to fight. They

told us that if we fought, we would

"meet black Jesus." That's what they

call the big can of mace. The way they

talked made me think they wanted us to fight

so they could mace us.

   After the fight started, the guards waited a few minutes, then ran in with mace cans. They started spraying everyone, even people who were not fighting. but were on the unit.

   When they sprayed me, I felt like I was fixing to die. I was trying to run to the shower. It burned on my face.

   I have a heart murmer. After I was maced, I sneezed and coughed up blood. The guards knew that because they had to clean up the blood. It was officers Gay, Frankl

2 of 3

MA

3 of 3.

M A

and one other (I don't remember)
who maced us.

We went to the nurse after being
maced, but I didn't get any treatment.
The whole thing made me feel like
I'd been abused.

I swear under penalty of perjury that
the above statement is true and correct
to the best of my knowledge.

April 23, 2012.                    M H
Date.                         M        A

1 of 3

Declaration of J   C

My name is J   C   I
am 16 years old. I got to the
Polk county Central jail in
September 2011. I do not
Remember the specific date
but in the month of October
a fight broke out in the Eco
dorm, in the day room. When
the Guards came in, they said
to get on the ground. I got
on the ground and was not
maced. I remember about 8
youths were maced, and the
guards continued spraying
everywhere. Kids were choacking
cousing and spitting. I do

283

not remember the names of the youth involved.

About a month ago I was placed in the cage which is behind the control room that is behind Charlie dorm. I saw a big fight break out, kids were jumping some one. The guards walked in and began macing kids. One youth ran into the room. Officer Gay ran after the kid and maced him. They were then put in lockdown.

On December I was in the Delta Dorm and a youth started fighting with me

3 of 3

guards came in after what felt like 2 minutes, maced us and left for about a minute to wait for the smell to come down and then let us shower.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2/22/12
Date

Declaration of X     C

My name is X     C       and I am 16 years old. I was detained in the juvenile unit in the Polk County Jail around the end of February 2012 for around 11 days.

Around March 1, 2012, I was on the Charlie Dorm on the juvenile unit before school and my roommate J       D. came out of his cell with his white under shirt on but no yellow shirt on. One of the officers told him to put on his yellow shirt. Officer Mitchell then came to our cell because J       was too slow. J       tried to get his shirt and Officer Mitchell pushed him against the wall. J       tried to get his shirt again and Officer Mitchell kept pushing him up against the wall. Then Officer Brown comes into the cell with a can of pepper spray. Officer Mitchell then pushed J       down to the ground. Officer Brown pepper sprayed him in the face and J       was screaming saying, "It burns, it burns!"

Both Officers Brown and Mitchell picked him up off the ground and walked him out of the dorm.

I walked to the dayroom and could see J_____ being laid down by an officer beside the cage. J_____ was screaming saying his eyes were burning and an officer put his foot on J_____'s head and said, "It's supposed to burn." I do not know what happened next because J_____ was taken to an area I couldn't see.

I was mad about the whole situation because I felt J_____ got pepper sprayed for no reason.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature _____

Date 6-26-12

Declaration of D.      D

My name is D        D.    and I am fourteen years old. I have been detained five times at the
Central County Jail in Bartow Florida on juvenile charges. Around January 2012, I was in the
India Dorm when I heard Officer Cranor yelling. I looked across to the Hotel Dorm and could
see she was yelling at another girl in the juvenile dorm named             . She was telling
her to get on her bed and then threatened to mace her if she did not get off the table she was on.
When          .did not do as she was told, Officer Cranor pulled her hair back and maced
her in the face two to three times. The officer then left the area and D        was crying. After
this, she went off the dorm and I am not sure what happened next. I was sad for the girl because
she takes lots of medications for mental health problems and was already on suicide watch. I
have also seen Ms. Cranor threaten        :        with mace and cuss her out. Hearing guards
use cuss words was a regular occurrence at the jail and there were many times when I was cussed
at. I was threatened with permanent lock-down for making faces. Around the end of January, I
along with other females on my unit filed a grievance about the cussing, macing and the threats
of mace. My grievance directly referenced Ms. Cranor. No one who worked at the jail ever
talked to me about the grievance I filed.

