# EXHIBIT 3
# (2 of 4)

**DEMURO EXPERT WITNESS/COURT-RELATED CASES**

Cases in which I served as a Federal Court Monitor, was deposed, gave expert advice, or gave trial testimony. January 1995 to June 2008.

**Federal Court Monitoring; Federal Court Panel Work; Federal Court Mediation.**

In the early 1990's, I was appointed as the Federal Court Monitor in *Terry D. v. Rader*, No. CIV-78-0004-T (W.D. Okla, 1982). Until the end of the case in January 1999, I monitored Oklahoma's juvenile facilities, filed reports to the Court and testified at status hearings/conferences.

In the late 1980's and early 1990's, I served as Federal Court Monitor in the *Bobby M. v. Chiles*, No. 4:83-cv-07003-MP (N.D. Fla., 1987) in the State of Florida.

I have been appointed to two Court-appointed panels in Washington, DC in *Jerry M. v. District of Columbia*, No. 1519-85 (D.C., 1986). I was appointed to the panels in the 1980's and then again in the late 1990's.

I was appointed by the Federal Court in Southern Ohio to help settle a long- standing child welfare case in Cincinnati in the early 1990's.

In 2001, the Federal Court of the Middle District in Tennessee appointed me to mediate a complicated settlement in a child welfare class action case.

In 2009, I developed a mediated settlement in New Mexico in a conditions of confinement case; I am currently monitoring the implementation of that settlement.

**Expert Witness Experience.**

1995: EMS v. Utah. Case # 93-CV-5488. Deposed approximately 6/12-13, 1995. A two center, detention institutional case which was settled by consent.

1996: Grubbs v. State of Arizona. Deposed 10/22/96. Personal injury case. I do not have case number.

Plaintiff's v. Leon County, Fla. Sheriff's Office. Federal Court, Tal. Fla. Deposed 10/22/96. I do not have the case number.

1997: Testified in Federal Court in Tal. Fla. re Leon County Sheriff's Office. Testified 3/5/97. I do not have the case number.

Testified in NJ Superior Court in Criminal case. *State v. Simon*, 737 A.2d 1 (N.J. 1999).

Dade Co., Fla. Court, Dade Public Defender's, Expert witness in behalf of group of the Public Defender's clients v Dept. of Juvenile Justice, State of Fla. Testified 11/14/97.

1998: *Toon v. Wackenhut Corr. Corp.*, 250 F.3d 950 (5th Cir. 2001).
Case #:3:97CV 2677-H. Deposed 9/30-10/1/98.

1999: *Jackson v. Johnson*, 13 F.App'x 51 (2d Cir. 2001).
Civil Action #: 97-cv-0613. Deposed 8/2-3/99

1

2000: I have written a report for the attorneys, Johnson, Eklund, Nicholson, Peterson & Fox (Gregory, South Dakota) re Gina Score v. South Dakota in February 2000.

I have been deposed regarding my report in July of 2000. *Jennifer A. v. Bloomberg*, 315 F.3d 990 (8th Cir. 2003).

I was retained by the Youth Law Center and have written a report and have been deposed in August 2000 in a conditions of confinement case in South Dakota. *Jennifer A. v. Bloomberg*, 315 F.3d 990 (8th Cir. 2003).

I have been retained by Wallace, Saunders, Austin, Brown & Enochs, Wichita, Kansas re Blackmon v State of Kansas. My contact at the firm is Philip Davidson, Esq. In January of 2000 I have written a report in this matter.

2001: *Smith v. District of Columbia*, 413 F.3d 86 (D.C. Cir. 2005). I was retained by the firm of Bredhoff & Kaiser in Washington, D.C. My contact at the firm is Michael Sampson. I have written a report in the case.

*State v. J.P.*, 907 So. 2d 1101 (Fla. 2004). I have reviewed files and consulted with the attorneys, but I have not written a report nor have I testified either at trial or deposition in the case.

*John B. v. Menke*, 176 F. Supp. 2d 786 (M.D. Tenn. 2001). In June 2001, I testified in Federal Court.

