# EXHIBIT 3
# (3 of 4)

Declaration of ███████ ████████

My name is ███████ ███████ and I am 16 years old. I was detained in the juvenile unit in the Polk County Jail around the end of February 2012 for around 11 days.

Around March 1, 2012, I was on the Charlie Dorm on the juvenile unit before school and my roommate ███████ ██ came out of his cell with his white under shirt on but no yellow shirt on. One of the officers told him to put on his yellow shirt. Officer Mitchell then came to our cell because ███████ was too slow. ███████ tried to get his shirt and Officer Mitchell pushed him against the wall. ███████ tried to get his shirt again and Officer Mitchell kept pushing him up against the wall. Then Officer Brown comes into the cell with a can of pepper spray. Officer Mitchell then pushed ███████ down to the ground. Officer Brown pepper sprayed him in the face and ███████ was screaming saying, "It burns, it burns!"

Both Officers Brown and Mitchell picked him up off the ground and walked him out of the dorm.

I walked to the dayroom and could see ████████ being laid down by an officer beside the cage. ████████ was screaming saying his eyes were burning and an officer put his foot on ████████'s head and said, "It's supposed to burn." I do not know what happened next because ████████ was taken to an area I couldn't see.

I was mad about the whole situation because I felt ████████ got pepper sprayed for no reason.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature ████████ ████████

Date 6-26-12

1 of 3

Declaration of ████████ ██

My name is ████████ ████ I

am 17 years old. I have been

incarcerated in the direct file

unit at the central county Jail

in Polk County since October 2011.

On October 2011, I was in the

Eco dorm in the Polk County Jail

when a fight broke out. There

were about 9 to 10 youths fighting

that day, this happened after

lockdown. The fight was in the

day room of the Eco dorm. After

about 4 minutes of fighting the

guards walked in and aske us to

stop. I recall guards Russell,

Brown, and Hester. I think

2 of 3

that half of the youth were
maced. Guards; Hester maced
me in the face for about 10 sec.
At the time that I was maced
I was already calm and waiting
for instructions from guards;
I was then sent to see a nurse
and taken to the cage for 3
hours.
A week after this happened
another fight broke out in the
dayroom in the eco dorm. The
fight lasted about 2 minutes.
Guards began macing immediately
since they were close by, I was
maced by Mr. George for about
4 seconds, I took off running

3 of 3

because it burned so much.

Mr. George ran after me, and

caught me by the stairs, next

to a door in the eco dayroom.

He maced me for about 10 sec.

I was then sent to nurse, and

taken back to the doem.

I declare under penalty of
perjury that the foregoing is
true and correct to the best of
my knowledge.

2·22·12
Date

Case 8:12-cv-00568-SDM-MAP   Document 117-7   Filed 08/13/12   Page 8 of 14 PageID 1494



My name is ███████ ████████. I am 17 years old. I am detained in the Polk County Central Jail. Around October 2011 I was in the India dorm one day, during the day shift, when some boys started fighting. I was not involved in the fight. But we were all in the day room. There was no guard there. There were several of us in the day room who were not fighting. Then all of a sudden 2 guards came in and maced everybody, even those of us that were not fighting. An officer named Frank maced me in the right eye, and I fell to the floor in pain. I tried to crawl to the shower so I could wash the mace off, because the water was already on. Others were trying to wash off too. But then the other guard, whose name I don't know, sprayed me and the others again. I couldn't see him spraying the others but I could hear it. The mace made my eye burn and took my breath away. It made me feel like I needed to throw up, and I could hardly breathe.

While I was on the floor I heard my friend ▓▓▓▓▓ say "Hey frank, this don't burn that bad how you all be talking about it," or something like that, and so frank sprayed him again, and he curled up into a ball coughing. And I heard frank yelling "I'm gonna teach you all about trying to fight on my shift, it's not gonna happen again." Then they left us there on the ground for maybe 45 minutes. Eventually they sent everyone back to our rooms and then we were able to wash up.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2-17-12
Date

Statement by ████████ ████

1 of 2   My name is ████████ ████, and

I am 18 years old. I was

incancerated at the Polk County

Jail from September to November

~~2012~~ 2011.

while I was at the jail, I

saw kids get maced 6 or 7

times. Once, a lot of kids were

fighting. guards sprayed a lot

of kids, even the ones who didn't

have anything to do with the fight.

One kid, ████ i ████, didn't have

anything to do with the fight. He

2 of 2.   went to shower off and the

guards literally dragged him out.

Guards lifted up his shirt and

sprayed underneath it.

 I've seen kids on the jurenile

side get sprayed, as well as

direct file.

 Guards would tell us, in the

morning, "I hope yall have fun

today and do something to get in

trouble so we can spray you." They

enjoy it.

 I swear under penalty of perjury that the
above statement is true & correct to best of my knowledge
4/23/12

Date