UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHANDA HUGHES, et al.,

Plaintiffs,

v. Case No. 8:12-cv-568-T-23MAP

GRADY JUDD, et al.,

Defendants.
_____________________________/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the proceeding is scheduled in the above-styled cause for the place, date, and time set forth below. Please govern yourselves accordingly.

DATE: November 19, 2012

TIME: 9:30 a.m.

PLACE: Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602

TYPE OF HEARING: Plaintiffs' motion for preliminary injunction (doc. 4) and amended motion to certify class (doc. 5)

/s Anna Chesser Smith
Anna Chesser Smith
Law Clerk to Honorable Mark A. Pizzo
(813) 301-5011

Date: October 30, 2012