**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHANDA HUGHES, as guardian and )
on behalf of J.B., a minor, et al., )
                           )
      Plaintiffs, )
                           )
v. )       Case No. 8:12-cv-00568-SDM-MAP
                           )
GRADY JUDD, Polk County Sheriff, in )
his official capacity; and CORIZON )
HEALTH, INC., )
                           )
      Defendants. )
_____ )

**PLAINTIFFS' NOTICE OF FILING POST HEARING**
**DEPOSITION DESIGNATIONS**

      Pursuant to this Court's Order dated November 2, 2012 (DE 191), Plaintiffs

hereby file portions of deposition transcripts designated by Plaintiffs and Defendants as

reflected in Defendant Grady Judd's Notice of Filing Post Hearing Deposition

Designations. (DE 172). The attachments to this notice consist of only those portions of

the depositions designated by the parties; no depositions are attached in their entirety.

Plaintiffs are also submitting a highlighted courtesy copy to Chambers.


                      Respectfully submitted,

                      __/s/ Miriam Haskell_____
                      Miriam Haskell (Fla. Bar No. 69033)
                      Tania Galloni (Fla. Bar. No. 619221)
                      SOUTHERN POVERTY LAW CENTER
                      P.O. Box 370037
                      Miami, FL 33137
                      T:  (786) 347-2056

F: (786) 238-2949
miriam.haskell@splcenter.org
tania.galloni@splcenter.org

BAKER & McKENZIE LLP
Donald J. Hayden (Fla. Bar. No. 097136)
donald.hayden@bakermckenzie.com
Joseph J. Mamounas (Fla. Bar No. 041517)
joseph.mamounas@bakermckenzie.com
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953

Joseph P. Rindone (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 626 4941
Facsimile: (212) 310 1723
joseph.rindone@bakermckenzie.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

 /s/ Miriam Haskell_____
Miriam Haskell

## SERVICE LIST

### CASE No. 8:12-cv-00568-SDM-MAP

Henry B. "Hank" Campbell
Jonathan B. Trohn
Robert J. Aranda
William Thompson McKinley
VALENTI CAMPBELL TROHN TOMAYO & ARANDA
1701 South Florida Avenue
Lakeland, FL 33803
Tel: (863) 686-0043
Fax: (863) 616-1445

*Attorneys for Defendant GRADY JUDD, Polk County Sheriff*


Ramon Vazquez
Jeanelle G. Bronson
Patrick H. Telan
GROWER, KETCHAM, RUTHERFORD, BRONSON
EIDE & TELAN, P.A.
P.O. Box 538065
Orlando, FL. 32853-8065
Tel.: 407-423-9545
Fax: 407-425-7104

*Attorneys for Defendant CORIZON HEALTH, INC.*