Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHANDA HUGHES, as guardian and
on behalf of J.B., a minor;
BRENDA SHEFFIELD, as guardian
and on behalf of J.D., a minor;
FRANKY JEAN-PIERRE; MICHELLE          Case No.:
MINOR, as guardian and on behalf     8:12-cv-00568-SDM-
of J.P., a minor; LISA JOBE, as      MAP
guardian and on behalf of K.J.,
a minor; AMY GAGE, as guardian
and on behalf of B.G., a minor;
CRYSTAL CUYLER, as guardian and
on behalf of D.M., a minor;
NIKETYA MATTHEWS, as guardian
and on behalf of K.G., a minor;
and ANITA NAVA, as guardian and
on behalf of A.H., a minor; on
behalf of themselves and all
others similarly situated,

        Plaintiffs,

vs.

GRADY JUDD, Polk County Sheriff,
in his official capacity, and
CORIZON HEALTH, INC.,

        Defendants.
_____/

VIDEOTAPED DEPOSITION OF KEITH RUSSELL
Taken on Behalf of the Plaintiffs

Stenographically Reported by:
Donna L. Peterson, RDR, CRR
August 1, 2012

1    Delta?

2         A.    Shift change, shift bid.  I got outbid, and I

3    got bumped to Delta.

4         Q.    Okay.  But they're both night shifts?

5         A.    They're both night shifts, yes, ma'am.

6         Q.    Okay.  And how long were you on the Delta

7    shift?

8         A.    Probably about a month, month and a half.

9         Q.    And then where?

10        A.    I got moved to Alpha.

11        Q.    Is that where you are now?

12        A.    Yes, ma'am.

13        Q.    You -- and you've been on there since then?

14        A.    Yes, ma'am.

15        Q.    So that would have been approximately February

16   of 2012?

17        A.    Yes, ma'am.

18        Q.    Was there a period when you were first hired

19   when you were on probationary status?

20        A.    We had training after we got our DDTEP.

21        Q.    I'm sorry?

22        A.    After we got out of DDTEP, detention deputy --

23   I forgot what the "E" standards for.  It's training.  We

24   have to go through -- we had to firearms.  We had to do

25   a week at book-in, and then we had to do two weeks at --

Page 18

1    had to do a week at Central and a week at South County

2    of floor training.

3         Q.   Okay.

4         A.   And --

5         Q.   So how -- I'm sorry.

6         A.   And I was on probation for the first year.

7         Q.   For the first year?

8         A.   Yes, ma'am.

9         Q.   Have you ever been reprimanded by the

10   Polk County Sheriff's Office?

11        A.   No.

12        Q.   Have you ever received a letter of guidance?

13        A.   Yes.

14        Q.   What's that about?

15        A.   A letter of guidance is just like doing -- say

16   you didn't do something and sergeant wrote you a letter

17   of guidance of what you did and what you didn't do, and

18   it goes in your file.

19        Q.   Okay.  And why did you receive a letter of

20   guidance?

21        A.   I was working at South County in a building.

22   Building 1 had four dorms, and we didn't get a rec out,

23   and he just wrote all the deputies up that didn't get

24   rec out.

25        Q.   Why didn't you get rec out?

Page 19

1    A.    Well, it was very busy that day.  We had

2    haircuts in the building.  We had laundry in the

3    building.  We had diet carts.  We had food carts.  We

4    had inside cleanup.  It was just -- that day was just a

5    crazy day.  And a lot of attorney booth back and forth.

6    And we just -- we just didn't get rec out.

7    Q.    Any other letters of guidance?

8    A.    No, ma'am.

9    Q.    Have you ever been arrested?

10   A.    No, ma'am.

11   Q.    Have you ever been charged with a crime?

12   A.    No, ma'am.

13   Q.    Do you know of anyone -- anyone who has been

14   arrested while working at the jail, an employee who has

15   been arrested?

16   A.    Yes.

17   Q.    Who was that?

18   A.    Bodie.

19   Q.    Bodie is their last name?

20   A.    Yes.

21   Q.    And where were they -- where do they work at

22   the jail?

23   A.    South County.

24   Q.    Do you know why they were arrested?

25   A.    Not really.

Page 26

1    rooms.  Like, we come in one day, person will be in this

2    room; come in, they'll be in a totally different room.

3    So it's -- there's -- there's really not a policy saying

4    that they can't really switch rooms.

5        Q.   Yeah.  Why is that?

6        A.   I don't know.

7        Q.   Okay.  After the briefing, what happens when

8    you're working day shift?

