UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:12-cv-00568-SDM-MAP

CHANDA HUGHES, as guardian and on behalf of
JB, a minor; BRENDA SHEFFIELD, as guardian
and on behalf of JD, a minor; VIOLENE
JEAN-PIERRE, as guardian and on behalf of
FJP, a minor; MICHELLE MINOR, as guardian
and on behalf of JP, a minor; LISA JOBE, as
guardian and on behalf of KJ, a minor; AMY
GAGE, as guardian and on behalf of BG, a
minor; CRYSTAL CUYLER, as guardian and on
behalf of DM, a minor; NIKEYTA MATTHEWS, as
guardian and on behalf of KG, a minor; and
ANITA NAVA, as guardian and on behalf of
AH, a minor; on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

GRADY JUDD, Polk County Sheriff, in his
official capacity, and CORIZON HEALTH,
INC.,

        Defendants.

        VIDEOTAPED DEPOSITION OF K    F. J

                Taken on Behalf of the Defendants

DATE TAKEN:    Tuesday, June 26, 2012
TIME:          9:06 a.m. - 11:10 a.m.
PLACE:         Les Peters Halfway House
               3930 West Martin Luther King, Jr.
               Boulevard
               Tampa, Florida 33614

        Examination of the witness taken before:

                Linda S. Blackburn
            Registered Professional Reporter
             Certified Realtime Reporter
                Certified CART Provider

1          THE VIDEOGRAPHER:  Court Reporter, could you

2     please swear in the witness?

3          THE COURT REPORTER:  Raise your right hand

4     please, sir.

5          Do you swear or affirm that the testimony

6     you're about to give in this matter will be the

7     truth, the whole truth, and nothing but the truth?

8          THE WITNESS:  Yes.

9          K    F. J     called as a witness by DEFENDANT

10    GRADY JUDD, having been first duly sworn, testified as

11    follows:

12                    DIRECT EXAMINATION

13    BY MR. CAMPBELL:

14    Q.   Would you state your name, please?

15    A.   K    F          J

16    Q.   And would you rather me call you K      or

17    Mr. J    or --

18    A.   K    --

19    Q.   K

20    A.   -- is fine.

21    Q.   All right.  And, K      , we're here to take your

22    deposition today with regard to the lawsuit that's been

23    filed on your behalf against Sheriff Judd and Corizon.

24    A.   Okay.

25    Q.   I'll be asking you questions initially.  Some

7

1      A.    Okay.

2      Q.    Okay, okay.  As the videographer mentioned,

3   we're at the Les Peters Halfway House.  What -- what is

4   Les Peters Halfway House?

5      A.    It's a drug rehabilitation program.

6      Q.    And who is it run by?

7      A.    Mr. Tucker is the superintendent.

8      Q.    Okay.  And what agency?

9      A.    I don't know.

10      Q.    Is it part of DJJ; do you know?

11      A.    Yes, I think so.  It's State ran.

12      Q.    Okay.  And how long have you been here?

13      A.    About three months.

14      Q.    Where were you before you came here?

15      A.    Polk County Jail.

16      Q.    Okay.  So nowhere in between?

17      A.    No.

18      Q.    And did you come here after you were

19   adjudicated delinquent in the courts?

20      A.    Yes.

21      Q.    And did the court say that this was where you

22   were supposed to come?

23      A.    Yes.

24      Q.    Okay.  How long were you at the Polk County

25   Jail?

1     A.   Around six or seven months.

2     Q.   And what were your charges that resulted in

3 your being at the Polk County Jail for six to seven

4 months?

5     A.   A cannabis charge, paraphernalia, and burglary

6 of a dwelling.

7     Q.   Okay.  Any other charges that you recall?

8     A.   Burglary tools, I think.

9     Q.   Okay.  Or armed burglary?

10    A.   No, not armed burglary.

11    Q.   Okay.  Any resisting charges or anything like

12 that?

13    A.   I think so.

14    Q.   And do you know if there were any VOP --

15 violation of probation -- or violation of detention that

16 went along with that as well?

17    A.   Yes.

18    Q.   Was that your first time going to the Polk

19 County Jail?

20    A.   Yes.

21    Q.   And before you went to the jail, obviously you

22 were arrested, correct?

23    A.   Yes.

24    Q.   Where were you taken before you went to Polk

25 County Jail by the arresting officers?

1      A.   Over to the JAC Center.  Then my parents picked

2  me up in the morning.

3      Q.   Okay.  For these particular charges, you were

4  taken to the JAC Center and your parents picked you up

5  in the morning?

6      A.   No.  I went straight to Polk County Jail.

7      Q.   Okay.  From the JAC Center?

8      A.   Yes.

9      Q.   Okay.  So you were arrested, you were taken to

10  the JAC Center.  Did they keep you there awhile while

11  they evaluated and filled out paperwork and --

12      A.   Yeah.  A little bit of that, yeah.

13      Q.   Do you recall how long you were at the JAC

14  Center?

15      A.   Just a few hours overnight, I think.

16      Q.   Okay.  And did they tell you there at the JAC

17  Center that, for whatever reason, you would be going to

18  the Polk County Jail?

19      A.   No.  They didn't have any information about

20  that.

21      Q.   Okay.  When was your first court appearance for

22  those charges?

23      A.   I don't remember.

24      Q.   Do you remember if you went to court or if it

25  occurred while you were at the jail at the hearing --

```
 1        A.   It occurred while --

 2        Q.   -- room there?

 3        A.   -- I was at the jail.

 4        Q.   Okay.  So it would have been after you left the

 5   JAC Center and were transported to the jail?

 6        A.   Yes.

 7        Q.   And then you had a court hearing?

 8        A.   Um-hmm.

 9        Q.   Do you know if bail was set for you?

10        A.   After I -- after I was direct filed, yes.

11        Q.   Okay.  So you originally were just being

12   held --

13        A.   As a juvenile.

14        Q.   -- as a juvenile?

15        A.   And I was --

16        Q.   So you were --

17        A.   -- charged as an adult.

18        Q.   Okay.  How long were you at the jail before you

19   were charged as an adult?

20        A.   Around nine -- 20 days, 21 days.

21        Q.   And then you were charged as an adult?

22        A.   Yes.

23        Q.   And you were given or you were provided the

24   opportunity to have bail?

25        A.   Yes.
```

1    Q.   Do you recall what that bail was set at?

2    A.   I think 40 -- or 4,500, somewhere in that area.

3    Q.   Okay.  So the cash amount of the bail would

4    have been 4500?

5    A.   Yes.

6    Q.   Okay.  Was there any attempt to bail you out?

7    A.   No.

8    Q.   Why?

9    A.   Because my parents thought it would be better

10   if I had time served in the Polk County Jail if I got

11   sentenced as an adult.

12   Q.   Did you talk to that -- did you talk about that

13   with your parents?

14   A.   Yes.  I thought it was best for myself too.

15   Q.   Okay.  And why?

16   A.   Because if I was out, I would probably get

17   rearrested again and just get sent back and the money

18   would go down the drain.

19   Q.   Had you been previously detained as a juvenile

20   for any length of time anywhere?

21   A.   Yes.  DJJ --

22   Q.   Okay.

23   A.   -- in Bartow.

24   Q.   And when was that in comparison to the charges

25   that took you to the Polk County Jail?

1    A.    I think it was a grand theft charge.

2    Q.    Okay.

3    A.    And then I violated home detention.

4    Q.    Was that one time or were there two times or

5  more?

6    A.    It was two times there.

7    Q.    Okay.  One time was a grand theft, the other

8  was a violated home detention?

9    A.    Yes.

10    Q.    How long were you at DJJ in Bartow on the grand

11  theft charge?

12    A.    For a couple days maybe.

13    Q.    Was that until you had a court hearing?

14    A.    Yes.  And then I pleaded to the charges and

15  they got me on probation.

16    Q.    Okay.  How about the violation of home

17  detention, how long were you at DJJ for that?

18    A.    Just a few days.

19    Q.    Same scenario there?

20    A.    Um-hmm.

21    Q.    You pled out and they gave you probation?

22    A.    Yes.

23    Q.    Any other time that you've actually been held

24  either at DJJ in Bartow, the Polk County Jail, or

25  anywhere else?

1      A.   No.

2      Q.   Had you been arrested before the grand theft

3  and violation of home detention charges?

