Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHANDA HUGHES, as guardian
and on behalf of J.B., a
minor, BRENDA SHEFFIELD, as
guardian and on behalf of
J.D., a minor; FRANKY
JEAN-PIERRE; MICHELLE MINOR,        Case No.:
as guardian and on behalf of        8:12-cv-00568- SDM-MAP
J.P., a minor; LISA JOBE, as
guardian and on behalf of
K.J., a minor; AMY GAGE, as
guardian and on behalf of
B.G., a minor; CRYSTAL
CUYLER, as guardian and on
behalf of D.M., a minor;
NIKEYTA MATTHEWS, as guardian
and on behalf of K.G., a
minor; and ANITA NAVA, as
guardian and on behalf of
A.H., a minor; on behalf of
themselves and all others
similarly situated,
    Plaintiffs,
vs.
GRADY JUDD, Polk County
Sheriff, in his official
capacity; and CORIZON HEALTH,
INC.,
    Defendants.

VIDEOTAPED DEPOSITION OF JESSICA CRANOR (Volume I)
        Taken on Behalf of the Plaintiff
    DATE TAKEN:        July 26, 2012
    TIME:             2:25 p.m. to 5:34 p.m.
    PLACE:            Sclafani Williams
                      Court Reporters
                      402 South Kentucky Avenue,
                      Suite 390
                      Lakeland, Florida
            Stenographically Reported by:
            Wendy Wyncoop, RPR, FPR

Page 20

1    A.    Like I said they're constantly watched.   If

2    there's a disturbance at first I try to deescalate it.

3    If I can't deescalate it then they're separated.

4    Q.    How do you attempt to deescalate a situation.

5    A.    Mostly with verbal deescalation.

6    Q.    And what does that entail?

7    A.    Go in there, asking them what the problem is,

8    trying to figure out why there's a disturbance, why

9    they're arguing, whatever the situation is.   I'm sure

10   they don't always tell me the truth, but if it can't be

11   squashed after the first time then they are separated.

12   Q.    And in what manner are they separated?

13   A.    I can only speak for the girls, but we would

14   probably lock them down in their cells.

15   Q.    Did you receive any type of certificate from

16   the Polk Academy when you did the dual certification?

17   A.    Yes.

18   Q.    What did you receive?

19   A.    I received my standards that I had to submit to

20   the State of Florida that's on file with FDLE.

21   Q.    Okay.   What does that mean standards, is like a

22   degree or --

23   A.    It's a certificate of graduation.

24   Q.    Thank you.

25   A.    Completion.

Jessica Cranor, 7/26/2012
Hughes v. Judd

Page 21

1    Q.    Do you have any other certificates or degrees?

2    A.    No.

3    Q.    Have you ever been arrested?

4    A.    No.

5    Q.    Have you ever been convicted of a crime?

6    A.    No.

7    Q.    How long have you worked at the Polk County

8    Sheriff's Office?

9    A.    Since August of 2010.

10   Q.    And what is your current position?

11   A.    Detention deputy.

12   Q.    And what are your duties in that position?

13   A.    Care, custody and control.

14   Q.    And where do you work in the Central County

15   Jail?

16   A.    Usually on building 2 south side with the

17   female juveniles.

18   Q.    Now, if you're working with the female

19   juveniles can you also within the same shift work with

20   adult females?

21   A.    Yes.  But I cannot work with adult females and

22   go back to working with juveniles.

23   Q.    When were the female juveniles brought to

24   Central County Jail?

25   A.    October 2011.

Page 22

1    Q.    What did you do before being employed at Polk

2    County Sheriff's Office?

3    A.    Child care.

4    Q.    Where did do you that at?

5    A.    Publix Child Development Center.

6    Q.    How long did you do that for?

7    A.    I believe June 2008 until I started the academy

8    in December 2009.

9    Q.    Had you ever worked there before?

10   A.    Yes.

11   Q.    And when did you work?

12   A.    I want to say 2003 to 2005.

13   Q.    And what did you do in that position?

14   A.    I was mostly in charge of infants.

15   Q.    And what were your duties?

16   A.    Change diapers, feed them, put them to sleep,

17   things like that.

18   Q.    How many days a week do you work at the Central

19   County Jail?

20   A.    It varies.

21   Q.    What's your normal schedule?

22   A.    It varies week to week.

23   Q.    Are you part of a platoon?

24   A.    Yes.

25   Q.    What is your platoon?

Page 31

1    A.   No.

2    Q.   Do you recall when that fight occurred?

3    A.   No.

4    Q.   Was it more than a month ago?

5    A.   Yes.

6    Q.   Was it more than three months ago?

7    A.   I do not know.

8    Q.   How often do you work with the adult female

9  inmates?

10   A.   Since we took on the juveniles in October I can

11 only recall twice, and once was on a different shift for

12 overtime.

13   Q.   How long would the overtime shift have been?

14   A.   Twelve hours.

15   Q.   Do you recall if you worked the adult shift

16 prior to then going in the juvenile shift or after you

17 had worked a shift on the juvenile?

18   A.   After I worked a shift with the juveniles.

19   Q.   And when were you due back in after you worked

20 the adult female inmate shift?

21   A.   It was on a Friday night.  I was due back to

22 work Monday night.

23   Q.   Is there a rule as far as once you do a shift

24 for the adult females when you can then work a shift for

25 the juvenile females?

Page 32

1      A.    I could work with the adults and then have a

2   twelve hour break between shifts and then work with the

3   juveniles.

4      Q.    When were you first made aware that Central

5   County Jail would be housing juvenile females?

6      A.    I do not recall.

7      Q.    What preparations were done in order to prepare

8   the Central County Jail for housing juvenile females?

9      A.    I couldn't answer that because I didn't do the

10   preparations.

11      Q.    Were you provided any training with regard to

12   being assigned to juvenile females?

13      A.    Yes.

14      Q.    What training were you given?

15      A.    We were given a month of training eight hours a

16   day for every off day in that month that I can recall.

17   I want to say it was maybe not every day, maybe every

18   Tuesday and Thursday in that month -- every off Tuesday

19   and Thursday for eight hours.

20      Q.    What if you had to work on a Tuesday or

21   Thursday?

22      A.    They had it scheduled by platoons, so it was

23   the days that we had scheduled off.

24      Q.    What did that training include?

25      A.    We were taught things such as obviously we

Page 52

1    Q.   Anything else in order to mentor Ms. G

2    other than speaking to her about her charges?

3    A.   I'm sure there were others.  It was a daily

4    process with her, but I couldn't recall.  I couldn't

5    recall specifically.

6    Q.   Any discussions between you and Ms. G

7    regarding her use of profanity?

8    A.   No.

9    Q.   Is Ms. G      a direct file juvenile or

10   pre-adjudicated juvenile?

11   A.   Pre-adjudicated.

12   Q.   How old is Ms. G      ?

13   A.   I believe she's fifteen.

14   Q.   How tall is Ms. G      ?

15   A.   I'm not sure.  Taller than me.

16   Q.   And I'm sorry, I know you told me.  How tall

17   are you?

18   A.   5'5".

19   Q.   So Ms. G      is taller than 5'5"?

20   A.   Yes.

21   Q.   How much does Ms. G      weigh?

22   A.   I'm not sure.

23   Q.   Can you make any type of approximation to

24   Ms. G      's weight?

25   A.   I would say maybe about 170.

Page 55

1     A.    Before lockdown.

2     Q.    And how about after lockdown?

3     A.    No, unless they need to use the restroom.

4     Q.    Now, is that by rule or are they physically

5  restrained in the bunk?

6     A.    By rule.

7     Q.    But other than the rule they could get up from

8  the bunk?

9     A.    Correct.

10     Q.    I would ask you to please take me through a

11  typical day that you have supervising the juveniles

12  starting, you know, what time you show up and take me

13  through the day, please?

14     A.    When we come on we go into the dorms, we do

15  dorm round and head counts, usually we'll do our

16  sanitation and shake down within the first 15 minutes,

17  sometimes later.  They are allowed up from 6:00 to 9:00

18  where they can make phone calls, socialize, write

19  letters at the day room table, whatever they want to do.

