1

1          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
2             TAMPA DIVISION

3       Case No. 8:12-cv-00568-SDM-MAP

4  CHANDA HUGHES, as guardian and on behalf of
    J.B., a minor; BRENDA SHEFFIELD, as
5  guardian and on behalf of J.D., a minor;
    VIOLENE JEAN-PIERRE, as guardian and on
6  behalf of F.J.P., a minor; MICHELLE MINOR,
    as guardian and on behalf of J.P., a minor;
7  LISA JOBE, as guardian and on behalf of
    K.J., a minor; AMY GAGE, as guardian and on
8  behalf of B.G., a minor; CRYSTAL CUYLER, as
    guardian and on behalf of D.M., a minor;
9  NIKEYTA MATTHEWS, as guardian and on behalf
    of K.G., a minor; and ANITA NAVA, as
10  guardian and on behalf of A.H., a minor; on
    behalf of themselves and all others
11  similarly situated,

12       Plaintiffs,

13  vs.

14  GRADY JUDD, Polk County Sheriff, in his
    official capacity, and CORIZON HEALTH,
15  INC.,

16       Defendants.

17         VIDEOTAPED DEPOSITION OF D.M.

18

        Taken on Behalf of the Defendant
19

   DATE TAKEN:    June 21, 2012
20

   TIME:        1:30 p.m. - 3:08 p.m.
21

   PLACE:       Polk County Jail
22              2390 Bob Phillips Road
               Bartow, Florida 33830
23

     Examination of the witness taken before:
24

              Uyen Ngo
25           Court Reporter

1      Sheriff's Office.

2          MR. TELAN:  And Pat Telan on behalf of Corizon

3      Health.

4          THE VIDEOGRAPHER:  Okay.  And Court Reporter,

5      would you please swear in the witness?

6          THE COURT REPORTER:  Please raise your right

7      hand.  Do you solemnly swear or affirm that the

8      testimony you're about to give will be the truth,

9      the whole truth, and nothing but the truth?

10         THE WITNESS:  Yes ma'am.

11         D.M., called as a witness by the Defendant,

12     having been first duly sworn, testified as follows:

13                    DIRECT EXAMINATION

14     BY MR. TROHN:

15         MS. HASKELL:  Before we begin, could I note

16     some things for the record?

17         I'd like to note first that we object to D

18     being cuffed during this deposition.  We believe

19     that it will affect his ability to testify

20     accurately and comfortably and restrict his hand

21     motions and is prejudicial.  Also, that we will be

22     advising him to invoke his Fifth Amendment rights if

23     he seeks to elicit any incriminating information.

24         And finally, D        has reported that he does

25     have a significant toothache and is in a lot of pain

1    and this affected his ability to sleep last night.

2    He is prepared to give a deposition right now, but

3    he did say that the pain might interfere, and he

4    might need to take some breaks as a result.

5         MR. TROHN:  Thank you.

6   BY MR. TROHN:

7    Q.   Would you state your full name, please?

8    A.   D___ M|

9    Q.   And what's your middle name?

10   A.   A|_____

11   Q.   Where is home for you?  Where is home?

12   A.   Winter Haven, Florida.

13   Q.   Winter Haven?

14   A.   (Nodding head.)

15   Q.   And what are the names of your parents?

16   A.   Glor- -- I mean Crystal Cuyler, mother.  Gloria

17  Cuyler is my grandma.

18   Q.   And your father?

19   A.   I don't know him.

20   Q.   How old are you, D____

21   A.   Seventeen.

22   Q.   What's your date of birth?

23   A.   __ _/__ .

24   Q.   I'm going to ask you questions about your

25  confinement here at Polk County Jail.  If you don't

1    recorded and videotaped, so you should consider it as if

2    you were giving solemn testimony in the courtroom; do

3    you understand that?

4        A.   Yes, sir.

5        Q.   Okay.  I'm going to begin by asking you a

6    little bit about your education and what schools you

7    went to and how you did.

8             Where'd you go to -- well, where did you grow

9    up, first of all?

10       A.   I grew up in Winter Haven, Florida, raised by

11   my grandma.

12       Q.   What's your grandmother's name?

13       A.   Gloria Cuyler.

14       Q.   Lori?

15       A.   (Nodding head.)

16            Elementary school I went to Elbert Elementary.

17       Q.   Which elementary was that?

18       A.   Elbert Elementary.

19       Q.   Elbert?

20       A.   Yes, sir.

21       Q.   And you went there through fifth grade?

22       A.   Yes, sir.

23       Q.   And what about middle school?

24       A.   Middle school I went to Lake Alfred-Addair for

25   sixth and seventh grade and eighth grade I went to

1  Denison Middle, and I got locked up my ninth grade year.

2  I didn't go to no school.

3      Q.   You didn't go to --

4      A.   I went to school in here.

5      Q.   Okay.  So you didn't begin at Winter Haven High

6  School or anything?

7      A.   No, sir.

8      Q.   What year were you locked up in here?

9      A.   My -- 2011.

10     Q.   And how old were you?

11     A.   Fifteen.

12     Q.   When you went to elementary and middle schools,

13 did you do okay grade-wise?

14     A.   Yes, sir.

15     Q.   Did you ever get suspended or expelled for any

16 reason?

17     A.   No, sir.

18     Q.   When you were in school, did the school ever

19 arrange for any type of evaluation, a psychological-type

20 evaluation?

21     A.   Not that I know.

22     Q.   Did you ever have any testing done?

23     A.   (Nodding head.)

24     Q.   Do you know what I mean?

25     A.   Yes, sir.

1    Q.   What kind of testing was that?

2    A.   Like to see if I'm disabled.

3    Q.   Yeah.  When did you have that done?

4    A.   I had that done while I was in here.

5    Q.   Did you ever have it done while you were in

6    school?

7    A.   No, sir.

8    Q.   Can you tell me what type of tests you took and

9    what the results were?

10   A.   Well, they ain't give me the results back yet,

11   but I took, like, some type of test to see where I'm at,

12   but I don't know what type of test it was.

