UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:12-cv-00568-SDM-MAP

CHANDA HUGHES, as guardian and on behalf of
JB, a minor; BRENDA SHEFFIELD, as guardian
and on behalf of JD, a minor; VIOLENE
JEAN-PIERRE, as guardian and on behalf of
FJP, a minor; MICHELLE MINOR, as guardian
and on behalf of JP, a minor; LISA JOBE, as
guardian and on behalf of KJ, a minor; AMY
GAGE, as guardian and on behalf of BG, a
minor; CRYSTAL CUYLER, as guardian and on
behalf of DM, a minor; NIKEYTA MATTHEWS, as
guardian and on behalf of KG, a minor; and
ANITA NAVA, as guardian and on behalf of
AH, a minor; on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

GRADY JUDD, Polk County Sheriff, in his
official capacity, and CORIZON HEALTH,
INC.,

        Defendants.

    VIDEOTAPED DEPOSITION OF JEREMIAH N. DAVIS

        Taken on Behalf of the Defendants

DATE TAKEN:    Friday, June 22, 2012
TIME:          1:03 p.m. - 2:21 p.m.
PLACE:         Wasilewski Court Reporting, LLC
               1525 South Florida Avenue, Suite 4
               Lakeland, Florida 33803

    Examination of the witness taken before:

            Linda S. Blackburn
        Registered Professional Reporter
            Certified Realtime Reporter
            Certified CART Provider

1    MR. VAZQUEZ:  Ramon Vazquez on behalf of

2  Corizon Health, Inc.

3    THE VIDEOGRAPHER:  And, Court Reporter, please

4  swear in the witness.

5    THE COURT REPORTER:  Raise your right hand

6  please, sir.

7    Do you swear or affirm that the testimony

8  you're about to give in this matter will be the

9  truth, the whole truth, and nothing but the truth?

10    THE WITNESS:  Yes.

11    JEREMIAH N. DAVIS, called as a witness by

12  DEFENDANT GRADY JUDD, having been first duly sworn,

13  testified as follows:

14                   DIRECT EXAMINATION

15  BY MR. TROHN:

16    Q.   Would you state your full name, please?

17    A.   Jeremiah Nathaniel Landren [phonetic] Davis.

18    Q.   Where do you live, Mr. Davis?

19    A.   Winter Haven, Florida.

20    Q.   What's your home address?

21    A.   1007 Northwest 37th Street, Winter Haven,

22  Florida.

23    MR. VAZQUEZ:  I'm sorry.  Can you speak up just

24  a little?

25    Q.   And you live with your mother?

1        A.   Yeah, mother.

2        Q.   Ms. Sheffield?

3        A.   Yeah, Ms. Sheffield.

4        Q.   Anybody else?

5        A.   No.   That's it.

6        Q.   How old are you?

7        A.   Eighteen.

8        Q.   Date of birth?

9        A.   4-15-94.

10        Q.   You going to school?

11        A.   Yeah.

12        Q.   Where you going?

13        A.   New Beginnings High School.

14        Q.   What grade are you in?

15        A.   Eleventh.

16        Q.   What's the difference between New Beginnings

17   and -- and were you at Winter Haven High before?

18        A.   Yeah, Winter Haven.

19        Q.   Yeah.   What's the difference between the two?

20        A.   New Beginnings, it's all right, but it's

21   nothing like Winter Haven High School.   It nothing like

22   regular high schools, because we do all the work on the

23   computers and like we just stay in one class.   In Winter

24   Haven, you get to change classes.

25        Q.   I see.   But when you finish, do you get a

1      Q.    For one year?

2      A.    I was there two years.

3      Q.    Did you ever get suspended or expelled from any

4  of those schools?

5      A.    Yeah.

6      Q.    Which ones?

7      A.    I got suspended from Dwight Smith and Winter

8  Haven.

9      Q.    What were the reasons?

10     A.    I was just acting up.  I wasn't focused.

11     Q.    Were you getting in fights?

12     A.    No.

13     Q.    Just acting up?

14     A.    Yeah.

15     Q.    What kind of grades were you making at Winter

16  Haven High?

17     A.    Average.

18     Q.    Do you have a doctor or pediatrician that

19  you've seen over the years?

20     A.    I go see Mr. Roberts.

21     Q.    Mister or Doctor?

22     A.    A mister, doctor.

23     Q.    Dr. Roberts?

24     A.    Yeah.

25     Q.    What kind of doctor is he?

1     A.    At the Sweet Center.   You know what I'm talking

2  about?

3     Q.    Yeah.

4     A.    Yeah.

5     Q.    So he's a counselor?

6     A.    Yeah.

7     Q.    You get counseling at Sweet Center?

8     A.    Yeah.

9     Q.    What are they helping you with there?

10     A.    Helping me with problems, man.   Like the court

11  ordered me to go there, so I don't really know why I'm

12  going.   Feel me?

13     Q.    No.   Can you explain a little bit?

14     A.    Like when I got put on probation, they ordered

15  me to go to the Sweet Center and get counseling for the

16  medicine, and every time I go there, he say I don't need

17  the medicine.

18     Q.    You mean Dr. Roberts does?

19     A.    Yeah.

20     Q.    How often are you going there?

21     A.    Probably once every two, three months.

22     Q.    Just once every two or three months?

23     A.    Yeah.

24     Q.    Is it individually or with a group of people?

25     A.    Individual.

1    Q.    Have you ever been evaluated psychologically?

2    A.    Yeah.

3    Q.    Where was that done and when?

4    A.    That was done sometime last year.

5    Q.    And --

6    A.    I don't remember the date.

7    Q.    What?  It was last year?

8    A.    Yeah.

9    Q.    Was it there at Sweet Center or somewhere else?

10   A.    Sweet Center.

11   Q.    Did anybody tell you what the results were?

12   A.    No.

13   Q.    Do you have any understanding of what the

14   diagnosis is for your -- for your condition?