I am prescribed psychotropic medication and I was never given my medicine properly at the jail.
Sometimes I went without medication and another time the jail prescribed me a new prescription.
I was put on suicide watch twice while at the jail. Once it lasted about a week and the other time
it was 3-4 days even though I was not suicidal. Both times I had to take off all my clothes,
including my panties and bra and wrap myself in a thing called a "turtle suit". It was
embarrassing being naked underneath the suit and uncomfortable. While on suicide watch, I
could not go to school or go outside for recreation. When my meals were brought to me I was not
given any silver wear and had to eat with my hands. I also was not given any pencil or paper to
write letters.

One time when I was at the jail, the juvenile female dorm was put on lock down for the whole
weekend. We all were put in a cell by ourselves and only got out of our cells once a day to
shower. We weren't able to go outside for recreation or to even use the phones. I even had to eat
alone in my cell and wasn't even able to talk to other juveniles. I felt very lonely, depressed and
like an animal in a cage. Another time I was very lonely, was when I was forced to stay on the
Hotel dorm all by myself and didn't get to go to school. This was because my co-defendants
mother asked that I and her daughter be kept apart. I don't think this was fair and it lasted about
four to five days until I was released.

I got hurt at the jail when a girl from the Direct File unit came onto my dorm and started beating
me up. I had even reported to staff that the girl was threatening me but I was not protected. It
even took a while for staff to respond and for them to pull her off of me. She hit my head a lot
and I had a busted lip. Luckily I was being released that day and got to go home.

I got lice two different times during my stays at the jail. It itched so bad that I couldn't even sleep. I got home and my grandma had to spend a lot of money to get it out both times. She even made me cut my hair because of it.

I saw female and male adult inmates at the Polk County Jail. On a few occasions the males made sexual gestures towards me. Once a female adult raised her shirt and showed me her breasts on my way to the attorney booth.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Signature _____

Date ____4-19-12_____

Declaration of F       D

My name is F       D       and I am _16_ years old. I have been detained in the Polk
County Jail Since April 12th, 2012.

Around April 13th I was in the Charlie Dorm and saw two kids fighting. One was named J
L      and the other       N       When the guards came onto the unit the youth stopped
fighting. J       started to walk away and a guard sprayed him across his face with mace. The
guards threaten us with mace all the time for the simplest things. I don't think mace should be
used because it is dangerous and could even permanently hurt someone. I also do not think it is
needed because there are other ways to handle kids.

On another occasion around April 14th, I was on the Charlie dorm and Officer Franklin wanted
all the youth in their cells and another guard threatened to mace the youth if they did not go to
their cells. They also said if we didn't they were going to charge us all with trying to start a riot.
One youth named A       H       was sitting on the floor and said he hadn't done anything
wrong. An Officer then picked him up and slammed him against a wall.

We shouldn't be treated like this.


Signature F       D

Date  4-24-12

Statement by T___ F___

My name is T___ F___, and
I am 18 years old. I was
incarcerated at the Polk County
Jail from September to November
~~2012~~. 2011.

While I was at the jail, I
saw kids get maced 6 or 7
times. Once, a lot of kids were
fighting. guards sprayed a lot
of kids, even the ones who didn't
have anything to do with the fight.
One kid, ___ ___, didn't have
anything to do with the fight. He

2of2.

JF

went to shower off and the guards literally dragged him out.
Guards lifted up his shirt and sprayed underneath it.

I've seen kids on the juvenile side get sprayed, as well as direct file.

Guards would tell us, in the morning, "I hope yall have fun today and do something to get in trouble so we can spray you." They enjoy it.

I swear under penalty of perjury that the above statement is true & correct to best of my knowledge

4/23/12

Date

T

F

STATEMENT BY B          G

My name is B          G          and I am 16 years old.  I am detained in the Polk County Central Jail.  I have been here for about 4 months.

I witnessed J          D          getting maced several weeks ago by officers Brown and Mitchell. I was in Charlie in dorm when J          came downstairs with no shirt on. Officer Brown told him to go back and put a shirt on. I was in the dayroom but could see directly into his cell. J          went back upstairs and sat in his cell with his hands in his pants. Officers Brown and Mitchell went upstairs after him. Officer Brown told J          to take his hands out of his pants and J          didn't do it. They sprayed him in his eyes with a can of mace. They were shoving him downstairs until they got him to the dayroom. He couldn't really see anything so they just continued shoving him until he was outside of the dorm away from the cameras. Officer Mitchell yelled at him to get down on the ground and he did. Officer Brown had J          's hand behind his back and was pressing down on him, even though J          was doing what they said. I saw that both officers had their knees in his back outside of the dorm.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Name _____

Date   6-28-12 _____

Declaration of K.         G.