In 2002: I was retained by the Juvenile Law Center in Philadelphia in a conditions of confinement case regarding the Luzerne County (Pa.) juvenile detention center. I was deposed but did not testify at trial.

2002-03: *Smith v. District of Columbia*, 413 F.3d 86 (D.C. Cir. 2005). I was retained by the firm of Bredhoff & Kaiser, wrote a supplemental report and testified at trial.

2003-04: I was retained by Coale Cooley Lietz, a firm in Washington, DC in two cases involving two youth who were hurt in Maryland facilities. I believe that the cases have been settled.

*D.C. v. Jerry M.*, 738 A.2d 1206 (D.C. 1999). I was retained by Covington & Burling, a Washington DC firm. The plaintiffs petitioned the Court to create a Transitional Receiver in this longstanding class action case. I have written a report, been deposed and have testified at trial. I have subsequently served as the Plaintiffs' expert to help settle the case. (Before 2003, I was twice appointed by the Court to serve as an expert for the Court in this long-standing case).

2004-2005: *Muldrow ex rel. Estate of Muldrow v. Re-Direct, Inc.*, 493 F.3d 160 (D.C. Cir. 2007). I was retained by Bredhoff & Kaiser in DC. I wrote a report and was deposed. In this matter I testified at trial in 2005.

2005: *Roe v. Butler County*, No. C1-01-422, (S.D. Ohio settled 2003). I was retained by the firm of Gerhardstein, Branch & Laufman in Cincinnati, Ohio in a case involving the rape of a youth in a detention center. I wrote a report and was deposed. The case settled.

2006-2007: I was retained by the firm of Phillips Lytle in Rochester, NY in the Cori Duvall matter in the state court system in NY. I have reviewed the file and filed an affidavit in the matter.

2008: *Porter v. Speirs*, No. 06AS03654 (Sacramento County Superior Court, 2009). I was retained by the Arnold & Porter firm from San Francisco as an expert.

2009-2012: *Morgan v. Nagin et al*, No. 2:07-cv-09755 (E.D. La., filed Dec. 12, 2007). By mutual agreement of the parties, I was appointed by the U.S. District Court for the Eastern District of Louisiana to help develop a mediate settlement in a class action conditions of confinement case involving the New Orleans Detention Center. A settlement has been developed and filed with the Court. Since the settlement, I presently serve as the Federal Court Monitor in this case, reporting to the Court regarding the conditions of confinement in the facility.

2009-2011: Retained by the Southern Poverty Law Center in three Mississippi Cases.

*D.W. et al. v. Harrison County*, No. 1:09-cv-267 (S.D. Miss., settled 2009).

*E.W., et al. v. Lauderdale County*, No. 4:09-cv-137 (S.D. Miss., settled 2009).

*J.H., et al. v. Hinds County*, No. 3:11-cv-00327 (S.D. Miss., settled 2011).

2010-11: *ACLU v. New Mexico Children & Youth Department*, No. D-0101-cv-2007-0291 (D.N.M., filed Nov. 20, 2007). Mediated a settlement and served as a Technical Assistant to the parties regarding implementing this settlement until late 2010.

2009-2012: *G.B., et al v. Carrion*, No.12-721-CV, 2012 WL 2362607 (2d Cir. 1990). Consulted with the plaintiffs; filed a declaration in the case.

2010: *Thompson v. Johnson, et al.*, No. 08-CV-1241 (N.D.N.Y., filed April 2, 2010). Retained by Elmer Robert Keach, Esq. to review records. I did not write a report nor was I deposed in this matter.

2012. Retained by the Southern Poverty Law Center in two separate matters:

*C.B., et al. v. Walnut Grove Correctional Authority*, No. 3:10-cv-00663 (S.D. Miss., filed Mar. 26, 2012). Retained to help defendants develop policies and procedures that will assist the MS Department of Corrections comply with Court ordered settlement in this matter; also retained to monitor this settlement as it pertains to youth.

*Hughes et. al v. Judd*, No. 8:12-cv-00568 (M.D. Fla., filed Mar. 18, 2012). Retained to provide expert consultation.