9        A.   After briefing between night shift and day

10   shift in the building?

11       Q.   No, on the current shift that you're on now.

12   Take me through your day when you start with briefing.

13   And then what happens next?

14       A.   We start briefing at 5:45.  We talk about what

15   went on from night shift.  We get our building

16   assignments.  We go down to the building.  We have a

17   briefing between the night shift officers, and we start

18   our head count and go from there.

19       Q.   And when you say you get your building

20   assignments, is it possible that your assignment would

21   change?

22       A.   No.  Only certified juvenile officer allowed to

23   work down there.  If you're not certified, you cannot

24   work down in Building 3.

25       Q.   Okay.  We'll talk a little bit more about that

Page  27

1    in a second, but I want to hear more about the day.

2         After -- what's involved in head count?

3         A.   You go in to each dorm.  You go cell to cell,

4    count the bodies, and you call the OIC in the control

5    room, let him know how many people you got in there.

6    That's your head count.

7         Q.   And how do you count the bodies?

8         A.   You visually go to each cell, count the bodies,

9    go to the next cell, get a total of everybody that's in

10   their dorm.

11        Q.   How do you know which unit to go to?  Do you do

12   head count per dorm?  Does one -- or do you do -- you do

13   head count for all three -- all six dorms?

14        A.   Got four officers.  Two officers do a

15   direct-file side, and two does the pre-adjudicated side.

16   We each go into a dorm, do the head count, and until the

17·  head count is complete in·all six dorms.

18        Q.   How do you decide which officer is assigned to

19   direct-file and which to pre-adjudicated?

20        A.   It's normally the same guys on our shift.

21        Q.   Who is on your shift right now?

22        A.   Terry Brown.  Deputy Lyons.  Deputy Nickerson.

23   Deputy Russell.

24        Q.   And when you were on Delta shift, who did you

25   work with?

Page 32

1    Q.    Okay.  After printing out all those documents

2    and custody-level documents, what do you do?

3    A.    We do our dorm rounds.

4    Q.    Okay.  And what does that mean?

5    A.    We go in each dorm, walk up to each cell, make

6    sure everybody is breathing, and just make sure they're

7    not playing or -- just make sure they're in there.

8    Q.    How do you make sure they're breathing?

9    A.    Sometime we knock on the window.  Sometimes

10   we -- we just, "Hey."  We just try to get a response

11   from them.

12   Q.    Are the doors open or closed?

13   A.    They're closed.

14   Q.    Okay.  What happens after that?

15   A.    After we do a dorm round?  We come down -- we

16   come sit down and wait, hit the logs, and go back

17   through it every 15 minutes.

18   Q.    Where do you sit?

19   A.    We got a desk.

20   Q.    Where is the desk?

21   A.    Outside control room.  It's right between Echo

22   and Fox.

23   Q.    Okay.  And you said that typically on a shift

24   the same people will work direct-file side and the same

25   people will work pre-adjudicated side?

Page 34

1    A.    Talking to him yesterday, he'll be back Monday.

2          MR. CAMPBELL:   See.

3    Q.    Officer Russell, what days did you work this

4    week?  Did you work Monday?

5    A.    I worked Monday and Tuesday.

6    Q.    How long does it take to do one set of rounds?

7    A.    Anywhere for -- from a minute to two minutes.

8    Q.    And is that in one dorm?

9    A.    No, just on the direct-file side.  Say, we

10   start in Fox, go up to each dorm, go into each cell,

11   then finish in Delta, or reverse.  Or it don't matter.

12   You just got to hit their dorms, all three dorms.

13   Q.    Do you do it in pairs or does one person do it?

14   A.    Most of the time we do it in pairs.

15   Q.    So you actually walk together?

16   A.    No, no.  I'll go into Delta.  And he'll go into

17   Fox or Echo.  And then we just make sure we hit all

18   three dorms.  Then we'll come back and hit the log.

19   Q.    Okay.  And it takes about a minute or two to go

20   through?

21   A.    About a minute, minute and a half to two

22   minutes.

23   Q.    And so then you're at the desk for some 12 to

24   14 minutes?

25   A.    Tending log, yeah.

Page 39

1    Q.    You have two children?

2    A.    Yes.

3    Q.    How old are they?

4    A.    I got a 6-year-old and a 2-year-old.

5    Q.    Okay.  What is it about children that makes

6    them less patient?

7    A.    Like my 2-year-old, he likes -- he loves

8    outside.  So if we're in the house doing something, he

9    go to the door, "Side, side, side."  He want to go

10   outside.  But if you don't do it right then, he just

11   fall out.  I don't know what it is.  If they don't get

12   their way, it's just -- they just act out.