4      A.   Yes.

5      Q.   Do you know how many times?

6      A.   Two or three times, I think.

7      Q.   Okay.  And tell me about the first time that

8  you were arrested.  What was that for or what were the

9  circumstances?

10     A.   Just a battery charge.  Got in a fight.

11     Q.   How old were you at the time?

12     A.   I don't remember.  I was a little bit younger,

13  maybe around 12, 13.

14     Q.   Okay.  What is your date of birth?

15     A.   6-21-96.

16     Q.   So you just turned 16?

17     A.   Yes, sir.

18     Q.   Okay, okay.  What were the circumstances

19  surrounding the battery charge when you were 12 or 13?

20     A.   I think I went to teen court for it and it got

21  dropped.

22     Q.   Were you actually arrested for that charge?

23     A.   I don't think so.

24     Q.   Was it more like a citation?

25     A.   Yeah.  They just put me in the car and then

1    they talked it out and everything.  I think so.

2         Q.   And where did that battery occur?

3         A.   In the front of my neighborhood.

4         Q.   And what happened?

5         A.   This kid hit this girl, so I started fighting

6    him.

7         Q.   And what was his name?

8         A.   I don't remember.

9         Q.   Do you remember the girl's name?

10        A.   No.  It was a while back ago.

11        Q.   Okay.  And that was the first time you had come

12   in contact with law enforcement?

13        A.   I think so, yeah.

14        Q.   Okay.  And what was the next time?

15        A.   I think another battery charge.

16        Q.   And tell me, where did that occur?

17        A.   I think on the bus, I think.

18        Q.   And what happened?

19        A.   I just hit the kid.  It's something like that.

20        Q.   Do you remember why or the circumstances around

21   it?

22        A.   We were arguing over something simple and minor

23   and just turned into an altercation.

24        Q.   Who started it?

25        A.   I think I did.

1     Q.   And were you arrested for that battery; were

2   you actually taken into custody?

3     A.   No.

4     Q.   Again, you were just issued a citation --

5     A.   Yes.

6     Q.   -- to show up to court?

7     A.   Um-hmm.

8     Q.   And did that one also result in your being

9   released?

10     A.   Yes.   They took me to the JAC and I got re --

11   they let me out again.

12     Q.   I'm sorry?

13     A.   They let me out again.

14     Q.   Okay.   Were you put on home detention then or

15   probation then?

16     A.   No.   They just sent me a court date.

17     Q.   And what happened after the court date?

18     A.   I think it just got dropped somehow.   I don't

19   remember how.

20     Q.   In any of these that we've discussed so far,

21   did you have a lawyer representing you?

22     A.   No.   Public defender.

23     Q.   Okay.   So public defender's office --

24     A.   Yes.

25     Q.   -- represented you?

1          Okay.  What was the next time after the second

2     battery that you came in contact with law enforcement?

3          A.   I think it was the grand theft charge.

4          Q.   Okay.  So the first grand theft charge would

5     have been the next one?  Three, you think?

6          A.   Yes, third time I got arrested.

7          Q.   And that was when you spent a couple of days

8     at --

9          A.   DJJ.

10         Q.   -- DJJ?

11         A.   Yes.

12         Q.   And then the next one would have been the

13     violation of probation or detention?

14         A.   Yes.

15         Q.   And a few days then --

16         A.   Um-hmm.

17         Q.   -- correct?

18              And then there was the drug and burglary

19     charges that resulted you -- in you being at the Polk

20     County Jail?

21         A.   Yes.  That was the fourth time I recall.

22         Q.   Okay.  Do you know how long you're scheduled to

23     be here at the Les Peters Halfway House?

24         A.   Around six months.  I should be getting out in

25     October.

1    Q.   And what happens to you after you complete the

2  program here?

3    A.   I get, I think, aftercare and just go home and

4  see my probation officer.

5    Q.   Do you know who your probation officer is

6  currently?

7    A.   No.

8    Q.   Do you know any of your prior probation

9  officers?

10    A.   Yes.  Joe Suda.

11    Q.   Is that the only one you've had?

12    A.   Yes.

13    Q.   Talk to me about the difference at the Polk

14  County Jail that you perceived when you were charged as

15  a juvenile versus when you were charged as an adult 20

16  or 21 days later after you got there.

17    A.   So the difference between the juvenile side and

18  the direct filed side --

19    Q.   Yes.

20    A.   -- pretty much?

21         There isn't really much difference.  The guards

22  probably treated you a little worse because they thought

23  you were worse than the other kids because you had

24  direct filed.  They'd make snotty comments sometimes.

25  That's it really.

1    Q.   Okay.  And you meant as a direct file, they

2    treated you a little worse because you were charged as

3    an adult?

4    A.   I think so, yeah.

5    Q.   And when you say, "snotty comments," what --

6    what do you mean by that?

7    A.   They'd just like make fun of us about our

8    charges sometimes.  Like all the kids in the other

9    dorms, they would -- they would call them rapists, they

10   would call them -- what's another -- they would use foul

11   language to us, racial comments.

12   Q.   Did they do that toward you?

13   A.   Sometimes.  Sometimes the other kids.

14   Q.   Sometimes what?

15   A.   Sometimes the other kids, sometimes to me.

16   Q.   I'm sorry.  I have -- I'm a little hard of

17   hearing.  It's not your fault.  I'm sure everybody hears

18   you well.  I couldn't hear you quite.

19   A.   Sometimes to me and sometimes to others.

20   Q.   Okay.  What would be some comments that you

21   recall being directed at you?

22   A.   Some of the guards call me a cracker.  They

23   would call me like scumbag, just little comments like

24   that.

25   Q.   And in what context would that be; in other

1    words, when would that happen?  Would it be when you're

2    going and coming somewhere or just when you're in the

3    dorm or --

4        A.   Just when the guard is walking by, if they have

5    nothing else to do, if they're bored.

6        Q.   Like when they're doing rounds in the dorm?

7        A.   Yeah.

8        Q.   Okay.  How often did they do rounds in the

9    dorm?

10       A.   Every 15 to 20 minutes that I can recall.

11       Q.   Were some guards worse than others in that

12   regard as far as comments?

13       A.   Yes.

14       Q.   Do you remember any of their names that you

15   would consider were bad about making snotty comments

16   such as cracker or scumbag?

17       A.   Officer Russell.  A few other guards that I

18   don't remember.

19       Q.   Okay.  Can you describe them?

20       A.   A few of them were black, bald, and just kind

21   of big.

22       Q.   Black, bald, and big, the three Bs?

23       A.   Yeah, you could say that.

24       Q.   Were -- were there some guards that you got

25   along with better?

```
 1        A.    Yeah.

 2        Q.    Do you remember any of their names?

 3        A.    Mr. Gay.

 4        Q.    Mr. Gay?

 5        A.    Yes.

 6        Q.    Okay.

 7        A.    Cunningham and Officer Brown.

 8        Q.    Other than the treatment by the guards that was

 9   different between juvenile and direct file, was there a

10   difference with regard to going to school?

11        A.    Yeah.  Big difference.

12        Q.    What's the difference between going to school

13   as a direct file versus going to school as a juvenile at

14   the Polk County Jail?

15        A.    On the juvenile side, you would go to school

16   7:00 to like 1:00 or 2:00 o'clock.  You'd actually do

17   some work.  On the direct file side, you had the chance

18   to go to school or not go to school, and you would only

19   go to school for around 45 minutes to an hour.

20        Q.    A day, 45 minutes --

21        A.    Yes.

22        Q.    -- to an hour?

23              Okay.  Do you remember other differences

24   between being on the juvenile side versus the direct

25   file side other than treated differently by the guards
```

1   and the schooling was different?

2       A.   There are more fights on the direct filed side.

3       Q.   Is there any less supervision of the direct

4   file side versus the juvenile side by the guards?

5       A.   I don't think so.

6       Q.   Okay.  And do you have any reason why there

7   would be more fights on the direct file side?

8       A.   Because they're there longer or -- I don't

9   know.

10      Q.   Okay.  Do you remember how many fights you were

11  involved with when you were there in the jail the six to

12  seven months?

13      A.   Altogether or just the ones that they caught me

14  with?

15      Q.   No.  Altogether.

16      A.   Seven to eight.

17      Q.   And how many were you actually caught?

18      A.   Two of them, one on the juvenile side and one

19  on the direct filed side.