20        They are given a snack in that time usually

21  within the first hour of us arriving on shift at 6:00.

22  They are given mail.  They have board games and cards

23  and things like that they can play with.  Sometimes

24  they'll have Youth for Christ come in for church

25  services, and they are locked down at 9:00.

Page 56

1    Sometimes they'll have a movie.  If the movie

2  goes longer than 9:00 and we've had no issues we'll

3  leave the movie on even after they've been locked down.

4  They get up at 4:00 for breakfast.  They are fed

5  breakfast, given medication if they are to receive any,

6  and they go back to bed, and we are relieved at 6:00

7  a.m.

8    Q.    Who distributes the medication?

9    A.    The nurse.

10   Q.    Do you need to escort the nurse when he or she

11 distributes the medication?

12   A.    Yes.

13   Q.    And does that mean you escort them to each

14 individual juvenile's room to distribute the medication.

15   A.    No.  Normally they'll stand at the dorm door,

16 and we'll open the cells for the juveniles to receive

17 medication.  They come out and take the medication and

18 return to their dorm.

19   Q.    What time are the meds given out?

20   A.    Between 5:00 and 6:00.

21   Q.    4:00 a.m. is the breakfast.  Where do the

22 children eat?

23   A.    In their cells.

24   Q.    Are they allowed out of their -- are the

25 juveniles allowed out of their rooms at all between 4:00

Page 60

1      A.    We stop at each cell door, make sure we see a

2  person in there.

3      Q.    What's the next thing you do after head count?

4      A.    Usually we'll go out and read the log book, see

5  if there's anything that we need to know about what

6  occurred, see if we got any new ones or lost any females

7  that were released.  We make sure their beds are made

8  and no writing on the walls, and they're let up for

9  lockdown.

10     Q.    How do you ensure that there's no writing on

11 their walls?

12     A.    We enter the cell.

13     Q.    When do you do that?

14     A.    When they are being let off lockdown.

15     Q.    What types of information would be contained in

16 the log book that you check when you first arrive?

17     A.    Like I said head counts, if we received any new

18 females, if any of the females were released, if a

19 specific female has a demeanor that's not typical for

20 her a deputy might write it down in the book so we know

21 to be aware.

22     Q.    Would any of the information that you just told

23 me that would be contained in the log book also be

24 conveyed to you in the briefing?

25     A.    Some incidents, yes.

Page 61

1      Q.    And what is the next thing you do after you

2    read the log book?

3      A.    That's when we go in there and check their

4    cells and make sure their beds are made and there's no

5    writing on the walls.

6      Q.    And then what do you do after that?

7      A.    We take them off lockdown.

8      Q.    And what does taking them off lockdown mean?

9      A.    They are allowed to exit their cells so they

10   can socialize with each other.  If Youth for Christ

11   comes in they'll be out of their dorm rooms so they can

12   talk to Youth for Christ if they wish.  They get their

13   snack, get their mail.

14     Q.    And approximately what time would you say they

15   are allowed to leave their rooms?

16     A.    Between 6:00 and 6:30.

17     Q.    And what time do they have go back into their

18   rooms?

19     A.    9:00.

20     Q.    Now, you listed some activities that they are

21   allowed to partake in in the common area such as board

22   games and playing cards and the like?

23     A.    Uh-huh.

24     Q.    Is there anything else you can think of that

25   they're allowed to do in the common area?

Page 62

1      A.    We've let them color with crayons, some of them

2    will stay out and write letters.

3      Q.    Are these items such as board games and the

4    playing cards always made available?

5      A.    Yes.

6      Q.    Are they ever taken away for any reason?

7      A.    I have not taken them away, no.

8      Q.    Have you ever been instructed that in certain

9    situations you should take away things like board games

10   or playing cards?

11     A.    Not that I recall.

12     Q.    Is there a TV in each dorm area?

13     A.    Yes.

14     Q.    When is that TV on?

15     A.    Between 6:00 and 9:00.  Sometimes the girls

16   request that they not be on because sometimes there's

17   not a movie or there's nothing on that they prefer to

18   watch and they would rather talk.

19     Q.    Who chooses what's on the TV?

20     A.    There's a TV in the supervisor office.  They

21   decide that.

22     Q.    The supervisor office in building 2?

23     A.    The supervisor's office is upstairs.

24     Q.    In building 2?

25     A.    No.

Page 64

1   Q.   And once the children are out in the common

2   area what are your duties?

3   A.   Basically keep sight of them, obviously we

4   still have to do our dorm rounds every 15 minutes or

5   less.  Like I said the watches are allowed to get off

6   their bunks if it's not lockdown, but we still have to

7   keep an eye on them and hit a specific log just for

8   them.

9   Q.   I'm sorry, could -- you said that so that --

10  the juvenile on direct observation on the bunk they are

11  referred to as watches?

12  A.   Well, because there's more than one.  There's a

13  direct observation which is classified as somebody who

14  has previous incidents I guess of trying to harm

15  themselves.  That's medical's thing.  I have nothing to

16  do with that deciding whether they go on that or not.

17  And there is a step down which a close observation.

18  Q.   And what is a close observation for?

19  A.   A step down -- the close observation is for a

20  female that's coming off a direct observation even

21  though they've been medically cleared by mental health

22  they still have to be on a close observation for a

23  certain amount of time.

24  Q.   So who decides how much time they are on close

25  observation?

Page 65

1    A.    Medical.

2    Q.    Who decides how long a juvenile is on direct

3  observation?

4    A.    Medical.

5    Q.    During the period of approximately 6:30 a.m. --

6  6:30 p.m. to 9:00 p.m. when the juveniles allowed out in

7  the common area is that what you were referring to that

8  a watch juvenile, one that's on observation either

9  direct or close can get out of the bunk?

10    A.    Yes.

11    Q.    Can either a direct observation or close

12  observation get out of the bunk during that open area

13  common area out time?

14    A.    Yes.

15    Q.    Are they -- are the direct observation or close

16  observation juveniles restricted in any way in their

17  movements during the out time when the juveniles are

18  allowed out of the common area?

19    A.    They're not allowed to go up the staircase.

20    Q.    Anything else?

21    A.    That's the only thing that comes to mind.

22    Q.    Can they engage in the games such as board

23  games and play cards?

24    A.    Yes.

25    Q.    Can they use the telephone?

Page 66

1    A.   Yes.

2    Q.   Do you need to have money to use the telephone?

3    A.   Yes.

4    Q.   Are either the direct observation or close

5 observation juveniles in the common area during the out

6 time with other juveniles?

7    A.   Yes.

8    Q.   So direct observation or close observation

9 juveniles are not separated and put in a dorm by

10 themselves?

11    A.   Right.

12    Q.   Okay.  So while the juveniles are on an out

13 time what are you doing during that period?

14    A.   It just varies.  Most of our time is taken up

15 when we're doing dorm rounds or feeding snack or handing

16 out mail.  We'll stand in the dorms and talk to the

17 juveniles.

18    Q.   How are dorm rounds conducted?  Actually, I'm

19 sorry, let me just strike that.

20    How are dorm rounds conducted while the

21 juveniles are in the common area in out time?

22    A.   Walk in, check all the cells that have

23 occupants, check on your watches, make sure they are

24 breathing.

25    Q.   And just to be clear a watch is either close

Page 72

1   the occasions that they told you they had mental health

2   issues?

3        A.   Yes.

4        Q.   What did you do in response to learning that

5   the juveniles were suffering from mental health issues?

6        A.   Nothing.

7        Q.   For what reasons is a deputy allowed to place a

8   juvenile on direct observation?

9        A.   If they're actively trying to harm themselves.

10       Q.   Any other reasons?

11       A.   They can state that they're suicidal.

12       Q.   Anything else?

13       A.   Not that I can recall at this moment.

14  Obviously they can state they're wanting to harm

15  themselves, something like that.  They don't necessarily

16  have to say suicidal.

17       Q.   Have you ever placed a juvenile on direct

18  observation?

19       A.   I have.

20       Q.   On how many occasions have you placed a

21  juvenile on direct observation?