13        MS. HASKELL:  And counsel, just to clarify,

14   this is actually part of his current case.

15        MR. TROHN:  Okay.  So that's -- is that a

16   competency test?

17        MS. HASKELL:  I believe so.

18        MR. TROHN:  Okay.

19   BY MR. TROHN:

20   Q.   Was that test administered by a psychologist?

21   A.   Yes, sir.

22   Q.   Here at the jail?

23   A.   Yes, sir.

24   Q.   What are your charges that you're currently

25   facing?

1     A.   Robbery -- attempted armed robbery and two

2  aggravated batteries.

3     Q.   Robbery -- armed robbery?

4     A.   Attempted armed robbery.

5     Q.   Attempted armed robbery?  And then the last?

6     A.   And two aggravated batteries.

7     Q.   Are you represented by a public defender?

8     A.   Yes, a regional counsel.

9     Q.   Do you know the name of that person?

10    A.   Vincent, Mr. Vincent.

11    Q.   Do you have a court date, a trial date?

12    A.   I go to court Tuesday the 26th.

13    Q.   Is that for a trial or something else?

14    A.   No, that's just for court, just a regular court

15  date.

16    Q.   Okay.  Do you know if you have an actual date

17  where you're going to stand trial yet?

18    A.   No, sir.

19    Q.   Nothing's been set yet?

20    A.   (Shaking head.)

21    Q.   Did you have a pediatrician or a regular doctor

22  that you saw growing up?

23    A.   No, sir.

24    Q.   No?  What part of Winter Haven did you grow up

25  in?

1     A.    Fourteen.

2     Q.    And you went to Winter Haven Hospital?

3     A.    Yes, sir.

4     Q.    Did you get any treatment beyond the hospital?

5     A.    No, sir.

6     Q.    Have you been in the hospital any other times

7 other than those two?

8     A.    No, sir.

9     Q.    Okay.  Are you taking any sort of medication?

10     A.    While I'm here, Depaquil and Risperdal.

11     Q.    Did you take any before you came to the jail?

12     A.    No -- yeah.  Yes, sir.

13     Q.    What did you take?

14     A.    I took -- I took the same thing on the outside.

15     Q.    Can you repeat what those medicines were?

16     A.    Depaquil and Risperdal.

17     Q.    Depaquil and Risperdal.  What do those

18 medicines help you with?

19     A.    Like, seeing and hearing things and to calm me

20 down.

21     Q.    Do you hear or see things that aren't there?

22     A.    If I don't take my meds.

23     Q.    Okay.  Has a doctor ever told you, you know,

24 what schizophrenia is?

25     A.    He told me, but I don't even know what it is.

1    He told me, but I don't know what it is.

2       Q.   No, I know, but a doctor has told you you may

3    have that?

4       A.   Oh, no.  He ain't tell me that.

5       Q.   What did he say?

6       A.   He just told me -- he just put me on -- he did

7    a request for me to be on medication and then take it

8    every day.

9       Q.   Which doctor prescribed these medicines to you?

10      A.   While I was in here, I think his name's

11   Dr. McLain.  I think that's his name.

12      Q.   And you took these same medicines before you

13   were in the jail too?

14      A.   Yes, sir.

15      Q.   How long have you been taking them?

16      A.   I took -- I've been taking these -- while I was

17   in here, I've been taking them ever since, like,

18   January, but when I was on the outside, I've been

19   taking, like, ever since I was little.

20      Q.   How old were you when you first started taking

21   them?

22      A.   I can't remember.

23      Q.   You were that little?

24      A.   Yes, sir.

25      Q.   You wouldn't remember the name of the doctor

```
 1   that --
 2       A.   No, sir.
 3       Q.   -- gave those to you initially when you were
 4   young?
 5       A.   No, sir.
 6       Q.   Do those medications seem to help you?
 7       A.   Yes, sir.
 8       Q.   What do they do for you?
 9       A.   They just really help me stay focused and calm
10   me down and just be alone by myself.
11       Q.   Have you ever had any counseling?  Any --
12   speaking to someone, helping -- getting help that way?
13       A.   Yes, sir.
14       Q.   When?  When did you ever get that?
15       A.   When I was in school, like a mentor.
16       Q.   How about seeing a professional, like a
17   psychologist or someone like that?
18       A.   No, sir.
19       Q.   Never had any counseling?
20       A.   (Shaking head.)
21       Q.   When you said at school you had a mentor, do
22   you mean like a teacher or an older student?
23       A.   Like, like -- it's like a mentor that, like --
24   that keep, like, really, like, help me with my work on
25   the side.
```

1      Q.    You mean like a tutor?

2      A.    Yeah, a tutor.

3      Q.    Okay.  I was asking really more about someone

4    like a doctor you could go to and he would --

5      A.    No, I ain't never --

6      Q.    -- speak to you and try to help you that way.

7      A.    No, I ain't never had one of them.

8      Q.    Okay.  Do you know if you've been diagnosed

9    with any mental or physical conditions?

10     A.    Yes.

11     Q.    Have you?  What are they?

12     A.    I don't know what they is, but I know I have

13   them.

14     Q.    Do you know who diagnosed these things?

15     A.    No, sir.

16     Q.    Is what you're thinking of a physical or a

17   mental or emotional --

18     A.    Mental.

19     Q.    Mental?  I'm going to ask you a bit about any

20   trouble you may have had with the law or any times you

21   may have been in detention facilities before coming

22   here.

23          How old were you when you first got into

24   trouble with the law and had to go to a detention

25   facility?

1     A.   Fourteen.

2     Q.   And what happened then?

3     A.   Me and my brother was fighting.

4     Q.   What's your brother's name?

5     A.   Juwan Smith.

6     Q.   Is he older than you?

7     A.   Yes, sir.

8     Q.   And tell me what happened after the fight.

9     A.   Then they -- they just -- they arrested --

10   really, they just arrested me, and they gave me a

11   battery and I got out the next day.