15   A.    ADHD.

16   Q.    Anything else?

17   A.    No, not that I know of.

18   Q.    And you said there's some medication that at

19   least at one point in time you were taking?

20   A.    Yeah, when I was little.

21   Q.    When you were little?

22   A.    But I growed out of it.

23   Q.    Do you remember what it was?

24   A.    Concerta.

25   Q.    How old were you when you stopped taking it?

1       A.    Oh, about 14, 15.

2       Q.    Was that your decision or someone stopped

3  prescribing it for you?

4       A.    They stopped prescribing it.  They felt like I

5  ain't need it.

6       Q.    How do you feel about it?

7       A.    I feel like I don't need it.

8       Q.    Oh, you feel like you don't need it?

9       A.    Yeah.

10      Q.    You weren't getting any benefit from it?

11      A.    I don't know.  I ain't see no reason why I

12  should take it.

13      Q.    What about the counseling, do you feel like you

14  get benefit from that?

15      A.    Yeah.  It's all right.

16      Q.    Does it help you at all?

17      A.    Yeah.

18      Q.    Have you received counseling at any other

19  places other than the Sweet Center?

20      A.    Peace River.

21      Q.    When were you at Peace River?

22      A.    At Peace River?  That was about 2004 through

23  2005.  It's when I little.

24      Q.    Any other places you got counseling?

25      A.    No.

1    Q.    Let me ask you about each of these.  How old

2  were you when you first started counseling at Sweet

3  Center?

4    A.    Probably like 15.

5    Q.    So you were a bit younger when you got the

6  counseling at Peace River?

7    A.    Yeah.

8    Q.    Where -- was the Peace River court ordered?

9    A.    No, it wasn't court order.  I was going to

10  Peace River for medicine.  That's when I was taking my

11  medicine and I kept getting prescriptions.

12    Q.    Have you ever been hospitalized for any reason?

13    A.    Yeah.

14    Q.    You have?

15    A.    Yeah.

16    Q.    For what reasons?

17    A.    I had got into a car accident when I was

18  little.  When I was little, about 11, I had got into a

19  car accident.

20    Q.    Did you have to spend the night?

21    A.    Yeah.

22    Q.    What did you injure?

23    A.    I was just getting checked out, because my

24  stepmother, she was injured bad, so I had went to get

25  checked out.

1    Q.   And --

2    A.   And I was younger, so I probably don't even

3  remember.

4    Q.   Do you remember how long you were in the

5  hospital?

6    A.   Overnight.

7    Q.   You were recently at the Polk County Jail?

8    A.   Yeah.

9    Q.   From what time to what time?

10    A.   From February to March.

11    Q.   Do you know how -- how many days in all you

12  were there?

13    A.   I was in there for 31 days, for a month.

14    Q.   I'm sorry.  I didn't hear.

15    A.   Thirty-one, 31 days.

16    Q.   Were you bonded out?

17    A.   Yeah.

18    Q.   What were you charged with that put you in the

19  Polk County Jail?

20    A.   I was charged with robbery.

21    Q.   Are you charged as an adult?

22    A.   Yeah.

23    Q.   Is that case still pending?

24    A.   No, it's not pending.

25    Q.   What -- how did it get resolved?

1      A.    Probation.

2      Q.    So what sort of terms are there for your

3  probation?

4      A.    I got to do 50 community hours, find work, and

5  just report to my probation officer every month.

6      Q.    How long do you have to report to your

7  probation officer?

8      A.    Every month.

9      Q.    No.  I mean, for how long in the future?

10     A.    Forty-eight months.

11     Q.    Who's your probation officer?

12     A.    Kenneth Brokenburr.

13     Q.    Where do you go to report to him?

14     A.    Winter Haven by the regional -- Regency Center.

15     Q.    Were you arrested and taken to the Polk County

16  Jail this last --

17     A.    Yeah.

18     Q.    -- incident?

19     A.    Yeah.

20     Q.    Where were you arrested?

21     A.    I was arrested in Lakeland.

22     Q.    Where were you at the time?

23     A.    I was at my stepmom's house.

24     Q.    You handcuffed and transported to the jail?

25     A.    Yeah.

1      Q.   Did they take you to the assessment center

2   first, or no?

3      A.   Yeah.

4      Q.   So you were taken to the assessment center and

5   then to the jail?

6      A.   Yeah.

7      Q.   I should have told you earlier, if you need a

8   break for any reason, you let me know and you can take

9   one.

10      A.   All right.

11      Q.   And if -- if you don't understand any of my

12   questions, let me know.  I'll make sure you do.

13      A.   All right.

14      Q.   I'm going to ask you about other times you've

15   been in trouble with the law and places that you've had

16   to be detained.

17      A.   Yeah.

18      Q.   Where else other than Polk County Jail?

19      A.   That I've been detained?

20      Q.   Yeah.

21      A.   Manatee County, and that was it.

22      Q.   When was that?

23      A.   That was back in November.

24      Q.   Oh, this past November of 2011?

25      A.   Yeah.

1    Q.    What happened in that incident?

2    A.    Violation of curfew.

3    Q.    Where did that happen?

4    A.    It happened at my house in Winter Haven.

5    Q.    Did you go to the Juvenile Assessment Center

6    first?

7    A.    Yeah.

8    Q.    So you were handcuffed and taken there?

9    A.    Yeah.

10   Q.    Did you -- you never went to DJJ, did you?

11   A.    No.

12   Q.    Have you ever been to DJJ?

13   A.    DJJ?

14   Q.    Yeah.

15   A.    Yeah.  One time.

16   Q.    When was that?

17   A.    I'll say that was around the summer of 2011.

18   Q.    What happened there?

19   A.    Violation of curfew too.  That was the same

20   thing.