a.    My name is K.        G.

b.    I am sixteen years old.

c.    I have been detained at the Polk County Jail since March 28th, 2012. I was also detained at the Polk County Jail two other occasions since October, 2011.

d.    Around April 10, 2012, I was in the India dorm and I heard arguing. The nurse was trying to give          her medication and she refused. A guard named Ms. Hawkins was with the nurse and began antagonizing A          about not taking her medication. The girl began arguing with the guard and then followed the guard when she walked away. Ms. Hawkins responded by macing the girl.  Other guards came in and took the girl away, but when she was brought back she tried to apologize to Ms. Hawkins, but she didn't accept her apology. She then was allowed to take a shower and other girls on my unit had to help her because she couldn't see well enough to get to the shower. I was told that when they were helping her,          said she wanted to kill herself. These girls told the guards and now          is on suicide watch.

e.    The mace incident made me feel scared and worried for the girl. She was screaming that it burned and she couldn't breathe. I think this really scared her and I'm worried that she is now on suicide watch.

g.    I have heard that others kids have been maced at the Polk County Jail.

h.    I don't think it's right because people don't deserve to be maced. Also, if a youth is nearby with another youth is maced they say their eyes burn.

I.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature
Date

My name is B. G. and I am 16 years old. I have been detained at the Polk County Central Jail for 114 days. On Monday June 5, 2012, I was in the Delta dorm. Around 9:00pm the youth in the dorm were mad at the guards and began throwing water everywhere. I was pushing water out with my feet and accidently flew off and hit Officer Brown. He immediately pulled out his pepper spray. When I saw him grab it I ran to my room and covered my face. He came in the room and sprayed the whole can on me. I was then told to put my hands behind my back and get in a cage. I was allowed to wash my face 20 minutes later. The pepper spray burned all night long.

I certify under perjury of law that the foresaid is true and correct to the best of my knowledge

B. G.                              6-7-12

Declaration by M'        H

My name is M        H    I am 17 years old. I have been detained at the Polk County Jail since September 5, 2011.

On February 23, 2012, I was placed in isolation. Since then, I have been on lockdown for 24 hours a day. If I am allowed to shower or use the phone, I come out for one hour. I am only allowed one hour of school a day, if I am allowed to go to school at all. I have to eat in my cell every day. I have missed two meals since being in isolation because staff did not wake me up to eat. I do not get to interact with other people, and I have to try hard not to lose my mind. I have to yell through the flap on the door to get staffs' attention, but I get ignored most of the time. I do not think it's fair that I have been in isolation for the last two months.

Isolation makes me feel deserted and alone. I know of other kids who were placed in isolation and were there for a maximum of two weeks and they hated it. I don't think it's right to place people in isolation, but it's worse to leave people in isolation for however long staff thinks you should be in there, without a specific release date.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature _M____   H____   _____

Date        4-20-12        _____

Dear Mr. Ian

Hi, this is Mi___ H____. I'm
writing this letter to let you know how I feel
about Isolation. Well first off let me start
off by saying this: No one should be
kept Isolated, and locked down for 23 hrs
A day. I feel as though the longest A
person should stay in Iso Is at least A
week or two, not two in A half months
that's just unessecary! A typical day
in Iso for me is Hell, Because sometimes you're
not even sure if you'll be allowed to come
out for your time depending on wat officer
is workeng. Also sometimes the officers even
forget to feed you, give you Hygeine Products
or take you to rec. These are the reasons
I think no inmates should be Isolated
whatsoever.

Declaration of T          H

My name is T       H       and I am 15 years old. I have been detained in the juvenile unit in the Polk County Jail since around May 1st, 2012. This is my third time here.  My first time was in Nov. 2011.

Around November 15th, I was on the Alpha Dorm when I got into a fight with another youth. When we saw Officer Hillard coming we stopped fighting.  Even though we stopped fighting, I was sprayed with pepper spray for about 10 seconds.  I was not taken to see a nurse after. Officer Hillard took me to the cage and it felt like I was in the cage for about an hour. Although I didn't go to the nurse, Officer Hillard gave me a wash rag during that time to wash my face off. While I was in the cage, Hillard asked me why I was fighting and I told him the boy had hit me and I fought back to defend myself. He grabbed me by the collar of my shirt and walked me down to isolation. He told me I was going there because of the fight. Officer Cunningham was with him and followed us down. He just put me in there and when I asked how long I would be there, he said when the Captiain decides to let me out. I never saw the other youth involved go to isolation.  It felt like I was in there a week but I am really not sure how many days it was.