**United States Department of Justice, Civil Rights Division. Institutional Investigations**

| Investigation | DOJ Attorney |
|---|---|
| 1. VISION QUEST, WESTERN PA. | MARK MASLINE |
| 2. WAYNE COUNTY DETROIT SECURE DETENTION | IRIS GOLDSCHMIDT |
| 3. GEORGIA SECURE DETENTION & BOOT CAMPS & INSTITUTIONS. | KEVIN RUSSELL |
| 4. KENTUCKY INSTITUTIONS. | WILLIAM MADDOX |
| 5. DAVIES CO, KY. SECURE DETENTION | WILLIAM MADDOX |
| 6. HARRISON CO, MISS. SECURE DETENTION | WILLIAM MADDOX. |
| 7. LOUISANA, JUVENILE INSTITUTIONS | JEFF RESETARITS & JUDY PRESTON |
| 8. PONCE FACILITY FOR GIRLS, PUERTO RICO | KELLY EVANS |
| 9. BALTIMORE COUNTY JAIL (FOR YOUTH HELD IN THE JAIL) | JUDY PRESTON |
| 10. LOS ANGELES, JUVENILE HALLS | DANA SCHOENBERG |
| 11. TRAINING SCHOOL, ELKO NEVADA | BO TALOE |
| 12. MISSISSIPPI'S JUVENILE JUSTICE INSTITUTIONS | TAMMI SIMPSON |
| 13. ARIZONA'S JUVENILE JUSTICE INSTITUTIONS | DAN WEISS |

# Exhibit 3
## Documents Reviewed in Preparing this Report

Polk County: Documents Reviewed (listed in order received)

- Verified Amended Complaint (dated March 21, 2012)
- Polk County, Sheriff's Office, (PCSO) Jail Population Breakdown (4/1/12)
- PCS Office, Personnel Assignment Sheet, Central Co. Jail (4/1/12)
- PCSO, General Order for ADA Compliance (5/12/11)
- PCSO, Dept. of Detention Directive re Programs (8/26/10)
- School Schedule for Central Center, 2011-12.
- Facility Operating Agreement with Polk Co School Board (7/1/12)
- Florida Model Jail Standards (pg 16 of 68, 1/1/12)
- Several internal memos re education services to "kids" in custody (9/19-10/7/11)
- PCSO Dept. of Detention Inmate Handbook (9/27/11 version)
- PCSO Lesson Plan, Juv Detention (6/28/11)
- PSCO, Dept. of Detention, Directives manual (last updated 12/25/11)
- Nutrition Consultant Service Agreement (8/24/11)
- Out of County Transportation Reimbursement Agreement (Bartow Medical 0/08, Baker Act)
- Local Transportation Agreement (10/08, Baker Act Treatment within County)
- Memorandum of Renewal of Interagency Agreement for Information on Select Juveniles (3/16/09)
- Interlocal Agreement for Costs Sharing for FirstCall Emergency Alert System (March 2011)
- Out of County Transportation Reimbursement Agreement (Lake Wales Medical Center re Baker Acted individuals (10/08)
- PCSO Jail Policies, "Department of Detention Directives," 12/15/11
- Documents from PCSO related to named plaintiffs
- Thirty-seven incident reports, dated from 9/5/11- 4/1/12 (28 involving OC spray)
- Selected General Orders from the Polk Co Jail (i.e., Protective Action; Code of Conduct, Organizational Description; Principles of Organization; Command & Control; Administrative Reports; Disciplinary Procedures; Pre-Disciplinary Procedures; Training Organization; Training Instructors; Recruit Training; In-Service, Roll Call and Advanced Training; Specialized Training; Accreditation Familiarization; Civilian Training; Detention Deputy Training & Evaluation Program; Management Training Evaluation Training; Multi-media Education & Training Unit; Dual-Certified Detention Deputy Sheriff; Performance Reports; Early Intervention Program; Baker Act Procedures; Interacting with the Mentally Ill Population; Juvenile Operations; Unusual Incidents; Incident Command System/Critical Incident Response; Records Administration.
- FL Department of Juvenile Justice statistical data re the 33 pre-adjudicated youth in the Polk County jail on 5/21/12.
- Detective Todd Magyarosi's report, dated 2/28/12 re 2/24 incident involving TW (date of incident: 2/24/12)
- PCSO's incident report (2/25/12) re MH.
- JD's protective custody & incident report (3/21/12) & KJ's incident reports (2/12/12, 12/14/11, 10/24/11; Note had other copies of KJ reports duplicates)