13   Q.    That was actually going to be my next question.

14         How did -- how do children generally relate to

15   authority, in your experience?

16   A.    They don't listen.  Talk to most of the guys;

17   they don't listen to their parents.  They say -- they

18   just -- they're grown.  They think they can do

19   everything their selves.

20   Q.    I know a lot of teenagers like that, I think.

21         All right.  Well, when -- when you see children

22   challenge the authority of adults, how does that make

23   you feel?

24   A.    I'm laid back and calm so, like, with my kids,

25   I talk to them and I just tell them, like, the

Page 40

1    consequences.  Like, if they want to play the game, I

2    would just be like, "Hey, if you don't -- if you don't

3    chill out, you just won't play the game.  You just got

4    to calm down a little bit, and then we'll see what

5    happens.  You'll play the game."

6        Q.    Okay.

7        A.    But --

8        Q.    Are you talking about your children at home?

9        A.    Yeah.  Or, like, kids at -- like the kids in --

10   at the jail, we -- we talk to them and, you know, we --

11   they want to go out to rec, so we be like, "Okay, you

12   all clean your all's rooms up, mop them out, you all act

13   right, we'll take you all out."  Most of the time they

14   do it and we take them out to rec.

15       Q.    And if they don't do it?

16       A.    They still go out to rec, but it's just we --

17   we don't -- we don't take them out until they clean

18   everything up or until -- until the sergeant or somebody

19   says, "Oh, it's clean enough.  Then we take them out."

20             Now, if they don't clean their room, the ones

21   that don't clean their room, they don't -- they don't go

22   out.

23       Q.    Why is that?

24       A.    Not following verbal orders.

25       Q.    Okay.  Is that the case on the juvenile side

Page 41

1    and the direct-file side?

2        A.    If they -- they -- they all are supposed to

3    clean their room, make their beds, and -- and they go

4    out.  But the yellows go out anyway.  They go out every

5    day.  The blues, their designated days are Wednesday and

6    Thursday, but we still take them out more because it

7    gets them to bring out all their energy.

8        Q.    Is there anything else that you ask children to

9    do before going out to rec, other than cleaning their

10   rooms?

11       A.    No.  We just make sure all the rooms are

12   cleaned up and, like, pretty much, like, the biggest

13   thing is sanitation.

14       Q.    Why is that so important?

15       A.    In a place like that, all the germs, like on

16   the floor.  Stop you from getting MRSA and a lot of

17   that.  A lot of germs in there.

18       Q.    What does it mean when you hear that someone

19   has a mental illness?  What does that mean to you?

20       A.    They're not all the way there in their head.

21   They're -- they can be -- they're -- they're not right.

22   It could be -- it can be they don't really know what

23   they're doing at the time.  They really don't -- they're

24   capable to -- they're not capable of their actions.

25   They don't -- they really don't know what they're doing.

Page 47

1    Q.    But there is an incident report?

2    A.    Yes.

3    Q.    What sort of -- what sort of incidents warrant

4    writing a report, or when are you required to write an

5    incident report?

6    A.    Medical emergencies.  Suicide.  Protective

7    actions.  Anytime you lock somebody down for disruptive

8    behavior.  Sanitation.  Fighting.

9    Q.    Anything else?

10   A.    No.

11   Q.    What about if someone requests a grievance,

12   would you note that somewhere?

13   A.    We give them a grievance form.

14   Q.    Do you write an incident report?

15   A.    Not for a grievance.

16   Q.    What if someone goes to meet with an attorney,

17   do you write that anywhere?

18   A.    No.

19   Q.    Like in a logbook?

20   A.    We hit on -- no, we don't document on our logs.

21   Q.    You don't?

22   A.    No.

23   Q.    Were you ever directed to document when

24   children go meet with the Southern Poverty Law Center?

25   A.    No.

Page 56

1    A.    It's located in the control room.  It has the

2    book-in number on it, the birthday, what dorm they moved

3    from, what dorm they in, and it's -- it's all -- they

4    all separated by -- say they in Delta dorm.  All,

5    everybody in Delta dorm has a card in there.  Everybody

6    in Echo dorm has a card in the Echo slot.  Everybody in

7    Fox have a card in the Fox slot.

8    Q.    Are they kept in a filing cabinet?

9    A.    Yes.  It's like a little filing box.

10   Q.    Are they index-card size or paper size?

11   A.    Probably -- I don't know.  Probably eight --

12   five by eight?  Or I don't know the dimension of it.