20      Q.   Okay.  Let's start with those two.  Tell me

21  about the fight on the juvenile side.  What happened?

22      A.   People were just arguing and they were throwing

23  around someone's underwear or something like that, and I

24  guess a kid thought it was me and we started fighting.

25      Q.   Do you remember who the kid was?

1    A.   No.

2    Q.   And how did the fight end?

3    A.   The guards broke it up with pepper spray and

4  they pulled us apart.

5    Q.   How long did that fight take?

6    A.   Maybe 15, 30 seconds, around that.

7    Q.   What about the one on the direct file side,

8  what do you remember about that one?

9    A.   Me and this kid named B_____ C___, we fought

10  over someone owed each other food or something like

11  that, and we started arguing and we started fighting.

12    Q.   You fought over someone owing food?

13    A.   Something like that.  I don't remember.

14  Something --

15    Q.   Oh.  What does that mean, someone owing food?

16    A.   Like we made a trade or something like that or

17  he bought an envelope off me or I sold one to him,

18  somewhere in that area.

19    Q.   Okay.  And then the deal broke down or

20  something and y'all ended up fighting?

21    A.   Yeah.

22    Q.   And how did that fight end?

23    A.   The guards broke it up with pepper pray and

24  broke us apart.

25    Q.   And how long did that one take?

1      A.   Ten, 15 seconds.

2      Q.   Tell me about the ones that you weren't caught

3   fighting that you recall.

4           MR. CHASIN:   I'm going to instruct the witness

5        not to answer that question on the grounds of the

6        Fifth Amendment.   He's asserting his Fifth Amendment

7        privilege.

8      Q.   Did you ever -- with regard to any fights, did

9   you ever press charges against anyone else involved in a

10  fight?

11     A.   No.   We just signed a waiver saying we wouldn't

12  want to press charges against each other.

13     Q.   And were charges ever pressed against you or

14  were they always waived?

15     A.   I think I was charged once.

16     Q.   Was that the B[    ] G[  ] one or the juvenile

17  side one?

18     A.   I guess they charged me.   Somewhere upstairs,

19  me and this kid were playing around, and I got charged

20  with it.

21     Q.   Oh, that was a different one?

22     A.   Yes.

23     Q.   Okay.   Is that one that you think you got

24  caught over?

25     A.   No.   It wasn't really a fight.   We were just

1      answer the question.

2    BY MR. CAMPBELL:

3      Q.    Where were you going to school before you went

4    to the Polk County Jail?

5      A.    Haines City High School.

6      Q.    And what grade were you in at the time?

7      A.    Ninth.

8      Q.    This would have been last fall?

9      A.    Yes.

10     Q.    How were you doing in school?

11     A.    Pretty good, and then I just started slipping a

12   little bit.

13     Q.    Other than fighting, had you had any problems

14   in school that required discipline or counseling?

15     A.    I think I got one discipline referral.

16     Q.    Do you recall what that was about?

17     A.    Not running in ROTC, I think.  Not exercising,

18   I think.

19     Q.    And do you recall in school whether you ever

20   had any counseling?

21     A.    No.  What was the question again?

22     Q.    Had you ever had any counseling in school

23   before for behavior or medical issues, mental --

24     A.    Like --

25     Q.    -- health issues?

1     A.   -- elementary school?

2     Q.   At any time in school.

3     A.   I think in elementary school.

4     Q.   Okay.  Where were you at in elementary school

5 when you had some counseling?

6     A.   I think it was third grade.

7     Q.   And what was the counseling for?

8     A.   I guess I disrupted the class and they thought

9 I was angry or something, so they just brought me to the

10 counselor there and talked to her.

11    Q.   And was that just a one-time deal with the

12 counselor or did you then undergo some counseling?

13    A.   It was just two or three times I went to see

14 her, just like little checkups here and there.

15    Q.   I'm sorry.  What's the last --

16    A.   Just little checkups here and there to see how

17 I was doing.

18    Q.   Other than when you've been either at DJJ or

19 Polk County Jail or here, have you had any other

20 counseling outside of the school context?

21    A.   I think so.  I was sentenced to like anger

22 management classes next to the JAC Center for one of the

23 battery charges, I think.

24    Q.   Okay.  And other than that counseling for one

25 of the battery centers -- I'm sorry -- battery charges

1   next to the JAC Center, any other counseling?

2      A.   No.

3      Q.   Do you have a regular doctor or pediatrician

4   that you would see for any kind of health issues?

5      A.   Huh-uh.

6      Q.   When was the last time you went to the doctor

7   that you recall?

8      A.   Before I got incarcerated, for a surgery.

9      Q.   For what?

10     A.   For a surgery.

11     Q.   Okay.  What kind?

12     A.   To take my appendix out.

13     Q.   And where was that?

14     A.   At the Heart of Florida.

15     Q.   We talked about, to some degree, fights that

16  you've been involved in at the Polk County Jail.  Do you

17  recall other fights that you witnessed that you were not

18  involved in that required the guards use of force or

19  pepper spray?

20     A.   Yes.

21     Q.   How many of those do you recall during your six

22  to seven months there?

23     A.   Maybe around four to six.

24      THE COURT REPORTER:  I'm sorry?  Four to six?

25      THE WITNESS:  Yes, four to six.

1      Q.   And tell me what you recall about those

2  instance.  Let's go from the most recent one you recall

3  backwards or however you want to do it actually.

4      A.   The most recent one, I think, was over in Echo

5  Dorm against two kids.

6      Q.   I'm sorry?

7      A.   That was over in Echo Dorm against two kids.

8      Q.   Do you recall either of their names?

9      A.   No.

10      Q.   And what do you recall about that fight?

11      A.   I just saw the guards started pepper spraying

12  them, and I guess they kept fighting, then they slammed

13  them.

14      Q.   Do you recall how many guards were involved?

15      A.   Around two or three.

16      Q.   Recall any of the guards that were involved?

17      A.   No.

18      Q.   Okay.  What about the pepper spray incident

19  before that one that you recall that you were not

20  involved in?

21      A.   What was the question?  Rephrase it a little

22  bit.

23      Q.   Yes.  No, I'm -- I'm trying to go to those four

24  pepper spray or use of force incidents that you recall

25  that you were not involved in --

1     A.   Yes.

2     Q.  -- at the Polk County Jail.

3         MR. CHASIN:  Counsel, excuse me.  I think

4  you -- you actually said four to six fights which --

5  which required force or the use of pepper spray.

6         MR. CAMPBELL:  Right.

7         MR. CHASIN:  Okay.

8         MR. CAMPBELL:  That's what I mean.

9         MR. CHASIN:  Okay.  Well, you just said four to

10  six -- it sounded to me like four to six incidences

11  of force or pepper spray.  We're talking about you

12  said fights that required the use of force and

13  pepper spray.

14         MS. GALLONI:  Or -- or pepper -- was it or

15  pepper spray?

16         MR. CAMPBELL:  Yes.

17         MR. CHASIN:  Yes.

18         THE WITNESS:  All right.

19         MR. CHASIN:  And would you like him to ask the

20  question once more?

21         THE WITNESS:  Oh, no.  I'm good.

22  BY MR. CAMPBELL:

23     Q.   Yeah.  We're talking about you mentioned there

24  were four to six incidents that you were not involved in

25  that required the use of force or pepper spray.

 1      A.   Yes.

 2      Q.   Is that correct?

 3      A.   Yes.

 4      Q.   And I want you to tell me what you can remember

 5  about each one moving from the most recent one in Echo

 6  Dorm backwards.

 7      A.   The next one is in Fox Dorm.

 8      Q.   Okay.

 9      A.   I guess they jumped a new kid that came over

10  because they didn't like him or something.  They had

11  problems with him.

12      Q.   Okay.  Do you recall anybody that was involved

13  in the fight?

14      A.   No.  I just saw it from the -- from Delta Dorm

15  over to Fox Dorm, which is a little bit away.  I

16  couldn't make out the faces.

17      Q.   Okay.  So a new kid was jumped in Fox Dorm.  By

18  how many; do you recall?

19      A.   Two to three people.

20      Q.   And what happened?

21      A.   They started fighting and the guards came in

22  and I guess they just broke it apart.

23      Q.   Do you recall if they used pepper spray for

24  that?

25      A.   I think just on one of the kids, because he

1   kept on hitting the kid, I think.