22       A.   Two that I can recall.

23       Q.   And tell me about each of those, please?

24       A.   The girls had taken pencils that were issued to

25  them to write letters and things of that nature and were

Page 73

1    carving their skin with the pencils.

2        Q.    So did you place both of these juveniles on

3    direct observation?

4        A.    Yes.

5        Q.    What did you do upon first seeing the girls

6    carving their skin with the pencils?

7        A.    I asked them why they did it.  They didn't have

8    an answer for me, and obviously it states if they're

9    actively trying to harm themselves they are to be placed

10   on direct observation so --

11       Q.    And so what did you do with each of these

12   girls?

13       A.    They were taken to the nurse, spoke with the

14   nurse and the nurse said okay, they're on a direct

15   observation.

16       Q.    And then what happened?

17       A.    The logs was started at the time that the nurse

18   decided to start the direct observation.  They were

19   placed on bunks in the day room and a log was kept every

20   15 minutes or less for them.

21       Q.    And the day room is the dorm common area?

22       A.    Yes.

23       Q.    Were both girls brought back to the same day

24   room?

25       A.    Yes.

Page 84

1        THE VIDEOGRAPHER:   We are off the video record.

2            (Recess from 4:38 until 4:46 p.m.)

3        THE VIDEOGRAPHER:   We are back on the video

4    record.

5        Q.    Are there cameras in the juvenile female

6    facility?

7        A.    Yes.

8        Q.    Where are those cameras located?

9        A.    In the dorms.

10       Q.    In the dorm common areas?

11       A.    Uh-huh, yes.

12       Q.    Are there any video cameras in the individual

13   rooms?

14       A.    No.

15       Q.    What do you call the area where you sit at the

16   desk?  What is that area called?

17       A.    That would just be the common area is what we

18   usually call it.

19       Q.    Are there any video cameras in that common

20   area?

21       A.    No, not to my knowledge.

22       Q.    Who watches the video cameras that are located

23   inside the dorm rooms?

24       A.    I don't know.  I don't, so I wouldn't know the

25   answer to that question.

Page 85

1      Q.    Have you ever been shown video from the

2   juvenile facility?

3      A.    No, I have not.

4      Q.    Have you ever been shown video from the adult

5   facility?

6      A.    No, I have not.

7      Q.    In October 2011 when juvenile females were

8   first brought to the Central County Jail how many direct

9   file females were brought?

10      A.    Two.

11      Q.    And at that time how many pre-adjudicated

12   females?

13      A.    I couldn't be sure.

14      Q.    When did the first juvenile females arrive at

15   Central County Jail?

16      A.    Are we speaking pre-adjudicated or direct file

17   because --

18      Q.    Direct file.

19      A.    Because direct files were kept in isolation in

20   building four before we started the juvenile program in

21   October.

22      Q.    So when did the direct file juvenile females

23   first arrive?

24      A.    I could not answer that.

25      Q.    Tell me about the isolation in building 4.

Page 86

1    A.   Their cells they have food flaps.  There's a

2 slab for them to put their mat on and their personal

3 belongings.  There's a door to the isolation area that

4 gets closed, and there's a log kept every 15 minutes or

5 less in the isolation area.

6    Q.   Were you supervising any of the direct file

7 juvenile females kept in isolation in building 4?

8    A.   I was working in building 4, yes, when they

9 were there.

10   Q.   Did your duty ever include checking on the

11 direct file juvenile females kept in isolation in

12 building 4?

13   A.   Yes.

14   MR. MCKINLEY:  Object to form.

15   Q.   Who were the two direct file juvenile females

16 kept in isolation in building 4?

17   A.   V      ,  V      , and K        G

18   Q.   Were both juveniles in one isolation room?

19   A.   No.

20   Q.   Have you seen the isolation rooms used for

21 juvenile males?

22   A.   In building 4?

23   Q.   Yes.

24   A.   No.

25   Q.   Are you aware if the isolation rooms in

Page 87

1    building 4 that the two direct file juvenile females

2    were kept is the same isolation room that's used for the

3    juvenile males?

4         A.    Yes.

5         Q.    It's the same type of isolation room?

6         A.    Yes.

7         Q.    Thank you.  Why was it that you were in charge

8    of -- strike that.

9              When the two direct file juveniles were kept in

10   isolation in building 4 was a guard present at all

11   times?

12        A.    No.

13        Q.    Would a deputy be stationed outside of the

14   entrance to the isolation rooms?

15        A.    No.

16        Q.    And when I say the entrance I mean the actual

17   entrance to the walkway to get to the isolation rooms?

18        A.    No.

19        Q.    Which deputy's responsibility was it to

20   supervise the two direct file juvenile females kept in

21   isolation in building 4?

22        A.    No deputy was delegated to specifically check

23   on them.  It was every 15 minutes we knew we needed to

24   hit the log, and we would go in there and hit the log

25   and check on them in their cells.

Page 88

1  Q. Were adult females housed in building 4 at this

2 time?

3  A. Yes.

4  Q. In what proximity were the adult females being

5 housed in relation to the isolation rooms in building 4?

6  A. They were in the dorms of the building.

7  Q. So would you say it's similar to the setup in

8 the juvenile male dorm where there's the dorms and then

9 there's the isolation rooms?

10  A. Yes.

11  Q. How many deputies are on duty supervising the

12 adult females in building 4 at this time?

13  A. An average of two.

14  Q. And so it was the responsibility of one of the

15 two deputies supervising the adult females in building 4

16 at that time to also supervise the two direct file

17 juvenile females that were kept in isolation.

18  MR. MCKINLEY: Object to form.

19  A. Yes.

20  Q. What was the reason the two direct file

21 juvenile females were kept in isolation?

22  A. To be separated from the adult population.

23  Q. Is that the only reason?

24  A. That I know of.

25  Q. Were either of these two direct file juvenile

Page 89

1    females on any type of watch?

2        A.    No.

3        Q.    Were these two direct file juvenile females

4    ever allowed to leave the isolation rooms?

5        A.    On my shift when I was present, no.

6        Q.    So they didn't receive any type of out time as

7    juvenile females do now?

8        A.    On day shift to my knowledge they were allowed

9    to take showers, make phone calls, things of that

10   nature.  I was not there to witness it though, so I

11   don't know.

12       Q.    Were the direct file juveniles that were housed

13   in isolation building 4 at this time provided recreation

14   time?

15       A.    I don't know.

16       Q.    Is recreation time something that is kept in a

17   log book?

18       A.    I don't think that they keep track of times,

19   but normally they would write that the girls went out

20   for recreation.

21       Q.    Do you recall any instance of reading that

22   these two direct file juveniles in isolation had

23   received recreation time?

24       A.    No.

25       Q.    Where would those two direct file juveniles

1  kept in isolation in building 4 shower?

2      A.    There's a shower in the isolation area.

3      Q.    So were they able to shower whenever they

4  liked?

5      A.    Not on night shift.

6      Q.    Why is that?

7      A.    We don't allow isolation out for showers on

8  night shift.

9      Q.    The shower is outside of the isolation room?

10     A.    No.  It's inside the isolation room.  There's a

11  door that closes to the isolation area and that closes

12  them off from all adult activity, whatever is going on

13  outside that door, and there's a shower in there for

14  them to use.

15     Q.    And the shower is outside the individual --

16     A.    Cell, yes, correct.

17     Q.    And they are locked in their individual rooms?

18     A.    Yes.

19     Q.    At all times?

20     A.    I don't know.

21     Q.    Did you ever work a shift when the door to the

22  individual room within the isolation room was not

23  locked?

24     A.    That leads into the isolation area?

25     Q.    Are you ever -- did you ever work a shift where

Page 91

1   the individual juvenile's dorm -- I've got to use cell.

2   Did you ever work a shift where the juvenile in the

3   isolation cell that door was unlocked?

4        A.   No.   The only time it was unlocked is if there

5   was a deputy in there for any reason.

6        Q.   When were those two direct file juveniles that

7   were kept in isolation allowed to use the telephone?

8        A.   Day shift.

9        Q.   How do you know they were allowed to use the

10  phone?