12     Q.   When you say you were arrested, you mean you

13   were taken in the squad car to, I guess, the Juvenile

14   Assessment Center?

15     A.   Yes, sir.

16     Q.   And were you handcuffed?

17     A.   Yes, sir.

18     Q.   Where did this fight take place?

19     A.   At our house.

20     Q.   When I say the Juvenile Assessment Center, do

21   you know which building I'm talking about?

22     A.   Yes, sir.

23     Q.   That big green one over there?

24     A.   (Nodding head.)

25     Q.   Okay.  And so after you were assessed, where

1    did you go?

2        A.   I went to the DJJ here, sir, right across the

3    street.

4        Q.   Okay.  How long were you there?

5        A.   A day.

6        Q.   Did you spend the night there?

7        A.   Just one night.

8        Q.   And after DJJ did you go home?

9        A.   Yes, sir.

10       Q.   And how -- anything about DJJ that you

11   remember?

12       A.   Like what you mean?

13       Q.   Anything good or bad happen there?

14       A.   Oh, it ain't good.  It was just -- we did play

15   activities and we went outside rec.  That's it, good.

16       Q.   I'm sorry?

17       A.   I say we just played activities and we went

18   outside rec.  That's it.

19       Q.   And when was the next time that you had any

20   sort of trouble with the law?

21       A.   This time.

22       Q.   Hmm?

23       A.   This time right here.

24       Q.   Oh, this one that you're dealing with right

25   now?

WASILEWSKI COURT REPORTING
(888) 686-9890

1      A.   Yes, sir.

2      Q.   Okay.  Had you ever been arrested other than

3  this time and then the time where you were fighting with

4  your brother?

5      A.   No, sir.

6      Q.   So just those two times?

7      A.   Yes, sir.

8      Q.   Where were you arrested for this time?

9      A.   On Fifth Street Northwest.

10      Q.   Don't worry.

11           And when you were arrested this time, were you

12  handcuffed and transported back to the Juvenile

13  Assessment Center?

14      A.   Yes, sir.

15      Q.   And from there you were taken here?

16      A.   No.  I was taken to the DJJ and then they

17  direct-filed me.

18      Q.   How long were you at DJJ this time?

19      A.   Twenty-one days.

20      Q.   And then from there to here?

21      A.   To South County.

22      Q.   Oh, to South County?

23      A.   (Nodding head.)

24      Q.   Do you know when you were arrested?

25      A.   May 7th, 2011.

1    Q.    May 7th, 2011?

2    A.    (Nodding head.)

3    Q.    So do you know how long you were in South

4   County before coming here to Central County?

5    A.    Six months.

6    Q.    Did you come here in September?

7    A.    Yes, sir.

8    Q.    And you're being charged as an adult?

9    A.    Yes, sir.

10    Q.    Is there anything that you remember about your

11   stay at DJJ this last time, good or bad?

12    A.    (Shaking head.)

13    Q.    No?  How would you compare DJJ with Central

14   County Jail?

15    A.    Like, DJJ better because we get to go outside

16   rec.  We have something -- we have something to do, we

17   play activities, the guards treat you better, the food

18   better, and that's really about it.

19    Q.    What about at South County, if you compared

20   when you were at South County with Central County?

21    A.    Same -- oh, well, South County, the guards,

22   they -- I say the food the same.  We get -- we used to

23   get to watch TV when we was at South County.  We got to

24   go outside rec at South County.  Here we don't get to go

25   to rec, only two days a week.  The guards treat you --

1    at South County, the guards treat you better than here.

2    That's about it.

3       Q.    Did you go to rec at South County the same as

4    here?

5       A.    Every day.

6            MS. HASKELL:  How are you doing, D      .  Do

7       you feel like you need a break?

8            THE WITNESS:  No, ma'am.

9            MS. HASKELL:  Okay.

10   BY MR. TROHN:

11      Q.    Here at Central County, have you had any

12   problems with the corrections officers?

13           MS. HASKELL:  Objection; vague.

14           You can go ahead and answer.

15      A.    Oh.  Not really.

16      Q.    Are there any officers that you like and any

17   officers you dislike?

18      A.    Yeah.  Just Sergeant Mitchell, that's the one I

19   like, Sergeant Mitchell; Mr. Brown, Terry Brown; Reed.

20   And then the ones I dislike, because they treat us like

21   adults and I don't think we should be treated like

22   adults is Russell, Nickerson, Hester -- but he's gone.

23   And that's about it.

24      Q.    Okay.  What is it that you like about Sergeant

25   Mitchell?

1     A.    Because on his shift, we have -- we have stuff

2   to do.  He makes sure we go outside rec every day and

3   then -- but on the other shifts, we only get to go to

4   rec only but two days a week, and then we just be in the

5   dorms all day having nothing to do.

6     Q.    And when you go to rec, what do you do out

7   there?

8     A.    Play football.

9     Q.    And when you say Sergeant Mitchell's shift, you

10  know when he's -- during the day?

11    A.    Yes, sir.

12    Q.    Okay.  What about Deputy Brown, Terry Brown?

13  What do you like about him?

14    A.    Well, he -- he speak to us as, like, young men.

15  He give us good advice, like, when we get out what we

16  should do and stuff like that.

17    Q.    And how about Deputy Reed?

18    A.    He does the same thing.

19    Q.    And what about the ones you don't like so much

20  like Russell?  What do you dislike about him?

21    A.    Well, he -- he just talk -- he talk trash to

22  us, like, he talk trash to us.  He be threatening us,

23  saying what he'll do to us and stuff like that.  Same as

24  Nickerson.

25    Q.    And Hester?

1      A.   Oh, same as Hester too.

2      Q.   Okay.  When you go to rec, do you have a ball

3  to play with?

4      A.   Yes, sir.

5      Q.   What do you have?

6      A.   A football.

7      Q.   Is it a real football or a --

8      A.   A real football.

9      Q.   We've heard from some people that it was just a

10  roll of toilet paper with a sock around it?

11      A.   Oh, no, we got a real football.

12      Q.   Okay.  And you get to play every day when

13  Sergeant Mitchell's on the day shift?

14      A.   Yes, sir.

15      Q.   But when he's not --

16      A.   We only go two times a week, that's Wednesdays

17  and Thursdays, and that's if you wake up in the -- early

18  in the morning.