21   Q.    How long were you at DJJ?

22   A.    Two days.

23   Q.    Were you there at any other time?

24   A.    No.

25   Q.    Just that one time at DJJ?

1      A.   Yeah.

2      Q.   And you said that was last summer?

3      A.   Yeah.

4      Q.   Any other times?

5      A.   No, that's it.

6      Q.   Your mom mentioned a petty theft.  Have we

7  covered that?

8      A.   Yeah.

9      Q.   Which one was that?

10     A.   That was -- that was last year, too, but I

11 never really went to DJJ for that.  I just got put on

12 probation.

13     Q.   So you didn't have to go to any facilities for

14 that?

15     A.   No.

16     Q.   You just went home?

17     A.   Yeah.  Only time I went to the facility is for

18 curfew.

19     Q.   You mentioned one in Manatee County.  What's

20 the name of it?

21     A.   Manatee County.

22     Q.   Nothing --

23     A.   Manatee Detention Center.

24     Q.   Okay.  And that's for juveniles?

25     A.   Yeah.

1    Q.   How long were you there?

2    A.   I was there five days.

3    Q.   And when you got out, you went home?

4    A.   Yeah.

5    Q.   What was that facility like?

6    A.   It was all right.

7    Q.   And how would you compare it to say the Polk

8  County Jail?

9    A.   It was way better than the Polk County Jail.

10    Q.   Why do you say that?

11    A.   Food was better, housing was better, it was

12  more cleaner.  It was just better than Polk County.  It

13  had more supervision.

14    Q.   How much super -- well, can you be a little

15  more specific about that part of it?

16    A.   Like they got officer who supervise us.  They

17  don't just leave us in the room.  They don't just run

18  off and just chill and lay back.  They're actually doing

19  their job.

20    Q.   Tell me about that a little bit.  At Manatee

21  County, where were they located?

22    A.   They was in the dorm with you.

23    Q.   At Polk County, they're outside your dorm?

24    A.   Yeah, they're outside the dorm.  They're in the

25  command room.

1    Q.    What about the two days at DJJ, what do you

2    remember about that?

3    A.    It was all right.  More supervision than Polk

4    County Jail, better food.

5    Q.    So I take it you think there ought to be more

6    supervision or different type of supervision than they

7    provide at the Polk County Jail?

8    A.    Yeah, if you want to say that.

9    Q.    Well, I don't want to put words in your mouth.

10   How do you feel about it?

11   A.    Yeah, I just feel just like how you just said

12   it.

13   Q.    There ought to be more supervision?

14   A.    Yeah.

15   Q.    Can you tell me, do you mean just more guys or

16   guys stationed in different places or --

17   A.    More guys on station.

18   Q.    I'm sorry?

19   A.    More guys station.  Like, hey, I done been

20   specific as I can with you.  I told you, they don't have

21   no supervision.  They just run off and chill.  That's

22   all they do.  They don't do their job.

23   Q.    Well, tell me about that.  When you say, "They

24   don't do their job," what do you think they should be

25   doing that they're not?

1    A.    They should be supervising the juveniles,

2 making sure everything copastetic [phonetic].

3    Q.    Okay.  While you were at the Polk County Jail,

4 did they ever have to use force on you?

5    A.    Yeah.

6    Q.    How many times?

7    A.    Once.

8    Q.    And what happened?

9    A.    I had got Maced.

10    Q.    Can you describe what happened that led up to

11 that?

12    A.    I woke up that morning, get ready to go for

13 school, you know, so I had on a white T-shirt.  I ain't

14 have on a jail shirt.  So they were like, go put your

15 shirt on, whatever.  So I went up to my room to put my

16 shirt on.  And it was cold in the dorm, so I had like my

17 hands in my pants pocket or whatever, so I was putting

18 my shirt on.  So they're telling me, they're like, get

19 your hands out your pants, whatever.  And they said it

20 again.  And then next thing I know, I'm just receiving

21 Mace.

22    Q.    All right.  So what time of the morning was

23 this?

24    A.    This was about 7:30.

25    Q.    So they -- you were wearing a white T-shirt and

1  they wanted you to get dressed with your prison uniform?

2      A.   Yeah.

3      Q.   And the officer felt like you weren't doing it,

4  so he sprayed you?

5      A.   Yeah.

6      Q.   And --

7      A.   Basically.

8      Q.   Yes?

9      A.   Yeah.

10     Q.   Anything more to it than that?

11     A.   I got restrained.  They restrained me to the

12 point where I felt my arm was fixing to get broken.  I

13 got cussed out.  I ain't get the proper treatment.  Sat

14 in the cage all day with Mace burning my eyes.  I ain't

15 get to eat no lunch, I ain't get to eat no dinner, only

16 thing I had was a snack.

17     Q.   Anything else about it you remember?

18     A.   That's it.

19     Q.   All right.  Let me ask you in a little more

20 detail about these things.  Who was the deputy that

21 sprayed you?

22     A.   Officer Brown.

23     Q.   Terry Brown?

24     A.   I don't know his first name.

25     Q.   And you said that you were restrained with your

1   arm behind your back?

2        A.   Yeah.

3        Q.   Was this before or after you were sprayed with

4   the pepper spray?

5        A.   That was after.

6        Q.   The officer tell you why he was restraining

7   you?

8        A.   He ain't tell me why specific.  I guess when

9   they sprayed me, during the same time they sprayed me,

10  they was in the process of restraining me.

11       Q.   So it was all one process?

12       A.   Yeah.

13       Q.   He sprayed you as he was trying to restrain

14  you?