While I was in isolation, I did not get to go to school or outside for recreation. They didn't even let me use the phones to call my Momma. I didn't even get to take a shower every day. Sometimes I would ask for a shower and they would tell me to take it up with day shift and then when I talked to day shift they would tell me to ask night shift. Guards came and looked in my cell through the door everyday but never talked to me unless I asked them questions. I felt like I was going crazy because they wouldn't let me talk to my Momma. I can't be locked down 24 hrs. I didn't even think that was allowed to hold a person in a cell for 24hrs; when I did leave the cell it was only to shower and that lasted 15 minutes. I also had to use the bathroom in my cell the whole time, and twice I had to use the bathroom without toilet paper. I asked for toilet paper but they never brought it. I had to use my old white undershirt and kept it in my cell the whole time.

I have never heard voices before in my life until being in isolation. It was almost like someone was breathing in my ear; this was very scary. It was also irritating me. I even got to the point where I thought about getting my shirt and trying to choke myself out because I go crazy if I don't talk to my Momma. One day I even kicked on the door because I wanted out so bad. Officer Gay came into my cell because of me kicking on the door; he got in my face and told me if I didn't stop kicking I would be in isolation longer.

Finally one day an officer came by and told me to get my matt and I was going to Bravo. Even after I went back to Bravo, I felt nervous and I was shaky. I am never shaky. I was afraid I would have to go back there. I didn't hear any voices when I was on Bravo dorm.

Around June 21st, 2012 I was in Bravo dorm after lunch and I was "slap boxing" with D       U and Officer Lions broke it up. I told him we were just playing but he did not believe me. He said I was fighting and claimed I had drawn a fist. He then grabbed me by my shirt and took me to a cage. The youth that I was "slap boxing" with was taken to another cage by another officer. While in the cage, I was told I was going to get a charge for fighting.  I was in the cage maybe for 20 minutes and after that he took me down to the isolation cell. I asked why I was being put there and he said it was because I was

fighting; he then closed the door in my face. No one ever told me how long I would be there. It seemed like I was there for more than two days. I was mad that I had to be in there again and was worried about getting charges for something I did not do. I felt like I was going crazy at times, I kept hitting my head on the wall because I wanted to come out so bad. I couldn't even see out of the cell. All I saw was a wall and I had no windows. I was told the only reason I was let out after two days was because the boy I got into a fight with went to Manatee, so they thought they would let me out.

While I was in isolation I did not get a shower the first day but on the second day I got a shower. One day while I was in isolation I began kicking on the door because I wanted to make a call to my Momma. I had just got my snack so I knew it was around time to be allowed to make calls and I thought I should be able to get one. Officer Cannon opened the cell door and threatened to mace me if I did not stop; he pulled it out and had it in his hand.

I do not think people should be treated this way.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Signature _____

Date  6-27-12

Declaration of U̲   ̲ J̲

My name is U̲    ̲ J̲  and I am 15 years old. I have been detained in the juvenile unit in the Polk County Jail since around June 13, 2012. I was also detained at the Polk County Jail one other occasion for almost one month, beginning in mid-December 2011. Both times I have been on the juvenile unit.

Around December 20, 2011, I was on the Bravo Dorm on the juvenile unit, and I saw Officer Franklin and Officer Gay run onto the Charlie Dorm on the juvenile unit when two youth were "play fighting." Those two boys stopped "play fighting" when the guards came in. One of the youth tried to run and Officer Franklin pulled him to the ground and pepper sprayed him. I do not know the youth's name, but one day I used sign language to communicate to him and he told me he didn't know why he got pepper sprayed because he was just playing around. I felt bad for the boy.

Around December 25, 2011, I was on the Bravo Dorm sitting in the day room with ̲   ̲̲. ̲   ̲   ̲ and ̲  ̲ ̲ . At that time, two youth walked up and one shoved ̲ ̲ ̲    this led to a fight breaking out. I was trying to break it up and looked over and saw the doors to the dorm open and a hand stick out with a can of pepper spray in it. The officer immediately started pepper spraying. Soon there were three officers on the dorm. One was a white male and the others were Officer Gay and Officer Franklin. As soon as those three officers came on the dorm we all got on the ground and stopped fighting, but they still pepper sprayed all of us. Although I was on the ground I looked over and saw Officer Franklin spray ̲ ̲ in the face and mouth. I was lying beside ̲ ̲ ̲, and Officer Gay just got over top of us and began pepper spraying more. ̲ ̲ ̲ asked why he wouldn't stop, and Officer Gay said "Ya'll wanna fight in my dorm." There was so much pepper spray on the floor it looked like it had just been mopped.