1

- PCJail FL Correction Assessment, 10/13/09
- PCJail Model Jail Standards Inspection Report (2/10/12)
- PCJail Annual Fire Inspection (2/10/12) and Food Service Inspection (2/10/12)
- Booking FL Model Jail Standards Report (2/10/12) & Annual Fire Inspection (2/10/12)
- 2012FL Standards -- Medical Inspection Report (2/10/12)
- Assessment Report for PCSP Telecommunication Section (12/10)
- Commission on Accreditation for Law Enforcement Agencies, PCJail Assessment (8/09)
- Accreditation Report on Health Care Services at Polk County Jail (6/26/09)
- Central Jail School Schedule (2011-12) & Master Juvenile Housing Schedule
- CCJ Juvenile Programming Weekly Schedule (undated)
- CCJ Staff assigned to supervise juveniles (undated)
- Incident Report re prank calls (12/8/11)
- Incident Report re Calls to FL Abuse Hot line (12/6/11)
- ACA Standards for Juvenile Facilities, 3rd edition, 1991 and 1994 and 2010 Supplements
- Two CD's of photos taken at PCJ on 5/22/12
- Sworn statements of eleven youth regarding the use of OC spray at the Polk County Jail

2

# Exhibit 4 *
## Photographs, Including Table of Contents

*exhibit redacted pending Motion to Seal (DE 115)

# Exhibit 5
## Draft Analysis of Incident Reports

Draft Analysis of Incident Reports – 5/16/12

| Date of incident | Bates stamp | Reported incident, as referred to in PCJ document | Reported Action | Unit (all m[ale] unless othe[rwise] noted) |
|---|---|---|---|---|
| 9/5/11 | 03600-03603 | Disobeying institutional regulations | Pepper spray | Direct File ( |
| 9/7/11 | 03604-03609 03614-03617 | Destruction of property | | DF |
| 9/8/11 | 03598-03599 03610-03613 03618-03619 | Destruction of property | | DF |
| 9/16/11 | 03623-03628 | Fighting | Pepper spray – attempted, but could not remove from holster | DF |
| 9/26/11 | 03629-03677 | Fighting | Pepper spray | DF |
| 10/8/11 | 03678-03679 | Resisting staff/Disobeying verbal orders | Pepper spray "not used do [sic] to the close proximity and the spontaneous reaction of JV Inmate… resistance." | Juvenile |
| 10/18/11 | 03680-03696 | Fighting | Pepper spray | Juvenile |
| 10/24/11 | 03697-03714 | Fighting | Pepper spray | Juvenile |
| 10/16/11 | 03715-03734 | Fighting | Pepper spray | DF |
| 11/3/11 | 03735-03744 | Fighting | Pepper spray | Juvenile |
| 11/8/11 | 03745-03758 | Fighting | Pepper spray | DF |
| 11/15/11 | 03759-03782 | Fighting | Pepper spray | DF |
| 11/20/11 | 03798-03810 | Fighting | Pepper spray | DF |
| 11/30/11 | 03783-03792 | Fighting | Pepper spray Isolation | DF |
| 12/19/11 | 03793-03798 | Disobeying verbal | Pepper spray referenced, but chose | Juvenile |