13   Q.    When are they edited, if at all?

14   A.    Say they move to a different dorm.  You change

15   their dorm location on it.  Or say they go TNRB, they

16   leave, go home.  They go with them to book-in.

17   Q.    TNRB?

18   A.    Transfer to book-in.

19   Q.    When you do rounds, do you do rounds upstairs

20   and downstairs?

21   A.    It depends if we have inmates upstairs,

22   juveniles upstairs.  If we don't, we don't go upstairs.

23   Q.    Are there certain rooms that you don't use for

24   children?

25   A.    We try to not use the corner rooms.

Page 57

1      Q.    Why is that?

2      A.    Blind spots.  You really can't see in that

3   room.  You really can't see if something is happening,

4   somebody is getting to be up, or anything like that.  So

5   if we have room, we'll put them in a different room and

6   keep that cell empty.

7      Q.    Do you keep the door closed or open?

8      A.    Keep it closed.

9      Q.    And which -- which cells are those that are

10  difficult to see into?

11     A.    It differs in each dorm.

12     Q.    Okay.  You -- you referred to them as corner

13  rooms.  Are they generally the ones on the edges of

14  the -- the dorms?

15     A.    Say, Delta dorm, it's probably Delta 4.

16     Q.    Okay.

17     A.    Echo, probably Echo 1.  Fox, Fox 4.

18     Q.    Those are the rooms that you have the most

19  difficulty seeing into?

20     A.    Yes.

21     Q.    Are those upstairs or downstairs?

22     A.    Downstairs.

23     Q.    Are they --

24     A.    Both.  It depends on if you have, like I say,

25  if you have juveniles in both, because they're still on

Page 58

1   the corner.  So you really can't see into them.

2        Q.    But if you're -- if Delta 4 is difficult to see

3   into, then is the room directly above it also difficult

4   to see into?

5        A.    Yes.

6        Q.    When you say they're difficult to see into,

7   what spot are you looking from?

8        A.    Looking from -- if you're going into the dorm,

9   you're looking at this angle.  You can see the two bunks

10  on this side, but you can't see the bunks on the other

11  side in the room.

12       Q.    Now --

13       A.    Or the very back.

14       Q.    When you say "this angle," you mean where

15  you're walking to a dorm and look straight?

16       A.    If you walk into the dorm.  If you look -- if

17  you're walking -- say you walk into Delta and you're

18  looking in Delta 4.  You can see the two bunks on the

19  right-hand side, but you can't see what's going on in

20  the left-hand side of -- of that room.

21       Q.    Okay.  And that's from within the dayroom?

22       A.    Within in the dayroom.

23       Q.    Okay.  What about from the desk, when you're

24  stationed at the desk or sitting at the desk?

25       A.    From the desk you can -- from the desk -- from

Page 59

1    the desk, I can see into -- you can still see from -- a

2    little bit into Delta 4, but it's pretty much kind of

3    like the same.

4        Q.    Are there any other rooms that are difficult to

5    see from the desk?

6        A.    Only the corner cells.

7        Q.    Okay.  Can you see the upstairs rooms from the

8    cell -- from the desk?  Can you see into the upstairs

9    rooms from the desk?

10        A.    Every one except the corner cell.

11        Q.    If someone were standing in the -- against the

12    back wall in a room upstairs in Delta, would you be able

13    to see that person from the desk?

14        A.    Yes.

15        Q.    If someone were laying on a bed upstairs in

16    Delta, would you be able to see that person?

17        A.    No.  That's why you have to walk upstairs.

18        Q.    Okay.  How about in Echo and Fox, would you be

19    able to see children if they were laying in the bed in

20    the upstairs cells?

21        A.    No.

22        Q.    Can you see them when they're laying in the

23    beds downstairs?

24        A.    Yes.

25        Q.    Is there currently anyone in Delta 4, when you

Page 60

1    left today?

2         A.    No.

3         Q.    How about Echo 1?

4         A.    Yes.

5         Q.    Who was in Echo 1?

6         A.    H

7         Q.    Anyone else?

8         A.    P        W        It's a new guy that came

9    in.  I don't -- can't think of his last name.

10        Q.    What's the count in Echo right now?

11        A.    Count in Echo is 15.

12        Q.    And how many cells are there in Echo?

13        A.    Eight cells, four on the bottom, four on the

14   top.

15        Q.    Are there any empty cells in Echo right now?

16        A.    The four up top.

17        Q.    Why are those children in Echo 1 if it's so

18   difficult to see inside Echo 1?