2       Q.   One of the kids kept fighting, so they used

3   pepper spray?

4       A.   Yes, from what I recall.

5       Q.   Do you recall any of the guards that were

6   involved in that one?

7       A.   No.

8       Q.   And do you recall how many guards were

9   involved?

10      A.   Around two or three.

11      Q.   Okay.  How long did that fight take?

12      A.   Ten, 15 seconds.  It wasn't long.

13      Q.   Was that fairly typical for the fights that you

14  witnesses -- witnessed, that they would take 10 to 15

15  seconds in general?

16      A.   Yeah.

17      Q.   Okay.  The next one back after the Fox Dorm

18  incident?

19      A.   Charley Dorm.

20      Q.   Now, is that -- is that a juvenile dorm?

21      A.   Yes.

22      Q.   Okay.  And what do you recall about that one?

23      A.   Two kids fighting again next to the phone booth

24  or the phone area.

25      Q.   And how was that broken up?

1      A.   Guards came in, pepper sprayed them and took

2   them apart.

3      Q.   And do you recall either the juveniles involved

4   or the guards involved in that one?

5      A.   No.

6      Q.   Do you recall any guard in particular that used

7   pepper spray in an incident that you were not involved

8   in?

9      A.   Usually the day shift.  I think Mr. Gay --

10      Q.   Okay.

11      A.   -- or Cunningham, I think.

12      Q.   Okay.  Who were the guards that were involved

13   in your two incidents in the direct file dorm; do you

14   recall?

15      A.   With the fight that was recorded?

16      Q.   Either one, either the one with B(        ) G(    )

17   or --

18      A.   B(        , it was a officer named Smith.

19      Q.   The professor?  Did they call him "The

20   Professor"?

21      A.   No.

22      Q.   Okay.  Does he sometimes teach?  Is he the

23   school resource officer?

24      A.   No.

25      Q.   Okay.  Who's the school resource officer?

1      A.   I don't know.  There's usually different guards

2   in the school area.

3           MR. CHASIN:  Excuse me.  Mr. Jobe, would --

4      would you like to take a break sometime soon?

5           THE WITNESS:  Yeah.  Nine or 10 minutes, that

6      sounds good.

7           MR. CAMPBELL:  Okay.

8           MR. CHASIN:  Counsel --

9           MR. CAMPBELL:  I'll get to a good stopping

10     place.

11          MR. CHASIN:  Very good.

12  BY MR. CAMPBELL:

13     Q.   So the B'        ) G(    one, you recall Smith?

14     A.   Um-hmm.

15     Q.   Do you recall any other guard in that incident?

16     A.   No.  We just started -- we stopped fighting

17  once he came in the dorm.

18     Q.   Okay.  And what about the juvenile incident, do

19  you recall the guards involved in that one, that you

20  were involved in?

21     A.   No.

22     Q.   Okay.  Back from the Charley Dorm one now.  So

23  we have a Echo Dorm, a Fox Dorm, a Charley Dorm fight.

24  Do you recall the prior fight that you witnessed but

25  were not involved in?

34

1    A.    Alpha Dorm.

2    Q.    Okay.  And that's, again, a juvenile dorm?

3    A.    Yes.

4    Q.    And tell me what you recall about that fight.

5    A.    This one kid was sitting there talking on the

6    phone and a kid came up and hit him.

7    Q.    And they got in a fight?

8    A.    Yes -- no.  I guess the kid just didn't do

9    anything.  The guards came in and just split them apart.

10   Q.    And do you recall either of the kids involved

11   in that one?

12   A.    No.

13   Q.    How about the guards?

14   A.    Huh-uh.

15   Q.    That's a no?

16   A.    No.

17   Q.    And did they have to use force or pepper spray

18   or had they already stopped fighting?

19   A.    They already stopped fighting.

20   Q.    And before that Alpha Dorm one, do you remember

21   any other fights that you were not involved in?

22   A.    In my own dorm, Delta Dorm.

23   Q.    Okay.  Tell me what you remember about any

24   fights in Delta Dorm you were not involved in.

25   A.    Two of these Hispanic kids jumped this one

1   black kid that was serving trays.

2        Q.   Food trays?

3        A.   Yes.

4        Q.   Do you recall any of their names?

5        A.   No.

6        Q.   And what happened in that fight?

7        A.   Oh, the kids' names?

8        Q.   Yes.

9        A.   Oh, the ones that were fighting were -- they

10  call them -- I think one is O_____ [phonetic], I

11  think, and the other, they call him T_____ [phonetic].

12       Q.   T_____

13       A.   T_____.  That's his nickname, I think.

14       Q.   Okay.  Do you recall the black kid who was

15  serving the trays name?

16       A.   No.

17       Q.   And what happened in that fight?

18       A.   They just came up to him and fought him.

19       Q.   And what -- how did the fight end?

20       A.   The guards came and started pepper spraying

21  them and broke them up.

22       Q.   Again, was that a 10- to 15-second fight?

23       A.   Yeah.  Around 10, 15, yeah.

24       Q.   After the incidents that you were involved in

25  and you were pepper sprayed, what happened after you

1    were pepper sprayed and the fight ended?  Let's start

2    with the juvenile one to keep them straight.

3           MR. CHASIN:  And, Counsel, again, I don't want

4       to interrupt your line of questioning, but the

5       witness said he'd like to take a break.

6           MR. CAMPBELL:  I thought he said 10 minutes.

7    But if you --

8           MR. CHASIN:  Around --

9           MR. CAMPBELL:  -- want to take a break, we can

10    stop anytime.

11           THE WITNESS:  I'll take a break.

12           MR. CAMPBELL:  Okay.

13           MR. CHASIN:  Yeah.  It sounded like you were

14    starting a new line of questioning, so that's why I

15    prompted you again.

16           THE VIDEOGRAPHER:  Going off the record at 9:41

17    a.m.

18           (Recess from 9:41 a.m. until 9:46 a.m.)

19           THE VIDEOGRAPHER:  We're going to go back on

20    the record at 9:46 a.m.

21    BY MR. CAMPBELL:

22      Q.  Back to the fight that you were involved in

23    juvenile that required breaking up.  What occurred after

24    the fight was broken up and you were pepper sprayed?

25      A.  We were separated and put in the cages for a

 1   little while.

 2        Q.   And then what happened?

 3        A.   We got seen by the nurse.

 4        Q.   Do you recall if this was on -- during the day

 5   or during the night?

 6        A.   It was during the day.

 7        Q.   And how soon after you were put in the cages

 8   were you seen by the nurse?

 9        A.   Maybe five to 10 minutes.

10        Q.   And then what happened?

11        A.   They separate us and put us back in different

12   rooms.

13        Q.   Were you allowed to shower?

14        A.   No.   They didn't even give me the chance.   I

15   asked to and they said no.

16        Q.   You asked the guards or you asked the nurse or

17   who?

18        A.   I asked the guards.

19        Q.   And you were refused to shower?

20        A.   No.

21        Q.   I mean, you were not allowed to shower?

22        A.   Yes.

23        Q.   And you were put in separate dorms?

24        A.   Separate rooms.

25        Q.   What's that mean?   What type of rooms?

1    A.    The dorm rooms.

2    Q.    Okay.  Were you locked down?

3    A.    Yes.  Everybody was.

4    Q.    Was it a typical lockdown period, in other

5    words?

6    A.    Yeah.

7    Q.    Was it night or was it --

8    A.    It was during the day.  Because it was a fight

9    happening, so everybody got locked down.

10   Q.    And how long were y'all locked down that day?

11   A.    Maybe a couple hours.

12   Q.    When were you allowed to shower?

13   A.    Not until the next day when everybody has

14   shower time.

15   Q.    And were you allowed to change clothes?

16   A.    No.  I didn't have another set of clothes.

17   Q.    Until the next day?

18   A.    Um-hmm.

19   Q.    That's a yes?

20   A.    Yes.

21   Q.    Okay.  Same questions for the incident with

22   Brandon Gage that you described.  What happened after

23   the fight was broken up by pepper spray?

24   A.    They sent us to the cages, separate cages, and

25   we saw the nurse.

1    Q.   What was the time frame?

2    A.   Five to 10 minutes to see the nurse.

3    Q.   And were y'all allowed to shower?

4    A.   Yes.  One of us went in our room to wait on the

5    showers.