11       A.   I never saw it personally.

12       Q.   You're just assuming?

13       A.   That's the policy.   They're supposed to be

14  allowed out for phone calls on day shift.

15       Q.   And which policy is that?

16       A.   I'm not sure.   I've never worked day shift so I

17  really couldn't tell you.

18       Q.   Is that a general policy that everyone gets to

19  use the phone every day or was that specific to this

20  incident where two direct file juveniles were kept in

21  isolation?

22       A.   I don't understand your question.

23       Q.   The policy that you referred to about being

24  able to use the phone, was that policy directed

25  specifically at these two direct file juveniles in

Page 92

1  isolation?

2       A.   No.   Anybody in isolation.

3       Q.   Anyone in isolation?

4       A.   Right.

5       Q.   Anyone in isolation is allowed to use the phone

6  each day?

7       A.   Unless there's extenuating circumstances -- I

8  don't know, and that's strictly something I've been

9  told.  Like I said I've never had to follow that policy.

10      Q.   When did the two direct file juveniles that

11  were in isolation shower?

12      A.   They're supposed to shower on day shift.

13      Q.   Where did these two direct file juveniles in

14  isolation eat their breakfast?

15      A.   In their cells.

16      Q.   What time would they receive breakfast?

17      A.   4:00.

18      Q.   Did you provide these two direct file juveniles

19  with a snack each shift?

20      A.   No.

21      Q.   Why not?

22      A.   It wasn't provided to us to give to them.

23      Q.   When did those two direct file juveniles in

24  isolation eat dinner?

25      A.   I don't know.  I wasn't present for that.

Page 93

1    Q.   Is there a log kept of when the direct file

2  juveniles were provided with dinner?

3    A.   We have an isolation log, yes, that would have

4  it written on there.

5    Q.   On your shift, night shift, what interaction

6  did you have with these two direct file juveniles kept

7  in isolation?

8    A.   Normally just when I would go in there to hit

9  the log sometimes I would stop and talk to them.  If

10  they had questions about phone calls or anything like

11  that I would answer their question.  They would tell me

12  about why they were in there or their court case.

13    Q.   Anything else?

14    A.   Not that I can recall.

15    Q.   Did you have any other duties with regard to

16  these two direct file juvenile females in the isolation?

17    A.   Not that I know of.

18    Q.   How long were these two direct file juveniles

19  kept in isolation?

20    A.   I can only tell you when they were moved from

21  isolation which was in October.  I don't know when they

22  were placed there.

23    Q.   Do you know when in October they were removed?

24    A.   I wasn't present, so no.

25    Q.   Do you know if it was the end of the month of

Page 94

1    October?

2        A.    I believe it was the beginning.

3        Q.    Beginning of the month of October?

4        A.    Uh-huh.

5        Q.    And where are the two direct file juveniles

6    that were in isolation, where did they go?

7        A.    If I recall correctly Golf dorm.

8        Q.    How old were these two direct file juveniles in

9    isolation?

10       A.    I believe they were sixteen.

11       Q.    Both of them were sixteen?

12       A.    I don't know for sure.

13       Q.    Did you encounter any incidents with regard to

14   the two direct file juveniles that were kept in

15   isolation during that period of time?

16       A.    I'm sorry, could you rephrase the question?

17       Q.    Sure.  Did you encounter any incidents with

18   regard to these two direct file juveniles that were

19   being kept in isolation?

20       A.    I'm not sure what you mean by incidents.

21       Q.    Okay.  Did you prepare an incident report

22   related to either of these two direct file juveniles

23   while they were in isolation?

24       A.    I can't recall.  I don't know.

25       Q.    Are you aware if any deputy created an incident

Page 95

1  report with respect to these two direct file juveniles

2  kept in isolation?

3      A.   No.

4      MR. MCKINLEY:  I'm just going to check with

5  you.  You keep saying kept in isolation.  Do you

6  mean on isolation watch or do you mean in an

7  isolation area.

8      MR. RINDONE:  I believe the testimony was they

9  were kept in an isolation -- they were kept in a

10  cell in an individual room within the isolation

11  room.

12      MR. MCKINLEY:  I'm just checking because I

13  think there may be a distinction between being on

14  isolation watch and being in an area that's designed

15  to house people for isolation purposes.

16      MR. RINDONE:  Can we go off the record for a

17  minute?

18      THE VIDEOGRAPHER:  We are off the video record.

19         (Discussion off the record.)

20      THE VIDEOGRAPHER:  We are back on the video

21  record.

22      Q.   Are there currently isolation rooms in the

23  current juvenile female facility?

24      A.   No.

25      Q.   Are there cages in the juvenile female

Page 96

1    facility?

2        A.    No.

3        Q.    The two juvenile females in the isolation room

4    in building 4 at that time, was there any way for them

5    to get your attention if they needed something?

6        A.    Yes, I would say so.

7        Q.    How would they do that?

8        A.    Really we left their food flaps open so all

9    they would have to do is yell for us and we could hear

10   them.

11       Q.    You could hear them through the closed door

12   that leads into the room full of rooms?

13       A.    I wouldn't know because I never experienced

14   that incident.

15       Q.    Did one of these two direct file juvenile

16   females that were kept in the isolation rooms ever try

17   to contact you?

18       A.    Not that I can recall.

19       Q.    Have you ever arrived on one of your 15 minute

20   rounds for either of these two direct fill juveniles

21   that were held in the isolation room and they needed

22   something?

23       A.    I can't recall a specific incident but I'm

24   sure.

25       Q.    How much interaction would you have with the

Page 97

1  two direct file female juveniles that were kept in

2  isolation at this time -- in the isolation rooms?

3      A.   When I would go in there to do my dorm rounds

4  or to do my patrol.

5      Q.   So on an average shift how much time would you

6  say you spent in the isolation room area?

7      A.   It would be at least four per hour for twelve

8  hours.

9      Q.   Four what per hour?

10     A.   Four times that I would go in there at least.

11     Q.   And on average how long would you spend in

12  there on one occasion?

13     A.   It depends.  If they were asleep I would go in,

14  check their rooms, hit the log and I would leave.  If

15  they were awake sometimes I would spend upwards of 15

16  minutes in there with them.

17     Q.   What would happen to the other duties that you

18  had while you were in the isolation room area for 15

19  minutes?

20     A.   The other deputy would be taking care of them.

21     Q.   Approximately how many adult females were

22  housed in building 4 at that time when the two direct

23  file juvenile females were in the isolation rooms?

24     A.   I couldn't recall.  If he was I was going to

25  guess I would say about 300.

Page 98

1     Q.    How many dorm rooms were there for the adult

2   females?

3     A.    How many dorms?

4     Q.    Uh-huh.

5     A.    There was four.

6     Q.    Four?

7     A.    I'm sorry, six.

8     Q.    It's the same for juvenile and adults?

9     A.    Right.

10    Q.    Can you tell me about the incident you referred

11  to where Ms. G'    escalated after using profanity?

12    A.    What would you like to know?

13    Q.    What happened after she was using profanity?

14    A.    She was using profanity pretty much all night.

15  I actually went to the restroom, and while I was in the

16  restroom I heard Ms. Bell call for Hotel dorm.  When I

17  got over there Ms. C    was standing on the steps and

18  she was threatening to jump off the top tier of the

19  steps -- top tier of the dorm, sorry.

20    Q.    What do you mean by Ms. Bell called for Hotel

21  dorm?  What does that mean?

22    A.    On the radio she called for it to be opened.

23    Q.    And what happened when you arrived?

24    A.    When I walked into the common area I could hear

25  Ms. G_   calling Ms. Bell some expletives.  I'm not

Page 99

1   sure I could repeat exactly.  Ms. Bell informed me that

2   she was threatening to jump off the top tier.

3       Q.   Ms. Bell informed you that Ms. G⁻⁻ was

4   threatening to jump off the top tier?

5       A.   Yes.

6       Q.   Did you ever hear Ms. G   threaten to jump

7   off the top tier on this occasion?