19      Q.   What time?

20      A.   Six o'clock.

21      Q.   What about with Sergeant Mitchell?  What time?

22      A.   Like after lunch.  That's like around twelve,

23  one o'clock.

24      Q.   Who's the sergeant that makes you go real early

25  in the morning?

1     A.    That's -- that's Sergeant Robertson's shift.

2     Q.    Okay.  Do you get to play anything else other

3  than football?

4     A.    If you want to play, they got a kickball.

5     Q.    Do you ever play kickball?

6     A.    No, we don't play kickball.

7     Q.    How come?

8     A.    We just -- we just love football.

9     Q.    How many people do you have on each side?

10    A.    It all depends on who wants to play.  Sometimes

11  we play four on four, five on fives.

12    Q.    And other than football or kickball, what other

13  things do people do out there?

14    A.    That's it.  We'll sit down and talk.

15    Q.    Do you go to school here?

16    A.    Yes, sir.

17    Q.    And I know it's not in right now because of

18  summer, but have you been going since you've been here?

19    A.    Yes, sir.

20    Q.    And how do you like that?

21    A.    It's okay.

22    Q.    Who's your teacher?

23    A.    Mr. Burges and Mr. Magoo and Mr. Parks.

24    Q.    What types of subjects do they teach?

25    A.    History and -- history and career learning.

1      Q.   Is there a resource officer there too?

2      A.   Mm-mm.

3      Q.   No?  What time of day were you going to school?

4      A.   Like we get -- we got different times.  One

5  dorm go early in the morning.  Another dorm go in the

6  afternoon.

7      Q.   For how long each time?

8      A.   An hour.

9      Q.   Would you like to go to more school, or do you

10  get enough of it?

11      A.   I'd like to go to more school to learn.

12      Q.   You'd like to go to more?

13      A.   (Nodding head.)

14      Q.   Have you ever been involved in an incident

15  where a deputy has had to use force on you, either with

16  pepper spray or just using their hands?

17      A.   Yes, sir.

18      Q.   How many times?

19      A.   Twice.

20      Q.   I'm going to ask you a little bit about each of

21  them.  What was the first time?  What happened?

22      A.   The first time it was Hester.  He put his hands

23  on me and he dragged me out the dorm and he, like,

24  bumped my head to the glass and left a knot on it.

25          And then the second one -- the second one,

1  he -- I -- and then the second one he did, I was in the

2  meds line and then he had said something to me, and then

3  I didn't hear him and I walked off, and then he said,

4  did you hear me?  I was like no, and then he dragged me

5  out that dorm, and then that's when he just threw me

6  into the cage for no reason.

7       Q.   And that was Deputy Hester?

8       A.   Yes, sir.

9       Q.   Have you ever been sprayed with pepper spray?

10      A.   Yes, sir.

11      Q.   On these two or some other times?

12      A.   Some other times.

13      Q.   How many times?

14      A.   Like three times, two or three times.

15      Q.   Tell me about the first time that pepper spray

16  was sprayed on you.

17      A.   The first time was when they -- it was somebody

18  else's fault, they sprayed everybody.

19      Q.   I'm sorry?

20      A.   The first time when some- -- when it was a

21  group of people fighting, they came in and sprayed

22  everybody, even the ones who ain't fighting.

23      Q.   Did you get sprayed?

24      A.   Yes, sir.

25      Q.   Were you one of the ones fighting or no?

1          MS. HASKELL:  Object --

2     A.   No, sir.

3          MR. HAYDEN:  Never mind.

4          MS. HASKELL:  I was just going to say that I

5     would advise you to assert your Fifth Amendment

6     rights, D_____, but then -- your answer was fine,

7     okay?

8          THE WITNESS:  Yes, ma'am.

9  BY MR. TROHN:

10    Q.   Who were the other juveniles that were involved

11 in that fight?

12    A.   I don't know they name.

13    Q.   Were they blues or yellows?

14    A.   Yeah, they were blue.

15    Q.   All blues?

16    A.   Blues.

17    Q.   How did you get involved in that fight?

18    A.   Oh, no.  It was just --

19         MR. RINDONE:  Objection.

20    A.   Oh.  It was just in the dorm.

21    Q.   In your dorm?

22    A.   Yes, sir.

23    Q.   And what happened?

24         MS. HASKELL:  Again, I'm going to advise

25    D_____  D_____  --

1       A.    Fifth Amendment.

2       Q.    What happened that started this thing and

3  caused it?

4       A.    Oh, they broke out fighting.

5             MS. HASKELL:  Okay.

6       A.    And they just sprayed everybody.

7       Q.    How many people were fighting?

8       A.    Four.

9       Q.    Which dorm was it?

10      A.    Echo.

11      Q.    Do you know when this happened?

12      A.    Oh, no.  The first time it happened in India

13  Dorm.

14      Q.    Oh, the first time was India dorm?

15      A.    (Nodding head.)

16      Q.    What happened in that one?

17      A.    They broke out fighting.  Four people broke out

18  fighting, then they Maced everybody.

19      Q.    Okay.  So there was a fight where four people

20  broke out fighting and they pepper sprayed everybody and

21  that was in India dorm?

22      A.    Yes, sir.

23      Q.    And when did that happen?

24      A.    September.

25      Q.    Now, what was the second one?

1    A.   That happened in Fox Dorm.

2    Q.   What happened there?

3    A.   Two people broke out fighting.

4    Q.   Were you one of the people?

5         MR. RINDONE:   Objection.

6         MS. HASKELL:   Objection.

7    A.   No, sir.

8    Q.   What did you see happen?

9    A.   Two people just fought.  They were just

10   fighting and then the guards came in and sprayed.

11   Q.   Did you get sprayed?

12   A.   No, sir.

13   Q.   So the two guys that were fighting got sprayed,

14   but you didn't?

15   A.   Yes, sir.

16   Q.   Were there any other times when you saw pepper

17   spray being used?