15       A.   Yeah -- no.  He sprayed me first.

16       Q.   Were you standing up when he sprayed you?

17       A.   Yeah.  Then when they sprayed me, I fell.

18       Q.   Were there any other officers involved?

19       A.   Officer Mitchell.

20       Q.   What was he doing?

21       A.   He was restraining me, cussing me out.

22       Q.   Which was the one that was holding your arm?

23       A.   Mitchell.

24       Q.   Sergeant Mitchell?

25       A.   Yeah.

1       Q.   And what was Deputy Brown doing while Sergeant

2   Mitchell was holding your arm?

3       A.   He was in my face cussing me out.

4       Q.   Any other officers involved?

5       A.   No.

6       Q.   All right.  So you're there on the ground and

7   Deputy Brown is at your face cussing at you, and

8   Sergeant Miller -- excuse me, not Miller -- Sergeant

9   Mitchell has your arm behind your back?

10       A.   Yep.

11       Q.   What was he trying to get you to do; what was

12   he saying to you as -- as your arm was behind your back?

13       A.   Oh, he was just like, who the bitch is now, who

14   the cracker is now, oh, how you feel now.  He was just

15   talking trash.  He was just talking trash.  Oh, the

16   camera can't see in here, stuff like that.

17       Q.   Where'd it happen?

18       A.   'It happened into our room.

19       Q.   What?

20       A.   By the wall.  It happened in the room by the

21   wall.

22       Q.   You mean in your cell?

23       A.   Yeah.

24       Q.   How do you know the camera couldn't see you?

25       A.   Because he told me specifically.

1    Q.    Who did?

2    A.    Mitchell.

3    Q.    What specifically did Sergeant Mitchell say to

4  you other than who's the bitch now and camera can't see

5  you?

6    A.    When he had me -- when he had me restrained, he

7  like, well, I'll break it.  And I'm like, man, my arm,

8  man, my arm.  He was like, oh, bitch, I'll break it,

9  I'll break your arm, bitch.  So I thought my arm was

10  broke for real 'cause I can't really move it.  I

11  couldn't even get my food.  And that was it.

12    Q.    And that was all he said?

13    A.    Yeah.

14    Q.    Is there anything else that Sergeant Mitchell

15  said to you that you haven't already told me?

16    A.    No.

17    Q.    What about Deputy Brown, is there anything that

18  he said to you that we haven't already discussed?

19    A.    No, not really.

20    Q.    All right.  Now, you said that -- were you

21  resisting at all?

22    A.    I wasn't resisting.

23    Q.    I'm sorry?

24    A.    I was cooperating.

25    Q.    You were cooperating?

1      A.   Yeah.

2      Q.   Did you put your shirt on when you were asked?

3      A.   Yeah.  I was in the process, but I had my hands

4  in my pants pocket, so --

5      Q.   Why?

6      A.   Because it was cold in the room.

7      Q.   And --

8      A.   It was in the cell.

9      Q.   Was there anybody else in the dorm?

10      A.   Yeah.

11      Q.   Who was there?

12      A.   C        [phonetic] R      and L        S

13  They were my two cell mates.  They was in the room at

14  the time.

15      Q.   What were they doing?

16      A.   What was there to do except look?

17      Q.   Were they already dressed?

18      A.   Yeah.

19      Q.   Was there anybody in the dorm that wasn't

20  dressed?

21      A.   No.

22      Q.   So you were the only one?

23      A.   Yeah.  What you mean by dressed?

24      Q.   Well, what do you mean by dressed?

25      A.   I'm asking you.  You asked me the question.

1    Q.   That's right.  You said earlier that you

2  weren't dressed.

3    A.   I didn't have on my prison shirt.

4    Q.   Yeah.  Well, that's what I assumed you meant.

5    A.   Yeah.

6    Q.   So you were the only one in the dorm that

7  didn't have his prison shirt on?

8    A.   Yeah.

9    Q.   And was there a schedule that you guys had to

10  keep at that time?

11    A.   Well, not really.  That was the time I was

12  supposed to be washing my face, brushing my teeth.

13    Q.   And going to school?

14    A.   Yeah.

15    Q.   So there was a specific time every day that you

16  guys went to school?

17    A.   Yeah.

18    Q.   Mr. Davis, what's your height and your weight?

19    A.   I'm like 5'9", 5'10" -- no, 5'11" probably, and

20  I weigh 175.

21    Q.   All right.  So after you were sprayed, then

22  what happened to you?

23    A.   I was put in the cage.

24    Q.   And at some point in time, did you get to see

25  the nurse?

1       A.    No.

2       Q.    Never saw the nurse?

3       A.    Never seen the nurse.

4       Q.    How long were you there before you were allowed

5   to shower?

6       A.    I showered that night.  I was -- I was like in

7   the cage for about two hours, went back to the dorm, and

8   they locked me down.  And then that night whenever

9   everybody made their phone calls and everybody else got

10  locked down, they brought me out and I showered.

11      Q.    Were you allowed to wash the -- the pepper

12  spray off?

13      A.    Yeah.

14      Q.    Not in the shower.  I mean before that.

15      A.    Not really.  They just gave me a damp rag and

16  they was like, here, do the best you can with that.

17      Q.    Who did; who gave you the damp rag?

18      A.    Brown.

19      Q.    So after you were in the cage for two hours,

20  then you went to your cell where you were locked down?

21      A.    Yeah.

22      Q.    And what time did you finally shower?

23      A.    I showered around 7:30, going on 8:00.

24      Q.    In the --

25      A.    I can't really tell you the specific time

1   because they're not no clocks in jail, so I ain't really

2   know the time.

3         Q.   All right.  But it was that same -- it was that

4   evening?

5         A.   Yeah.

6         Q.   So at no point in time did you see the nurse?

7         A.   No, at no point in time.

8         Q.   Okay.  You said that you didn't get to eat

9   lunch or dinner?

10        A.   Correct.

11        Q.   It wasn't brought to you, or what happened?

12        A.   It was brought to me, but I couldn't get it

13   from up under the door.

14        Q.   Can you explain that to me?

15        A.   They came with the lunch, put it by the door,

16   told me if I would be able to get it from up under the

17   door, I could eat.

18        Q.   I don't follow you.  When you were in your

19   cell, this is when you were locked down?

20        A.   Yeah.

21        Q.   Do you have any -- was there anybody else in

22   the cell with you?