The pepper spraying probably went on for around two minutes but we all lay on the ground for what felt like a half hour. During that time, my face was directly in the pepper spray and I wanted to lift it up but I couldn't. The reason I couldn't lift up my face was because the white officer said that if we moved he would pepper spray us more. It made me feel very angry that I was treated this way. After that we were all handcuffed and me, ̲   ̲ ̲   , ̲   ̲ and ̲   ̲ ̲  were taken to a cage and the other two youth to a separate cage. Everybody was complaining about their eyes and I could barely open mine. We were in the cage for about five minutes then we got to go the nurse and wash our faces.

After seeing the nurse, we were taken back to the Bravo dorm and put on lockdown in cells by ourselves. We were on lockdown like this for three days. I couldn't use the phone or take a shower. A day after the incident, I told Officer Gay I wanted to write a complaint, and he gave me a blank sheet of notebook paper. I used that to write a grievance about the use of pepper

spray and mentioned Officer Gay in the grievance because he used too much pepper spray. I turned this in to Officer Gay. No one ever talked to me about the grievance.

After being pepper sprayed I did not feel safe and I feel it was wrong to pepper spray me and the other youth. It caused a lot of pain and burned really bad. The guards pull their cans out regularly to threaten us with mace, and that is scary.

Besides the use of pepper spray, on two separate occasions I saw a youth get grabbed by a guard and pushed against a wall for not walking fast enough. Two other times I saw youth grabbed by a guard and pushed against the floor. I do not understand why they have to do this.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature U    A. J

Date   5/26/12

Statement of H___, K___

My name is H___ K___. I am 18 years old. I have been incarcerated at the Polk County Jail on the juvenile unit since April 3, 2012. When I arrived, I was put on isolation. This was only because of my age. Today, I was moved to the Charlie Dorm, where I was placed on lockdown with two other 18-year-olds. The other kids in our dorm get to stay in the dayroom, talk and play cards. I have no idea

Page 1 of 6.

whether I will stay on Charlie Dorm or return to isolation, but lockdown in Charlie Dorm feels like isolation too.

On isolation, I am in a room all by myself. I think the room is about 7 feet by 9 feet. It has a sink, a toilet and a mat for a bed. The mat sits on a concrete slab just a few inches off the ground. I can feel the ground through the mattress. It makes my back hurt.

I eat all my meals in my room. On isolation, I ate — or eat, since I don't know if I'm going back to isolation today or not — two feet from the toilet. No one cleans the toilet, and I don't receive any supplies to clean it. There is no cover on the toilet.

Guards have refused to give me anything that would help pass the time. They refused to give me books or playing cards when I asked.

other children were able to give me a Bible and a book of magic tricks. I received paper for the first time three weeks ago.

On isolation, I have to yell to get a guard's attention. Usually, they ignore me. This makes me worried about what would happen in an emergency.

There are no clocks anywhere. In isolation, there are no windows, so I could never, ever tell the time.

If I took a nap, I would have no idea what time it was after.

When in isolation, I feel like most of the guards won't even look at you. If they do talk to you, they try their hardest to look in the other direction.

Being on isolation makes me feel like an animal. I have two dogs at home. When I get back home, I'm going to talk to my parents about not keeping them in their

pen. Why would you put a dog in a cage just for being a dog? Why would you put a person in a cage?

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and that I read the above statement before signing.

4/8/12 _____     b , k

Date                       H. k

                           DOB:

Declaration J

My name is J        L

I am 17 years old.

I have been detained at the Polk County Jail since about April 9, 2012.

Around April 13, 2011, I was sitting in Charlie dorm and noticed a guard named Franklin coming in and arguing with another kid. First they were joking because they were snapping jokes about each other's mothers, but the kid said something that made all the kids laugh and Franklin started yelling at everyone.  He was trying to put everyone in the dorm on lockdown. A        was sitting on the ground when Franklin began to reach for him and A        said to Franklin that he was not being violent and not to touch him. Franklin yanked him up and I heard A        yell, "Stop you're hurting me." Franklin threw A        against the wall and two more guards came in and one of the guards said, "Do what you need to do." Franklin yanked him off the wall and held him in a full-nelson, A        arms were pulled behind his back while Franklin locked his hands behind his head. A        was taken to isolation and Franklin came out and grabbed a mop.