Draft Analysis of Incident Reports – 5/16/12

| | | | | |
|---|---|---|---|---|
| | | order | not to use it because it would mean releasing hold of child | |
| 12/23/11 | 03811-03812 | Disobeying verbal or written order | | Juvenile |
| 12/23/11 | 03894-03897 | Fighting | | Juvenile |
| 12/25/11 | 03813-03827 | Disobeying verbal or written order | Pepper spray Shackles | DF Female |
| 12/28/11 | 03828-03893 | Fighting | Pepper spray | Juvenile |
| 1/3/12 | 03909-03916 | Unarmed assault | | Juvenile |
| 1/6/12 | 03898-03908 | Fighting | Pepper spray | DF |
| 1/11/12 | 03917-03920 03923-03926 | Fighting | Pepper spray | Juvenile |
| 1/10/11 | 03921-03922 03927-03928 | Waiver of prosecution – No incident report for that date | | |
| 1/16/12 | 03929-03939 | Disobeying verbal order | Pepper spray Shackles | Juvenile Fer |
| 1/22/12 | 03939-04000 | Fighting | Pepper spray | Juvenile |
| 1/24/12 | 04024-04031 | Disobeying verbal orders to return to dorm | Pepper spray Shackles | Juvenile or Female |
| 1/25/12 | 04001-04012 | Fighting | | Juvenile or Female |
| 2/3/12 | 04031-04044 | Fighting | Pepper spray | Juvenile |
| 2/2/12 | 04016-04023 | Fighting | Pepper spray | DF |
| 2/17/12 | 04071-04079 | Fighting | Pepper spray | DF |
| 2/18/12 | 04013-04015 | Fighting | | Juvenile |
| 2/25/12 | 04045-04052 | Inmate refused | Pepper spray | DF |

Draft Analysis of Incident Reports – 5/16/12

| | | | | |
|---|---|---|---|---|
| | | verbal commands | | |
| 3/4/12 | 04053-04066 | Inmate acted disruptively and resisted attempts to restrain him | Pepper spray | Isolation – I |
| 3/5/12 | 04067-04071 | Subject resisted | Pepper spray | Juvenile |
| 3/21/12 | 04087-04104 | Fighting | Pepper spray | Juvenile |
| 3/22/12 | 04083-04087 | Refusing verbal orders | | DF |
| 4/1/12 | 04079-04082 | Refusing to obey verbal orders | Pepper spray | Juvenile or Isolation |

# Exhibit 6

## Sworn Statements Reviewed in Preparing this Report

Statement by ███████

1 of 3

My name is ███████ ███████, and I am 17 years old. I was incarcerated in the Polk County Jail during the Fall of 2011.

In October or November 2011, I was maced by guards. A lot of us were fighting in the day room. The guards were outside. They knew a fight was going to go down because they saw kids getting ready to fight. They told us that if we fought, we would "meet black Jesus." That's what they call the big can of mace. The way they talked made me think they wanted us to fight

Case 8:12-cv-00568-SDM-MAP   Document 117-6   Filed 08/13/12   Page 16 of 20 PageID 1482

2 of 3

so they could mace us.

After the fight started, the guards ~~[redacted]~~ waited a few minutes, then ran in with mace cans. They started spraying everyone, even people who were not fighting, but were on the unit.

When they sprayed me, I felt like I was fixing to die. I was trying to run to the shower. It burned on my face.

I have a heart murmer. After I was maced, I sneezed and coughed up blood. The guards knew that because they had to clean up the blood. It was Officers Gay, Franklin

3 of 3.

MH

and one other (I don't remember)
who maced us.

We went to the nurse after being maced, but I didn't get any treatment. The whole thing made me feel like I'd been abused.

I swear under penalty of perjury that the above statement is true and correct to the best of my knowledge.

April 29, 2012.
Date.

My name is ███████ ███████ and I am 16 years old. I have been detained at the Polk County Central Jail for 114 days. On Monday June 5, 2012, I was in the Delta dorm. Around 9:00pm the youth in the dorm were mad at the guards and began throwing water everywhere. I was pushing water out with my feet and accidently flew off and hit Officer Brown. He immediately pulled out his pepper spray. When I saw him grab it I ran to my room and covered my face. He came in the room and sprayed the whole can on me. I was then told to put my hands behind my back and get in a cage. I was allowed to wash my face 20 minutes later. The pepper spray burned all night long.

I certify under perjury of laws that the foresaid is true and correct to the best of my knowledge

███████  6-7-12

Case 8:12-cv-00568-SDM-MAP   Document 117-6   Filed 08/13/12   Page 20 of 20 PageID 1486