19             MR. CAMPBELL:  Object to the form.

20        A.    It's a designated room, and we only put them up

21   top if we get over 16 people.  Anything over 16 people,

22   we start moving people up top.

23        Q.    And --

24        A.    So if -- so if we're doing our rounds, we just

25   keep everybody on the bottom, if we don't have over that

Page 62

```
 1      A.    Yes.

 2      Q.    Since being assigned to Building 3, has there

 3  ever been a time when you've been the only deputy on

 4  duty?

 5      A.    No.

 6      Q.    How about one of two deputies on duty?

 7      A.    No.

 8      Q.    Have you ever heard of that being the case?

 9      A.    No.

10      Q.    At the end of February, were you working nights

11  or days?

12      A.    I think I was on nights, and I got switched to

13  days somewhere around that time.

14      Q.    Do you remember if that was -- if you were

15  working nights or days around February 25th?

16      A.    I think I was on nights.

17      Q.    Okay.  Do you recall an incident when a child

18  was allegedly beaten by three other children in a room,

19  around February 25th?  The child's name is

20  T_____ W_____.

21      A.    No.  I was on days.  I was on days.  I can

22  recall that because we came in the next night -- we came

23  in the next morning, because after we fed, he -- I guess

24  he had got his bed and everything moved up -- he moved

25  up to Fox 8.  That's where it took place at, Fox 8.
```

Page 64

1    Q.    Maybe what?

2    A.    On medical.

3    Q.    Bugs?

4    A.    Medical lockdown.

5          Yes.

6    Q.    What are you referring to?

7    A.    Scabies or something like that.

8    Q.    Have you had scabies in the jail since

9  October 2011?

10   A.    I'm trying to think back.

11         Yes, yes.

12   Q.    Yes?

13   A.    Yes.

14   Q.    Do you remember which child had scabies?

15   A.    No.

16   Q.    More than one?

17   A.    Not I can recall.

18   Q.    Any other medical reasons why a child has been

19  put upstairs since you've been assigned to Building 3?

20   A.    No.

21   Q.    What is protective custody?

22   A.    We place them in Delta dorm on protective

23  custody, away from -- away from everybody else, so they

24  can feel safe without getting beat up or getting

25  bothered.  It's for their safety.

Page 65

1    Q.    Who gets put on protective custody?

2    A.    Anybody that requests to go to protective

3    custody.

4    Q.    Anybody?

5    A.    Or -- it -- they got the -- you got to write

6    down why you're in fear of your life, and you got to

7    give specific reasons and got to give the person that's

8    messing with you.

9    Q.    Oh, you have to -- you have to identify a

10   person?

11   A.    Yes.

12   Q.    And if you don't identify the person?

13   A.    We turn the slip in, and it's up to sergeant or

14   lieutenant.

15   Q.    What do they write this request on?

16   A.    He gets a protective custody request.

17   Q.    Why do they have to identify the person that

18   they're afraid of?

19   A.    So -- cause some of them lie just to go to a

20   different dorm just so they can bully other little kids.

21   Q.    Has that happened before?

22   A.    No.

23   Q.    So if it hasn't happened before, why -- why do

24   you believe that -- why do you mention that as a

25   possibility?

Page 66

1     A.    We've had fights, and people have checked in

2   protective custody from the fight and -- and then they

3   go into protective custody, and then they try to bully

4   the weaker over there in protective custody.

5     Q.    Has that happened before?

6     A.    Yeah.

7     Q.    Okay.  Who do you -- who do you remember doing

8   this?

9     A.    Maybe A

10    Q.    Maybe?

11    A.    A

12    Q.    Is there an equivalent to protective custody on

13   the pre-adjudicated side?

14    A.    Yes.

15    Q.    What is that called?

16    A.    It's Alpha dorm.  It's still protective

17   custody, but you get placed in a cell by yourself.

18    Q.    And how do those children get placed on

19   protective custody?

20    A.    Same way.  They don't fill out a request --

21   they fill out a request.  Or if the sergeant deem or

22   lieutenant deem it's necessary, they'll put them on

23   admin protective custody.

24    Q.    How is protective custody different than the

25   other units or dorms?

Page 67

1    A.   It's ran different.  Protective custody, you

2  come out hour by yourself, you get your shower and your

3  phone call.  The other dorms, you stay out most of the

4  time.

5    Q.   I see.  Okay.

6         Are the kids in protective custody in Delta in

7  a cell by themselves?