6    Q.   I'm sorry?

7    A.   One of us went in our room so he could take a

8    shower, then the other would take a shower.

9    Q.   Okay.  Right after the nurse saw you?

10   A.   Yes.

11   Q.   And did you have a change of clothes?

12   A.   Yes.

13   Q.   And was that typical of what you observed in

14   the fights that you weren't involved with?  The kids

15   involved in the fight who were pepper sprayed were

16   separated, put in the cages for a little while, and seen

17   by a nurse?

18   A.   Yes.

19   Q.   And do you recall whether or not any of those

20   fights, that those kids were not allowed to shower until

21   the next day?

22   A.   I don't know.  I never really paid that much

23   attention.

24   Q.   Describe for me the difference between the

25   interaction as to juveniles or direct files and the

1   in a written request?

2        A.   Yes.

3        Q.   You have to put in a written request at the

4   Polk County Jail --

5        A.   Yes.

6        Q.   -- to speak to a counselor?

7             Did you ever put in a written request to speak

8   to a counselor?

9        A.   No.

10       Q.   Did you ever put in any written requests at

11   all?

12       A.   Yeah.  For the nurse, yes.

13       Q.   Okay.  And what did you put in a written

14   request to see the nurse for?

15       A.   Something to wash my face with instead of the

16   soap they use there, because it makes me break out.

17       Q.   And was that taken care of for you?

18       A.   After a few ones, yes.

19       Q.   Any other written requests that you made while

20   you were at the Polk County Jail other than for the

21   nurse for something instead of the soap that they gave

22   you?

23       A.   No.

24       Q.   Did you ever talk to a counselor at DJJ while

25   you were there?  I know you were there just a couple of

1   days the two times, but --

2       A.   No, didn't really need to.

3       Q.   Other than the written requests to the Polk

4   County Jail for different soap, did you ever make any

5   verbal requests at the Polk County Jail for anything

6   that you recall?

7       A.   No.  Any verbal?  Like talk?

8       Q.   Yeah.  Like can I have two mats instead of one

9   or can I have two blankets or anything?

10      A.   Yeah.  For soap.

11      Q.   Soap?

12      A.   Yes.  Soap, toilet paper, toothpaste.

13      Q.   And were those responded to by the jail

14  personnel?

15      A.   Not all the times.  Some guards would like,

16  yeah, I'll get it in a second, and sometimes they would

17  forget.  Or if you ask certain staff that you get along

18  with, yeah, they would get it for you.

19      Q.   Now, from the allegations of the Complaint, I

20  know there was an incident where you were put on suicide

21  watch?

22      A.   Yes.

23      Q.   That just occurred one time?

24      A.   Um-hmm.

25      Q.   Tell me about that.

1      A.   They put -- they put me in a cage for some

2   disciplinary or something like that, and I was talking

3   to the kid next to me in the other cage that was on

4   suicide watch and he was the kid that I got in a fight

5   with, and we were talking back and forth why he was on

6   suicide watch.  And I guess the guard came out of the

7   main control and he thought -- because he thought I was

8   suicidal or something like that or he heard that I said

9   the word, and I guess they thought I was suicidal or

10   something.

11      Q.   And so they put you on suicide watch?

12      A.   Yep.

13      Q.   When you say it was the kid you were in the

14   fight -- you mean B      , G

15      A.   Yes.

16      Q.   Okay.  So then what happened when the guard

17   heard you talking about suicide and put you on the

18   suicide watch, what happened?

19      A.   They went to go get the little green suit and I

20   put it on.

21      Q.   Were there any problems with that, getting the

22   green suit and putting it on?

23      A.   No.

24      Q.   And was B      G     also in the little green

25   suit?

1       A.   Yeah.

2       Q.   Did y'all have a name for that suit?

3       A.   The turtle suit.

4       Q.   Turtle suit.  Why is it a turtle suit?

5       A.   Because it's green and that's what they call

6    it.

7       Q.   Is that what the guards call it or what the --

8       A.   That's what they call it too.

9       Q.   Okay.

10      A.   Because it's catchy a little bit and --

11      Q.   Who gave it the name first?  Any idea?

12      A.   I don't know.

13      Q.   Okay.  Who named the -- the cage?

14           MR. CHASIN:  Objection; calls for speculation.

15      Q.   If you know.  You keep talking about the cage?

16      A.   Yeah.

17      Q.   Is that what everybody called it?

18      A.   Yeah.

19      Q.   Guards and --

20      A.   Yeah.

21      Q.   -- inmates?

22      A.   It's just pretty much a cage.

23      Q.   Okay.  So after you were put in the turtle

24   suit, then what happened next?

25      A.   Put me in a -- put me in the other cages on the

1    other -- that was on suicide watch and pretty much it.

2        Q.    I missed part of that.  Put you in the other

3    cage?

4        A.    Yeah, with the other kid that was on suicide

5    watch.

6        Q.    With B        G

7        A.    Yes.

8        Q.    And is there a guard desk right there?

9        A.    No, not in front of us.  There's a main control

10   right here, there's one on this side and one on this

11   side.  There's two guards on each side on the desk.

12       Q.    Okay.  Two guards on each desk on each side?

13       A.    Yes.

14       Q.    And is it right in front of the cage?

15       A.    No.

16       Q.    Where is it in relation to the cage?

17       A.    Maybe 10, 15 feet away.

18       Q.    Okay.  Can they see you well from that vantage

19   point?

20            MR. CHASIN:  Objection; calls for speculation,

21       personal knowledge.

22       A.    They could if they looked over your way if they

23   wanted to.  Or just pretty much didn't pay any attention

24   to us if we were just quiet.

25       Q.    Okay.  So after you were put in with B

1    Q.    then what happened?

2        A.    I was just in the cage all night and then the

3    next shift came, and -- and that's it.

4        Q.    The next shift, you were taken off suicide

5    watch?

6        A.    No.  We were still on suicide watch.

7        Q.    Okay.  When -- how long were you on suicide

8    watch?

9        A.    About a day.

10        Q.    And how did you get off suicide watch?

11        A.    Some counselor or mental health therapist, came

12    and saw me, and I explained my situation to her.  She

13    said that was wrong and she just took me off of it.

14        Q.    And did B[_____] G[_____ also get off of it at that

15    time?

16        A.    I don't think so.

17        Q.    He was still on it?

18        A.    I think so.

19        Q.    Do you recall if the counselor or therapist saw

20    him as well?

21        A.    Yeah.  She did.

22        Q.    Anything else happen while you were on that

23    suicide watch with B[    ] G[___

24        A.    Yeah.  There's an incident that night.  Well,

25    me and him were, I guess, talking loud, playing around,

1    and just -- I think we were just making a little

2    disturbance, and I guess the guards were getting a

3    little annoyed and they told us if we didn't stop and

4    shut up, they would pepper spray us.

5        Q.   Okay.  And then what happened?

6        A.   We kept on doing it because we didn't like the

7    guards on that shift, and they came around with a big

8    can of Mace and sprayed along the bottom of the cage.

9        Q.   So they went and got the big can of Mace?

10       A.   Um-hmm.

11       Q.   From where?

12       A.   The main control.

13       Q.   The control in that dorm or the main control?

14       A.   The control area for this dorm.

15       Q.   Okay.  And they brought it out.  Do you recall

16   which guard that was?

17       A.   No.  It was an old guy.  That's all I remember.

18       Q.   Old as me?

19       A.   Not old --

20           MS. GALLONI:  You don't have to answer that.

21       Q.   I'm used to being called old guy.  It's okay.

22   It would hurt my feelings if you -- he -- you'd said he

23   was younger than you.

24           Okay.  So the old guy went and got the big can.

25   And did he put it on his desk first or did he spray the

1    ground around the perimeter?

2        A.   He sprayed the ground around the perimeter.

3        Q.   How many times had he told y'all to stop before

4    he went and got the big can?

5        A.   Once.  And then he brought it out and he sat

6    down, and we kept doing it and he came over with it.

7        Q.   And as opposed to spraying you directly, he

8    sprayed around the perimeter of the cage?

9        A.   Yes.

10       Q.   Like you would do if you were trying to keep

11   ants out or roaches out?

12       A.   Yes.  He said he didn't have to write it up

13   because we didn't get sprayed directly.

14       Q.   Okay.  And what happened after that?

15       A.   We got put in another cage and -- or we started

16   trying to fan it out with our turtle suits, and it

17   wouldn't and we started coughing, so after around 10

18   minutes they put us in another cage.