8       A.   I did not, but I witnessed her on the steps and

9   she had been told several times that she was not allowed

10  to go on the steps while she was on a direct

11  observation.

12      Q.   When did this incident occur?

13      A.   I believe it was in January.

14      Q.   What time of the evening or early morning did

15  it occur?

16      A.   I couldn't tell you.

17      Q.   Why was Ms. G      on direct observation?

18      A.   She threatened to kill herself on several

19  occasions.  I don't believe I'm the one who placed her

20  on direct observation though.

21      Q.   Do you know who placed her on direct

22  observation?

23      A.   I do not.  She was on it several times while

24  she was housed with us.

25      Q.   Do you know how long she had been on direct

Page 100

1    observation on this January evening that we're talking

2    about?

3         A.   I do not.

4         Q.   So what happened next after you arrived and

5    viewed Ms. G     on the top tier steps?

6         A.   I witnessed Ms. Bell telling her to return to

7    her bunk.  She kept refusing saying that she wasn't

8    going to come off the steps.  She called Ms. Bell some

9    more expletives.  We called for supervisors over the

10   radio.

11        Q.   And explain to me about calling the

12   supervisors?

13        A.   We asked them to start heading down to the

14   building.

15        Q.   What is the procedure to call in others?

16        A.   We go on the radio, and we usually call for

17   assistance.  We would say we need assistance in such and

18   such dorm.

19        Q.   What are the reasons to call for assistance?

20        A.   For supervisors the main reason would be if

21   we're having a disturbance for them to respond and help

22   us figure out a way to deal with it.

23        Q.   And in this instance who responded?

24        A.   Lieutenant Palmer and Sergeant McGraw.

25        Q.   Are either Palmer or McGraw males?

Page 101

1      A.    They both are.

2      Q.    When are males allowed in the juvenile female

3  facility?

4      A.    I would say at any time.  They don't

5  specifically work with the female juveniles though.

6  They usually call for the showers to be cleared before

7  they'll enter the juvenile facility.

8      Q.    How often do males visit the juvenile female

9  facility?

10     A.    Well, since both my supervisors are male on a

11 nightly basis.

12     Q.    Is that once per night or multiple times?

13     A.    Once normally, two at the most unless we have

14 an incident that they have to respond to.

15     Q.    What is the purpose of their visit?

16     A.    To basically physically inspect the dorms, make

17 sure everything is okay, check on us, make sure that

18 we're okay, and then they'll write on our log that they

19 were there.

20     Q.    Have you encountered a male visit the female

21 juvenile facility while females were showering?

22     A.    No.

23     Q.    Have you heard of an occasion where a male

24 entered the juvenile female facility while the juvenile

25 females were taking a shower?

Page 105

1      Q.    When the supervisors arrived was Ms. G

2   still on the top tier steps?

3      A.    I don't recall.  I know she wasn't on her bunk

4   like she was instructed to be.

5      Q.    What happened after the supervisors arrived?

6      A.    If I recall correctly Lieutenant Palmer told

7   her that she needed to be on her bunk or she -- we would

8   have to shackle her because she was threatening to harm

9   herself.  She refused a few more times.  And Sergeant

10  McGraw was there, and he eventually persuaded her to get

11  back on her bunk.

12     Q.    How did he persuade her to get back on her

13  bunk?

14     A.    He warned her that if we had to keep giving her

15  warnings that we would have to shackle her to the bunk.

16     Q.    And how did Ms. G     react to that?

17     A.    A couple F you's.

18     Q.    And then what?

19     A.    She got on her bunk.

20     Q.    When McGraw made these statements to her where

21  was Ms. G

22     A.    I couldn't recall that, somewhere between the

23  stairs and the bunk.  She might have been standing just

24  on the level floor at that moment.

25     Q.    And what did Ms. G     do after McGraw made

Page 106

1   these statements?

2       A.   Like I said she used some profanity and then

3   she got on her bunk.

4       Q.   Did Ms. G    walk from where she was standing

5   to her bunk?

6       A.   After at least a minute of us talking to her

7   and telling her what was going to happen, yes, she did.

8       Q.   Did anyone accompany Ms. G    to her bunk?

9       A.   No.

10      Q.   What happened after Ms. G    went to her bunk?

11      A.   Me and Ms. Bell and the two supervisors went

12  back out to the desk.  We briefed them on what had

13  happened as far as me going to the bathroom, coming

14  back, hearing her speaking to Ms. Bell.  And as we were

15  doing this Ms. G    decided she wanted to get off her

16  bunk again.

17      Q.   What happened when Ms. G   left her bunk?

18      A.   We went back into the dorm, she was told to

19  return to her bunk several more times.  I can't recall

20  if she went back to the stairs or she was just standing

21  on the concrete.  But they told her several times go

22  back to her bunk, and then she decided to sit at the day

23  room table with her head down.

24      Q.   Were the supervisors still present at this

25  time?

Page 107

1      A.    Yes.

2      Q.    What happened after Ms. G      sat down at the

3  day room table?

4      A.    I can't recall exactly.  I know she was told

5  several more times to return to her bunk or -- I can't

6  recall if they told her she was going to be sprayed or

7  not, but that is eventually what happened.  She was

8  sprayed with pepper spray.

9      Q.    Who sprayed her with pepper spray?

10      A.    I did.

11      Q.    Why did you spray her with pepper spray?

12      A.    When I put my hand on Ms. G    's back while

13  she was sitting at the table -- I was going to guide her

14  to her bunk, and when I put my hand on her back she

15  shoved against my hand, and then Sergeant McGraw

16  informed me that I needed to spray her.

17      Q.    I'm sorry, she shoved against what?

18      A.    My hand.  I went to put my hand on her back and

19  she shoved against my hand.

20      Q.    What did you say to Ms. -- strike that.

21            What did you do prior to putting your hand on

22  Ms. G    's back?

23      A.    I don't recall exactly.

24      Q.    Did you say anything to Ms. G     before you

25  put your hand on her back?

Page 108

1    A.   I believe I said something in the nature of

2  come on, D    , let's get to your bunk, something of

3  that nature or come on, D   . let's go, something like

4  that.

5    Q.   Did Ms. G    give any indication as to why she

6  would not sit in her bunk?

7    A.   No.

8    Q.   Did anyone ask Ms. G ___ . why she would not sit

9  in her bunk?

10    A.   I believe the original story in the very

11  beginning was she didn't want to be on a bunk where the

12  lights were in her eyes.

13    Q.   Were the lights in her eyes?

14    A.   I don't recall.  When the day room lights are

15  turned off in the common area of the dorms there are a

16  couple of lights that stay on just so we can see.

17    Q.   Is there a place to move the bunk to

18  accommodate the lighting?

19    A.   Not where it's not against the glass where a

20  deputy can watch her constantly.

21    MR. MCKINLEY:  I'll act like the videographer

22    and let you know we're getting very close to 5:30.

23    MR. RINDONE:  Okay.  Just a couple more, and

24    I'll wrap it up.  I will get you out by 5:30.

25    Q.   So how did you pepper spray Ms. G

Jessica Cranor, 7/26/2012
Hughes v. Judd

Page 109

1     A.   I was standing behind her because I had put my

2  hand on her back, and I reached around to spray her and

3  she had her arm covering her face.

4     Q.   Okay.  And then what happened?

5     A.   She moved her arm and she lifted her head up,

6  and that's when I grabbed the back of her suicide smock

7  and pulled her back and sprayed her again.

8     Q.   What caused her to remove her arm and pull her

9  head up?

10     A.   I don't know.

11     Q.   Had you sprayed her when she had her arm

12  covering her face?

13     A.   If I did she didn't react as if I did.

14     Q.   You don't recall how many times you pepper

15  sprayed her?

16     A.   Twice.

17     Q.   Did you -- tell me how you pepper sprayed her

18  the first time?

19     A.   From where I was standing it was hard for me to

20  spray her, so I reached around to spray her and she had

21  no reaction other than to move her arm.  So the second

22  time when I sprayed her that's when she actually started

23  yelling and jumped up from the table.