18   A.   No, sir.

19   Q.   So just those two?

20   A.   Yes, sir.

21   Q.   And in the first one in the India dorm, when

22   you said there was four people fighting, did you get any

23   pepper spray on you?

24   A.   Yes, sir.

25   Q.   And were you allowed to rinse it off?

1        A.    Take a shower, yes.

2        Q.    Okay.  Did you have any problems from that?

3        A.    Just -- it was just burning.

4        Q.    And after you showered was it better?

5        A.    Mm-mm.

6        Q.    No?

7        A.    (Shaking head.)

8        Q.    Do you remember the names of the deputies that

9   used the pepper spray in the India dorm incident?

10       A.    Franklin and I forgot the other, just Franklin

11   and another deputy.

12       Q.    Deputy Franklin and some other deputy?

13       A.    Show Cat.  They call him Show Cat.

14       Q.    Is that his real name or a nickname?

15       A.    Nickname they called him.

16       Q.    All right.  Do you know which one of the

17   deputies sprayed you?

18       A.    Mm-mm, because my head was down, then they just

19   pulled my shirt up and just sprayed.

20       Q.    Okay.  Now, the second one you weren't sprayed,

21   but you said you saw two other guys got sprayed in the

22   -- was that the Echo Dorm, you said?

23       A.    No, Fox.

24       Q.    No, Fox Dorm, Fox Dorm.  Do you know who the

25   deputies were in that incident?

1        A.    Russell and Hester.

2        Q.    Is there anything else about either of these

3   incidents that you remember?

4        A.    No, sir.

5        Q.    Have you -- and those were the only two times

6   that you've seen pepper spray used since you've been

7   here?

8        A.    Yes, sir.

9        Q.    Okay.  Have you ever seen deputies break up

10  fights without pepper spray?

11       A.    No, sir.

12       Q.    Do you see fights pretty often?

13       A.    Yes, sir.

14       Q.    Would you say every day there's a fight?

15       A.    Not -- not anymore.  It calmed down, but

16  usually it'd be a daily -- it used to be a daily basis.

17       Q.    Okay.  And do the deputies come and break them

18  up?

19       A.    Yep, they'll spray.

20       Q.    But you told me before these were the only two

21  times --

22       A.    But I don't be around.

23       Q.    Hmm?

24       A.    I don't be around.

25       Q.    Oh, so you just hear that's what happens?

1      A.   Yes, sir, because they run to the scene.

2      Q.   I want to know what you've actually seen.

3      A.   Oh, no, sir.  I ain't seen it.

4      Q.   I want to make sure we've got it clear.  You've

5  told me that you've seen pepper spray being used twice,

6  once in the India dorm and once in the Fox Dorm, and

7  those were the only two times that you've seen pepper

8  spray used?

9      A.   Yes, sir.

10     Q.   But you've told me that there are fights that

11  happen there frequently?

12     A.   (Nodding head.)

13     Q.   So I'm guessing you've seen deputies break up

14  fights without pepper spray?

15     A.   In different dorms.  In different dorms.

16     Q.   Okay.  Explain what you mean.  I still don't

17  follow you.

18     A.   Like fights happen in different dorms, not in

19  my dorm, but in another dorm, and they'll run to that

20  dorm and break it up.

21     Q.   Right.  Okay.  But when they go to the other

22  dorms to break up those other fights, you've not seen

23  them use pepper spray?

24     A.   Not that I've seen, but I see them come out.  I

25  see the person come out, they head be down and they'll

1    be screaming, but I ain't see them get Maced.

2        Q.   All right.  So do you know whether or not they

3    were pepper sprayed or not?

4        A.   I say they did, but I ain't seen it though.

5        Q.   Okay.  So you don't know for sure?

6        A.   Yes, sir.

7        Q.   Have you ever seen Sergeant Mitchell breaking

8    up a fight?

9        A.   No, sir.

10       Q.   How about Deputy Brown?  Have you ever seen him

11   break up a fight?

12       A.   No, sir.

13       Q.   Deputy Reed, you ever see him break up a fight?

14       A.   (Shaking head.)

15       Q.   No?

16       A.   No, sir.

17       Q.   Are these guys I just named -- Sergeant

18   Mitchell, Deputy Brown, and Deputy Reed -- are they men

19   that you trust?

20       A.   Yes, sir.

21       Q.   Why do you trust them?

22       A.   Because they -- first of all, they'll, like --

23   they influence you to do right.  They don't treat you

24   like no adults.  They treat us like kids, what we is,

25   and they don't treat us like trash, because the other

1    guards treat us like trash.

2        Q.   Like trash?

3        A.   Yeah.  They don't care.

4            THE WITNESS:  Can I use the bathroom?

5            MS. HASKELL:  Yes.  Can we take a break so he

6    can use the bathroom?

7            MR. TROHN:  Mm-hmm.

8            THE VIDEOGRAPHER:  We're going off the record

9    at 12:12 [sic] p.m.

10           (Recess from 2:12 until 2:17 p.m.)

11           (Mr. Hayden exited the conference room.)

12           THE VIDEOGRAPHER:  Okay.  We're back on the

13   record at 2:17 p.m.

14   BY MR. TROHN:

15       Q.   You had told me there were a couple of times

16   that somebody had used force on you, not with pepper

17   spray, but just with their hands, and you mentioned one

18   time where Deputy Hester took you out and you bumped

19   your head and then -- and actually a second time where

20   Deputy Hester put you in the cage?

21           MR. RINDONE:  Objection.  I'm not sure that

22   that was his exact testimony, but go ahead.

23       Q.   Is that correct?

24       A.   Excuse me?  Say -- can you say it again?

25       Q.   The two times that I've written down that you

1    told me someone used force on you without pepper spray

2    was one time with Deputy Hester, took you out and you

3    bumped your head on some glass?

4         A.   Yes, sir.

5         Q.   And then the second time was Deputy Hester put

6    you in a cage for some reason?