23        A.   No, there wasn't nobody else in the cell.  I

24   was in the cell by myself.

25        Q.   All right.  And the food was outside the door?

1    A.    Um-hmm.

2    Q.    The door was locked?

3    A.    Yeah.

4    Q.    So there's no way for you to get the food?

5    A.    No way.

6    Q.    Who brought you the food and left it there?

7    A.    Mitchell.

8    Q.    What did Sergeant Mitchell say to you when he

9 brought you the food?

10    A.    He said, "If you can get the tray from up under

11 the door, then you can eat."

12    Q.    Did he say anything else to you?

13    A.    That was it.

14    Q.    Was Sergeant Mitchell, did he bring you your

15 lunch and your dinner and leave it there?

16    A.    Yeah.

17    Q.    Or were there different deputies that brought

18 it?

19    A.    Sergeant Mitchell.

20    Q.    Each time?

21    A.    Each time.

22    Q.    Did he say the same thing to you each time?

23    A.    Yeah.

24    Q.    Okay.  Anything else about that use of force

25 that you can recall?

1    A.   About the restrained and the Mace?

2    Q.   Yes.

3    A.   No.

4    Q.   Anything else about that whole incident that
5    you can recall?

6    A.   No.  It was painful.

7    Q.   Were there any other uses of force other than
8    that one?

9    A.   (Witness shaking head.)

10   Q.   You have to answer so she can --

11   A.   No.

12   Q.   -- record your answer.

13   A.   No.  No, ain't no more force.

14   Q.   Were you saying anything back to the detention
15   deputies when they asked you to put your shirt on for
16   school?

17   A.   No.  Other than "Yes, sir."

18   Q.   And were you immediately changing to put your
19   prison shirt on to get ready for school?

20   A.   No.  I wasn't -- I wasn't doing it right when
21   they told me because they had done came up to the room,
22   so I had done got mad.

23   Q.   Well, how long -- how long did it take you to
24   finally start putting it on?

25   A.   About a half a minute.

1    Q.   So they -- the detention deputies told you to

2  put your prison shirt on for school, you said "Yes,

3  sir," and half a minute later they came and sprayed you?

4    A.   No.  They ain't -- they didn't just come in the

5  room and spray me.

6    Q.   What happened?

7    A.   They came in the room.  I was like, whoa, so

8  y'all think like I'm bucking.  I told you I was going to

9  put my shirt on.  And that's when I started talking.

10  That's whenever we started going back and forth, then

11  that's when I got sprayed.

12    Q.   What was being said back and forth?

13    A.   Well, when they came in the room, like I feel

14  like they was pressuring me to put my shirt on.  So all

15  right, man, y'all sweating me about putting my shirt on,

16  man.  I like, I ain't got to put it on if I don't want

17  to.  And then that's when they started saying stuff and

18  I started saying stuff back, and then next thing I know

19  I got sprayed.

20    Q.   Okay.  So you said to them you're going to slam

21  me about not putting my shirt on?

22    A.   I said they're going to sweat me.

23    Q.   Oh, you're going to sweat me --

24    A.   Yeah.

25    Q.   -- for not putting my shirt on?

1      A.    Yeah.

2      Q.    And you said, "I don't have to put my shirt on

3  if I don't want to"?

4      A.    Yeah.

5      Q.    Is there anything else that you remember

6  saying?

7      A.    No, I don't remember saying nothing else.

8      Q.    What about them, what'd they say to you when

9  you said I don't need to put my shirt or -- or I don't

10  have to put my shirt on?

11      A.    "Get your hands out of your pants."  Because I

12  had my hands in my little pockets inside my pants.

13      Q.    Still?

14      A.    Yeah.

15      Q.    Okay.  Well, I was interested in what the back

16  and forth was.  And have we covered everything that was

17  said in that back and forth?

18      A.    Yeah.

19           MR. CHASIN:  Excuse me, Counsel.

20           Mr. Davis, do you want to take a break?  Are

21      you okay?

22           THE WITNESS:  I'm good.  No, I'll take a break.

23           MR. CHASIN:  Counsel, can we take a break for a

24      couple minutes?

25           MR. TROHN:  Yeah.

1          MR. CHASIN:  Thank you.

2          THE VIDEOGRAPHER:  Going off the record at 1:38

3      p.m.

4          (Recess from 1:38 p.m. until 1:46 p.m.)

5          THE VIDEOGRAPHER:  Okay.  We're -- we're back

6      on the record at 1:46 p.m.

7  BY MR. TROHN:

8      Q.   Mr. Davis, your -- your book-in information has

9  you listed at 6'1".  Do you think you're 6'1"?

10     A.   Yeah.

11     Q.   And the use of force that we've been discussing

12  today, did you ever curse at the detention deputies?

13     A.   Yeah, I cussed at them.

14     Q.   What'd you say to them?

15     A.   I just said, "I ain't got to put my fucking

16  shirt on if I don't got to.  Y'all ain't my mama, y'all

17  ain't my daddy."

18     Q.   Anything else that you may have said, cursed at

19  them?

20     A.   Yeah, I was saying a lot of cuss words.  I

21  can't tell you off the head because I don't remember.

22     Q.   You were dropping a lot of F bombs at them?

23     A.   Yeah.  It's a possibility.

24     Q.   Did you threaten them at all?

25     A.   No, I ain't threaten them.

1    Q.   Did you move toward them in any threatening way

2  with your fists balled up?

3    A.   No, sir.

4    Q.   You made no threatening moves towards them?

5    A.   No.

6    Q.   And you weren't taken to the nurse's station to

7  see the nurse?

8    A.   No.

9    Q.   And I'd asked you before if there were any

10  other uses of force of any sort, not just with pepper

11  spray, but just any sort, even with hands-on.  Were

12  there?

13    A.   Yeah.  They restrained me.

14    Q.   No.  I mean not that incident.  We've already

15  talked about that.  Any -- any one others?