Knowing that staff could physically harm me and get away with it makes me feel unsafe.

I don't think it's right because we should be safe when they are near us, not worrying about if they will get physical with us at any time.

I declare that under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature

Date  4-17-12

My name is B___ M___ and I am 16 years old. I have been in jail in Polk County since July 10, 2012. This is my second time here.

Around July 18th, I was maced. I got into a fight over a card game and the guards broke it up. I was then walking to my cell and another guy and I started fighting right in front of my cell. 4-5 guards came into our cell and tell us to stop fighting. When we didn't, a guard sprayed me on the side of my face with mace. It burned, kept on burning. I washed my face and then they took me to the cage where I stayed 5-10 min. I then saw the nurse who let me wash my face in the sink and gave me milk to put on my face. They also gave me new clothes.

Around June 27th, I was put on lockdown. Around 6 pm I asked Officer Cannon why and he didn't respond. My roommate then threw a soap bottle because we were upset at being on lockdown. Mr. Cannon then said we wouldn't come out from lockdown because we were dumb niggers. My roommates and I then got upset and started yelling and kicking for a few hours. We then asked Mr. Hillyard to turn off the lights and he told me I'm being charged with battery for spitting on an officer. I don't recall spitting on him. No one did. There is a door and glass that never opened between us. Then next day my room was on lockdown all day.

Anytime we act up, the guards shake mace and threaten to spray us. I've also seen some guards, especially Mr. Gay

jerk kids up, put hands behind their backs, slam them on their faces, and kick their legs up.

I swear under penalties of perjury that the above is true and correct

7/31/12

1 of 3

Declaration of L_____ M_____

My name is L_____ A_____. I
am 17 years old. I have been
incarcerated in the direct File
unit at the Central County Jail
in Polk County since October 2011.
On October 2011, I was in the
Eco dorm in the Polk County Jail
when a fight broke out. There
were about 9 to 10 youths fighting
that day, this happened after
lockdown. The fight was in the
day room of the Eco dorm. After
about 4 minutes of fighting the
guards walked in and aske us to
stop. I recall guards Russell,
Brown, and Hester. I think

2 of 3

that half of the youth were
maced. Guards; Hester maced
me in the face for about 10 sec.
At the time that I was maced
I was already calm and waiting
for instructions from guards.
I was then sent to see a nurse
and taken to the cage for 3
hours.
A week after this happened
another fight broke out in the
dayroom in the eco dorm. The
fight lasted about 2 minutes
Guards began macing immediately
since they were close by. I was
maced by Mr. George for about
4 seconds, I took off running

3 of 3

because it burned so much.
Mr. George ran after me, and
caught me by the stairs, next
to a door in the eco dayroom.
He maced me for about 10 sec.
I was then sent to nurse and
taken back to the doem.




I declare under penalty of
perjury that the foregoing is
true and correct to the best of
my knowledge.

d   m                    2·22·12
l      m                 Date

1 of 4
D.M

Declaration of D_____ M_____

My name is D_____ M_____

I am 16 years old. I am currently incarcercated in the Polk conty jail. In January of 2012, I was in the Eco dorm. A guard by the name of Hester was passing out mail and the nurse was giving meds out. Hester then said to me "You hear me boy talking to you". I said no and kept walking. Hester pulled me by my shirt and said "Refused". I brushed him off and said "why are you showing me". Guard Hester threw me on the wall and maced me for about 5 seconds. Guard

2064
D.M

Hesler said "you want to keep refusing?" and banged my head on the window. I was then taken to the nurse. The nurse asked me why I had a bump on my head and guard Hesler said that I banged my head on the wall myself. I told the nurse that he hurt me and the guard said "You need to stop lying." I was given an ice pack and 2 pain pills. I was then told to take a shower. My friends ____ and ____ saw this happen because they were close.