8    A.   No.  It's also separated by custody level, too.

9  Say you have a max PC.  The max come out by itself.  And

10 say you have regular PC.  They can come out with each

11 other, but they -- they're not in a cell by their self.

12   Q.   So they'll have roommates?

13   A.   They'll have roommates, yes.

14   Q.   Does everyone in PC right now have roommates?

15   A.   Everybody but the max PC.

16   Q.   Who is on max PC right now?

17   A.   B        G

18   Q.   Is he the only one?

19   A.   Yes, ma'am.

20   Q.   Do you know why he's on max PC?

21   A.   His charges.

22   Q.   Do you know what he's charged with?

23   A.   No.  I just know of his charges.

24   Q.   Okay.  Who else is on PC right now, that you

25 recall?

Page 91

1   rounds.

2        Q.   Okay.  And what were B̶̶̶̶  and K̶̶̶̶  doing?

3   I think you said they were causing some sort of

4   disruption?

5        A.   Singing, like, a Colt 45 song, cussing, and

6   just being disrespectful.

7        Q.   To whom?

8        A.   Harrison.

9        Q.   What were they doing specifically to Harrison?

10       A.   They was just -- kept singing the song and

11  just -- they called his name, and they were just giving

12  him a hard time.

13       Q.   Why do you think that was?

14       A.   I don't know.

15       Q.   What about with the other guards?  Were they

16  picking on Brown or Hillyard?

17       A.   They was just messing with -- mainly messing

18  with Harrison.  Brown was on the side with me.

19       Q.   Okay.  So you and -- you and Brown were on

20  the --

21       A.   Pre-adjudicated side.

22       Q.   Pre-adjudicated side.  Okay.

23            How do you know that they were messing with

24  Harrison?

25       A.   They called his name.  They kept calling his

Page 92

1   name, singing the song, just -- you can hear them.  They

2   kept poking at him.

3       Q.   How long did this go on?

4       A.   Maybe about an hour, maybe an hour and 30

5   minutes.

6       Q.   Have you ever been in that situation?

7       A.   No.

8       Q.   Yeah.  I know before you said you described

9   yourself as sort of laid back.

10      A.   Yeah.

11      Q.   When -- when kids are disrespectful to you, how

12  do you usually respond?

13      A.   I'll -- anything like that, they lock down

14  already, I let them do -- I let them say what they say.

15  Nothing really bothers me.

16      Q.   Yeah.

17      A.   No.

18      Q.   Okay.

19      A.   Kids are going to be kids.  They're going to

20  say what they want to say, and you just got to shrug it

21  off.

22      Q.   So if that were happening to you, you would

23  have tried to just ignore it or -- or you would have

24  just ignored it?

25      A.   I would have ignored it.

Page 132

1      Q.    I'm going to show you what's been marked as

2    Exhibit 4.  It's Bates stamp numbers 4132 and 4133.

3    I'll show it to your lawyer first.

4          MS. HASKELL:  Actually I have a copy for you,

5      too.

6          MR. CAMPBELL:  Here.  Switch out.

7      Q.    Officer, could you please review that and just

8    let me know when you're done.

9      A.    Okay.

10      Q.    Okay.  Have you had a chance to review that?

11      A.    Yes, ma'am.

12      Q.    And what is that?

13      A.    A fight they had in Charlie dorm.

14      Q.    Okay.  Is this an incident report you prepared?

15      A.    Yes, ma'am.

16      Q.    Okay.  Now, that you've had a chance to review

17    it, do you recall any other instances in which you've

18    sprayed children while in Building 3?

19      A.    Not that I can recall.

20      Q.    That's okay.

21      A.    I normally try to talk to the guys and try to

22    quell it before it gets to that point.

23      Q.    Got it.  But this is a report that you wrote,

24    correct?

25      A.    Yes.

Page 133

1    Q.   Okay.  And -- and in this report -- have you

2    had a chance to read it?

3    A.   Yes.

4    Q.   Okay.  And it -- does it seem like an

5    accurate -- does it appear to be an accurate copy of

6    your report?

7    A.   Yes, it is.

8    Q.   I understand that it's redacted.  It's been

9    redacted to some degree, but.

10       And in this report, you note that you sprayed

11   Inmate J   ⸱ in the facial area, correct?

12   A.   Yes.

13   Q.   Okay.  Do you have any recollection of that?

14   A.   A little.

15   Q.   Okay.  What do you remember from this incident?

16   A.   I think it was J   , and Inmate S    ⸱.  They

17   had got to a fight about -- I don't know.  About

18   something.  And they were -- as soon as you walk in

19   Charlie dorm, it was right by that first table.  And

20   they were given several orders -- gave them several

21   orders to stop, but they kept going, so I sprayed them.