19       Q.   The one directly next to it?

20       A.   Yes.

21       Q.   And what happened then?

22       A.   We just went to sleep.

23       Q.   Any problems in that next cage when you were

24   moved?

25       A.   No.

49

```
 1        Q.   Did they ever spray you directly that night?

 2        A.   No.  Just around us so we would get a good

 3   whiff of it.

 4        Q.   Why were you in that cage to start with before

 5   you were talking to B    about suicide?  I know you

 6   said discipline.  Do you recall what?

 7        A.   I think when we were on lockdown, I guess I was

 8   talking loud or something or I called the guard a name

 9   or something like that in the area.

10        Q.   What kind of name would you call a guard?

11             MR. CHASIN:  Objection; vague, form of

12        question.

13        A.   Just like Rent a Cop or something like that.

14   We just play around with them.  I guess he took it

15   serious, I think.  I don't know.

16        Q.   Anything else you recall you calling a guard,

17   playing around with them or --

18        A.   No.  He just said, "Get your stuff.  You're

19   going to the cage for the night."

20        Q.   And what would you take to the cage in that

21   instance; what stuff?

22        A.   Just like a blanket or something.

23        Q.   Your mat and your blanket?

24        A.   No.  Just something or a pillow or something.

25             THE COURT REPORTER:  I'm sorry?  Say that
```

1    again.  Just something?

2         THE WITNESS:  Just a pillow or --

3         THE COURT REPORTER:  Pellet?

4         THE WITNESS:  A pillow.

5         THE COURT REPORTER:  Oh, a pillow.  I'm sorry.

6    BY MR. CAMPBELL:

7         Q.   Now, if you're on suicide watch, are you

8    allowed to bring your mat into the cage?

9         A.   No.  Sleep on the ground.

10        Q.   What were you and -- you said y'all were

11   talking and playing around causing a little disturbance.

12   What were y'all doing?

13        A.   Talking, singing.  He was beating.  That's it.

14        Q.   Okay.  What were y'all talking?  Like what, if

15   you recall?

16        A.   Just talking because we were bored and we

17   couldn't go to sleep.

18        Q.   Just between each other or loudly?

19        A.   Just between each other.

20        Q.   Okay.  Was it lights out already?

21        A.   Yeah.

22        Q.   And what were y'all singing?

23        A.   I don't remember.  I don't remember.

24        Q.   Okay.  And you said something about he was

25   beating.  What was that?

1     A.   Yeah.  Just like a rhythm to the song.

2     Q.   And how would he do that?

3     A.   Just --

4     Q.   Like drumming --

5     A.   Yeah.

6     Q.   -- on the bench or kicking the cage?

7     A.   Just drumming on the bench.

8     Q.   Any cage kicking?

9     A.   No.

10    Q.   Did the guard ever enter the cage either before

11 or after you were put on suicide watch?

12    A.   No.

13    Q.   Did you have any concerns about being put in

14 the turtle suit when you were put on suicide watch that

15 night?

16    A.   What do you mean by like concerns?

17    Q.   Any problems with the turtle suit or --

18    A.   Very itchy.

19    Q.   Okay.

20    A.   And you had no underwear on or anything else.

21    Q.   And that caused you concern?

22    A.   Yes.

23    Q.   Why?

24    A.   Because sometimes the turtle suit would -- like

25 the Velcro would slip and you would have to catch it or

1   something like that.

2        Q.   And why would that cause you concern?

3        A.   Kids can see you.

4        Q.   Oh.  Well, don't you shower out in front of

5   everybody or --

6        A.   Yeah.

7        Q.   Have you ever done that at school?

8        A.   No.

9        Q.   Shower?

10       A.   Huh-uh.

11       Q.   I didn't know if they still did it now or not.

12       A.   No.

13       Q.   May go back to my age again.

14            Did you play any sports in school?

15       A.   No, not in school.

16       Q.   The day in the cage, both before and after you

17  were put on suicide watch, did you have any other

18  problems other than being put in the turtle suit and it

19  was itchy and the Velcro would sometimes come undone,

20  without underwear, and then the incident where the guard

21  sprayed around the perimeter of the cage?

22       A.   Nothing else.

23       Q.   And other than coughing until you were moved

24  into the other cage, did you have any other problems as

25  a result of the spraying?

53

1     A.   I vomited in the other cage.

2     Q.   You vomited in the other cage?

3     A.   Yes.

4     Q.   And why was that?

5     A.   Because I was coughing so hard, I think.

6     Q.   And what happened after you vomited?

7     A.   I guess they saw it and they moved us to the

8 other cage.

9     Q.   Moved you back to the one where they sprayed?

10    A.   No.  To the other one.

11    Q.   Oh, okay.  You vomited in the cage where they

12 sprayed?

13    A.   Where they sprayed, yes.

14    Q.   Okay.  And after you were moved, any other

15 problems?

16    A.   No.

17    Q.   And y'all just went to sleep?

18    A.   Yep.

19    Q.   Other than fighting and the incident you and

20 B⬛⬛⬛ ; G⬛ had on suicide watch, have you ever seen

21 anyone else sprayed with pepper spray while you were at

22 the jail?

23    A.   What was the question again?

24    Q.   Other than for fighting and the incident that

25 you and B⬛ had on suicide watch in the cage, did

54

1   you ever see anyone else sprayed with pepper spray?

2        A.   No.  But I heard about it.

3        Q.   Who'd you hear about it from?

4        A.   Some of the kids in Charley that we would talk

5   to.

6        Q.   Other kids in Charley?

7        A.   Yes.

8        Q.   So that was while you were in the juvenile

9   side?

10       A.   No.  In the direct file side.  We would do sign

11  language back and forth from the dorms.

12       Q.   Oh, where do y'all learn that?  That's very

13  impressive.

14       A.   I don't know.  We just learn it from each

15  other.

16       Q.   I've watched it.  I've been surprised.

17            So all the way across the dorm, y'all can

18  communicate with sign language?

19       A.   Yes.

20       Q.   And what did you hear about in Charley Dorm?

21       A.   If the guards are just mad at you or something,

22  if they just didn't like you or -- it only happened a

23  few incidents, but the kids were talking about how the

24  guard didn't like him and he sprayed it in his room and

25  closed the door.

1    Q.   And do you know what kid told you that?

2    A.   No.

3    Q.   Do you know what kid was the victim of that?

4    A.   No.

5    Q.   Do you know what guard was involved in that?

6    A.   Huh-uh.

7    Q.   That was a no too?

8    A.   Yes.

9    Q.   Other than that incident, aware of any other

10   incidents that you've heard about or witnessed where

11   pepper spray was used other than fighting and other than

12   you and B(     ) in the suicide cage?

13   A.   No.

14        MR. CAMPBELL:  Why don't we take a short break?

15        THE VIDEOGRAPHER:  We're going off the record

16   at 10:10 a.m.

17        (Recess from 10:10 a.m. until 10:22 a.m.)

18        THE VIDEOGRAPHER:  All right.  We're going back

19   on the record at 10:22 a.m.

20   BY MR. CAMPBELL:

21   Q.   I think I have just a few more questions, but

22   that's always the kiss of death whenever a lawyer tells

23   you that, but hopefully that's true.

24        Compare this place, Les Peters Halfway House,

25   with the Polk County Jail as far as -- well, in any way,

1   compare the two places.

2      A.   You get to wear your own shoes.  You can wear

3   better clothes here.  The food is a lot better.  It's

4   got a lot more taste.  The staff here will sit down and

5   talk to you and interact with you, play basketball with

6   you sometimes.  Sometimes they'll bring in something for

7   you for your birthday or something like that.  You have

8   therapists that you can talk to any time you want.  The

9   superintendent is really cool.  He does trivia things,

10   and if we get it right, we can get McDonald's or -- then

11   we have someplace called a Star Room, which is it has an

12   Xbox 360 and a flat screen TV.  And they have a flat

13   screen TV out in the day room where we watch pretty --

14   movies all day and TV, little things like that.  And

15   that's it.

16      Q.   Okay.  Is there any fighting here?

17      A.   Maybe once since I've been here.

18      Q.   And how was it broken up?

19      A.   The guards just separated them.

20      Q.   So hands-on?

21      A.   Yes.

22      Q.   How does the pepper spray work in stopping

23   fights based upon your observation?