24     Q.   Were you behind her when you sprayed her?

25     A.   Yes.

Page 110

1      Q.    And where did you spray her?

2      A.    In the facial area.

3      Q.    Which can of pepper spray did you use?

4      A.    I'm sorry, I don't understand the question.

5      Q.    How large of a bottle of pepper spray did you

6      use?

7      A.    It was the Freeze + P2K, something of that

8      nature.

9      Q.    Is that the large can --

10     A.    No.

11     Q.    -- of mace?  Is that the small can of mace that

12     you keep on your belt?

13     A.    Yes.

14           MR. MCKINLEY:  Object to the form.  Pepper

15     spray.

16     Q.    What happened after the first time you sprayed

17     Ms. G      in the face?

18     A.    The only reaction I got was she moved her arm.

19     Q.    And tell me about the second time you pepper

20     sprayed Ms. G      in her face?  Oh, I'm sorry, strike

21     that.

22           Tell me about the second time you sprayed

23     pepper spray at Ms. G r  ?

24     A.    I grabbed her smock and I pulled her back and

25     sprayed her in the facial area again.  And at that time

Page 111

1    that's when she started yelling and jumped up from the

2    table.

3         Q.   On the first occasion that you sprayed

4    Ms. G      , were you standing behind Ms. G      ?

5         A.   Yes.

6         Q.   On the second occasion when you pepper sprayed

7    Ms. G     were you standing behind her?

8         A.   Yes.

9         Q.   Tell me about grabbing her smock and pulling

10   her back prior to spraying her for the second time?

11        A.   When she moved her arm she put her head up, and

12   then when she went to put her head back down, that's

13   when I grabbed her smock.

14        Q.   Where did you grab the smock?

15        A.   In this area back here, her upper back.

16        Q.   Would that be right behind her neck?

17        A.   No.

18        Q.   Okay.  So what part of the smock did you grab?

19        A.   The smock doesn't even go over her neck.  The

20   smock is on her lower -- it starts at her lower -- or

21   her upper back.

22        Q.   So which part of the smock did you grab?

23        A.   The upper part of the smock.

24        Q.   And what part of her body was that part of the

25   smock --

Page 112

1      A.    Her upper back.

2      Q.    Upper back, okay.  Thank you.  I think we

3  can --

4          MR. MCKINLEY:  Okay.

5          THE VIDEOGRAPHER:  We are off the video record.

6          THEREUPON, the deposition of JESSICA CRANOR,

7  taken at the instance of the plaintiffs, was concluded

8  at 5:34 p.m.

9

10         NOTE:  The original and one copy of the

11 foregoing deposition will be held by Mr. Rindone; copy

12 to Mr. Vazquez and Mr. McKinley.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 131

1      Were you provided training as to when the use

2  of pepper spray should not be used because of the

3  contents of the chemical?

4      A.    I don't know.

5      Q.    Were you trained as to certain individuals that

6  pepper spray shouldn't be used on?

7      A.    No.

8      Q.    Are there any characteristics of an -- of a

9  child that would require pepper spray not to be used?

10     A.    Not that I can think of.

11     Q.    What are the children's rights when it comes to

12  grievances?

13     A.    As far as how our policy works?

14     Q.    Sure.  We can start there.

15     A.    Basically if they ask to get a request form or

16  they tell us they want to file a grievance, we give them

17  a request form.  There's a box on the request form to

18  mark for grievance.  They fill it out.  And every day,

19  twice a day, the grievances or request forms in general

20  are turned in and put in the correct boxes.

21     Q.    How many times have you received a grievance

22  from a child?

23     A.    Several.

24     Q.    More than five?

25     A.    Two incidents I can think of.

Page 151

1    Q.    -- it would reach another --

2    A.    Right.

3    Q.    -- cell?

4    A.    Because their cells are right next to each

5    other.

6    Q.    Okay.  Why would they be concerned that you

7    could hear what they were saying through the doors?

8    A.    I'm a deputy.  They don't always want me to

9    hear what they're saying.

10    Q.    I'm sorry.  That was a bad question.

11          Why would they believe that you could hear them

12    if they were speaking through the -- the crack of the

13    door?

14    A.    When it's locked down and the lights are off

15    and they're in their cells, you can hear a lot of

16    sounds, and you can definitely hear what they're talking

17    about, majority of the time.

18    Q.    Can you hear what they're talking about when

19    you're sitting at the desk?

20    A.    Uh-huh, yes.

21    Q.    And is that because the door to the dorm is

22    open?

23    A.    Yes.

24    Q.    Have you ever refused to pass a note for a

25    juvenile?

Page 158

1   they're out of lockdown?

2       A.   If they're locked down for less than 24 hours,

3   then, for example, if I locked them down on night shift

4   and they're locked down less than 24 hours, the

5   following day when they would normally come off

6   lockdown, just a general lockdown, they would come off.

7       Q.   How many times have you deployed pepper spray

8   in the juvenile female facility?

9       A.   Twice.

10      Q.   And I think we discussed one yesterday, one of

11  the two incidents, that involved --

12      A.   Ms. G        ,

13      Q.   Ms. G       .

14           You testified yesterday that -- that Ms. G

15  used a lot of profanity --

16      A.   Yes.

17      Q.   -- and tried to cut herself?

18      A.   No, I never testified she tried to cut herself.

19      Q.   That she -- she used a pencil in a manner?

20      A.   No.   That was not her.

21      Q.   Okay.  So Ms. -- Ms. G      used profanity?

22      A.   Excessively.

23      Q.   And she also spoke of committing suicide?

24      A.   Yes.

25      Q.   How often?

Page 159

1     A.   Almost daily.

2     Q.   Did you observe any other strange behaviors

3   from Ms. G    ?

4     A.   Ms. G     did have a lot of strange behaviors,

5   yes.

6     Q.   What were they?

7     A.   She liked to talk to herself a lot.  We had an

8   incident where she was pulling her hair out.  That's

9   all.  That's the specific ones I can think of.

10    Q.   How often did she talk to herself?

11    A.   Daily.

12    Q.   What would she say to herself?

13    A.   I don't know.

14    Q.   What did you do in response to her talking to

15  herself?

16    A.   Nothing.

17    Q.   How often would she pull her own hair out?

18    A.   I can only think of that one specific incident.

19    Q.   Is this the incident we discussed yesterday

20  when you deployed pepper spray?

21    A.   No.

22    Q.   Okay.  But there was generally one incident

23  where she pulled her hair out?

24    A.   She wasn't pulling it out in clumps but, yes,

25  she was taking hair out of her head.

Page 160

1    Q.    And what did you do in response to that?

2    A.    Nothing.

3    Q.    Did you ever inform anyone that Ms. G.       spoke

4  to herself a lot?

5    A.    Not that I can recall.

6    Q.    Did you ever inform anyone that Ms. G.    had

7  pulled her hair out on an occasion?

8    A.    I believe I told the nurse.

9    Q.    And what did the nurse do or say?

10   A.    To me or Ms. G        ?

11   Q.    Let's start with you.  When you informed the

12  nurse, what did she say to you?

13   A.    I don't recall.

14   Q.    What did she do after you informed her of

15  Ms. G   pulling her hair out on that occasion?

16   A.    I believe at that time she was speaking to

17  Ms. G.  because Ms.       was on a direct observation.

18   Q.    What did Ms. G   speak to -- strike that.

19         What did the nurse speak to Ms. G   as to her

20  pulling her own hair out?

21   A.    She asked Ms. G    why she was pulling her

22  hair.

23   Q.    What did Ms. G   respond?

24   A.    She smiled and laughed.

25   Q.    What happened next?

Page 161

1    A.   I don't know.  I don't know if the nurse

2  documented it or not.

3    Q.   Who was the nurse?

4    A.   I believe it was LPN Clark.

5    Q.   When did this occur?

6    A.   The last time Ms. G    was housed with us.  I

7  couldn't tell you.

8    Q.   More than three months ago?

9    A.   I'm not sure.

10    Q.   Is that the only time you spoke with the

11  medical staff about Ms. G    's behavior?

12    A.   No.

13    Q.   What other -- tell me about the other times you

14  discussed Ms. G    's behavior with the medical staff.