7         A.   Yes, sir.

8         Q.   Okay.  Are there any other times when someone

9    had put their hands on you --

10        A.   No, sir.

11        Q.   -- to use force?  Well, let me ask about each

12   of these two times.  Now, the first time where you

13   bumped your head --

14        MS. HASKELL:  Objection; mischaracterization of

15        testimony.

16        MR. TROHN:  I haven't asked a question yet.

17        MR. RINDONE:  Yeah, but that's --

18        MS. HASKELL:  Bumped head, he didn't report --

19        MR. RINDONE:  -- that's what I'm saying --

20        MS. HASKELL:  Hold on.  He didn't report that

21        he bumped his head, that D      _ bumped his head.

22        MR. TROHN:  Well, I'm just trying to get his,

23        you know --

24        MS. HASKELL:  I'm just objecting that it's

25        mischaracterized.  You can ask him how it happened.

1    BY MR. TROHN:

2        Q.    The incident with Deputy Hester in which you

3    said that your head got bumped, tell me what happened in

4    that incident.

5        A.    Well, first it was like, he just -- like, I was

6    at the door, and I was like -- I told him, like, you

7    need -- I was like, you need to get big.  He was like,

8    you need to get big, you ain't even in my weight class.

9    I was like, you need to eat your vegetables, and then he

10   called out, holler at me, and then he just opened the

11   door and he grabbed me by my shirt.  He pulled me out

12   and then he was like, what, so do something now, do

13   something now when a man in your face.  And I was like,

14   man, I ain't got time for you, let me go back in the

15   dorm.  I tried to walk off, and then that's when he

16   grabbed me by my arm, and like he banged -- like, he

17   pushed me towards the glass, and then that's when I had

18   the knot on my head.  He told the nurse that I was

19   banging my head into the window, and then I tried to

20   tell her but he did it, but she ain't believe me.

21       Q.    Did you -- did you go see the nurse?

22       A.    Yeah.  He took me to the nurse.

23       Q.    Okay.  And did you get any sort of treatment

24   for it?

25       A.    No.  She just gave me an ice pack.

1    Q.   What did you have -- where was the bump on your

2  head?

3    A.   Right here.

4    Q.   Okay.  And which window did you hit?

5    A.   The MC -- the MC window.

6    Q.   Which window?

7    A.   The master -- like, it's like the control room.

8    Q.   Oh, so you were out in the middle?

9    A.   Yeah, I was out in the commons area.

10   Q.   Okay.  What were you doing out there?

11   A.   He pulled me -- he pulled me out, and he was

12  like, oh, so do something now when a man in your face,

13  and then I tried to walk off and go back in the dorm and

14  that's when me pulled my shirt and my arm and he was

15  like -- he -- like, he rushed me to the window and

16  bumped my head to the window.

17   Q.   Okay.  Any sort of -- anything else happen with

18  that?

19   A.   No, sir.

20   Q.   Was there any other deputy there?

21   A.   Russell was there.

22   Q.   Anybody else?

23   A.   No, sir.

24   Q.   All right.  And then you said there was one

25  other time where Deputy Hester put you in the cage?

```
 1        A.    (Nodding head.)

 2        Q.    What happened there?

 3        A.    I was in the meds line, and then he said

 4   something to me, I don't know what he said, and then I

 5   walked off.  I took my medication.  I walked off and

 6   then the next thing you know, he came up behind, grabbed

 7   me by my shirt, and like, you ain't hear me what I said?

 8   And I was like, nah, and he said -- he grabbed me by --

 9   he grabbed me by my shirt out of the camera view and he

10   said -- he said, go to the cage.  I was like, for what?

11   He was like, give me a reason to put my hands on you.  I

12   was like, what I'm going to the cage for?  He like,

13   because you ain't follow my order, and then that's when

14   I was standing there, and then that's when he drug me to

15   the cage and put me in the cage for a couple hours.

16        Q.    Do you know what order he had given you?

17        A.    No, sir.

18        Q.    You didn't hear his orders?

19        A.    No, sir.

20        Q.    So apparently he'd given you some orders, but

21   you didn't hear him, and so he got angry?

22        A.    Yes, sir.

23        Q.    All right.  And where did that happen?

24        A.    In Echo Dorm.

25        Q.    Were you in your cell or out in the common
```

1    area?

2         A.    I in the dorm, in the day room.

3         Q.    In the day room?

4         A.    (Nodding head.)

5         Q.    Okay.  And did Deputy Hester ever tell you what

6    the orders were that he thought --

7         A.    No, sir.

8         Q.    -- you were disobeying?

9         A.    No, sir.

10        Q.    You just went to the cage for a couple hours?

11        A.    Yes, sir.

12        Q.    Were you hurt at all?

13        A.    No, sir.

14        Q.    All right.  Any other instances, other than

15   these two that you told me about and then the time in

16   India dorm where you got the pepper spray, where anyone

17   has ever used force on you?

18        A.    No, sir.

19        Q.    Have you ever observed any use of force that

20   you thought was too much?

21        A.    Excuse me, can you break that down?

22        Q.    Well, have you ever seen a deputy with a --

23   with an inmate who you thought the deputy was using too

24   much force on him?

25        A.    Oh, no, sir.

1    Q.    Okay.  Have you ever had any problems with

2  medical care there, getting appropriate medications and

3  such?

4    A.    Yes, sir.  I had -- one time, I had, like, in

5  the beginning -- like, in the beginning of November, I

6  had requested to get meds back, and then they ain't

7  never come see me, so I request for another one.  They

8  still ain't come see me, and then I request for another,

9  and then they finally came and put me on my meds.

10    Q.    And that's the medicines you were telling me

11  about earlier?

12    A.    Yes, sir.

13    Q.    Any other type problems with your medicine?

14    A.    No, sir.

15    Q.    Have you ever been on suicide watch?

16    A.    Yes, sir, once.

17    Q.    What happened there?

18    A.    They -- they tried to put me in iso --

19          THE VIDEOGRAPHER:  I heard the noise beep.

20  Sorry.

21    A.    I was in iso and I was like -- and then this

22  was before they gave me my meds, and then I was, like,

23  seeing and hearing things, and then that's when they put

24  me on suicide watch.