16    A.   Oh, no.

17    Q.   And at some point in time, did you request to

18  go into protective custody?

19    A.   Yeah.

20    Q.   Why?

21    A.   Because I had witnessed my friend get jumped,

22  you know.  I ain't want nobody to start nothing with me.

23  I ain't want to have to stay there longer than I had to,

24  so I just got requested I move to PC or to another dorm.

25    Q.   You did?

1       A.   Yeah.  I moved to another dorm.

2       Q.   Did you have any problems over there?

3       A.   No.

4       Q.   All right.  You'd said that you went to school

5  every day while you were there?

6       A.   Yeah.  Mostly every day.

7       Q.   Did you ever skip?

8       A.   I ever skip?  What kind of question is that?

9       Q.   Well --

10       A.   I'm in jail.  How I'm going to skip school?

11       Q.   Well, some do.

12       A.   I ain't never skip.

13       Q.   What -- what were they teaching you?

14       A.   Nothing really.

15       Q.   How long was your class?

16       A.   My class there was about -- which class you

17  talking about?

18       Q.   At the jail.  How long were you in class?

19       A.   I went twice, direct file unit and the juvenile

20  unit.  The juvenile, I stayed there for like seven

21  hours.  Direct file, for like a hour.

22       Q.   How long were you at juvenile?

23       A.   Twenty-one days.

24       Q.   For our purposes of discussion today, they call

25  the juveniles the yellows and the direct files the

1  blues.

2      A.   Yeah.

3      Q.   So you understand what I'm talking about?

4      A.   Yeah.

5      Q.   So you were a yellow for 21 days and a blue

6  for --

7      A.   Right.

8      Q.   -- a little over a week, I guess?

9      A.   Two weeks.

10     Q.   Two weeks?

11     A.   Yeah.

12     Q.   When you were a yellow, what time did school

13  start and what time did it end?

14     A.   Started at 7:30, ended at 2:00, 2:30.

15     Q.   And you took a break, I'm assuming, for lunch

16  and recreation?

17     A.   Yeah.

18     Q.   How long was your break for lunch and

19  recreation?

20     A.   A hour.

21     Q.   All right.  So of that seven hours, six of it

22  was in the classroom?

23     A.   Yeah.

24     Q.   And you had rec every day when you were a

25  yellow?

1    A.   Yeah.  Not -- well, we was required to have it,

2  but every day the officer didn't take us out, but we'll

3  go back to the dorm and just hang out, play cards.

4    Q.   When you did go outside, what would you do?

5    A.   Just play football and just chill, work out.

6    Q.   Did you play?

7    A.   Yeah.

8    Q.   Did you have a football?

9    A.   Yeah.

10    Q.   A real football?

11    A.   No.

12    Q.   What was it?

13    A.   It was like a sock.  It was toilet paper

14  stuffed in a sock.

15    Q.   Did they ever provide any type of balls to you?

16    A.   (Witness shaking head.)

17    Q.   Kickballs, anything?

18    A.   No.

19    Q.   Did you ask for a real football?

20    A.   (Witness shaking head.)

21    Q.   No?

22    A.   No, sir.

23    Q.   And then when you were a direct file, a blue,

24  it was just one hour a day for school?

25    A.   Yeah.

1      Q.   Did they teach you different things than what

2   they taught you as a yellow?

3      A.   Well, the only thing about that was we was

4   doing work on the computer.  We was doing math programs,

5   reading programs on the computer.  In juvenile, we'll

6   just write paragraphs all day, and on Friday look at a

7   movie.  But other than that, we writing paragraphs.

8      Q.   Okay.  Did you have any problems in school

9   either as a yellow or a blue?

10      A.   No.

11      Q.   Did you like school, dislike it; what was your

12   feeling about it?

13      A.   I ain't like it.

14      Q.   Why not?

15      A.   Because I felt like it was a joke.  You going

16   to school while you in jail, like, you know.  And on top

17   of that, only thing the teacher did was talk down about

18   us, stuff like that.

19      Q.   Who was your teacher?

20      A.   Mr. Brown.

21      Q.   Did you have more than one?

22      A.   No.  Except when I went to direct file, I had

23   another teacher.

24      Q.   Mr. Brown was your teacher when you were a

25   yellow?

1      A.    Yeah.

2      Q.    And do you remember the name of the teacher

3  when you were blue?

4      A.    His name started with a M.   Mr. Magoo.

5      Q.    Were there any officers there that you liked

6  and trusted?

7      A.    Yeah.   There was one.   That was Mr. Brown, not

8  the one that sprayed me.   It was another Mr. Brown.   He

9  was white.

10      Q.    A white guy?

11      A.    Yeah.

12      Q.    What -- what did you find good about him?

13      A.    Because he ain't never really -- he ain't never

14  had nothing bad to say like the rest of the officers.

15  Every time I seen him, he always had some words of

16  encouragement, feel like we help out around the dorm,

17  you know.   He was a cool officer.   He wasn't like the

18  rest of them.

19      Q.    Were there any that you had particular problems

20  with?

21      A.    No, not other than Brown and Mitchell.   They

22  was the only two.

23      Q.    So there was one Brown that you liked and one

24  Brown that you didn't like?

25      A.    Yeah.

1     Q.   They were -- one was white and one's black?

2     A.   Yeah.

3     Q.   Okay.  Were any of the deputies or did you

4 ever -- let me ask it this -- did you ever have trouble

5 getting medical care there?

6     A.   No, not really.

7     Q.   Did you ever need any?

8     A.   There was one time I needed.  Other than the

9 Mace, I had a stomachache.

10    Q.   What'd they do for you?

11    A.   They just looked at my stomach, and they were

12 like, you might need to use the bathroom a couple times.

13 That was it.

14    Q.   So you don't have any complaints about the

15 medical care?