On February 9, 2012, Officer Hesler said that I needed to get big. so I said you need

3 of 4
D.M

vegetables. I was in the dayroom and he said to come to the door. He snatched me and said "talk shit now". I told him that I didn't say anything to him. Officer Hester then said he would put me in the cage where I belong. He pushed me to the cage and I stopped. He said stop again and you will see. I stopped again and he pushed me and placed his elbow on my neck. My neck hurt for days. I was in the cage for 4 hours. Officer Russell asked me who put me in the cage and why. This happed after

4 of 4
D.M

8:00pm because it was after medicine is given. Officer Russell then spoke to Hester and then took me out of the cage and back to the dorm. I was back at around 2 am.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

D      M
D      M                    2/23/12
                            Date

## Declaration

My name is C_ N_ and I am currently in the Polk county central Jail. I am here on Juvenile charges and I just turned 18 on 5/31/12. On that night I was put in Isolation because I turned 18. Isolation is very bad. They treat us different. Guards take longer to give us anything. Sometimes even forget about us. We are always on lockdown and are only allowed to come out to use the phone at 9:15 and the phones are cut off at 9:30. We only have 15 minutes shared between everyone on ISO. I am also no longer able to go to school or have recreation. I spent 7 days without a pillow and was told that they did not have any left. I don't think it's fair to be treated this way if I am the same, with Juvenile charges.

I certify under Perjury of law that the foresaid is true and correct to the best of my knowledge.

C_ N_    6/6/12

Statement by J.      O.

My name is J.      O.      , and

I am 18 years old. I was incarcerated
at the Polk County Jail for about
seven months, from Oct. 3, 2011, to
March 2012.

While I was there, sometimes I
went without eating because the
meals were so bad. Sometimes they
fed us food that looked like
dogfood. I was hungry a lot. The
food was so bad, we even called
it "dogfood."

Only one of the guards would

let us out for rec, so we only went once or twice a week. Otherwise, we'd be in the dorm all day. It made me feel like a caged animal, really.

The way the guards treated us depended on how their days started. If they were having a bad day, we weren't going to go to rec, we might get locked down for no reason, and sometimes the guards would threaten us with mace. They would say "I'll spray your ass" if we didn't go into the cell immediately or

anything else they said to do.

**3 of 4**

**Sno**

I saw other kids get maced 5 or 6 times. In January, I saw a fight on the juvenile unit. Guards came in with a big can of mace and sprayed the whole dorm. They locked the dorm down with the mace still fuming in the air. That stuff's strong.

The supervision at the Polk County jail is so poor that while I was in my room one day, a kid next-door was being brutally beaten. I could hear him screaming, probably for an hour. While it was happening, the guards

were sitting at a desk talking.

4 of 4.

5no

They would come make their rounds every 30 or 40 minutes. They didn't see nothing, which I found hard to believe, because the kid was pretty lumped up (hurt) when he came out. That's pretty crazy. This is a regular thing — kids getting hurt by other kids, kids getting food taken. The bad thing about it is all the CO's know about it.

I swear under penalty of perjury that the above statement is correct to the best of my knowledge

April 23, 2012.

Date

Statement of J_____ P____

My name is J_____ F_____, and
I am 17 years old. I have been
incarcerated at the Central County
Jail in Polk County since January 20,
2012. I served 21 days on the
juvenile unit.

When I arrived, direct-file kids
were giving out clothes on the juvenile
unit everyday as trustees. Some of
them asked where I was from. When
I said Haines City, they said,
"We don't like where you're from."

Page 1 of 5

when they went back to their unit,
I saw them communicating with sign
language to kids on my dorm. At
the moment, I didn't know what
they were talking about. because I
had only been here three days.
Now, I know what the signs
meant — they were offering the
juveniles food or canteen to jump me.

On the third day I was here,
I ended up getting jumped. One
juvenile hit me, and another

person slammed me. A crowd came over and started beating me up. I fought back.

I wasn't hurt. I wasn't bruised, cut, swollen, nothing. No bleeding anywhere. The fight lasted about 30 seconds.

At the end, the other kids saw the guards coming and moved away. The fight was over. Two guards came up to us when everyone was running away. First

they maced me, and then they maced the person closest to me. At that point, I couldn't see anymore what happened because of the mace.

The guards picked me up and threw me in the cage. One of them said, "You want some more mace?" I said no and I was screaming for help because it was my first time getting maced. I was burning everywhere around my face. They also sprayed my hair,

where the mace smell lasted for two days.

Later that day, guards asked me if I wanted to press charges against the other kids. I said no, and then I signed a paper saying I didn't want to press charges. I felt that way because I wasn't hurt by the other kids.

I swear under penalty of perjury that the above statement is true to the best of my knowledge.

3/10/12
Date

J.  e.
J.  P.
DOB.

Page 5 of 5

Declaration of S⋯⋯R

My name is S⋯⋯ : R⋯: I am 17 years old. Around the middle of January, 2012, I was placed in the Polk County Central County Jail on the juvenile unit.