22   Q.   What is head watch?

23   A.   Anytime a juvenile gets -- say they fall and

24   hit their head or if they get punched in the face or get

25   anywhere, hit on the head, they're going to head watch

Page 137

1    you from with them.

2        Q.   Does "chicos" mean anything to you?  Have you

3    ever heard that word in the jail?

4        A.   I heard it, yeah.

5        Q.   What does it mean?

6        A.   That refer toward a Spanish -- Spanish person.

7        Q.   Okay.

8             MR. CAMPBELL:  What was it?  Chico?

9             THE WITNESS:  Chicos.

10       Q.   Have you ever heard of someone -- someone

11   picking on someone specifically because of their race?

12       A.   They all do it.

13       Q.   They all do it?

14       A.   You hear, all day long, the black kids in there

15   saying the "N" word, all day long, like it ain't

16   nothing.  You hear the white guys in there saying it.

17   You hear the white guys in there saying the "Z" word,

18   you know.  You hear the Spanish guys in there saying

19   what they say.  They -- they all do it all day long.

20       Q.   What about the guards, do they use those words?

21       A.   No.  I know I don't use it.

22       Q.   Okay.  What about Officer Hester, did you ever

23   hear him -- him use a racial slur?

24       A.   No.

25       Q.   Have you ever heard the guards curse at kids?

Page 138

1    A.    No.   Now, we might slip up and cuss every once

2    in a while, but not so they can hear it.   But cussing,

3    cuss, no.

4    Q.    Have you ever heard a guard call a child a

5    snitch?

6    A.    Not on my shift.

7    Q.    What about other shifts?

8    A.    I don't know.   I don't work other shifts.

9    Q.    What about refer to going to see an attorney as

10   going to the snitch booth?

11   A.    No.   Never heard of that one.   That's a new

12   one.

13   Q.    Did the guards have a nickname for protective

14   custody?   Have you ever heard of it referred to as

15   anything else?

16   A.    Nothing but PC dorm.   What -- what is it

17   supposed to be called?

18   Q.    Have you ever heard it called pussy control?

19   A.    I never heard that.

20   Q.    Anything else?

21   A.    No.   Wow.

22   Q.    Tell me what the grievance process is at the

23   jail.

24   A.    The grievance, they put on the M-8 request

25   slip.   They fill it out.   They turn it in to us.   We

Page 139

1   give it to the DSS, and he turns in the rest of the

2   paperwork, and it goes up to the sergeant, and it goes

3   up to the lieutenant, and it goes up through the chain

4   of command, and it's looked at by them.

5       Q.   Has a child ever asked you for a grievance?

6       A.   Yes.

7       Q.   When?

8       A.   Maybe once or twice.

9       Q.   Do you remember specifically which kids?

10      A.   No.

11      Q.   Do you remember how you responded?

12      A.   Yeah.  I walked over, got them a request slip

13  and gave it to them.

14      Q.   And then what did they do?

15      A.   Wrote what happened and wrote what was their

16  problem, what was the issue, and turn it back in.

17      Q.   Gave it back to you?

18      A.   Yes.

19      Q.   Do you read it when they do that?

20      A.   You're supposed to read all the request slips

21  that we get.  And we turn them in.

22      Q.   And then what do you -- what do you do to turn

23  them in?

24      A.   Give it to the DSS.  And he turns in the rest

25  of his paperwork, but he separates it when we get up to

Page 140

1    the master control, and the sergeant take it from there.

2        Q.    Have you ever seen someone respond to a

3    grievance?

4        A.    If it's a real grievance, yes.  If it's a real

5    issue, they come down, talk to them and see what the

6    issue is.

7        Q.    And when have you seen that happen?

8        A.    I don't know many -- many kids that write

9    grievances.  I know in South County, when I worked max

10   dorm, they grieve about smaller things, about

11   television.  The lieutenant come down talk to them, tell

12   them what the deal is.  There's no TV until upper

13   management says so.

14       Q.    So the lieutenant in South County would

15   actually come down and respond to the kids?

16       A.    Yes.

17       Q.    Or to the people?

18       A.    They let them know that it's not up to him.

19   It's up to captain, major, and up above to approve the

20   television.