24      A.   Like you bring your hands to your eyes because

25   it's burning so much and you just try to cover them so

1   it won't get in your eyes and mouth and everything.

2       Q.    So does it stop the fight pretty much

3   immediately?

4       A.    Huh?

5       Q.    Does it stop fight pretty much immediately?

6       A.    Depends on the people that are fighting.

7       Q.    Okay.  Tell me how that's different.

8       A.    Like if they want to keep on fighting, they

9   will.  If they don't, if they're not like used to the

10  pepper spray, they'll stop.

11      Q.    Have you ever kept on fighting after being

12  pepper sprayed?

13      A.    No.

14      Q.    And why is that?

15      A.    Because it burns so bad, I just can't fight,

16  and it wasn't worth getting sprayed more.

17      Q.    Do you know if you were sentenced as a juvenile

18  or as an adult?

19      A.    As a juvenile to this program.

20      Q.    Other than guards and medical personnel and

21  others working at the jail, did you have contact with

22  adults while you were at the Polk County Jail?

23      A.    No.  Only once where they came in to like to do

24  all this maintenance and everything and paint.

25      Q.    There was an earlier deposition that was taken

1    A.    Yes.  They gave me a soap, like a Dial soap or

2  something like that, just to help out with to wash my

3  face.

4    Q.    Other than that request for a different type of

5  soap, did you ever put any other requests regarding

6  medical issues?

7    A.    Not that -- not that I can recall.

8    Q.    Have you ever been diagnosed with a mental

9  illness?

10    A.    No, not I can recall.

11    Q.    And other than that one occasion when the guard

12  heard you say the word "suicide" in some fashion and you

13  were put on suicide watch, have you ever had any

14  suicidal ideations?

15        MR. CHASIN:  Objection; form of question.

16    A.    No.

17    Q.    You have not?

18    A.    No.

19    Q.    Correct, right?

20    A.    Yes.

21    Q.    Okay.  Have there been any fights here at Les

22  Peters that the guards do not know about?

23        MR. CHASIN:  Objection; calls for speculation.

24    A.    No.

25    Q.    Not to your knowledge?

64

```
 1        A.   No.

 2             MR. VAZQUEZ:  That's all I have for now.  Thank

 3        you.

 4             MS. GALLONI:  Let's take another quick break.

 5             THE VIDEOGRAPHER:  Okay.  Going off the record

 6        at 10:32 a.m.

 7             (Recess from 10:32 a.m. until 10:5a.m.)

 8             THE VIDEOGRAPHER:  Okay.  We're back on the

 9        record at 10:51 am.

10                          CROSS-EXAMINATION

11        BY MS. GALLONI:

12        Q.   Okay.  K     I just have a few follow-up

13        questions from what Mr. Campbell and Mr. Vazquez were

14        asking you earlier.

15             You talked a little bit about school on the

16        juvenile side at the jail, that you were there from

17        about 7:00 to 1:00 or 2:00 in the afternoon?

18        A.   Um-hmm.

19        Q.   Did you spend that whole time in the classroom?

20        A.   Oh, no.  You'd have -- sometime there's breaks

21        and you'd go to lunch.

22        Q.   Okay.  So how many hours altogether would you

23        say you were in school in a day?

24        A.   Maybe four to five hours.

25        Q.   Four to five.
```

WASILEWSKI COURT REPORTING
(888) 686-9890

1              Was the school at your grade level?

2      A.   No.  They just told us to do any work and just

3 have to pass time.

4      Q.   Just to pass time?

5      A.   Yeah.

6      Q.   You talked about some fights in the juvenile

7 side and on the direct file side that you were involved

8 in.  Where were the guards when the fights started?

9      A.   Sitting down at their desks playing with their

10 phones.

11     Q.   Did you -- were the guards ever stationed

12 inside the dorms?

13     A.   No.

14     Q.   Now, Mr. Campbell asked you about fights where

15 the guards responded with pepper spray or use of force.

16 Were there other fights when the guards did not do

17 anything at all?

18     A.   Sometimes.  This one fight over in Charley,

19 they just waited a little bit and watched it and

20 just....

21     Q.   And how -- how many fights would you say that

22 you saw at the jail yourself in total, whether the

23 guards responded or didn't respond?

24     A.   Eight to 10.  Eight to 10.

25     Q.   Okay.  Is there -- where would the kids go to

1    fight?

2         A.    Room four and eight.

3               THE COURT REPORTER:  I'm sorry?

4         Q.    And why would they go to --

5               THE WITNESS:  Room four and eight.

6               THE COURT REPORTER:  And eight.

7         Q.    Why would they go to rooms four and eight?

8         A.    So they wouldn't get pepper sprayed and so they

9    wouldn't get in trouble.

10        Q.    Could the guards see into rooms four and eight?

11        A.    I don't think so.

12        Q.    Do you think the guards knew that kids used

13   those rooms to fight?

14              MR. CAMPBELL:  Object to the form.

15        Q.    You can answer.  Do you think that the guards

16   knew that the kids go in there to fight?

17        A.    I think so.

18        Q.    And what makes you think that?

19        A.    Sometimes there's a lookout next to the door

20   and they would say something.  Then the guards would

21   come in.  All the kids would come out of that room like

22   out of breath and sometimes they get all swollen eye or

23   they're bleeding or something.

24        Q.    And the guards would see them come out like

25   that?

1      A.   I think so, yeah.

2      Q.   And did they do anything about it?

3      A.   No, not that I know of.

4      Q.   When you -- you talked a little bit about

5   seeing other kids get pepper sprayed after fights, did

6   you actually see whether the nurse came to talk to them

7   after they were pepper sprayed?

8           MR. CAMPBELL:  Object to the form.

9           MR. VAZQUEZ:  Join.

10     A.   No.  Just didn't never pay that much attention

11   to it.

12     Q.   Mr. Campbell asked you a little bit about the

13   differences between the DJJ facility in Bartow and the

14   jail.  At the DJJ facility in Bartow, did you see any

15   fights while you were there?

16     A.   Not many.

17     Q.   I'm sorry?

18     A.   Not many.

19     Q.   Okay.  Are guards in the dorm at the DJJ

20   facility?

21     A.   Yes, always.

22     Q.   Always.

23          Are there more guards at the DJJ facility?

24     A.   I think so, yeah.

25     Q.   Mr. Campbell asked you about when you were put

1   on suicide watch, that the -- I think you testified the

2   officer had heard you talking about suicide with Brandon

3   Gage.

4      A.   Um-hmm.

5      Q.   When the guard was putting you on suicide

6   watch, did you tell him that you were not suicidal?

7      A.   Yes.  I kept arguing back and forth, and he

8   said -- he didn't say anything.  He just ignored me.

9      Q.   Do you think the officer believed that you were

10   actually suicidal?

11         MR. CAMPBELL:  Object to the form.

12      A.   No.

13         MR. VAZQUEZ:  Join.

14      A.   No.

15      Q.   And why not?

16      A.   Maybe got a grudge against me or he might have

17   just didn't like me or something.

18      Q.   Was it the same guard who put you in the cage

19   for discipline in the first place?

20      A.   Yes.

21      Q.   You talked about having been involved in some

22   fights at the jail.  Did you have any injuries as a

23   result -- as a result of those fights?

24      A.   Maybe a black eye here and there, a busted lip,

25   cut on the face, little things like that.

1      Q.   Any bruises?

2      A.   Yeah.  Sometimes in your chest or ribs or face.

3      Q.   You talked about being pepper sprayed.  What --

4  what effects did you feel from the pepper spray?

5      A.   Burning really bad, itching.  That's it really.

6      Q.   The time that you were in the turtle suit, were

7  the effects any different from being pepper sprayed?

8      A.   I think so, because it was in an enclosed area

9  and there's like plastic around the cages, so it kept

10  like all the fumes in there, I think.

11      Q.   Were you barefoot in the cage?

12      A.   Yes.

13      Q.   Did you feel any burning on your feet?

14      A.   Yeah.  It was still on the ground.  That's

15  where they sprayed it at.

16      Q.   In terms of the guards' behavior overall, did

17  you ever hear them use the N word at the jail?

18      A.   Yeah.  Sometimes against other kids.

19      Q.   Can you give me some examples?

20      A.   Like if the kids are acting up or something,

21  there would say, "F-ing nigger."  Sometimes they were

22  like "Niggers these days," something like that.