15    A.   I honestly couldn't recall exactly what was

16  said or a specific incident.

17    Q.   Did the medical staff provide you any

18  instructions on how to deal with Ms. G    and her

19  strange behavior?

20    A.   No.

21    Q.   Did you inquire from the medical staff on how

22  to deal with -- with Ms. G    's behavior?

23    A.   No.

24    Q.   Are you aware if Ms. G    suffers from any

25  mental illness?

Page 162

1     A.   I'm aware of the ones that she told me she

2  suffered from.

3     Q.   What did she tell you she suffered from?

4     A.   Bipolar and depression.

5     Q.   Did you believe her?

6     A.   I can't -- I can't really answer that.  I'm not

7  a medical doctor, so I wouldn't know if she suffers from

8  those.

9     Q.   I -- I -- understood.  But did you form any

10  opinion as to whether or not she was telling you the

11  truth at that time?

12         MR. McKINLEY:   Object to form.

13     A.   Ms. G   liked to fabricate the truth on a lot

14  of things, so there wasn't much that I believed from

15  Ms. G

16     Q.   Were you present when -- when Ms. G

17  received medication?

18     A.   Yes.

19     Q.   Did the nurse -- when the nurse provided

20  Ms. G   with her medication, did she state what the

21  medication was?

22     A.   No.

23     Q.   You mentioned that Ms. G     fabricated the

24  truth.  Tell me about that.

25     A.   I can't be 100 percent certain of what

Page 163

1   Ms. G     said was true or not because I could -- she

2   could tell us a story one day, and the next day tell us

3   that she was lying, so.

4        Q.   Ms. G     informed you that she had previously

5   told you a lie?

6        A.   Yes.

7        Q.   And is that what you're basing your statement

8   of Ms. G:    fabricated the truth --

9        A.   Yes.

10       Q.   -- previously?

11            Were you provided training on how to recognize

12   signs of a juvenile having a -- suffering from a mental

13   illness?

14       A.   Somewhat, yes.

15       Q.   Tell me about that training.

16       A.   Constant mood swings, highs and lows, like any

17   other mental disorder really.  Obviously actively trying

18   to harm themselves.  That's about it.

19       Q.   Anything else?

20       A.   That's all I can recall.

21       Q.   Did Ms. G ___ suffer from mood swings?

22       A.   Very frequently.

23       Q.   Did Ms. G ___, go through highs and lows?

24       A.   Yes.

25       Q.   How often?

Jessica Cranor, 7/27/2012
Hughes v. Judd

Page 164

1     A.   Daily.

2     Q.   Did Ms. G_____, actively try to harm herself?

3     A.   Yes.

4     Q.   How often?

5     A.   The one specific incident I could think of, she

6 had taken a piece of paint that she had peeled off the

7 wall, and was trying to cut her wrist with it.

8     Q.   During the training to recognize the signs of

9 mental illness, what were you instructed to do when you

10 observed these signs of mental illness?

11    A.   There's nothing I really can do.  Like I said,

12 I'm not in medical.  So the extent of my involvement

13 with that would be putting them on suicide watch if

14 they're threatening to harm themselves or actively

15 trying to hurt themselves.

16    Q.   And just to be clear, when you say "suicide

17 watch," that's --

18    A.   I meant direct observation.

19    Q.   -- direct observation?

20        I just wanted to clarify.

21        So were you instructed to put a juvenile female

22 on suicide watch if they had frequent mood swings?

23    A.   No.

24    Q.   Were you instructed to put a female juvenile on

25 suicide watch if they suffered from highs and lows?

Page 166

1    Q.   How many times has Ms. G,    been in the

2    juvenile female facility?

3    A.   Three that I can recall.

4    Q.   What was the length of her stay on each of

5    those occasions?

6    A.   I couldn't tell you.

7    Q.   Was it more than a week?

8    A.   Yes.

9    Q.   More than two weeks?

10   A.   Maybe.

11   Q.   More than a month, on each of the occasions,

12   not total?

13   A.   I -- I couldn't tell you.

14   Q.   Okay.  Did she exhibit frequent mood swings on

15   each of the three occasions she was in the juvenile

16   female facility?

17   A.   Yes.

18   Q.   Did she exhibit daily highs and lows on each

19   occasion -- on each of the three occasions she was in

20   the juvenile female facility?

21   A.   Majority of the time, yes.

22   Q.   Did she threaten to harm herself on each of the

23   three occasions in the juvenile female facility?

24   A.   Yes.

25   Q.   Did she attempt to harm herself on each of the

Page 167

1    three occasions in the female facility?

2        A.   I'm not sure.

3        Q.   Was she on direct observation or close

4    observation on each of the three occasions that she was

5    in the juvenile facility?

6        A.   The majority of the time, yes.

7        Q.   Now, on -- on direct observation, you testified

8    yesterday that a juvenile was kept in the common area of

9    the dorm; is that correct?

10       A.   Right.

11       Q.   During out-time, are there other juveniles in

12   that dorm common area with Ms. G      while she's on

13   direct observation?

14       A.   No.

15       Q.   So during --

16       A.   Not unless -- not unless they were on direct

17   observation themselves.

18       Q.   Okay.  But when Ms. -- Ms. G    is on direct

19   observation, she's in a dorm that other juveniles are

20   not currently being housed?

21       A.   Correct, unless they are --

22       Q.   Unless --

23       A.   Right.

24       Q.   -- they are also on direct observation?

25       A.   Correct.

Page 168

1    Q.   Now, during this time that she's on direct

2    observation, is she required to be on her bunk at all

3    times?

4    A.   No.

5    Q.   When is she able to leave her bunk?

6    A.   When she's off -- when all the other juveniles

7    are off lockdown, which would be between 6:00 and 9:00.

8    Q.   And what can she do between 6:00 and 9:00?

9    A.   She can make a phone call.. That's about it,

10   that I can think of.

11   Q.   Is she provided with any games or anything?

12   A.   No.

13   Q.   Is she provided with pen or pencil and paper?

14   A.   Absolutely not.

15   Q.   Is she provided with anything to do while she

16   doesn't have to be on her bunk?

17   A.   The television is on.

18   Q.   Is she allowed any books?

19   A.   No.

20   Q.   So the -- the only activity that she can do at

21   that time is the TV?

22   A.   For the most part, yes.

23   Q.   Is there anything else that a

24   direct-observation juvenile has done during out-time

25   that you've observed?

Page 179

1          MR. McKINLEY:  Object to the form.

2      A.   I'm not sure.  I -- the only ones I can attest

3  to are V      V,       and K       G      .

4      Q.   Okay.  What was the -- the second time you

5  deployed your pepper spray, other than the incident we

6  discussed yesterday regarding Ms. G       ?

7      A.   With Ms. V       , V      .

8      Q.   Tell me about that, please.

9      A.   She refused to exit her cell when she was told

10  to do so.

11      Q.   Why was she told to exit her cell?

12      A.   Because she was banging on the glass in the

13  cell.  She was told to stop more than once.  I was --

14  she was told she was going to be moved if she kept --

15  continued banging.  And as I walked away, she banged

16  again on the door.

17      Q.   Why was she banging on the glass?

18          MR. McKINLEY:  Object to form.

19      A.   They were looking at something outside of the

20  window.

21      Q.   What was outside the window?

22      A.   They claimed that they could see the face of

23  the juvenile boys from where that cell was located.

24      Q.   What happened when you first arrived at the

25  cell?

Page 180

1    A.   I told them all to go to -- or to exit the cell

2  and that I was going to close the cell door so they

3  couldn't go in that cell.

4    Q.   Who was in that cell?

5    A.   Sl___ B___, K____ G____, and

6  V_____ V';

7    Q.   What happened after you told them to exit?

8    A.   Well, first I told them to stop banging.  And

9  as I walked away, they continued banging, and that's

10  when I told them to exit the cells.

11    Q.   Okay.  What happened when you told them to stop

12  banging?

13    A.   I walked away, and V_____ V-____ continued to

14  bang on the window.