25    Q.    Can you say that again?  I didn't follow you.

1     A.   I was -- they had put me in iso, and then

2  that's when I was starting seeing and hearing things, so

3  they put me on suicide watch, closed up.

4     Q.   Okay.  How long were you --

5     A.   Two days.

6     Q.   -- on suicide watch?

7     A.   Two days.

8     Q.   Any problems there?

9     A.   No, sir.

10     Q.   Why were you put in iso to begin with?

11     A.   Talking, like -- like, not following they

12  orders.

13     Q.   Okay.  How many times have you had to go to iso

14  for not following orders?

15     A.   Just that one.

16     Q.   Just that one time?

17     A.   (Nodding head.)

18     Q.   What kind of order were they giving you that

19  you didn't follow?

20     A.   Go to my room.

21     Q.   And what -- do you remember anything about what

22  you were seeing or hearing while you were in iso?

23     A.   No, sir.

24     Q.   Do you remember an incident where inmates G[___

25  and J___] were in the cage and they had been sprayed?

1      A.   No, sir.

2      Q.   Have you ever seen or heard any of the deputies

3   using racially insulting language to you or others?

4      A.   Yes, sir.   Like, they'll threaten us.

5      Q.   Yeah, but did they ever call you by the N-word

6   or anything like that?

7      A.   Not that I know of.

8      Q.   Okay.   Is there anything else about your stay

9   here at the Central County Jail that you had any

10  problems with that we haven't discussed?

11     A.   No, sir.

12          MR. TROHN:   Okay.   Then Mr. Telan may ask you

13     some questions now.

14          THE VIDEOGRAPHER:   Before you start, if you

15     could get the microphone.

16          MR. TELAN:   Oh, yeah, that's right.   Thank you,

17     Jon.

18          THE VIDEOGRAPHER:   Thank you.

19                    CROSS-EXAMINATION

20  BY MR. TELAN:

21     Q.   Mr. M____J, I'm Pat Telan.   I represent Corizon

22  Health.

23          You told us that you have been suffering from

24  hallucinations since you were a young child; is that

25  right?

1    A.    Yes, sir.

2    Q.    Are those auditory hallucinations?  In other

3  words, that you hear things, or do you see things, or is

4  it both?

5    A.    Both.

6    Q.    Tell me what -- do you have a typical

7  hallucination?

8    A.    Excuse me?  What that word mean?

9    Q.    Is there a hallucination that you have more

10  regularly than others?  Do you see or hear the same

11  voice or the same person again?

12    A.    Sometimes.

13    Q.    Tell me what those voices are telling you.

14    A.    Like sometimes it be good things, or sometimes

15  it be bad things.  They'll tell me -- tell me to do

16  stuff.

17    Q.    Like what?

18    A.    Like either to, like, do stuff bad or do stuff

19  good.

20    Q.    Do the voices ever tell you to hurt other

21  people?

22    A.    No.

23    Q.    What are the bad things the voices tell you to

24  do?

25    A.    Like -- like, when my grandma tell me to do

1    stuff, it tell me, the voices tell me, like, don't do

2    what she say or leave the house when she tell me not to

3    leave the house.

4         Q.   Is it a man's voice or a woman's voice?

5         A.   A man's.

6         Q.   All right.  And is that the same voice that you

7    hear over and over again?

8         A.   No, sir.

9         Q.   Are there multiple voices that you hear?

10        A.   Yes, sir.

11        Q.   How many different voices do you hear?

12        A.   I just hear multiple.

13        Q.   I'm sorry?

14        A.   I just be hearing a lot.  It be a lot of

15   voices.

16        Q.   Okay.  Do you have -- how about visual, do you

17   see people that aren't there at times?

18        A.   Yes, sir.

19        Q.   Do you see the same people over and over again?

20        A.   Most of the time.

21        Q.   Are those, the people that are telling you

22   things, are these the same people that talk to you?

23        A.   Yes, sir.

24        Q.   How many different people do you see?

25        A.   Like five.

1    crushed the medication up?

2            MS. HASKELL:   Objection; asked and answered.

3       A.   No, sir.

4       Q.   Did anybody ever tell you that the crushed up

5    medication is causing heartburn?

6       A.   No, sir -- well, yes, yes, sir.

7       Q.   Who told you?

8       A.   The nurse.

9       Q.   Which nurse?

10      A.   She's short.  I don't know her name.

11      Q.   She told you that the crushed up medication's

12   causing the heartburn?

13      A.   She say it might -- that might be one reason.

14      Q.   Did she suggest any other reason?

15      A.   No, sir.

16      Q.   All right.  Do you agree that it's important to

17   follow guards' instructions?

18      A.   Yes, sir.

19      Q.   Yes, sir?

20      A.   Yes, sir.

21      Q.   Now, when you were growing up, was there a man

22   in the house who was present to kind of tell you what to

23   do in case, like, you didn't follow your grandma's

24   instructions?

25      A.   Not really.

1    Q.   So is it, basically, for as long as you've been

2  alive, there really hasn't been a male figure in your

3  home giving you instructions?

4    A.   Mm-mm, no, sir.

5    Q.   Is that correct?

6    A.   Yes, sir.

7    Q.   Have you ever talked back to a guard?

8    A.   Yes, sir.

9    Q.   Have you ever cursed at a guard?

10    A.   Yes, sir.

11    Q.   When you were on suicide watch, I think you

12  said you were on for a couple of days, did the nurse

13  come by to check on you?

14    A.   Yes, sir.

15    Q.   How often?  Do you remember?

16    A.   No, sir.

17    Q.   Were there guards that would come by --

18    A.   Yes, sir.

19    Q.   -- more frequently than they do now to check on

20  you when you were on suicide watch?

21    A.   Yes, sir.

22    Q.   And you were placed on suicide watch because

23  you were hearing some things, right?

24    A.   Yes, sir.

25    Q.   And is that when maybe the bad voices were

1    talking to you?

2         A.   Yes, sir.

3         Q.   Do you remember what they were telling you at

4    that point?