16    A.   Yeah.  That sucked too.  Yeah, it sucked, man.

17 You in jail.

18    Q.   Well, we'll --

19    A.   Stuff ain't easy.

20    Q.   Well, tell me about it.  What -- what -- what

21 was your problem with the medical care you got?

22    A.   Because I felt like they could have did

23 something more than just telling me to go use the

24 bathroom.

25    Q.   Was there any medication that you asked for and

1    didn't receive?

2        A.    Yeah.

3        Q.    What was that?

4        A.    Pepto-Bismol.

5        Q.    And you didn't get any?

6        A.    No.

7        Q.    Did any of the detention deputies ever use

8    racially insulting words to you?

9        A.    No.

10       Q.    No one called you by the N word?

11       A.    No.

12       Q.    All right.  Is there anything else about your

13   stay at the Polk County Jail that you had a problem with

14   that we haven't discussed?

15       A.    No, not really.

16       Q.    Are you sure there's not something on your

17   mind?

18       A.    Yeah, I'm sure.

19       Q.    Okay.  Now's the day to tell me if there's

20   something else that we haven't discussed.

21            MR. CHASIN:  Objection; asked and answered.

22       Q.    Are you sure you don't want to say anything

23   else?

24            MR. CHASIN:  Same objection.

25       A.    I just asked -- I just answered your question,

1      man.  You just asked --

2          Q.    Okay.

3          A.    -- me a question and I answered it.

4              MR. TROHN:  All right.  That's fine.

5              Any questions?

6              MR. VAZQUEZ:  I do, yes.

7              THE VIDEOGRAPHER:  Could you get the microphone

8      from him --

9              MR. TROHN:  Oh.

10             THE VIDEOGRAPHER:  -- from Mr. Trohn?

11                      CROSS-EXAMINATION

12     BY MR. VAZQUEZ:

13         Q.    Good afternoon, Mr. Davis.

14         A.    Good afternoon.

15         Q.    I represent Corizon Health.

16             It was your testimony earlier today that you

17     had been diagnosed with ADHD when you were younger, but

18     you stopped taking medication when you were about 14 or

19     15 years old; is that correct?

20         A.    Yeah.

21         Q.    Okay.  And when you say they stopped

22     prescribing it, do you mean your doctors stopped

23     prescribing it?

24         A.    Yeah.

25         Q.    And you believe that you don't need it as well,

1    correct?

2        A.    Yeah.

3        Q.    Have you ever been diagnosed with any mental

4    illness?

5        A.    No, not really.

6        Q.    What do you -- have you or haven't you?

7        A.    I haven't.

8        Q.    Have you ever had any suicidal ideations?

9        A.    No.

10       Q.    With regard to the medical care that you

11   received at the Polk County Jail, you said that you once

12   sought medical care for a stomachache, correct?

13       A.    Yeah.

14       Q.    Okay.  Who did you see at the time as far as

15   medical personnel?

16       A.    I think Mr. Brown took me up there.  I think

17   Mr. Brown took me to the doctors, and I don't remember

18   the nurse's name.

19       Q.    Did you see a doctor, a nurse?

20       A.    I seen a nurse.

21       Q.    A nurse.  And the nurse asked you to go to the

22   bathroom, and that was it?

23       A.    Yeah.

24       Q.    And you asked for Pepto-Bismol.  What did the

25   nurse say back to you?

1     A.    Officer Hester.   Hester gave me the form.

2     Q.    And did you speak to him about it or just ask

3  for it and he gave it to you?

4     A.    I was like, I need a grievance.  So he came,

5  brought me the grievance.  He was like, let me know when

6  you're done.  I was like, okay.  So I signed the doc,

7  put it in his hand, and, you know, of course, I was

8  looking what he was -- what he was going to do with it,

9  so I looked, seen him walk down the stairs, walked out

10  the dorm, walked in the control room, and he just threw

11  it on the counter.

12     Q.    What did you put in the grievance?

13     A.    I explained the incident with the Mace and all

14  that when I got restrained.

15     Q.    And so do you -- did anyone ever speak to you

16  about this grievance?

17     A.    No, sir.

18     Q.    You hear anything more about it?

19     A.    I ain't hear nothing else about it.

20     Q.    Okay.  So the last you saw it, it was being

21  taken in the control room?

22     A.    Yeah.

23         MR. TROHN:  Okay.  Thank you.

24         MS. GALLONI:  Okay.  I just have a couple of

25     questions to follow up on -- on Mr. Trohn --

```
 1        Mr. Trohn's questions.
 2                    CROSS-EXAMINATION
 3   BY MS. GALLONI:
 4        Q.   While you were at the Polk County Jail, did you
 5   ever hear the guards use the word "nigger"?
 6        A.   Yeah.
 7        Q.   Would they use the word "nigger" talking about
 8   other kids?
 9        A.   I heard them say it in general, like they
10   wasn't talking to no particular audience, but they was
11   using the word pretty heavy.
12        Q.   You talked about being in the cage after you
13   were pepper sprayed?
14        A.   Yeah.
15        Q.   Did anybody come by to see you while you were
16   in the cage?
17        A.   The nurse came by.
18        Q.   Did she check you out?
19        A.   She ain't checked me out.  She just looked at
20   me, and she was like, well, he all right.  She just
21   left.
22        Q.   So you never were taken to the nurse's station?
23        A.   No.
24        Q.   Did you ever see any fights while you were at
25   the jail?
```

1       A.    Yeah, I seen fights.

2       Q.    Tell me about the fights you saw.

3       A.    One fight, the two boys, they was in the room,

4    they was fighting, you know.  They both was bleeding.

5    And the guards didn't come till about five minutes

6    after, you know, put one of them in isolation and then

7    brought them back that same night.

8            And then when I got direct filed to the blue, I

9    seen somebody get jumped, my roommate.  My roommate got

10    jumped by like four other people.