Around the end of January, everybody was fighting in the day room. It was right after dinner, probably around 4:45 or 5 p.m., in C dorm.

There were 5 or 6 of us fighting. There were no guards around. Then I heard the doors opening, so I knew the guards were coming. We stopped fighting before the guards got through the day room door. I know that because the door makes a loud noise while it opens. I ran back to my room with three

of my roommates. We each got into our beds. Two of the other boys stayed in the dayroom. I was in my bed for 10 or 20 seconds before Officer Gay came in. No one was fighting. Officer Gay sprayed one of my roommates,                    in the face. I had my shirt over my face. Officer Gay moved my hand and pulled my shirt down. He maced me directly in the face. Then he maced my other roommate,                , directly in the face. We were all laying in our beds when we were maced.

2/14/12

Si            R            Date

DOB:

STATEMENT BY C          S

My name is C     S     and I am 14 years old. I have been detained in the Polk County Jail since around March 21, 2012. This is not my first time at the jail. I was also there for around 15 days in October 2011.

While in the jail in October 2011, I was pepper sprayed twice. The first time I was on the Bravo dorm and arguing with an officer. He sprayed me in the eyes with no warning. I was then put in handcuffs and taken to a cage for about two hours. My eyes were burning, but I couldn't even rub them because I had handcuffs on. I never got to see a nurse, and when I was taken back to my cell, I didn't even get to shower. My eyes were burning and I was coughing. It wasn't until the next day that I took a shower and was able to rinse myself.

That same month I was on the Bravo dorm and got into a fight with another kid. When Officer Gay came to break it up, I stopped fighting and lay face-down on the floor. Officer Gay grabbed my forehead and pulled my head up and back and pepper sprayed me in the face. I was then taken to the cage and did not go to a nurse.

Around March 21, 2012, there was a fight on Alpha dorm. I wasn't fighting. While others were fighting, I laid on the ground because I knew guards would spray kids. Everyone was threatened with pepper spray, and a guard tried pulling my head up to spray me, but I covered my face with my shirt so I wasn't sprayed.

I have also witnessed other youth be pepper sprayed. In October I saw the whole Echo dorm get sprayed. This past March, I saw          (          get pepper sprayed for fighting on the Alpha dorm and      N      s get sprayed for talking crap to a guard.

I swear under penalty of perjury that the above statement is true and correct to the best of my knowledge.

5/30/12
Date

C     S

About a week or so ago, we had just arrived at school as Mr. Smith took our hand cuffs off. Mr. Brown ~~the~~ the teacher ~~got~~ yelled at me for sitting at a desk Mr. Smith told me to sit at. I snapped back at Brown, and co Brown said "stop talking like you are running the class and asked if I would move or do I want to go back to the dorm. I said back to the dorm.

co Brown put the hand cuffs on too tight and tried to twist my hands behind my back. He pushed me against the wall, trying to slam me. He whispered to me "if you don't loosen up I'll spray you". He said "you are big for nothing" and said I was "a softie" as he tried to slam me.

He did and said these in front of the whole class. It seemed as though he was trying to make me mad. Some COs here are just assholes to us, for no reason.

_____       _____
                            3/10/2012
                            Date

SW

My name is S.          W          I am
17 years old. I am detained in the
Polk County Central Jail. Around
October 2011 I was in the India dorm
one day, during the day shift, when
some boys started fighting. I was
not involved in the fight. But we were
all in the day room. There was no
guard there. There were several of
us in the day room who were not
fighting. Then all of a sudden
2 guards came in and maced
everybody, even those of us that
were not fighting. An officer named
Frank maced me in the right eye,
and I fell to the floor in pain.
I tried to crawl to the shower so
I could wash the mace off, because
the water was already on. Others
were trying to wash off too. But
then the other guard, whose name
I don't know, sprayed me and the
others again. I couldn't see him spraying
the others but I could hear it. The mace
made my eye burn and took my
breath away. It made me feel like I
needed to throw up, and I could hardly breathe.

SW

While I was on the floor I heard my friend B      say "Hey frank, this don't burn that bad how you all be talking about it," or something like that, and so frank sprayed him again, and he curled up into a ball coughing. And I heard frank yelling " I'm gonna teach you all about trying to fight on my shift, it's not gonna happen again." Then they left us there on the ground for maybe 45 minutes. Eventually they sent everyone back to our rooms and then we were able to wash up.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

S.  ___W.___          2-17-12
S.        W.           Date