21       Q.    And have you ever seen that happen in

22   Building 3, a supervisor come down and explain to the

23   kids why their -- why their grievance is not valid or --

24   or valid or --

25       A.    I've seen captain come down.

Page 150

1    Q.   Okay.  So it wasn't on your shift?

2    A.   No.

3    Q.   If it had been on your shift and it had been as

4    recent as two weeks ago, you would -- you would

5    remember?

6    A.   Maybe.  Yeah.

7         MS. HASKELL:  Okay.  I think we're done.

8         MR. VAZQUEZ:  Okay.  How many minutes do we

9    have left?

10        THE VIDEOGRAPHER:  About three and a half.

11        MR. VAZQUEZ:  Go off for a minute.

12        THE VIDEOGRAPHER:  We're off the video record.

13        (Recess from 4:48 p.m. until 4:53 p.m.)

14        THE VIDEOGRAPHER:  We are back on the video

15    record.

16                   CROSS EXAMINATION

17   BY MR. VAZQUEZ:

18    Q.   Yes.  Good afternoon, Deputy Russell.  My name

19   is Ramon Vazquez, and I represent Corizon Health, the

20   medical provider at the Central County Jail.

21        I believe that you testified that whenever a

22   juvenile inmate states that he is suicidal, you take

23   that seriously.  Is that correct?

24    A.   Yes.

25    Q.   And in K_ ___ J_     case, once he said that he

Page 151

1    was suicidal, you have no discretion but to treat him as

2    being suicidal; is that correct?

3        A.    Yes.

4        Q.    Okay.  Then it would be a medical decision to

5    determine --

6        A.    Medical decision, yes.

7        Q.    Okay.  Has there ever been an occasion when you

8    or anyone in your shift has called medical staff and

9    they have refused to provide medical services to

10   juvenile inmates?

11       A.    No.

12       Q.    Okay.  I believe you testified that the --

13   there's some mental health doctor, and you said that it

14   was Derek Zimmerman.  And there is a nurse, a mental

15   health nurse, and you call her Jennifer.  Do you know

16   these people's credentials, or you're just speculating,

17   assuming that that --

18       A.    Dr. Zimmerman, he's a doctor that we have, a

19   mental health doctor that we have at -- here at Central,

20   and he also works at South County.

21             Whenever Jennifer come down, she says she's a

22   nurse.  I don't know that particular credentials, but

23   that's just what they tell us when they come down.

24       Q.    Is it possible that she's a licensed counselor

25   in social work as opposed to a nurse?

Page 152

1      A.    Maybe.

2      Q.    Okay.   And Zimmerman, he's a mental health

3    counselor perhaps, or not a doctor as such?

4      A.    No.   He has D-R by his credential, by his --

5      Q.    D-R?

6      A.    Yes, doctor.

7      Q.    Doctor.   And you say, then, "There's

8    Dr. Zimmerman"?

9      A.    Yes.

10      Q.    Okay.   And I believe the nurse is a

11    psychiatrist that also sees juvenile inmates?

12      A.    Yes.

13            MS. HASKELL:   Objection.

14      Q.    Do you have any personal knowledge of what is

15    in a juvenile inmate's medical chart or medical records,

16    or is that something kept by medical, apart from you?

17      A.    Something kept by medical.

18      Q.    Okay.

19      A.    I know, like, whenever they pull a juvenile to

20    be seen, they have a medical chart and they have that --

21    they got to have that to be seen.

22      Q.    And that's kept separately from the deputies,

23    correct?

24      A.    Yes.

25      Q.    And you've been asked about grievances and

Page 153

1   grievance forms, and correct me if I'm wrong, but I
2   believe that what you hand out is an intake -- an inmate
3   request form.  Correct?
4        A.   Inmate request form.
5        Q.   Okay.  And that encompasses grievances as well
6   as any other type of request, correct?
7        A.   Yes.
8        Q.   Okay.  So when you hand out that form, it's not
9   necessarily a grievance; it could be for a number of
10  things not related to a grievance?
11       A.   It can be for a haircut.  It could be towards
12  the public defender, administration, classification,
13  commissary.  It has a whole list of things that you can
14  put on it.  And now they added grievance in there.
15  Instead of writing "grievance" on the inmate request
16  form, they have a spot that you can check by a
17  grievance, and then write what's going on, what's your
18  issue.
19       Q.   So just because an inmate asks a detention
20  deputy for one of those forms, it does not necessarily
21  mean that it -- there's a grievance?
22       A.   Yes.  That's right.
23       Q.   Okay.  Regarding T    W       , --
24  Ms. Haskell just asked you about him -- you were not
25  there on Monday or Tuesday, "there" meaning the Central