23      Q.   And they would say that to black kids?

24      A.   Yeah.  Or like under their breath so they

25  couldn't hear them.

1      Q.   When you changed into the turtle suit -- sorry,

2    I'm going back now to the -- to the cage when they put

3    you on suicide watch -- were you in full view of

4    everybody when you had to take your clothes off and put

5    on the turtle suit?

6      A.   Yeah.

7      Q.   When you're inside the dorms, can you hear

8    everything that's happening in the cages that are

9    outside the dorm?

10     A.   Just depends if they're loud or not.

11     Q.   Mr. Campbell asked you about contact with

12   adults.  Did you ever see adult inmates while you were

13   at the jail?

14     A.   Yes.  Sometimes on the compound when they were

15   at rec or you can see them through visitation sometimes,

16   or when you're in medical area with the nurse, you can

17   see them bringing the lunch trays and everything.

18     Q.   Did you ever see guards put their hands on kids

19   at the jail?

20     A.   Yeah, to break up a fight.  Sometimes if the

21   kid wouldn't get in his room, they would push him in

22   there with force.

23     Q.   Even if there was no fight?

24     A.   Yes.

25     Q.   Did a guard ever put his hands on you?

1     A.   Yeah.  Officer Russell.

2     Q.   When was that?

3     A.   I think over in Delta Dorm when I was in room

4 two or three, where I wouldn't have listened to him, so

5 he pushed me in the room.

6     Q.   Okay.  Did you see officers push anybody else

7 specifically in a room that you can remember?

8     A.   Yeah.  K‾‾‾‾ and B⎰ ___ ⎱, they're room one.

9 And he was in there with me, he wouldn't get in there,

10 so Officer Russell pushed him and he fell to the ground.

11    Q.   You talked about being in the cage.  Were you

12 ever in any of the isolation rooms in the jail?

13    A.   Once, yeah.

14    Q.   And how long were you there?

15    A.   A few days.

16    Q.   Do you remember what they put you in there for?

17    A.   Something about disciplinary or something like

18 that.

19    Q.   So it was for discipline?

20    A.   Um-hmm.

21    Q.   When you went in, did they tell you how long

22 you'd be in there?

23    A.   No.

24    Q.   While you were at the jail, did they ever put

25 handcuffs on you?

1       A.   Yes.  We went back and forth from court, like

2    in cell, in transport, and when we went back and forth

3    from school.

4       Q.   To school?

5       A.   (Witness nodding head.)

6       Q.   When you were in the cage for suicide watch,

7    did an officer put his hands on you?

8       A.   Yeah.

9       Q.   What happened there?

10      A.   Right before I got put on suicide watch,

11   Officer Russell -- when I opened the door, I slammed it

12   because I was mad, and he put his hand around my neck to

13   make me stop or something.  I don't know.

14      Q.   Did you see any officer slam any other kid

15   while you were there?

16      A.   Yeah.  During fights, when they wouldn't break

17   it up or something like that.

18      Q.   And what would happen there?

19      A.   They'd pick up the kid and slam him.

20      Q.   Slam him on what?  The floor or the wall?

21      A.   The wall, the ground.  Just -- just break up

22   the fight, whatever they could do.

23           MS. GALLONI:  That's all I have.

24           MR. CAMPBELL:  Couple of follow-ups.

25

73

REDIRECT EXAMINATION

BY MR. CAMPBELL:

Q.    Other than the two times you mentioned that
Deputy Russell wouldn't -- pushed you into the room when
you wouldn't listen to him and pushed B⌐_____⌐ C▮ ¬ when
he wouldn't go into room one, do you remember any other
hands-on where kids were pushed into a room with force?

A.    When I was over in Charley Dorm.  A kid in, I
think, room two or three, where he wouldn't listen,
where he had to use force where he poked the kid up
against the wall, I think.  That's what I'd heard.

Q.    You didn't actually see that?  You heard about
it?

A.    No.  You just -- you can hear.  When he gets up
against the wall and everything, you can hear like the
footsteps and everything.

Q.    So you heard this happen?

A.    Yeah.

Q.    And where were you?

A.    Room one, right next to the door.

Q.    In the same dorm?  In Charley Dorm?

A.    Um-hmm.

Q.    And was that Deputy Russell as well?

A.    I don't think so.

Q.    Do you remember any other guards who used

1    hands-on to push you or others into a room when they

2    refused to go in?

3        A.   No.

4        Q.   And what guards do you remember using the N

5    word?

6        A.   Cunningham, Franklin, Brown.   That's it.

7    There's a few other ones, but I don't remember the

8    names.

9        Q.   The what?

10       A.   There's a few other ones, but I don't remember

11   the names.

12       Q.   And now the kids wouldn't never use that kind

13   of language, would they?

14       A.   Yeah, sometimes they would.

15       Q.   Oh, they would?

16       A.   (Witness nodding head.)

17       Q.   Do you -- do you know the song "Colt 45"?

18       A.   Um-hmm.

19       Q.   Was that what you and B____ were singing that

20   night when the pepper spray incident happened on suicide

21   watch in the cage?

22       A.   I think so.   Something like that.

23       Q.   And you mentioned that before you were put on

24   suicide watch that night that the guard came in when you

25   were slamming the door and pushed you around the neck?

1    A.   Um-hmm.

2    Q.   That's a yes?

3    A.   Um-hmm.

4    Q.   Which guard was that?

5    A.   Russell.

6    Q.   Now, you mentioned that the guards are not

7  inside the dorms.  They're sitting at their desk playing

8  with their phones when fights occurs?

9    A.   Sometimes, yes.

10    Q.   You also mentioned earlier every 15 to 20

11  minutes the guards make the rounds in the dorm, correct?

12    A.   Um-hmm.

13    Q.   That's a yes?

14    A.   Um-hmm.

15    Q.   That's a yes?

16    A.   Yes.

17    Q.   You got a double uh-huh that -- now, that's

18  new.  I do it all the time too.  That was a new one.

19        MR. CAMPBELL:  That's all I have.  Thank you.

20        THE WITNESS:  All right.

21        MR. VAZQUEZ:  I have some follow-up.

22              RECROSS-EXAMINATION

23  BY MR. VAZQUEZ:

24    Q.   Okay.  Do you recall you just gave some

25  testimony that although you had mentioned the word

1   "suicide" in some fashion, you denied being suicidal to

2   the guard; do you recall that?

3       A.   Yes.

4       Q.   Who was that guard?

5       A.   Russell.

6       Q.   Russell.  To your knowledge, does Deputy

7   Russell have a medical degree that you know of?

8       A.   No.

9       Q.   You don't know?

10      A.   No, I don't know.

11      Q.   How do you know that Deputy Russell did not

12  believe that you were suicidal?  Is that just a hunch?

13          MR. CHASIN:  Objection; form of question.

14      A.   I don't know.  Because I know he heard --

15  because I'm not suicidal and I kept arguing back and

16  forth saying I wasn't and B█████ G█___ even said I

17  wasn't, and he wouldn't listen.

18      Q.   Okay.  But you -- you had mentioned the word

19  "suicide --"

20      A.   Yes.

21      Q.   -- specifically?

22      You also mentioned when Ms. Galloni asked you

23  that during some of the fights that you were involved,

24  you had a black eye or a cut on the face; do you recall

25  that?

1      A.    Um-hmm.

2      Q.    Yes?

3      A.    Yes.

4      Q.    Were those the same fights for which you were

5  caught or are those different fights?

6      A.    Different fights, I think.

7      Q.    Okay.  And did you ever request any medical

8  attention regarding those alleged injuries?

9      A.    No.  I just -- I think the nurse came and saw

10  me.

11      Q.    Did you ever press any charges regarding those

12  other fights?

13      A.    No.  Just waived them.

14            MR. VAZQUEZ:  Okay.  Thank you.

15            Read?

16            MS. GALLONI:  We will read.  Thank you.

17            THE VIDEOGRAPHER:  All right.  We're going off

18       the record at 1 -- or 11:06 a.m.

19            THE COURT REPORTER:  You want this typed up

20       too?

21            MR. CAMPBELL:  Please.

22            THE COURT REPORTER:  They're ordering them all.

23            MS. GALLONI:  Okay.

24            THE COURT REPORTER:  So do y'all want copies?

25            MS. GALLONI:  Yes.