15    Q.   And then what did you do?

16    A.   I went back and told them to exit the cell.

17    Q.   And then what did -- what happened?

18    A.   Ms. Gl___ left.  Ms. B____ and Ms. V___, did

19  not.

20    Q.   And then what did you do?

21    A.   I told them that they needed to exit the cell.

22  It was Ms. B___'s cell.  So Ms. V____ refused.  I

23  believe at that time Ms. Bell came into the dorm.  I

24  told Sl____ to leave the cell, and she did.  I and

25  myself and Ms. Bell told Vi___ V___' in upward of

Page 181

1   five times or more to exit the cell, and she continued

2   to refuse.  I believe it was Ms. Bell that told her she

3   was going to be sprayed if she didn't leave.  Ms. V_____

4   responded with, "Do what you have to do."  And then she

5   was sprayed.

6       Q.    And you deployed the spray?

7       A.    I did.

8       Q.    Where did you deploy the spray?

9       A.    In her facial area.

10      Q.    What happened after you deployed the spray?

11      A.    She covered her face with her shirt and walked

12   over to the sink to start washing her face off.

13      Q.    And then what happened?

14      A.    Ms. Bell told her to exit the cell.  She still

15   refused, so Ms. Bell grabbed her to pull her out of the

16   cell.

17      Q.    And then what happened?

18      A.    She started resisting us.

19      Q.    How did she resist you?

20      A.    She was trying to pull away from us.

21      Q.    And then what happened?

22      A.    We tried to handcuff her so we could take her

23   to the nurse so she could be seen by the nurse, since

24   she had been sprayed, and she kept resisting us.  And at

25   that point we had a cuff on one hand.  And it's very

Page 182

1    critical that if you have a cuff on one hand, that you

2    don't let go of that hand because they could do a lot of

3    damage with a handcuff.

4         We continued trying to get her other hand.  She

5    kept refusing.  We called for assistance.  Assistance

6    arrived.  We wound up getting her on the table, bent

7    over the table.  We continued trying and getting her

8    hand, and that's when she informed us she was about to

9    start swinging on us.

10        She was grabbed and brought down to the floor,

11   handcuffed, and then taken to the nurse.

12        Q.   What is the procedure once pepper spray has

13   been deployed on a juvenile?

14        A.   They're seen by the nurse and allowed to

15   shower.

16        Q.   In that order?

17        A.   Yes.

18        Q.   In other words, they go to the nurse first;

19   after seeing the nurse, then they're allowed to shower?

20        A.   Yes.

21        Q.   Why were you and Ms. Bell unable to handcuff --

22   handcuff Ms. V____?

23        A.   She was actively refusing to give us her hand

24   to be handcuffed.

25        Q.   Did you spray her a second time?

Page 183

1      A.   No.

2      Q.   Prior to the first time you deployed your

3   pepper spray on Ms. V——), did you have concern that

4   Ms. V_____ was going to harm herself?

5      A.   No.  I did have concern she was going to harm

6   one of us.  And she was also causing a disturbance.

7      Q.   Is a disturbance a reason to deploy pepper

8   spray?

9      A.   Yes, to quell a disturbance.  It's in our

10  general order.

11     Q.   What does "disturbance" mean?

12     A.   It can mean several things.  At that time she

13  was causing disturbance.  She had the other

14  pre-adjudicated females watching.  She was refusing to

15  exit her cell.  At that point we really had no other

16  choice but to spray her, put our hands on her.

17     Q.   I'm sorry.  Did you say previously that the

18  cell was Ms. V__ 's cell?

19     A.   I believe it was Ms. B   's cell.

20     Q.   Ms.  _ .'s cell.  Okay.

21          Was this during out-time?

22     A.   Yes.

23     Q.   After -- after Ms. Bell and -- I'm sorry.

24          After Ms. B   , and Ms. G    , left, why not

25  lock Ms. V·   ' in that cell?

Page 184

1       MR. McKINLEY:  Object to form.

2       A.    That was not her cell, for starters, so we knew

3    we would have to have -- excuse me -- have to have her

4    exit eventually.

5       Q.    Was Ms. V     able to wash herself off in the

6    sink in the cell?

7       A.    She began to, yes.

8       Q.    Did you prevent her from finishing washing her

9    face in the cell?

10       A.    I can't tell if she was finished or not.  She

11   put water on her face.

12       Q.    Were you the deputy who brought Ms. V      to

13   the nurse?

14       A.    No.

15       Q.    Which supervisors came after you called for

16   assistance?

17       A.    I believe it was Lieutenant Palmer and

18   Sergeant McGraw.

19       Q.    And where was Ms. V      when they arrived?

20       A.    I can't recall if she was still on the table or

21   if we had gotten her down to the floor at that point.

22       Q.    And how tall is Ms. V     ?

23       A.    I'm not sure.  She's shorter than I am.

24       Q.    And how much does Ms. V     weigh?

25       A.    I couldn't be sure of that either.  Maybe 140.

Page 185

1    Q.   Okay.  And what happened after the supervisors

2    arrived?

3    A.   We were able to handcuff her, and she was taken

4    to the nurse.

5    Q.   What did the supervisors do when they arrived?

6    A.   I couldn't be sure.  I was up near her head.  I

7    had my back to them, so.

8    Q.   What were you doing?

9    A.   I believe I was holding her shoulders down.

10   Q.   What was Ms. Bell doing?

11   A.   I had my back to her as well.

12   Q.   Okay.  Were the girls doing anything else in

13   that cell?

14   A.   Not that I know of.  When I went in there to

15   tell them to stop banging, I believe one of them was

16   standing on the table that is provided in the cell for

17   them.  Other than that, no.

18   Q.   Were they singing?

19   A.   No.  I don't think so.

20   Q.   Okay.  So I'm going to show you -- this is

21   going to be Exhibit 2.  And this is --

22   MR. VAZQUEZ:  What's the number?

23   MR. McKINLEY:  Exhibit 2.

24   (Deposition Exhibit No. 2 was marked for

25   identification.)

Page 190

1    they're transported anywhere in the facility.

2       Q.    What happened after Ms. C     saw the nurse?

3       A.    She was allowed to shower.

4       Q.    And then what happened?

5       A.    She was shackled to her bunk.

6       Q.    And were the shackles -- the other shackles

7    removed?

8       A.    It was the same pair of shackles.

9       Q.    Okay.  So -- but -- okay.

10            One -- one leg was shackled on the bunk?

11      A.    Correct.

12      Q.    Okay.  And then I'm just going to show you the

13   one from -- this is going to be Exhibit 3.

14            (Plaintiff's Exhibit No. 3 was marked for

15   identification.)

16            MR. VAZQUEZ:  Would that be the one that she

17      just saw or the next one?

18            MR. RINDONE:  Be the next one.

19            MS. GALLONI:  The next one.

20            MR. VAZQUEZ:  The one she saw was 2?

21            MR. McKINLEY:  Yes.

22            MS. GALLONI:  Yes.

23            MR. VAZQUEZ:  Okay.

24            MR. McKINLEY:  Dated January 16, 2012, at the

25      top, and Bates numbers 3930 through 3936.  Although

Page 200

1    you're doing your rounds, or is it happening in between

2    rounds?  What -- when does that happen?

3         A.    It would be in between rounds.

4         Q.    Okay.  And would you -- do you consider it to

5    be infrequent or something that you do regularly when

6    you work?

7         A.    I would consider it infrequent.

8         Q.    Okay.  There was a question about when not to

9    use pepper spray.

10           Do you know -- and I'm just going to ask you --

11   whether it's appropriate to use pepper spray on

12   someone who has any breathing difficulty or asthma

13   problems?

14        A.    I have been told that, yes.

15        Q.    That it's not appropriate to use on people with

16   asthma or breathing difficulties?

17        A.    I've been told, if they have a breathing

18   machine, something that is actually providing them

19   oxygen, it would be best to avoid spraying them with

20   pepper spray.

21           MR. McKINLEY:  Okay.  I think that's all the

22        questions I have.

23           MR. RINDONE:  I'm sorry.  I've just got one --

24           MR. McKINLEY:  Of course.

25           MR. RINDONE:  -- more question.