5         A.   I can't remember.

6              MR. TELAN:  Thanks for your time, Mr. M

7    That's all I have.

8              THE WITNESS:  Yes, sir.

9              MR. RINDONE:  We need to take a break.

10             THE VIDEOGRAPHER:  Go off the record?  Okay.

11             Going off the record at 2:42 p.m.

12             (Recess from 2:42 until 2:56 p.m.)

13             THE VIDEOGRAPHER:  We're back on the record at

14        2:56 p.m.

15                        CROSS-EXAMINATION

16   BY MS. HASKELL:

17        Q.   All right, D____.  I'm just going to ask you a

18   few more questions.  Okay?

19        A.   Yes, ma'am.

20        Q.   When you were speaking with Mr. Trohn earlier

21   you mentioned that you had been pepper sprayed two or

22   three times, right?

23        A.   Yes, ma'am.

24        Q.   Okay.  We talked about two of those times.  Was

25   there a third time?

1       A.      Yes, ma'am.

2       Q.      Okay.  Can you tell me what happened that time?

3       A.      Well, I was -- actually, the third time was

4  like --

5       Q.      Were you playing cards?

6       A.      Oh.  The third time, actually, it was a group

7  of us, four of us, we were playing cards.  We were

8  playing Spades and then it was lockdown time.  The guard

9  came in and said it was time to go to bed, so we decided

10  to play -- we told him can we finish the last game?  He

11  was, like, nah, it's lockdown time, so we decided to

12  keep on playing and then he said, I'm going to Mace

13  y'all, so we started walking off slow -- slowly and then

14  he just Maced us.

15      Q.      He sprayed all four of you?

16      A.      Yes, ma'am.

17      Q.      Do you remember what guard that was?

18      A.      No, ma'am.

19      Q.      How did it feel when he sprayed you?

20      A.      Bad.

21      Q.      What do you mean by bad?

22      A.      It burned.

23      Q.      Where does it burn?

24      A.      In my face and my eyes.

25      Q.      Did you think he needed to spray you?

1      A.   No, ma'am.

2      Q.   What do you think he could have done

3  differently?

4      A.   We were going to our room.  He could have

5  waited.

6      Q.   Could have waited until --

7      A.   We went in our room, because we walked to our

8  room.

9      Q.   Okay.  What happened after you were sprayed?

10      A.   He took us to the nurse, and she just asked us

11  did we have any injuries, anything.  We like, no, and

12  then he let us get a shower.

13      Q.   Okay.  Did you take a hot shower or a cold

14  shower?

15      A.   Hot.

16      Q.   Why did you take a hot shower?

17      A.   Because that's the only thing it runs.

18      Q.   Does the hot shower feel good after you're

19  sprayed?

20      A.   No, ma'am.

21      Q.   How does it feel?

22      A.   It makes it even worse.

23      Q.   Okay.  Now, you said earlier that you hadn't

24  actually seen other kids get sprayed, right?

25      A.   Yes, ma'am.

1    Q.   Okay.  But you said that you knew that other

2    kids had been sprayed?

3    A.   (Nodding head.)

4    Q.   How did you know that?

5    MR. TROHN:   Object to the form of the question.

6    A.   Because, like -- like, after they leave out the

7    dorm, they'll be screaming and hollering, like -- that's

8    how you know they've been sprayed, because they'll have

9    they head down holding they face, and then they'll take

10   a shower.

11   Q.   Okay.  You see them get taken directly to the

12   shower?

13   A.   No.  They'll take them to the cage and then

14   they'll be screaming in the cage holding they face,

15   like, waving they face.

16   Q.   Have you seen kids have to sit in the cage for

17   a long time?

18   A.   Yes, ma'am.

19   Q.   After being sprayed?

20   A.   Yes, ma'am.

21   Q.   About how long?

22   A.   About, like -- the longest it'd be ten, 15

23   minutes.

24   Q.   Do you know why the guards put them in the cage

25   before the shower?

1    A.   Yes.  They say, oh, we going to teach you a

2  lesson.

3    Q.   Okay.  And about how many times have you seen

4  the aftereffects of someone be sprayed, seen what you

5  thought was them being sprayed before?

6    A.   Like three or four times.

7    Q.   Okay.  Just give me one second, Deshon.

8         And Mr. Trohn asked you if you had ever seen --

9  if you had ever seen deputies use too much force.  Do

10  you remember that?

11    A.   Yes, ma'am.

12    Q.   Okay.  Do you think that Deputy Hester used too

13  much force with you on the two times you mentioned?

14    A.   Well, he used too much force when he bumped my

15  head to the window.

16    Q.   Okay.  Do you think he could have done

17  something differently?

18    A.   Yes.

19    Q.   You said that guards threatened you.  What kind

20  of things did they say to threaten you?

21    A.   Like they don't care about losing they jobs.

22  If they weren't at work, they'd do stuff to us.  If

23  there weren't no cameras, what they'll do.

24    Q.   Do they ever say what they'll do?

25    A.   No, they don't never say what they'll do.

1    Q.   How does that make you feel?

2    A.   It just makes me feel unsafe, like --

3    Q.   Okay.  Now, D____, we've talked today about

4  how you have a toothache, right?

5    A.   (Nodding head.)

6    Q.   How long have you had that toothache?

7    A.   Ever since I was like -- ever since I been --

8  like ever since before I got locked up.

9    Q.   Before you got locked up.  And when was the

10  first time you told someone about your toothache?

11    A.   Back at South County.

12    Q.   Do you remember how many times you've told

13  someone about your toothache?

14    A.   At South County I kept on complaining, and then

15  when I got here, I kept on complaining, and then they

16  finally -- they finally said they were going to refer me

17  to the dentist two days ago.

18    Q.   Okay.  And when you complained, who did you

19  complain to?

20    A.   The nurse.

21    Q.   The nurse.  Do you remember which nurses?

22    A.   No, ma'am.

23    Q.   Okay.  Do you have an idea -- actually, I take

24  that back.

25       Oh, and also, D____, one more question.  You