11       Q.    Where were officers when that happened?

12       A.    They was outside the dorm.

13            THE VIDEOGRAPHER:  Excuse me.  Counsel, your

14       hand's in the shot.  Just --

15            MS. GALLONI:  Oh, I'm sorry.

16            THE VIDEOGRAPHER:  -- if you could slide my

17       way, that'll be good or that will work.

18    BY MS. GALLONI:

19       Q.    Do you know why your friend got jumped?

20       A.    Not really.  Like when the boys came in the

21    room, my friend was just talking.  So they were like,

22    oh, we fixing to test him or whatever.  So they seen

23    that he wasn't soft and they just jumped him.

24       Q.    Is that what they call "test of heart"?

25       A.    I wouldn't call it test of heart, but I'll call

1    it a test like test of heart though.

2        Q.    Okay.   Is there anything else that you saw the

3    guards do or you heard them do that bothered you while

4    you were at the jail?

5        A.    No, not --

6        Q.    Anything else they said to you?

7        A.    No, not really.   Oh, they said one thing to me

8    about my brother, man.   Like when the incident with the

9    Mace happened, they was telling me how they used to

10   treat my brother.   They were like, oh, we Mace you, but

11   back then when your brother was coming through here,

12   we'll just knock his ass out, put him in the buck-naked

13   cell.   I like, oh, I was kind of depressed when they

14   said that.

15       Q.    Which officer said that?

16       A.    Brown.   Brown said that.

17       Q.    So they knew your brother?

18       A.    Yeah.

19       Q.    When he was at the jail, was he a juvenile or

20   an adult?

21       A.    He was an adult.

22             MS. GALLONI:   That's all I have.

23             MR. TROHN:   Well, let me write this down before

24       I start before I forget it.

25

```
 1                    REDIRECT EXAMINATION
 2    BY MR. TROHN:
 3        Q.    It was Deputy Brown that said something about
 4    your brother?
 5        A.    Yeah.
 6        Q.    When did he say that?
 7        A.    He said that later that evening after I
 8    showered and stuff.
 9        Q.    And I understand from your mother that your
10    brother is -- name is Lance.
11        A.    Yeah.
12        Q.    He's been in jail since 2000?
13        A.    Um-hmm.
14        Q.    For a murder or two?
15        A.    Yeah.
16        Q.    You said that when you were first put on the
17    blue side that your cell mate got jumped?
18        A.    Yeah.
19        Q.    What was the name of your cell mate?
20        A.    His name was -- his name was Terrell Jones.
21    Yeah, his name was Terrell Jones.
22        Q.    Did you know any of the inmates that jumped
23    him?
24        A.    No, not by name.
25        Q.    How many were there?
```

1    A.    It was four.

2    Q.    What'd they do to him?

3    A.    They went and punched him, and then after the

4    one punched him, all the rest of them just started

5    rushing on him, punching him and kicking him.

6    Q.    How long did that last?

7    A.    That lasted for like a minute and a half, and

8    then they just ran out the room.

9    Q.    They ran out before the detention deputy got

10   there?

11   A.    Yeah.

12   Q.    Did the detention deputy ever come?

13   A.    They came.  Look, they ain't even come.  Like

14   they waited like two, three more hours, and then they

15   called my roommate out the room or whatever.  Then they

16   were like, man, what had happened, we had seen on camera

17   that there was a bunch of people running out the room or

18   whatever.  So they questioned us one on one, and I guess

19   he explained what happened to him.  Because later on

20   that night when they was reviewing the camera, they just

21   seen the people running out the room.  But other than

22   that, they ain't come, they ain't come.  Ain't nobody

23   get restrained, ain't nobody get Maced, none of that.

24   Q.    Was Terrell Jones new to the blue side?

25   A.    No.  He went to the blue before I did.

1       Q.   Do you know why they jumped him?

2       A.   No, I ain't really know.  I still can't

3  understand why.

4       Q.   Counsel asked you about something called a TOH,

5  test --

6       A.   Yeah.

7       Q.   -- of heart.  You ever heard of that?

8       A.   Yeah.

9       Q.   What is that?

10      A.   It's when somebody tests you, I guess, to see

11  where your heart at, see if you scared or not.

12      Q.   Do you know if this had anything to do with

13  that or not?

14      A.   No, I don't think so.

15           MR. TROHN:  All right.  I don't have any other

16      questions for you.  Thank you.

17           MR. VAZQUEZ:  I have follow-up.

18           THE VIDEOGRAPHER:  Would you mind getting his

19      mic?

20                    RECROSS-EXAMINATION

21  BY MR. VAZQUEZ:

22      Q.   Yes.  Mr. Davis, could you please clarify

23  whether or not you saw a nurse after the incident when

24  you were pepper sprayed?  Because I --

25      A.   I didn't see her --

```
 1        Q.    Yeah.  Go ahead.
 2        A.    I didn't see her after.  When I was in the
 3   cage, she came by the cage.  She looked in the cage,
 4   because my -- well, like check on my -- she looked in
 5   the cage and she was like, oh, he's all right, and just
 6   walked off.
 7        Q.    Did you say anything to that nurse?
 8        A.    I ain't said nothing to her.
 9        Q.    Okay.  And who was this person?
10        A.    The nurse?
11        Q.    Yes.
12        A.    I forgot the lady's name.
13        Q.    Regarding that incident when your cell mate was
14   jumped, did you intervene in any way?
15        A.    No, I ain't intervene.
16        Q.    Is there any reason why you did not intervene?
17        A.    Why would I want to be involved with that?
18              MR. VAZQUEZ:  Okay.  Thank you.
19              MS. GALLONI:  Oh, that's fine.  Thank you.
20              MR. VAZQUEZ:  Read or waive?
21              MS. GALLONI:  What's that?
22              MR. VAZQUEZ:  Read or waive again?
23              MS. GALLONI:  We'll read.
24              MR. CHASIN:  Read.
25              MS. GALLONI:  Thank you.
```